IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

**ROMAN CATHOLIC
ARCHBISHOP OF BALTIMORE**,

Debtor.

Case No: 2316969

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of the United States Trustee for Region Four, for all purposes in connection with this case. Pursuant to Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, and other documents filed or served in this case.

Respectfully Submitted,

Dated: September 29, 2023

/s/  *Hugh M. Bernstein*
Hugh M. Bernstein
(Fed. Bar No.: 23489)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov

Attorney for the United States Trustee

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on September 29, 2023 a copy of the foregoing Notice was mailed first-class, postage prepaid to:


None.


**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

      **Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com;schroppjr39990@notify.bestcase.com**
      **US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV**


                                     */s/ Hugh M. Bernstein*
                                     Hugh M. Bernstein