**EXHIBIT C**
**UTILITY COMPANIES LIST**

| **Company** | **Account No.** | **Service Address** |
|---|---|---|
| Baltimore Gas & Electric Company | 682xxx0000 | 320 Cathedral Street, Baltimore, Maryland 21201 |
| | 576xxx1000 | 7909 York Road, Towson, Maryland 21204 |
| | 326xxx1000 | 1740 Route 32, Sykesville, Maryland 21784 |
| | N-K 405xxx4783 | 902 Chelsea Road, Aberdeen, Maryland 21130 |
| | N-L 427xxxx980 | |
| | 661xxx7546 | Belfast Road, Sparks-Glencoe, Maryland 21152 |
| Luminace Solar Holdings, LLC | 433xxx0080 | 320 Cathedral Street, Baltimore, Maryland 21201 |
| | | 408 N. Charles Street, Baltimore, Maryland 21201 |
| Vicinity Energy | 067xxx2358 | 320 Cathedral Street, Baltimore, Maryland 21201 |
| | 071xxx1111 | |
| H.C. McComas Fuel Co. | xxx3400 | 7909 York Road, Towson, Maryland 21204 |
| Anne Arundel County | 4420-xxxx-xxx4-003 | 7850 Parkside Boulevard, Hanover, Maryland 21076 |
| Baltimore City Department of Public Works (Water & Waste Water) | 110xxxx5731 | 312-320 Cathedral Street, Baltimore, Maryland 21201 |

| Company | Account No. | Service Address |
|---|---|---|
| Baltimore City Department of Public Works (Water & Waste Water) | 110xxxx0009 | 408 N. Charles Street, Baltimore, Maryland 21201 |
| | 041xxxx8003 | 7909 York Road, Towson, Maryland 21204 |
| Comcast | CC 829x xxxxx xxx0215 | 320 Cathedral Street, Baltimore, Maryland 21201 |
| | ABP 829x xx xxx xxx7929 | 408 N. Charles Street, Baltimore, Maryland 21201 |
| Verizon | 350xxxxxxxx01 75 | 7909 York Road, Towson, Maryland 21204 |
| | 642xxxxxx0001 | |
| NRG Energy, Inc. | 682xxx4868 | 320 Cathedral Street, Baltimore, Maryland 21021 |