**EXHIBIT C**
**SUMMARY OF INSURANCE COVERAGE**

**Exhibit C**
**Insurance Programs**

| ID | Type | Description | 2023 Expiration Date FYE 2024 | 2023 Insurer or Service Provider FYE 2023 | 2023 Limits and Self Insured Retention |
|---|---|---|---|---|---|
| 1 | Property | Primary Property | 7/1/2024 | Dale Underwriting<br><br>Lexington Insurance Company - Boston<br><br>Axis Surplus Insurance Company<br><br>Underwriters at Lloyds (Ascot)<br><br>Allied World Assurance Company (U.S.)<br><br>Everest Indemnity Insurance Company<br><br>Princeton Excess & Surplus Lines Insurance Company (PESLIC)<br><br>Underwriters at Lloyds (Rokstone) | General - $100,000,000 Per Event (SIR $250,000)<br><br>Storm - $100,000,000 Per Named Storm (SIR $250,000)<br><br>Earthquake - $100,000,000 Per Event (SIR $250,000)<br><br>Other Perils - $100,000,000 Per Event (SIR $250,000) |
| 2 | Property | Flood, Our Daily Bread | 7/1/2024 | National Flood Insurance Program (NFIP) | High Hazard - $25,000,000 Per Event (SIR - $100,000)<br><br>Low to Medium Risk - $100,000,000 Per Event (SIR - $250,000) |
| 3 | Property | Terrorism | 7/1/2024 | Underwriters at Lloyds (Miller) | General - $200,000,000 Per Event (SIR - $0)<br><br>NCBR - $5,010,000 Per Event (SIR - $10,000) |
| 4 | Property | Equipment Breakdown | 7/1/2024 | Federal Insurance Company (Chubb) | $100,000,000 Per Event (SIR - $25,000) |
| 5 | Property | Crime | 7/1/2024 | Great American Insurance Company | Employee Dishonesty - $10,200,000 Per Event (SIR $200,000)<br><br>Money & Securities - $10,100,000 Per Event (SIR $100,000) |
| 6 | Property | Kidnap & Ransom | 7/1/2026 | US Specialty | $10,000,000 Per Event (SIR - $0) |
| 7 | Property | Workplace Violence | 7/1/2026 | US Specialty | $1,000,000 Per Event (SIR - $0) |
| 8 | Work Comp | Excess Work Comp | 7/31/2023 | Safety National Casualty Corporation | As required by Statute Per Incident (SIR $500,000) |

| ID | Type | Description | 2023 Expiration Date FYE 2024 | 2023 Insurer or Service Provider FYE 2023 | 2023 Limits and Self Insured Retention |
|---|---|---|---|---|---|
| 9 | Work Comp | Bond | 5/1/2024 | Arch Insurance Company | Bond Amount: $4,800,000 |
| 10 | Primary Liability | Main Liability Package | 7/1/2024 | Underwriters at Lloyds (Berkley)<br><br>Princeton Excess & Surplus Lines Insurance Company (PESLIC) | Employers Liability - $25,500,000 Per Incident (SIR - $500,000)<br><br>General Liability Home Patient Care - $6,000,000 Per Occurrence (SIR - $75,000)<br><br>General Liability (excepting Nursing Homes) - $25,000,000 Per Occurrence (SIR - $250,000)<br><br>Auto Liability (excepting Nursing Homes) - $15,000,000 Per Accident (SIR - $250,000)<br><br>Auto Liability (Nursing Homes) - $25,000,000 Per Accident (SIR - $250,000)<br><br>D&O (excepting Nursing Homes) - $25,000,000 Per Wrongful Act (SIR - $250,000)<br><br>Employee Benefits (excepting Nursing Homes) - $25,000,000 Per Wrongful Act (SIR - $250,000)<br><br>Employee Practices (excepting Nursing Homes) - $25,000,000 Per Wrongful Act (SIR - $250,000)<br><br>Medical Professional - $15,000,000 Per Occurrence (SIR $250,000)<br><br>Professional Liability - $25,000,000 Per Wrongful Act (SIR - $250,000)<br><br>Professional Liability (excepting Nursing Homes) - $25,000,000 Per Wrongful Act (SIR - $250,000) |

| ID | Type | Description | 2023 Expiration Date FYE 2024 | 2023 Insurer or Service Provider FYE 2023 | 2023 Limits and Self Insured Retention |
|---|---|---|---|---|---|
| 11 | Primary Liability | Nursing Home Liability Package | 7/1/2024 | National Fire & Marine Insurance Co (MedPro) | General - $15,000,000 Per Occurrence (SIR $250,000)<br><br>D&O (Nursing Homes) - $15,000,000 Per Wrongful Act (SIR - $250,000)<br><br>Employee Benefits (Nursing Homes) - $15,000,000 Per Wrongful Act (SIR - $250,000)<br><br>Employee Practices (Nursing Homes) - $15,000,000 Per Wrongful Act (SIR - $250,000)<br><br>Medical Professional - $6,000,000 Per Occurrence (SIR $75,000) |
| 12 | Primary Liability | Physicians Professional Liability | 7/1/2024 | Fair American Ins and Reins Company | $1,000,000 Per Occurrence (SIR $0) |
| 13 | Primary Liability | Tenant Users Liability | 7/1/2024 | Great Divide Insurance Company (Berkley) | $1,000,000 Per Event (SIR $0) |
| 14 | Primary Liability | Sexual Abuse | 7/1/2023 | National Fire & Marine Insurance Co (MedPro)<br><br>Trust 1 (Captive formed by Debtor)<br><br>Underwriters at Lloyds (Brit) | Nursing Homes - $6,000,000 Per Occurrence (SIR - $75,000)<br><br>Excepting Nursing Homes - $200,000/$500,000 Per Victim/Per Occurrence (SIR - $0)<br><br>Excepting Nursing Homes by Contract - $1,000,000 Per Occurrence |
| 15 | Primary Liability | Communicable Disease | 7/1/2024 | General Insurance PC | $500,000/$750,000 Per Claim/Annual Aggregate (SIR - $250,000) |
| 16 | Primary Liability | Fiduciary Liability | 11/15/2024 | RLI | $5,010,000 Per Claim (SIR $150,000) |
| 17 | Primary Liability | Cyber - ACC | [12/8/2023] | Underwriters at Lloyds (CFC) | $3,250,000 Per Event (SIR - $250,000) |

