**EXHIBIT A**
**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. [_____] |
| Debtor.[1] | |

**ORDER (I) EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS AND
(II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "*Motion*")[2] for entry of an order (this "*Order*") (i) extending the time to file schedules of assets and liabilities and statements of financial affairs and (ii) granting related relief; and upon finding this Court has jurisdiction over this matter, pursuant to 28 U.S.C. §§ 157 and 1334 and *Standing Order 2012-05* from the United States District Court for the District of Maryland; and upon finding venue is proper in this district, pursuant to 28 U.S.C. §§ 1408 and 1409; and upon finding this is a core proceeding, pursuant to 28 U.S.C. § 157(b); and upon finding notice of the Motion is adequate and appropriate under the particular circumstances and no other notice is necessary or required; and the Court having found that the

---

[1] The last four digits of the Debtor's federal tax identification number are: 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.
[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances; and the Court having reviewed the Motion and having considered the statements in support of the relief requested therein at a hearing before the Court (the "*Hearing*"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED.

2. The time within which the Debtor must file the Debtor's Schedules and Statements is extended for an additional sixteen (16) days, for a total of thirty (30) days from the Petition Date, without prejudice to the Debtor's ability to request additional extensions.

3. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**End of Order**