**EXHIBIT C**
**BANK ACCOUNTS**

| Bank | Account Name | Account No. Ending | Approx. Account Balance |
|---|---|---|---|
| PNC Bank, N.A. | Main Operating | 7143 | $15,100,000 |
| PNC Bank, N.A. | Porter & Curtis Claims | 3766 | $0 |
| PNC Bank, N.A. | AOB Payroll | 0306 | $0 |
| PNC Bank, N.A. | HSA Payroll | 0915 | $0 |
| M&T Bank Corp. | AAR Roman Catholic | 6155 | $51,694 |
| M&T Bank Corp. | Capital Campaign | 3351 | $3,764,716 |
| M&T Bank Corp. | Newman Center Towson | 7321 | $35,737 |
| WesBanco Bank, Inc. | Catholic Review | 6104 | $102,089 |
| Bank of America, N.A. | Child Nutrition | 6000 | $164,784 |

#228573319_v3