EXHIBIT D
INVESTMENT ACCOUNTS

| Investment Bank | Account Name | Account No. Ending | Approx. Account Balance |
|---|---|---|---|
| PNC Bank, N.A. | Consolidated Investment Fund | 0695 | $31,134,298 |
| PNC Bank, N.A. | Cash Management Fund | 2199 | $4,955,723 |
| PNC Bank, N.A. | Health Plan Trust | 6955 | $18,174,245 |
| PNC Bank, N.A. | Archbishop Borders Testimonial | 5426 | $4,246,871 |
| PNC Bank, N.A. | General Insurance Program | 8672 | $42,374,849 |
| PNC Bank, N.A. | Misconduct Fund - Custody | 3159 | $2,087,251 |
| PNC Bank, N.A. | Unrestricted Remitted - Sterling | 8972 | $8,992,214 |
| PNC Bank, N.A. | Property Funds - Sterling | 8964 | $2,069,025 |
| PNC Bank, N.A. | Lay Employees Retirement Plan | 4605 | $183,943,962 |
| PNC Bank, N.A. | Priest's Pension Fund | 4710 | $36,032,713 |
| PNC Bank, N.A. | Priest's Post Retirement | 3175 | $13,506,460 |

#228573319_v3