**EXHIBIT A**
**PROPOSED ORDER**

10

#228500403_v5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. [_____] |
| Debtor.[1] | |

**ORDER SETTING EMERGENCY HEARING FOR**
**CONSIDERATION OF FIRST DAY MATTERS**

Upon consideration of the *Debtor's Emergency Motion for Consideration of First Day Matters* (the "***Motion***");[2] and upon consideration of the First Day Motions and relief sought in the First Day Motions; and upon finding this Court has jurisdiction over the Motion; and upon finding that venue for the Motion is proper in this Court; and upon finding that immediate and irreparable harm will result, in the absence of providing expedited consideration of the First Day Motions; and upon finding that due and sufficient notice of the Motion and First Day Motions has been given under the circumstances and no other or further notice is necessary or proper; and after due

---

[1] The last four digits of the Debtor's federal tax identification number are: 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

[2] Capitalized terms used in this order and not otherwise defined shall have the meanings ascribed to them in the Motion.

1

2

deliberation and finding the requirements of Local Rule 9013-7 and other applicable law have been satisfied, it is hereby

    1.    **ORDERED** that the Motion is GRANTED; and it is further

    2.    **ORDERED** that a hearing to consider the First Day Motions shall be conducted in this Court on _____, 2023 at _____ (prevailing Eastern time) in the United States Bankruptcy Court, Garmatz Federal Courthouse, 101 West Lombard Street, Suite 8530, Baltimore, Maryland 21201; and it is further

    3.    **ORDERED** that any objections or other responses to the First Day Motions shall be filed no later than _____, 2023 at _____ (prevailing Eastern time); and it is further

    4.    **ORDERED** that proposed counsel to the Debtor shall serve a copy of this order, on the day of its entry, upon the Notice Parties, via electronic mail, facsimile, or overnight mail.

**End of Order**

#228500403_v5