Entered: October 4th, 2023
Signed: October 4th, 2023

**SO ORDERED**

Extended through and including Monday, October 30, 2023. The Debtor shall serve a copy of this Order on all parties entitled to service under the applicable rules.



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23−16969 − MMH**   Chapter: **11**

**Roman Catholic Archbishop of Baltimore**
Debtor

### NOTICE AND ORDER EXTENDING TIME TO FILE
### STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES
### (for non−individual debtor)

The Debtor's motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor shall file **the Statement of Financial Affairs and Schedules** is extended to the date designated above; and it is further

ORDERED, that when filing the above documents, the Debtor must certify that service of a copy has been made on the United States Trustee; and

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc: Debtor
    Attorney for Debtor – Catherine Keller Hopkin
    Case Trustee – For Internal Use Only
    U.S. Trustee

**End of Order**

22x03 (rev. 03/28/2016) – LaurieArter