IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE | * | Case No: 23-16969-MMH (Chapter 11) |
| | * | |
| Debtor | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF FINAL HEARING ON DEBTOR'S
FIRST-DAY MOTIONS AND OBJECTION DEADLINE

PLEASE TAKE NOTICE THAT a final hearing to consider entry of final orders on the Debtor's first-day motions has been scheduled before the Honorable Michelle M. Harner for **Monday, November 6, 2023, at 10:00 a.m.** (the "Final Hearing") in Courtroom 9-C of the United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland 21201.  Entry of final orders for the following motions (collectively, the "First-Day Motions") are to be considered at the Final Hearing:

1. Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtor's Proposed Form of Adequate Assurance of Payment to Utility Companies under Section 366 of the Bankruptcy Code, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Dkt. # 11];

2. Debtor's Emergency Application for Order (I) Authorizing and Approving the Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent; and (II) Granting Related Relief [Dkt. # 11];

3. Debtor's Emergency Motion for an Order Authorizing the Debtor to File under Seal Portions of Schedule E/F, the Creditor Matrix, and Other Pleadings and Documents [Dkt. # 2];

4. Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue Administration of Insurance Programs, (II) Continue Participation in Insurance Programs, and (III) Renew, Amend, Supplement, Extend, or Purchase Insurance Coverage [Dkt. # 10];

5. Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtor to (A) Pay Certain

> Prepetition Wages, Benefits, and Other Compensation and (B) Continue Employee Compensation and Benefits Programs; and (II) Granting Related Relief [Dkt. # 7];

6. Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Extending the Time to Comply With, or Seek a Waiver of, Certain United States Trustee Requirements and Section 345(b) of the Bankruptcy Code; (III) Authorizing the Debtor to Continue Existing Deposit Practices; (IV) Authorizing the Debtor to Maintain Investment Practices; (V) Authorizing the Debtor's Continued Use of Credit Cards; and (VI) Granting Related Relief [Dkt. # 15];

7. Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral and Granting Adequate Protection, (II) Scheduling a Final Hearing on the Use of Cash Collateral, and (III) Granting Related Relief [Dkt. # 9]; and

8. Debtor's Motion for Entry of an Order, Pursuant to Sections 105(a) and 362 of the Bankruptcy Code, Extending the Automatic Stay [Dkt. # 12].

The deadline to file any objections or other responses to any of the First-Day Motions is October 25, 2023.

Dated: October 4, 2023

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin, 28257
Corinne Donohue Adams, 18768
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0788
chopkin@yvslaw.com

Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
(615) 244-6380
blake.roth@hklaw.com/tyler.layne@hklaw.com

Philip T. Evans, 11796
Holland & Knight LLP
800 17th Street, NW, Suite 1100
Washington, D.C.  20006
(202) 457-7043
philip.evans@hklaw.com

Counsel for Debtor

CERTIFICATE OF SERVICE

       I hereby certify that on the 4th day of October 2023, notice of filing the Notice of Final Hearing on Debtor's First-Day Motions and Objection Deadline (the "Notice") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list. In addition, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the Notice to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

                                                    /s/ Catherine Keller Hopkin
                                                Catherine Keller Hopkin

The following parties received CM/ECF notice of the filing:

Hugh M. Bernstein, Esquire
(hugh.m.bernstein@usdoj.gov)
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Philip Tucker Evans, Esquire
(philip.evans@hklaw.com)
Counsel for Debtor
Holland and Knight
800 17th Street, Ste. 1100
Washington, D.C.  20006

Geoffrey Grivner, Esquire
(geoffrey.grivner@bipc.com)
Counsel for PNC Bank, N.A.
Buchanan Ingersoll & Rooney PC
500 Delaware Avenue, Suite 720
Wilmington, Delaware  19801

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Local Counsel for Debtor
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Steven J. Kelly, Esquire
(skelly@gelaw.com)
Counsel for Eva Dittrich
Grant & Eisenhofer P.A.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

U.S. Trustee – Baltimore
(ustpregion04.ba.ecf@usdoj.gov)
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201