Entered: October 5th, 2023
Signed: October 5th, 2023



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

### NOTICE OF DISCLOSURE

Judge Michelle M. Harner submits this Notice of Disclosure to avoid any confusion or misinformation in this case.

Judge Harner also submits this Notice of Disclosure to underscore her comments at the October 3, 2023, hearing in this case regarding the importance of transparency in bankruptcy. *Judge Harner expects transparency and full disclosure from the Debtor and all professionals involved in this case.*

On the evening of October 3, 2023, Judge Harner learned that the name of an immediate family member appeared on a website for a group of professionals in New York called Catholic Renewal. That family member has not been actively involved with Catholic Renewal since at least September 2022, and the individual has asked that the name be removed from the website.

Catholic Renewal is not associated with the Debtor. Moreover, neither Judge Harner nor any member of Judge Harner's immediate family is a member of the Roman Catholic Church, or has any affiliation with the Debtor in this case or any of the Debtor's related entities.

**END OF NOTICE**