IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE**<br><br>Debtor. | Bankruptcy Case No:<br><br>Case No.: 23-16969-MMH<br><br>Chapter 11 |

## APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of **THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE:**

| | |
|---|---|
| Paul Jan Zdunek<br>c/o Andrew D. Freeman<br>Brown, Goldstein & Levy<br>120 East Baltimore Street, Suite 2500<br>Baltimore, Maryland 21202<br>(410) 962-1030 | Carl L. Bart, Jr.<br>c/o Ryan S. Perlin<br>Beckman, Marder, Hopper, Malarkey & Perlin, LLC<br>1829 Reisterstown Road, Suite 200<br>Baltimore, Maryland 21208<br>(410) 539-6633 |
| Joseph Adam Martin, Jr.<br>c/o Ryan S. Perlin<br>Beckman, Marder, Hopper, Malarkey & Perlin, LLC<br>1829 Reisterstown Road, Suite 200<br>Baltimore, Maryland 21208<br>(410) 539-6633 | Rebecca Williams<br>c/o Ellen Flynn<br>The Yost Legal Group<br>341 North Calvert Street, Suite 100<br>Baltimore, Maryland 21202<br>(410) 659-6800 |
| Robert Hammond<br>c/o Jonathan Schulman<br>Slater, Slater, Schulman, LLP<br>8 Park Center Court, Suite 100<br>Baltimore, Maryland 21117<br>(212) 922-0906 | Joseph George Otterbein<br>c/o Jonathan Schochor<br>Schochor, Staton, Goldberg & Cardea, P.A.<br>1211 St. Paul Street<br>Baltimore, Maryland 21202<br>(410) 234-1000 |

| | |
|---|---|
| Jonathan Salamone<br>c/o Steve Boyd<br>Steve Boyd, P.C.<br>400 East Pratt Street, 8th Floor<br>Baltimore, Maryland 21202<br>(410) 204-1100 | |

                                              David W. Asbach
                                              Acting United States Trustee for Region 5

Date: October 11, 2023                By: /s/ *Hugh M. Bernstein*
                                                         Hugh M. Bernstein
                                                           (Fed. Bar No.: 23489)
                                                           United States Department of Justice
                                                           101 West Lombard Street, Suite 2625
                                                           Baltimore, Maryland 21201
                                                           (410) 962-4300
                                                           hugh.m.bernstein@usdoj.gov

                                                           Attorney for the United States Trustee

**CERTIFICATE OF SERVICE**

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Hugh M. (UST) Bernstein**     hugh.m.bernstein@usdoj.gov
- **Philip Tucker Evans**     philip.evans@hklaw.com, kimi.odonnell@hklaw.com;hapi@hklaw.com
- **Geoffrey Grivner**     geoffrey.grivner@bipc.com, donna.curcio@bipc.com
- **Catherine Keller Hopkin**     chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com;schroppjr39990@notify.bestcase.com
- **Steven J Kelly**     skelly@gelaw.com, vbeal@gelaw.com,gnovod@gelaw.com,4523903420@filings.docketbird.com
- **James Pio Ruggeri**     jruggeri@ruggerilaw.com
- **US Trustee - Baltimore**     USTPRegion04.BA.ECF@USDOJ.GOV

And that further notice is being provided to all required parties by Epiq Corporate Restructuring, LLC

/s/ *Hugh M. Bernstein*
Hugh M. Bernstein