# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | : Case No. 23-16969-MMH |
| | : |
| | : |
| Debtor. [1] | : **Ref. Docket No. 70** |

## CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 6, 2023, I caused to be served the "Notice of Chapter 11 Bankruptcy Case," filed on October 6, 2023, *related to Docket No. 70,* by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Betina Wheelon*
Betina Wheelon

---

[1] The last four digits of the Debtor's federal tax identification number are: 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO PNC BANK, NA) ATTN: GEOFFREY G. GRIVNER 500 DELAWARE AVE, STE 720 WILMINGTON DE 19801-7407 |
| HARBOR COMMUNITY FUND XXI LLC | ATTN: JOSEPH HASKINS, JR. 25 WEST FAYETTE STREET BALTIMORE MD 21201 |
| HARBOR COMMUNITY FUND XXI LLC | C/O BALLARD SPAHR LLP ATTN: MOLLY R. BRYSON, ESQ. 1909 K STREET NW, 12TH FLOOR WASHINGTON DC 20006 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR | THE DISTRICT OF MARYLAND HUGH M. BERNSTEIN & KENNETH N. WHITEHURST III 101 WEST LOMBARD STREET, STE 2626 BALTIMORE MD 21201 |
| PNC BANK | C/O BUCHANAN INGERSOLL & ROONEY PC UNION TRUST BUILDING 501 GRANT STREET, SUITE 200 PITTSBURGH PA 15219-4413 |
| RUGGERI PARKS WEINBERG LLP | (COUNSEL TO HARTFORD ACCIDENT & INDEMNITY CO) (COUNSEL TO TWIN CITY FIRE INSURANCE CO) ATTN: JAMES P. RUGGERI 1875 K STREET NW, SUITE 600 WASHINGTON DC 20006 |
| SURVIVOR 106 | C/O FORESTER HAYNIE PLLC ATTN: ASHLEY M. PILEIKA 400 NORTH ST. 46TH FL NEW YORK NY 10165 |
| SURVIVOR 138 | C/O KBA ATTORNEYS ATTN: DEREK BRASLOW 336 S. MAIN STREET BEL AIR MD 21014 |
| SURVIVOR 220 | C/O CLARKSON LAW FIRM P.C. ATTN: TRACEY COWAN 95 3RD STREET, 2ND FLOOR SAN FRANCISCO CA 94103 |
| SURVIVOR 29 | C/O SMITH, GILDEA & SCHMIDT, LLC ATTN: STEPHEN J. NOLAN 600 WASHINGTON AVE, STE 200 TOWSON MD 21204 |
| SURVIVOR 429 | C/O KANDEL & ASSOCIATES, P.A. 1001 N. CALVERT STREET BALTIMORE MD 21202 |
| SURVIVOR 46 | C/O KBA ATTORNEYS ATTN: DEREK BRASLOW 336 S. MAIN STREET BEL AIR MD 21014 |
| SURVIVOR 577 | C/O CLARKSON LAW FIRM P.C. ATTN: TRACEY COWAN 95 3RD STREET, 2ND FLOOR SAN FRANCISCO CA 94103 |
| SURVIVOR 62 | C/O ASK, LLP ATTN: JUDIE SAUNDERS, ESQ. 60 EAST 42ND STREET, 46TH FLOOR NEW YORK NY 10165 |
| SURVIVOR 645 | C/O KBA ATTORNEYS ATTN: DEREK BRASLOW 336 S. MAIN STREET BEL AIR MD 21014 |
| SURVIVOR 686 | C/O CLARKSON LAW FIRM P.C. ATTN: TRACEY COWAN 95 3RD STREET, 2ND FLOOR SAN FRANCISCO CA 94103 |
| SURVIVOR 687 | C/O THE COCHRAN FIRM ATTN: DAVID E. HAYNES 1666 K STREET NW, STE. 1150 WASHINGTON DC 20006 |
| SURVIVOR 688 | C/O THE COCHRAN FIRM ATTN: DAVID E. HAYNES 1666 K STREET NW, STE. 1150 WASHINGTON DC 20006 |
| SURVIVOR 689 | C/O THE COCHRAN FIRM ATTN: DAVID E. HAYNES 1666 K STREET NW, STE. 1150 WASHINGTON DC 20006 |
| SURVIVOR 690 | C/O KBA ATTORNEYS ATTN: DEREK BRASLOW 336 S. MAIN STREET BEL AIR MD 21014 |
| SURVIVOR 692 | C/O JANET, JANET & SUGGS, LLC 4 RESERVOIR CIRCLE SUITE 200 BALTIMORE MD 21208 |
| SURVIVOR 693 | C/O JANET, JANET & SUGGS, LLC 4 RESERVOIR CIRCLE SUITE 200 BALTIMORE MD 21208 |
| SURVIVOR 89 | C/O LAW OFFICE OF MITCHELL GARABEDIAN 100 STATE STREET 6 BOSTON MA 02109 |
| U.S. BANCORP COMMUNITY | DEVELOPMENT CORPORATION 1307 WASHINGTON AVENUE, SUITE 300 ATTN: DIRECTOR OF ASSET MANAGEMENT – NMTC PROJECT : 27306 ST. LOUIS MO 63103 |
| U.S. BANCORP COMMUNITY | DEVELOPMENT CORPORATION C/O STINSON LLP; DAVID LUTZ 1299 FARNAM STREET, STE. 1500 OMAHA NE 68102 |
| UACD SUB CDE 47 LLC | C/O URBAN ACTION COMMUNITY DEVELOPMENT LLC 2101 E. BIDDLE STREET, STE. 1201 BALTIMORE MD 21213 |
| UACD SUB CDE 47 LLC | C/O DENTONS US LLP ATTN: JENNIFER SIMMONS, ESQ. ONE METROPOLITAN SQUARE, STE. 3000 ST. LOUIS MO 63102 |

**Total Creditor count  27**

SURVIVOR 1
[ADDRESS ON FILE]

SURVIVOR 2
[ADDRESS ON FILE]

SURVIVOR 3
[ADDRESS ON FILE]

SURVIVOR 4
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 5
[ADDRESS ON FILE]

SURVIVOR 6
[ADDRESS ON FILE]

SURVIVOR 7
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

ALLEGANY COUNTY SHERIFF
CRAIG ROBERTSON- SHERIFF
695 KELLY ROAD
CUMBERLAND, MD  21502

ALLEGANY COUNTY STATE ATTORNEY
JAMES EILLIOTT, ESQ- STATES ATTORNEY
59 PROSPECT SQUARE, STE 111
CUMBERLAND, MD  21502

SURVIVOR 8
[ADDRESS ON FILE]

SURVIVOR 9
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 10
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

