## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-16969 (MMH) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

To the Honorable United States Bankruptcy Court Judge Michelle M. Harner:

**PLEASE TAKE NOTICE** that Eric R. Goodman's appearance as counsel for Slater, Slater & Schulman LLP in the above-captioned case, and as granted in Docket No. 71, is hereby withdrawn.

Attached hereto as <u>Exhibit A</u> is a certificate pursuant to Local Rule 9010-4. Accordingly, pursuant to Local Rule 9010-4, Mr. Goodman respectfully requests that the Court approve his withdrawal as counsel to Slater, Slater & Schulman LLP.

Dated: October 17, 2023

Respectfully submitted,

| /s/ *Kenneth B. Weckstein* | /s/ *Eric R. Goodman* |
|---|---|
| Kenneth B. Weckstein | Eric R. Goodman |
| Brown Rudnick LLP | Brown Rudnick LLP |
| 601 Thirteenth Street NW Suite 600 | 601 Thirteenth Street NW Suite 600 |
| Washington, D.C. 20005 | Washington, D.C. 20005 |
| Telephone: (202) 536-1750 | Telephone: (202) 536-1740 |
| Email:  kweckstein@brownrudnick.com | Email:  egoodman@brownrudnick.com |

**EXHIBIT A**
**(Certificate)**

Case 23-16969 Doc 95 Filed 10/17/23 Page 3 of 4

## CERTIFICATE IN COMPLIANCE WITH LOCAL RULE 9010-4

The undersigned hereby certifies that written notice has been mailed to or otherwise served upon Slater, Slater & Schulman LLP of 448 Madison Avenue, 20th Floor, New York, NY 10022, prior to submission of this Notice of Withdrawal of Appearance advising Slater, Slater & Schulman LLP of Eric R. Goodman's proposed withdrawal. Slater, Slater & Schulman LLP has informed Mr. Goodman that it consents to his withdrawal as counsel in accordance with Local Rule 9010-4 and will retain new counsel if necessary to represents its interests in this case. Slater, Slater & Schulman LLP represents a member of the Unsecured Creditors Committee (the "UCC") (*see* Docket. No. 81) and believes that its interests are currently represented through the UCC.

/s/  *Eric R. Goodman*
Eric R. Goodman