| ID | Type | Description | 2023 Expiration Date FYE 2024 | 2023 Insurer or Service Provider FYE 2023 | 2023 Limits and Self Insured Retention |
|---|---|---|---|---|---|
| 18 | Primary Liability | Cyber - Catholic Center | [12/8/2023] | Underwriters at Lloyds (CFC) | $3,250,000 Per Event (SIR - $250,000) |
| 19 | Primary Liability | Cyber - All Other | [10/1/2024] | Underwriters at Lloyds (CFC) | $3,250,000 Per Event (SIR - $250,000) |
| 20 | Primary Liability | Cyber-All Locations | [12/8/2023] | Underwriters at Lloyds (CFC) | $3,250,000 Per Event (SIR - $250,000) |
| 21 | Excess Liability | Excess Liability Layer 1 | 7/1/2024 | National Fire & Marine Insurance Co (MedPro) | General Liability - $5,250,000 Per Aggregate<br><br>Employee Benefit – $ 5,900,000 Per Aggregate |
| 22 | Excess Liability | Excess Liability Layer 2 | 7/1/2024 | Princeton Excess & Surplus Lines Insurance Company (PESLIC) | Employer's Liability* - $14,000,000 Per Aggregate<br><br>General Liability* - $14,000,000 Per Aggregate<br><br>General Liability - $14,000,000 Per Aggregate<br><br>Auto Liability* - $14,000,000 Per Aggregate<br><br>Auto Liability - $14,000,000 Per Aggregate<br><br>D&O* - $10,000,000 Per Aggregate<br><br>D&O - $10,000,000 Per Aggregate<br><br>Employment Practices* - $10,000,000 Per Aggregate<br><br>Employment Practices - $10,000,000 Per Aggregate<br><br>Employee Benefits - $14,000,000 Per Aggregate<br><br>Professional Liability* - $10,000,000 Per Aggregate<br><br>Professional Liability - $10,000,000 Per Aggregate<br><br>*excludes nursing homes |
| 23 | Excess Liability | Excess Liability Layer 3 | 7/1/2024 | Berkley National Insurance | Employer's Liability* - $10,000,000 Per Aggregate<br><br>General Liability* - $10,000,000 Per Aggregate<br><br>Auto Liability* - $10,000,000 Per Aggregate |

| ID | Type | Description | 2023 Expiration Date FYE 2024 | 2023 Insurer or Service Provider FYE 2023 | 2023 Limits and Self Insured Retention |
|---|---|---|---|---|---|
| | | | | | D&O* - $10,000,000 Per Aggregate<br><br>Employment Practices* - $10,000,000 Per Aggregate<br><br>Employee Benefits* - $10,000,000 Per Aggregate<br><br>Professional Liability* - $10,000,000 Per Aggregate<br><br>Professional Liability - $10,000,000 Per Aggregate<br><br>*excludes nursing homes |
| 24 | Accident | Student Accident | 7/1/2024 | Zurich American Insurance Co. | $2,000,000 Per Student (SIR - $25,000) |
| 25 | Retention Reimbursement | Work Comp | 7/1/2024 | Archdiocesan General Insurance Program Trust | SIR $500,000 |
| 26 | Retention Reimbursement | Property | 7/1/2024 | Archdiocesan General Insurance Program Trust | SIR $250,000 |
| 27 | Retention Reimbursement | General Liability | 7/1/2024 | Archdiocesan General Insurance Program Trust | SIR $250,000 |
| 28 | Retention Reimbursement | Errors & Omissions | 7/1/2024 | Archdiocesan General Insurance Program Trust | SIR $250,000 |
| 29 | Retention Reimbursement | Fleet Auto | 7/1/2024 | Archdiocesan General Insurance Program Trust | SIR $250,000 |
| 30 | Retention Reimbursement | Priest Auto | 7/1/2024 | Archdiocesan General Insurance Program Trust | SIR $250,000 |
| 31 | Uninsured Perils | | 7/1/2024 | Archdiocesan General Insurance Program Trust | Debtor, within its discretion, will approve payments from the Archdiocesan General Insurance Program Trust on claims which are not covered by the underlying commercial insurance policy. |
| 32 | Voluntary Sexual Abuse | | 7/1/2024 | Archdiocesan Sexual Misconduct Self-Insurance Program Trust | Debtor, within its discretion, will approve payments from the Archdiocesan Sexual Misconduct Self-Insurance Program Trust when sexual misconduct claims are barred, but Debtor wants to extend assistance (i.e., counseling, etc.) |