ANNE ARUNDEL COUNTY SHERIFF
EVERETT SESKER- SHERIFF
8 CHURCH CIRCLE
ANNAPOLIS, MD  21401

ANNE ARUNDEL COUNTY STATE ATTORNEY
ANNE COLT LEITESS- STATES ATTORNEY
8 CHURCH CIRCLE, STE 200
ANNAPOLIS, MD  21401

ANNE ARUNDEL COUNTY
OFFICE OF FINANCE
PO BOX 17003
ANNAPOLIS
MD, 21297

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 11
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 12
[ADDRESS ON FILE]

SURVIVOR 13
[ADDRESS ON FILE]

SURVIVOR 14
[ADDRESS ON FILE]

SURVIVOR 15
[ADDRESS ON FILE]

SURVIVOR 16
[ADDRESS ON FILE]

SURVIVOR 17
[ADDRESS ON FILE]

| SURVIVOR 18 | SURVIVOR 19 | SURVIVOR 20 |
| [ADDRESS ON FILE] | [ADDRESS ON FILE] | [ADDRESS ON FILE] |

| SURVIVOR 21 | SURVIVOR 22 | SURVIVOR 23 |
| [ADDRESS ON FILE] | [ADDRESS ON FILE] | [ADDRESS ON FILE] |

| [NAME REDACTED] | SURVIVOR 24 | SURVIVOR 25 |
| [ADDRESS ON FILE] | [ADDRESS ON FILE] | [ADDRESS ON FILE] |

| SURVIVOR 26 | BALTIMORE COUNTY SHERIFF | BALTIMORE COUNTY STATE ATTORNEY |
| [ADDRESS ON FILE] | R. JAY FISHER- SHERIFF | SCOTT D. SHELLENBERGER- STATES |
| | COUNTY COURTS BUILDING | ATTORNEY |
| | 401 BOSLEY AVE. GROUND FL | COUNTY COURTS BUILDING |
| | TOWSON, MD  21204 | 401 BOSLEY AVE, 511 |
| | | TOWSON, MD  21204 |

| BALTIMORE DEPARTMENT OF LABOR | BALTIMORE WATER & SEWER DIRECTOR OF | BALTIMORE WATER & SEWER DIRECTOR OF |
| 1100 NORTH EUTAW STREET, | FINANCE | FINANCE |
| BALTIMORE, | 100 N. HOLLIDAY ST | BUREAU OF REVENUE COLLECTIONS |
| MD, 21201 | BALTIMORE | PO BOX 17535 |
| | MD, 21202 | BALTIMORE |
| | | MD, 21297 |

| SURVIVOR 27 | BANK OF AMERICA | BANK OF AMERICA |
| [ADDRESS ON FILE] | CUSTOMER SERVICE | MAIN |
| | PO BOX 25118 | PO BOX 15284 |
| | TAMPA | WILMINGTON |
| | FL, 33622-5118 | DE, 19850 |

| SURVIVOR 28 | SURVIVOR 29 | SURVIVOR 29 |
| [ADDRESS ON FILE] | [ADDRESS ON FILE] | C/O SMITH, GILDEA & SCHMIDT, LLC |
| | | ATTN: STEPHEN J. NOLAN |
| | | 600 WASHINGTON AVE, STE 200 |
| | | TOWSON, MD  21204 |

| SURVIVOR 30 | SURVIVOR 31 | SURVIVOR 32 |
| [ADDRESS ON FILE] | [ADDRESS ON FILE] | [ADDRESS ON FILE] |

| SURVIVOR 33 | [NAME REDACTED] | [NAME REDACTED] |
| [ADDRESS ON FILE] | [ADDRESS ON FILE] | [ADDRESS ON FILE] |

| SURVIVOR 34 | SURVIVOR 35 | SURVIVOR 36 |
| [ADDRESS ON FILE] | [ADDRESS ON FILE] | [ADDRESS ON FILE] |

SURVIVOR 37
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 38
[ADDRESS ON FILE]

SURVIVOR 39
[ADDRESS ON FILE]

SURVIVOR 40
[ADDRESS ON FILE]

SURVIVOR 42
[ADDRESS ON FILE]

SURVIVOR 41
[ADDRESS ON FILE]

SURVIVOR 43
[ADDRESS ON FILE]

SURVIVOR 44
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 45
[ADDRESS ON FILE]

SURVIVOR 46
[ADDRESS ON FILE]

SURVIVOR 46
C/O KBA ATTORNEYS
ATTN: DEREK BRASLOW
336 S. MAIN STREET
BEL AIR, MD  21014

BGE
PO BOX 13070
PHILADELPHIA
PA, 19101-3070

BGE
PO BOX 1475
BANKRUPTCY DEPT
BALTIMORE
MD, 21203

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 47
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 48
[ADDRESS ON FILE]

SURVIVOR 50
[ADDRESS ON FILE]

SURVIVOR 49
[ADDRESS ON FILE]

SURVIVOR 51
[ADDRESS ON FILE]

SURVIVOR 52
[ADDRESS ON FILE]

SURVIVOR 53
[ADDRESS ON FILE]

SURVIVOR 54
[ADDRESS ON FILE]

SURVIVOR 55
[ADDRESS ON FILE]

SURVIVOR 56
[ADDRESS ON FILE]

SURVIVOR 57
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 58
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 59
[ADDRESS ON FILE]

SURVIVOR 60
[ADDRESS ON FILE]

SURVIVOR 61
[ADDRESS ON FILE]

SURVIVOR 62
C/O ASK, LLP
ATTN: JUDIE SAUNDERS, ESQ.
60 EAST 42ND STREET, 46TH FLOOR
NEW YORK, NK  10165

SURVIVOR 63
[ADDRESS ON FILE]

SURVIVOR 64
[ADDRESS ON FILE]

SURVIVOR 67
[ADDRESS ON FILE]

SURVIVOR 66
[ADDRESS ON FILE]

SURVIVOR 65
[ADDRESS ON FILE]

SURVIVOR 68
[ADDRESS ON FILE]

SURVIVOR 69
[ADDRESS ON FILE]

SURVIVOR 70
[ADDRESS ON FILE]

SURVIVOR 71
[ADDRESS ON FILE]

SURVIVOR 72
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 73
[ADDRESS ON FILE]

SURVIVOR 74
[ADDRESS ON FILE]

SURVIVOR 75
[ADDRESS ON FILE]

SURVIVOR 76
[ADDRESS ON FILE]

SURVIVOR 77
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 690
C/O KBA ATTORNEYS
ATTN: DEREK BRASLOW
336 S. MAIN STREET
BEL AIR, MD  21014

SURVIVOR 78
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 79
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 80
[ADDRESS ON FILE]

SURVIVOR 81
[ADDRESS ON FILE]

SURVIVOR 82
[ADDRESS ON FILE]

SURVIVOR 83
[ADDRESS ON FILE]

SURVIVOR 84
[ADDRESS ON FILE]

SURVIVOR 85
[ADDRESS ON FILE]

CARROLL COUNTY SHERIFF
JAMES T. DEWEES- SHERIFF
100 N. COURT STREET
WESTMINSTER, MD  21157

CARROLL COUNTY STATE ATTORNEY
HAVEN N. SHOEMAKER JR- STATES
ATTORNEY
55 N. COURT ST, 100
WESTMINSTER, MD  21157

SURVIVOR 86
[ADDRESS ON FILE]

SURVIVOR 87
[ADDRESS ON FILE]

SURVIVOR 88
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 89
[ADDRESS ON FILE]

SURVIVOR 89
C/O LAW OFFICE OF MITCHELL GARABEDIAN
100 STATE STREET 6
BOSTON, MA  02109

SURVIVOR 90
[ADDRESS ON FILE]

SURVIVOR 91
[ADDRESS ON FILE]

SURVIVOR 92
[ADDRESS ON FILE]

SURVIVOR 93
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 94
[ADDRESS ON FILE]

SURVIVOR 95
[ADDRESS ON FILE]

SURVIVOR 96
[ADDRESS ON FILE]

CITY OF BALTIMORE
CITY HALL- ROOM 250
100 N. HOLLIDAY ST
BALTIMORE, MD  21202

SURVIVOR 97
[ADDRESS ON FILE]

SURVIVOR 99
[ADDRESS ON FILE]

SURVIVOR 98
[ADDRESS ON FILE]

SURVIVOR 101
[ADDRESS ON FILE]

SURVIVOR 100
[ADDRESS ON FILE]

SURVIVOR 102
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 105
[ADDRESS ON FILE]

SURVIVOR 106
C/O FORESTER HAYNIE PLLC
ATTN: ASHLEY M. PILEIKA
400 NORTH ST. 46TH FL
NEW YORK, NY  10165

SURVIVOR 104
[ADDRESS ON FILE]

SURVIVOR 103
[ADDRESS ON FILE]

SURVIVOR 107
[ADDRESS ON FILE]

COMCAST
PO BOX 70219
PHILADELPHIA
PA, 19176-0219

SURVIVOR 108
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 109
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 110
[ADDRESS ON FILE]

SURVIVOR 111
[ADDRESS ON FILE]

SURVIVOR 112
[ADDRESS ON FILE]

SURVIVOR 113
[ADDRESS ON FILE]

SURVIVOR 114
[ADDRESS ON FILE]

SURVIVOR 115
[ADDRESS ON FILE]

SURVIVOR 116
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 117
[ADDRESS ON FILE]

SURVIVOR 118
[ADDRESS ON FILE]

SURVIVOR 119
[ADDRESS ON FILE]

SURVIVOR 120
[ADDRESS ON FILE]

SURVIVOR 121
[ADDRESS ON FILE]

SURVIVOR 122
[ADDRESS ON FILE]

SURVIVOR 123
[ADDRESS ON FILE]

SURVIVOR 124
[ADDRESS ON FILE]

SURVIVOR 125
[ADDRESS ON FILE]

SURVIVOR 126
[ADDRESS ON FILE]

SURVIVOR 127
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 128
[ADDRESS ON FILE]

SURVIVOR 129
[ADDRESS ON FILE]

SURVIVOR 130
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 131
[ADDRESS ON FILE]

SURVIVOR 132
[ADDRESS ON FILE]

SURVIVOR 133
[ADDRESS ON FILE]

SURVIVOR 134
[ADDRESS ON FILE]

SURVIVOR 135
[ADDRESS ON FILE]

SURVIVOR 136
[ADDRESS ON FILE]

SURVIVOR 137
[ADDRESS ON FILE]

SURVIVOR 138
C/O KBA ATTORNEYS
ATTN: DEREK BRASLOW
336 S. MAIN STREET
BEL AIR, MD  21014

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 139
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 140
[ADDRESS ON FILE]

SURVIVOR 141
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 142
[ADDRESS ON FILE]

SURVIVOR 143
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 144
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 145
[ADDRESS ON FILE]

SURVIVOR 146
[ADDRESS ON FILE]

SURVIVOR 147
[ADDRESS ON FILE]

SURVIVOR 148
[ADDRESS ON FILE]

SURVIVOR 149
[ADDRESS ON FILE]

SURVIVOR 150
[ADDRESS ON FILE]

SURVIVOR 151
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 152
[ADDRESS ON FILE]

SURVIVOR 153
[ADDRESS ON FILE]

SURVIVOR 154
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 155
[ADDRESS ON FILE]

SURVIVOR 157
[ADDRESS ON FILE]

SURVIVOR 156
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 158
[ADDRESS ON FILE]

SURVIVOR 159
[ADDRESS ON FILE]

SURVIVOR 160
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 687
C/O THE COCHRAN FIRM
ATTN: DAVID E. HAYNES
1666 K STREET NW, STE. 1150
WASHINGTON, DC  20006

SURVIVOR 161
[ADDRESS ON FILE]

SURVIVOR 162
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 163
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 164
[ADDRESS ON FILE]

SURVIVOR 165
[ADDRESS ON FILE]

SURVIVOR 166
[ADDRESS ON FILE]

SURVIVOR 167
[ADDRESS ON FILE]

SURVIVOR 168
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 169
[ADDRESS ON FILE]

SURVIVOR 170
[ADDRESS ON FILE]

SURVIVOR 171
[ADDRESS ON FILE]

SURVIVOR 172
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 173
[ADDRESS ON FILE]

SURVIVOR 174
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 175
[ADDRESS ON FILE]

SURVIVOR 176
[ADDRESS ON FILE]

SURVIVOR 177
[ADDRESS ON FILE]

SURVIVOR 178
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 179
[ADDRESS ON FILE]

SURVIVOR 180
[ADDRESS ON FILE]

SURVIVOR 181
[ADDRESS ON FILE]

SURVIVOR 182
[ADDRESS ON FILE]

FREDERICK COUNTY SHERIFF
CHUCK JENKINS- SHERIFF
110 AIRPORT DRIVE EAST
FREDERICK, MD  21701

FREDERICK COUNTY STATE ATTORNEY
J. CHARLES SMITH III- STATES ATTORNEY
100 W. PATRICK ST.
FREDERICK, MD  21701

SURVIVOR 183
[ADDRESS ON FILE]

SURVIVOR 184
[ADDRESS ON FILE]

SURVIVOR 185
[ADDRESS ON FILE]

SURVIVOR 187
[ADDRESS ON FILE]

SURVIVOR 186
[ADDRESS ON FILE]

SURVIVOR 188
[ADDRESS ON FILE]

SURVIVOR 189
[ADDRESS ON FILE]

SURVIVOR 190
[ADDRESS ON FILE]

SURVIVOR 191
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 193
[ADDRESS ON FILE]

SURVIVOR 192
[ADDRESS ON FILE]

SURVIVOR 194
[ADDRESS ON FILE]

SURVIVOR 195
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

GARRETT COUNTY SHERIFF
BRYSON MEYERS- SHERIFF
311 E. ALDER STREET
OAKLAND, MD  21550

GARRETT COUNTY STATE ATTORNEY
CHRISTIAN W. MASH- STATES ATTORNEY
FREDERICK A. THAYER III COURTHOUSE
313 EAST ALDER ST, 200
OAKLAND, MD  21550

SURVIVOR 196
[ADDRESS ON FILE]

SURVIVOR 197
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 198
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 199
[ADDRESS ON FILE]

SURVIVOR 200
[ADDRESS ON FILE]

SURVIVOR 201
[ADDRESS ON FILE]

SURVIVOR 202
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 203
[ADDRESS ON FILE]

SURVIVOR 204
[ADDRESS ON FILE]

SURVIVOR 205
[ADDRESS ON FILE]

SURVIVOR 206
[ADDRESS ON FILE]

SURVIVOR 207
[ADDRESS ON FILE]

SURVIVOR 208
[ADDRESS ON FILE]

SURVIVOR 209
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 210
[ADDRESS ON FILE]

SURVIVOR 211
[ADDRESS ON FILE]

SURVIVOR 212
[ADDRESS ON FILE]

SURVIVOR 213
[ADDRESS ON FILE]

SURVIVOR 215
[ADDRESS ON FILE]

SURVIVOR 214
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 216
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 217
[ADDRESS ON FILE]

SURVIVOR 218
[ADDRESS ON FILE]

SURVIVOR 219
[ADDRESS ON FILE]

SURVIVOR 220
[ADDRESS ON FILE]

SURVIVOR 220
C/O CLARKSON LAW FIRM P.C.
ATTN: TRACEY COWAN
95 3RD STREET, 2ND FLOOR
SAN FRANCISCO, CA  94103

SURVIVOR 221
[ADDRESS ON FILE]

SURVIVOR 222
[ADDRESS ON FILE]

SURVIVOR 223
[ADDRESS ON FILE]

SURVIVOR 224
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 225
[ADDRESS ON FILE]

H.C. MCCOMAS FUEL CO.
2301 EVERGREEN STREET
BALTIMORE
MD, 21216

SURVIVOR 226
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 228
[ADDRESS ON FILE]

SURVIVOR 227
[ADDRESS ON FILE]

SURVIVOR 229
[ADDRESS ON FILE]

SURVIVOR 230
[ADDRESS ON FILE]

SURVIVOR 231
[ADDRESS ON FILE]

HARBOR COMMUNITY FUND XXI LLC
ATTN: JOSEPH HASKINS, JR.
25 WEST FAYETTE STREET
BALTIMORE, MD  21201

HARBOR COMMUNITY FUND XXI LLC
C/O BALLARD SPAHR LLP
ATTN: MOLLY R. BRYSON, ESQ.
1909 K STREET NW, 12TH FLOOR
WASHINGTON, DC  20006

HARFORD COUNTY SHERIFF
JEFF GAHLER- SHERIFF
45 SOUTH MAIN ST
BEL AIR, MD  21014

HARFORD COUNTY STATE ATTORNEY
ALISON M. HEALEY- STATES ATTORNEY
20 W COURTLAND ST
BEL AIR, MD  21014

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 232
[ADDRESS ON FILE]

SURVIVOR 233
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 691
C/O THE SUDER LAW FIRM, P.A.
ATTN: JOANNE SUDER
1101 SAINT PAUL ST., STE. 111
BALTIMORE, MD  21202

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 234
[ADDRESS ON FILE]

SURVIVOR 235
[ADDRESS ON FILE]

SURVIVOR 236
[ADDRESS ON FILE]

SURVIVOR 239
[ADDRESS ON FILE]

SURVIVOR 237
[ADDRESS ON FILE]

SURVIVOR 238
[ADDRESS ON FILE]

SURVIVOR 240
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 241
[ADDRESS ON FILE]

SURVIVOR 242
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 243
[ADDRESS ON FILE]

SURVIVOR 244
[ADDRESS ON FILE]

SURVIVOR 245
[ADDRESS ON FILE]

SURVIVOR 246
[ADDRESS ON FILE]

SURVIVOR 247
[ADDRESS ON FILE]

SURVIVOR 248
[ADDRESS ON FILE]

SURVIVOR 249
[ADDRESS ON FILE]

SURVIVOR 250
[ADDRESS ON FILE]

SURVIVOR 251
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 252
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 253
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 254
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 255
[ADDRESS ON FILE]

SURVIVOR 256
[ADDRESS ON FILE]

SURVIVOR 257
[ADDRESS ON FILE]

SURVIVOR 258
[ADDRESS ON FILE]

SURVIVOR 259
[ADDRESS ON FILE]

SURVIVOR 260
[ADDRESS ON FILE]

SURVIVOR 261
[ADDRESS ON FILE]

SURVIVOR 262
[ADDRESS ON FILE]

SURVIVOR 263
[ADDRESS ON FILE]

SURVIVOR 264
[ADDRESS ON FILE]

SURVIVOR 265
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 266
[ADDRESS ON FILE]

SURVIVOR 267
[ADDRESS ON FILE]

SURVIVOR 268
[ADDRESS ON FILE]

SURVIVOR 269
[ADDRESS ON FILE]

SURVIVOR 270
[ADDRESS ON FILE]

SURVIVOR 271
[ADDRESS ON FILE]

SURVIVOR 272
[ADDRESS ON FILE]

SURVIVOR 273
[ADDRESS ON FILE]

SURVIVOR 274
[ADDRESS ON FILE]

HOWARD COUNTY SHERIFF
MARCUS HARRIS- SHERIFF
CIRCUIT COURTHOUSE, 2ND FL
9250 JUDICIAL WAY
ELLICOTT CITY, MD  21043

HOWARD COUNTY STATE ATTORNEY
RICHARD H. GIBSON- STATES ATTORNEY
CIRCUIT COURTHOUSE
9250 JUDICIAL WAY
ELLICOTT CITY, MD  21043

SURVIVOR 275
[ADDRESS ON FILE]

SURVIVOR 276
[ADDRESS ON FILE]

SURVIVOR 277
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 278
[ADDRESS ON FILE]

INS COMPLIANCE & REPORTING DIVISION
WORKERS' COMPENSATION COMMISSION
10 EAST BALTIMORE STREET
BALTIMORE
MD, 21202-1641

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 279
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 280
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 281
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 284
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 282
[ADDRESS ON FILE]

SURVIVOR 285
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 283
[ADDRESS ON FILE]

SURVIVOR 286
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 287
[ADDRESS ON FILE]

SURVIVOR 288
[ADDRESS ON FILE]

SURVIVOR 289
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 290
[ADDRESS ON FILE]

SURVIVOR 291
[ADDRESS ON FILE]

SURVIVOR 292
[ADDRESS ON FILE]

SURVIVOR 293
[ADDRESS ON FILE]

SURVIVOR 295
[ADDRESS ON FILE]

SURVIVOR 294
[ADDRESS ON FILE]

SURVIVOR 296
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 297
[ADDRESS ON FILE]

SURVIVOR 298
[ADDRESS ON FILE]

SURVIVOR 299
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 300
[ADDRESS ON FILE]

SURVIVOR 301
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 302
[ADDRESS ON FILE]

SURVIVOR 303
[ADDRESS ON FILE]

SURVIVOR 304
[ADDRESS ON FILE]

SURVIVOR 305
[ADDRESS ON FILE]

SURVIVOR 306
[ADDRESS ON FILE]

SURVIVOR 307
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 308
[ADDRESS ON FILE]

SURVIVOR 309
[ADDRESS ON FILE]

SURVIVOR 310
[ADDRESS ON FILE]

SURVIVOR 311
[ADDRESS ON FILE]

SURVIVOR 312
[ADDRESS ON FILE]

SURVIVOR 313
[ADDRESS ON FILE]

SURVIVOR 314
[ADDRESS ON FILE]

SURVIVOR 315
[ADDRESS ON FILE]

SURVIVOR 316
[ADDRESS ON FILE]

SURVIVOR 317
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 318
[ADDRESS ON FILE]

SURVIVOR 319
[ADDRESS ON FILE]

SURVIVOR 320
[ADDRESS ON FILE]

SURVIVOR 321
[ADDRESS ON FILE]

SURVIVOR 322
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 323
[ADDRESS ON FILE]

SURVIVOR 324
[ADDRESS ON FILE]

SURVIVOR 325
[ADDRESS ON FILE]

SURVIVOR 326
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 327
[ADDRESS ON FILE]

SURVIVOR 328
[ADDRESS ON FILE]

SURVIVOR 329
[ADDRESS ON FILE]

SURVIVOR 330
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 332
[ADDRESS ON FILE]

SURVIVOR 331
[ADDRESS ON FILE]

SURVIVOR 333
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 334
[ADDRESS ON FILE]

SURVIVOR 335
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 336
[ADDRESS ON FILE]

SURVIVOR 337
[ADDRESS ON FILE]

SURVIVOR 338
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 339
[ADDRESS ON FILE]

SURVIVOR 340
[ADDRESS ON FILE]

SURVIVOR 341
[ADDRESS ON FILE]

SURVIVOR 342
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 343
[ADDRESS ON FILE]

SURVIVOR 344
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 345
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 346
[ADDRESS ON FILE]

SURVIVOR 347
[ADDRESS ON FILE]

SURVIVOR 348
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 349
[ADDRESS ON FILE]

LUMINACE SOLAR HOLDINGS
PO BOX 856260
MINNEAPOLIS
MN, 55485-6260

SURVIVOR 350
[ADDRESS ON FILE]

M&T BANK
ONE LIGHT STREET – 16TH FL
BALTIMORE
MD, 21202

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 351
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 353
[ADDRESS ON FILE]

SURVIVOR 352
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 354
[ADDRESS ON FILE]

SURVIVOR 355
[ADDRESS ON FILE]

SURVIVOR 357
[ADDRESS ON FILE]

SURVIVOR 356
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 358
[ADDRESS ON FILE]

SURVIVOR 359
[ADDRESS ON FILE]

SURVIVOR 360
[ADDRESS ON FILE]

SURVIVOR 361
[ADDRESS ON FILE]

SURVIVOR 362
[ADDRESS ON FILE]

SURVIVOR 363
[ADDRESS ON FILE]

SURVIVOR 365
[ADDRESS ON FILE]

SURVIVOR 692
C/O JANET, JANET & SUGGS, LLC
4 RESERVOIR CIRCLE
SUITE 200
BALTIMORE, MD  21208

SURVIVOR 364
[ADDRESS ON FILE]

MARYLAND ATTORNEY GENERAL OFFICE
ANTHONY G. BROWN- ATTORNEY GENERAL
200 ST. PAUL PLACE
BALTIMORE, MD  21202

MARYLAND VEHICLE ADMINISTRATION
6801 RITCHIE HIGHWAY, NE, ROOM 200
GLEN BURNIE
MD, 21062

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 366
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 367
[ADDRESS ON FILE]

SURVIVOR 368
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 369
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 370
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 689
C/O THE COCHRAN FIRM
ATTN: DAVID E. HAYNES
1666 K STREET NW, STE. 1150
WASHINGTON, DC  20006

SURVIVOR 371
[ADDRESS ON FILE]

SURVIVOR 372
[ADDRESS ON FILE]

SURVIVOR 373
[ADDRESS ON FILE]

SURVIVOR 374
[ADDRESS ON FILE]

SURVIVOR 375
[ADDRESS ON FILE]

SURVIVOR 376
[ADDRESS ON FILE]

SURVIVOR 377
[ADDRESS ON FILE]

SURVIVOR 378
[ADDRESS ON FILE]

SURVIVOR 379
[ADDRESS ON FILE]

SURVIVOR 380
[ADDRESS ON FILE]

SURVIVOR 381
[ADDRESS ON FILE]

SURVIVOR 382
[ADDRESS ON FILE]

SURVIVOR 383
[ADDRESS ON FILE]

SURVIVOR 384
[ADDRESS ON FILE]

SURVIVOR 385
[ADDRESS ON FILE]

SURVIVOR 386
[ADDRESS ON FILE]

SURVIVOR 387
[ADDRESS ON FILE]

SURVIVOR 388
[ADDRESS ON FILE]

SURVIVOR 389
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 390
[ADDRESS ON FILE]

SURVIVOR 391
[ADDRESS ON FILE]

SURVIVOR 397
[ADDRESS ON FILE]

SURVIVOR 393
[ADDRESS ON FILE]

SURVIVOR 396
[ADDRESS ON FILE]

SURVIVOR 394
[ADDRESS ON FILE]

SURVIVOR 392
[ADDRESS ON FILE]

SURVIVOR 395
[ADDRESS ON FILE]

SURVIVOR 398
[ADDRESS ON FILE]

SURVIVOR 399
[ADDRESS ON FILE]

SURVIVOR 400
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 401
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 402
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 405
[ADDRESS ON FILE]

SURVIVOR 403
[ADDRESS ON FILE]

SURVIVOR 404
[ADDRESS ON FILE]

SURVIVOR 406
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 407
[ADDRESS ON FILE]

SURVIVOR 408
[ADDRESS ON FILE]

SURVIVOR 409
[ADDRESS ON FILE]

SURVIVOR 410
[ADDRESS ON FILE]

SURVIVOR 411
[ADDRESS ON FILE]

SURVIVOR 412
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 413
[ADDRESS ON FILE]

SURVIVOR 414
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 415
[ADDRESS ON FILE]

SURVIVOR 416
[ADDRESS ON FILE]

SURVIVOR 417
[ADDRESS ON FILE]

SURVIVOR 418
[ADDRESS ON FILE]

SURVIVOR 419
[ADDRESS ON FILE]

SURVIVOR 420
[ADDRESS ON FILE]

SURVIVOR 421
[ADDRESS ON FILE]

SURVIVOR 422
[ADDRESS ON FILE]

SURVIVOR 423
[ADDRESS ON FILE]

SURVIVOR 424
[ADDRESS ON FILE]

SURVIVOR 425
[ADDRESS ON FILE]

SURVIVOR 426
[ADDRESS ON FILE]

SURVIVOR 427
[ADDRESS ON FILE]

SURVIVOR 428
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 429
C/O KANDEL & ASSOCIATES, P.A.
1001 N. CALVERT STREET
BALTIMORE, MD  21202

SURVIVOR 430
[ADDRESS ON FILE]

SURVIVOR 431
[ADDRESS ON FILE]

NRG CURTAILMENT SOLUTIONS
804 CARNEGIE CENTER
PRINCETON
NJ, 08540

SURVIVOR 432
[ADDRESS ON FILE]

SURVIVOR 433
[ADDRESS ON FILE]

SURVIVOR 434
[ADDRESS ON FILE]

SURVIVOR 435
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 436
[ADDRESS ON FILE]

SURVIVOR 437
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

OFFICE OF THE UNITED STATES TRUSTEE
FOR
THE DISTRICT OF MARYLAND
GERARD R. VETTER
101 WEST LOMBARD STREET, STE 2626
BALTIMORE, MD  21201

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 438
[ADDRESS ON FILE]

SURVIVOR 439
[ADDRESS ON FILE]

SURVIVOR 440
[ADDRESS ON FILE]

SURVIVOR 441
[ADDRESS ON FILE]

SURVIVOR 688
C/O THE COCHRAN FIRM
ATTN: DAVID E. HAYNES
1666 K STREET NW, STE. 1150
WASHINGTON, DC  20006

SURVIVOR 442
[ADDRESS ON FILE]

SURVIVOR 443
[ADDRESS ON FILE]

SURVIVOR 444
[ADDRESS ON FILE]

SURVIVOR 445
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 446
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 448
[ADDRESS ON FILE]

SURVIVOR 447
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 449
[ADDRESS ON FILE]

SURVIVOR 450
[ADDRESS ON FILE]

SURVIVOR 451
[ADDRESS ON FILE]

SURVIVOR 452
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 453
[ADDRESS ON FILE]

SURVIVOR 454
[ADDRESS ON FILE]

SURVIVOR 455
[ADDRESS ON FILE]

SURVIVOR 456
[ADDRESS ON FILE]

SURVIVOR 457
[ADDRESS ON FILE]

SURVIVOR 458
[ADDRESS ON FILE]

SURVIVOR 460
[ADDRESS ON FILE]

SURVIVOR 459
[ADDRESS ON FILE]

SURVIVOR 461
[ADDRESS ON FILE]

SURVIVOR 463
[ADDRESS ON FILE]

SURVIVOR 462
[ADDRESS ON FILE]

SURVIVOR 464
[ADDRESS ON FILE]

SURVIVOR 465
[ADDRESS ON FILE]

SURVIVOR 466
[ADDRESS ON FILE]

SURVIVOR 467
[ADDRESS ON FILE]

SURVIVOR 468
[ADDRESS ON FILE]

SURVIVOR 469
[ADDRESS ON FILE]

PNC BANK
C/O BUCHANAN INGERSOLL & ROONEY PC
UNION TRUST BUILDING
501 GRANT STREET, SUITE 200
PITTSBURGH, PA  15219-4413

SURVIVOR 471
[ADDRESS ON FILE]

SURVIVOR 470
[ADDRESS ON FILE]

SURVIVOR 472
[ADDRESS ON FILE]

SURVIVOR 474
[ADDRESS ON FILE]

SURVIVOR 473
[ADDRESS ON FILE]

SURVIVOR 477
[ADDRESS ON FILE]

SURVIVOR 476
[ADDRESS ON FILE]

SURVIVOR 475
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 478
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 479
[ADDRESS ON FILE]

SURVIVOR 480
[ADDRESS ON FILE]

SURVIVOR 481
[ADDRESS ON FILE]

SURVIVOR 482
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 483
[ADDRESS ON FILE]

SURVIVOR 484
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 485
[ADDRESS ON FILE]

SURVIVOR 486
[ADDRESS ON FILE]

SURVIVOR 487
[ADDRESS ON FILE]

SURVIVOR 488
[ADDRESS ON FILE]

SURVIVOR 490
[ADDRESS ON FILE]

SURVIVOR 489
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 491
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 492
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 493
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 494
[ADDRESS ON FILE]

SURVIVOR 495
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 496
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 497
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 498
[ADDRESS ON FILE]

SURVIVOR 499
[ADDRESS ON FILE]

SURVIVOR 500
[ADDRESS ON FILE]

SURVIVOR 501
[ADDRESS ON FILE]

SURVIVOR 502
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 503
[ADDRESS ON FILE]

SURVIVOR 504
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 505
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 506
[ADDRESS ON FILE]

SURVIVOR 507
[ADDRESS ON FILE]

SURVIVOR 508
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 509
[ADDRESS ON FILE]

SURVIVOR 510
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 511
[ADDRESS ON FILE]

SURVIVOR 512
[ADDRESS ON FILE]

SURVIVOR 513
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 514
[ADDRESS ON FILE]

SURVIVOR 515
[ADDRESS ON FILE]

SURVIVOR 516
[ADDRESS ON FILE]

SURVIVOR 517
[ADDRESS ON FILE]

SURVIVOR 518
[ADDRESS ON FILE]

SURVIVOR 519
[ADDRESS ON FILE]

SURVIVOR 520
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 521
[ADDRESS ON FILE]

SURVIVOR 522
[ADDRESS ON FILE]

SURVIVOR 523
[ADDRESS ON FILE]

SURVIVOR 524
[ADDRESS ON FILE]

SURVIVOR 525
[ADDRESS ON FILE]

SURVIVOR 526
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 527
[ADDRESS ON FILE]

SURVIVOR 528
[ADDRESS ON FILE]

SURVIVOR 529
[ADDRESS ON FILE]

SURVIVOR 530
[ADDRESS ON FILE]

SURVIVOR 531
[ADDRESS ON FILE]

SURVIVOR 532
[ADDRESS ON FILE]

SURVIVOR 533
[ADDRESS ON FILE]

SURVIVOR 535
[ADDRESS ON FILE]

SURVIVOR 534
[ADDRESS ON FILE]

SURVIVOR 536
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 537
[ADDRESS ON FILE]

SURVIVOR 538
[ADDRESS ON FILE]

SURVIVOR 539
[ADDRESS ON FILE]

SURVIVOR 540
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 541
[ADDRESS ON FILE]

SURVIVOR 542
[ADDRESS ON FILE]

SURVIVOR 543
[ADDRESS ON FILE]

SURVIVOR 544
[ADDRESS ON FILE]

SURVIVOR 545
[ADDRESS ON FILE]

SURVIVOR 546
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 547
[ADDRESS ON FILE]

SURVIVOR 548
[ADDRESS ON FILE]

SURVIVOR 549
[ADDRESS ON FILE]

SURVIVOR 550
[ADDRESS ON FILE]

SURVIVOR 552
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 559
[ADDRESS ON FILE]

SURVIVOR 558
[ADDRESS ON FILE]

SURVIVOR 553
[ADDRESS ON FILE]

SURVIVOR 556
[ADDRESS ON FILE]

SURVIVOR 557
[ADDRESS ON FILE]

SURVIVOR 555
[ADDRESS ON FILE]

SURVIVOR 551
[ADDRESS ON FILE]

SURVIVOR 554
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 560
[ADDRESS ON FILE]

SURVIVOR 561
[ADDRESS ON FILE]

SURVIVOR 563
[ADDRESS ON FILE]

SURVIVOR 562
[ADDRESS ON FILE]

SURVIVOR 564
[ADDRESS ON FILE]

SURVIVOR 565
[ADDRESS ON FILE]

SURVIVOR 566
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 567
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 568
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 569
[ADDRESS ON FILE]

SURVIVOR 570
[ADDRESS ON FILE]

SURVIVOR 571
[ADDRESS ON FILE]

SURVIVOR 572
[ADDRESS ON FILE]

SURVIVOR 573
[ADDRESS ON FILE]

SURVIVOR 574
[ADDRESS ON FILE]

SURVIVOR 575
[ADDRESS ON FILE]

SURVIVOR 576
[ADDRESS ON FILE]

SURVIVOR 577
[ADDRESS ON FILE]

SURVIVOR 577
C/O CLARKSON LAW FIRM P.C.
ATTN: TRACEY COWAN
95 3RD STREET, 2ND FLOOR
SAN FRANCISCO, CA  94103

SURVIVOR 579
[ADDRESS ON FILE]

SURVIVOR 578
[ADDRESS ON FILE]

SURVIVOR 580
[ADDRESS ON FILE]

SURVIVOR 581
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 582
[ADDRESS ON FILE]

SURVIVOR 583
[ADDRESS ON FILE]

SURVIVOR 584
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 585
[ADDRESS ON FILE]

SURVIVOR 586
[ADDRESS ON FILE]

SURVIVOR 587
[ADDRESS ON FILE]

SURVIVOR 588
[ADDRESS ON FILE]

SURVIVOR 589
[ADDRESS ON FILE]

SURVIVOR 590
[ADDRESS ON FILE]

SURVIVOR 591
[ADDRESS ON FILE]

SURVIVOR 592
[ADDRESS ON FILE]

SURVIVOR 594
[ADDRESS ON FILE]

SURVIVOR 593
[ADDRESS ON FILE]

SURVIVOR 595
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 596
[ADDRESS ON FILE]

SURVIVOR 597
[ADDRESS ON FILE]

SURVIVOR 598
[ADDRESS ON FILE]

SURVIVOR 599
[ADDRESS ON FILE]

SURVIVOR 686
C/O CLARKSON LAW FIRM P.C.
ATTN: TRACEY COWAN
95 3RD STREET, 2ND FLOOR
SAN FRANCISCO, CA  94103

SURVIVOR 601
[ADDRESS ON FILE]

SURVIVOR 600
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 605
[ADDRESS ON FILE]

SURVIVOR 602
[ADDRESS ON FILE]

SURVIVOR 604
[ADDRESS ON FILE]

SURVIVOR 606
[ADDRESS ON FILE]

SURVIVOR 607
[ADDRESS ON FILE]

SURVIVOR 603
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 608
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 609
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 610
[ADDRESS ON FILE]

SURVIVOR 611
[ADDRESS ON FILE]

SURVIVOR 612
[ADDRESS ON FILE]

SURVIVOR 613
[ADDRESS ON FILE]

SURVIVOR 614
[ADDRESS ON FILE]

SURVIVOR 615
[ADDRESS ON FILE]

SURVIVOR 616
[ADDRESS ON FILE]

U.S. BANCORP COMMUNITY
DEVELOPMENT CORPORATION
1307 WASHINGTON AVENUE, SUITE 300
ATTN: DIRECTOR OF ASSET MANAGEMENT –
NMTC PROJECT : 27306
ST. LOUIS, MO  63103

U.S. BANCORP COMMUNITY
DEVELOPMENT CORPORATION
C/O STINSON LLP; DAVID LUTZ
1299 FARNAM STREET, STE. 1500
OMAHA, NE  68102

UACD SUB CDE 47 LLC
C/O DENTONS US LLP
ATTN: JENNIFER SIMMONS, ESQ.
ONE METROPOLITAN SQUARE, STE. 3000
ST. LOUIS, MO  63102

UACD SUB CDE 47 LLC
C/O URBAN ACTION COMMUNITY
DEVELOPMENT LLC
2101 E. BIDDLE STREET, STE. 1201
BALTIMORE, MD  21213

SURVIVOR 617
[ADDRESS ON FILE]

SURVIVOR 618
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 619
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 693
C/O JANET, JANET & SUGGS, LLC
4 RESERVOIR CIRCLE
SUITE 200
BALTIMORE, MD  21208

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 620
[ADDRESS ON FILE]

VERIZON BUSINESS
PO BOX 15124
ALBANY
NY, 12212-5124

VERIZON
22001 LOUDOUN COUNTY PARKWAY
ASHBURN
VA, 20147

VERIZON
PO BOX 16801
NEWARK
NJ, 07101-6801

VICINITY ENERGY BALTIMORE COOL
PO BOX 29231
NEW YORK
NY, 10087-9231

VICINITY ENERGY BALTIMORE HEAT
PO BOX 5015
NEW YORK
NY, 10087-5015

SURVIVOR 621
[ADDRESS ON FILE]

SURVIVOR 622
[ADDRESS ON FILE]

SURVIVOR 623
[ADDRESS ON FILE]

SURVIVOR 624
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 625
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 626
[ADDRESS ON FILE]

SURVIVOR 627
[ADDRESS ON FILE]

SURVIVOR 629
[ADDRESS ON FILE]

SURVIVOR 628
[ADDRESS ON FILE]

SURVIVOR 630
[ADDRESS ON FILE]

SURVIVOR 631
[ADDRESS ON FILE]

SURVIVOR 632
[ADDRESS ON FILE]

SURVIVOR 633
[ADDRESS ON FILE]

SURVIVOR 635
[ADDRESS ON FILE]

SURVIVOR 634
[ADDRESS ON FILE]

SURVIVOR 636
[ADDRESS ON FILE]

SURVIVOR 637
[ADDRESS ON FILE]

SURVIVOR 638
[ADDRESS ON FILE]

SURVIVOR 640
[ADDRESS ON FILE]

SURVIVOR 639
[ADDRESS ON FILE]

SURVIVOR 641
[ADDRESS ON FILE]

SURVIVOR 642
[ADDRESS ON FILE]

SURVIVOR 643
[ADDRESS ON FILE]

SURVIVOR 645
[ADDRESS ON FILE]

SURVIVOR 645
C/O KBA ATTORNEYS
ATTN: DEREK BRASLOW
336 S. MAIN STREET
BEL AIR, MD  21014

SURVIVOR 644
[ADDRESS ON FILE]

SURVIVOR 646
[ADDRESS ON FILE]

SURVIVOR 647
[ADDRESS ON FILE]

WASHINGTON COUNTY SHERIFF
BRIAN K. ALBERT- SHERIFF
500 WESTERN MARYLAND PKWY
HAGERSTOWN, MD  21740

WASHINGTON COUNTY STATE ATTORNEY
GINA CIRCINCION- STATES ATTORNEY
33 WEST WASHINGTON ST, 302
HAGERSTOWN, MD  21740

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 649
[ADDRESS ON FILE]

SURVIVOR 648
[ADDRESS ON FILE]

SURVIVOR 650
[ADDRESS ON FILE]

SURVIVOR 651
[ADDRESS ON FILE]

SURVIVOR 652
[ADDRESS ON FILE]

SURVIVOR 653
[ADDRESS ON FILE]

SURVIVOR 654
[ADDRESS ON FILE]

SURVIVOR 655
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 656
[ADDRESS ON FILE]

SURVIVOR 657
[ADDRESS ON FILE]

WESBANCO
1 BANK PLAZA
WHEELING
VA, 26003

SURVIVOR 658
[ADDRESS ON FILE]

SURVIVOR 659
[ADDRESS ON FILE]

SURVIVOR 660
[ADDRESS ON FILE]

SURVIVOR 661
[ADDRESS ON FILE]

SURVIVOR 662
[ADDRESS ON FILE]

SURVIVOR 663
[ADDRESS ON FILE]

SURVIVOR 664
[ADDRESS ON FILE]

SURVIVOR 665
[ADDRESS ON FILE]

SURVIVOR 666
[ADDRESS ON FILE]

SURVIVOR 667
[ADDRESS ON FILE]

SURVIVOR 668
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 669
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 670
[ADDRESS ON FILE]

SURVIVOR 671
[ADDRESS ON FILE]

SURVIVOR 672
[ADDRESS ON FILE]

SURVIVOR 673
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 674
[ADDRESS ON FILE]

SURVIVOR 675
[ADDRESS ON FILE]

SURVIVOR 676
[ADDRESS ON FILE]

SURVIVOR 677
[ADDRESS ON FILE]

SURVIVOR 678
[ADDRESS ON FILE]

SURVIVOR 679
[ADDRESS ON FILE]

SURVIVOR 680
[ADDRESS ON FILE]

SURVIVOR 681
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

[NAME REDACTED]
[ADDRESS ON FILE]

SURVIVOR 682
[ADDRESS ON FILE]

SURVIVOR 683
[ADDRESS ON FILE]

SURVIVOR 684
[ADDRESS ON FILE]

SURVIVOR 685
[ADDRESS ON FILE]

Total: 951

**EXHIBIT B**

**ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE**
**CASE NUMBER 23-16969 - Core/Top30 Email Service List**

| NAME | EMAIL |
|---|---|
| HOLLAND & KNIGHT LLP (COUNSEL TO THE DEBTOR) | PHILIP.EVANS@HKLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE FOR DISTRICT OF MARYLAND | KENNETH.N.WHITEHURST@USDOJ.GOV; HUGH.M.BERNSTEIN@USDOJ.GOV |
| BUCHANAN INGERSOLL & ROONEY PC (COUNSEL TO PNC BANK) | JAMES.NEWELL@BIPC.COM; TIMOTHY.PALMER@BIPC.COM; GEOFFREY.GRIVNER@BIPC.COM |
| U.S. BANCORP COMMUNITY | DAVID.LUTZ@STINSON.COM |
| HARBOR COMMUNITY FUND XXI LLC | BRYSONM@BALLARDSPAHR.COM |
| UACD SUB CDE 47 LLC | JENNIFER.SIMMONS@DENTONS.COM |
| SURVIVOR 577 | TCOWAN@CLARKSONLAWFIRM.COM |
| SURVIVOR 686 | TCOWAN@CLARKSONLAWFIRM.COM |
| SURVIVOR 220 | TCOWAN@CLARKSONLAWFIRM.COM |
| SURVIVOR 29 | SNOLAN@SGS-LAW.COM |
| SURVIVOR 89 | MGARABEDIAN@GARABEDIANLAW.COM |
| SURVIVOR 138 | DEREK@KBAATTORNEYS.COM |
| SURVIVOR 46 | DEREK@KBAATTORNEYS.COM |
| SURVIVOR 690 | DEREK@KBAATTORNEYS.COM |
| SURVIVOR 429 | KANDELPA@EROLS.COM |
| SURVIVOR 645 | DEREK@KBAATTORNEYS.COM |
| SURVIVOR 106 | MATTHEW@FORESTERHAYNIE.COM |
| SURVIVOR 62 | JSAUNDERS@ASKLLP.COM |
| RUGGERI PARKS WEINBERG LLP (COUNSEL TO HARTFORD ACCIDENT & INDEMNITY CO AND TWIN CITY FIRE INSURANCE CO) | JRUGGERI@RUGGERILAW.COM |

**TOTAL: 22**