# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# <u>(Baltimore Division)</u>

| | | |
|---|---|---|
| **ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE;** | * | Case No.  23-16969-MMH  (Chapter 11) |
| | * | |
| Debtor. | | |
| | * | Judge Michelle M. Harner |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>

NOTICE IS HEREBY GIVEN that the undersigned counsel hereby enters his appearance as proposed counsel on behalf of The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C.§§ 101, *et seq.* (the "Bankruptcy Code"), and requests that all notices and pleadings given or required to be given and copies of all papers served or required to be served in this case be given and served on the undersigned attorney at the address set forth below:

> Richard L. Costella, Esquire
> Tydings & Rosenberg, LLP
> One East Pratt Street, Suite 901
> Baltimore, Maryland  21202
> Telephone:  (410) 752-9700
> Fax:  (410) 727-5460
> Email: rcostella@tydings.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules but also, without limitation, all orders, applications, motions, petitions, responses, objections, replies, requests, complaints, demands, reports, lists, schedules,

6036768.1

statements, plans, disclosure statements and all other pleadings filed herein or in any related adversary proceeding, whether formal or informal, written or oral and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings.

PLEASE TAKE FURTHER NOTICE that this Notice of Entry of Appearance and Request for Notices shall not be deemed or construed to be a waiver of any rights, including without limitation the following:  (i) the right to have final orders in non-core matters entered only after de novo review by a higher court, (ii) the right to have a trial by jury in any proceeding so triable in this case or any case, controversy or adversary proceeding related to this case, (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Creditor may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  October 27, 2023.                                              Respectfully submitted,

                     /s/ Richard L. Costella
                     Richard L. Costella, Esq. Bar No. 14095
                     Tydings & Rosenberg LLP
                     One East Pratt Street, Suite 901
                     Baltimore, MD  21202
                     Telephone: (410) 752-9700
                     Fax: (410) 727-5460
                     Email: rcostella@tydings.com

*Proposed Attorneys for The Official Committee of Unsecured Creditors*

6036768.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of October, 2023, the foregoing ***NOTICE OF APPEARANCE*** was served via the Court's CM/ECF filing system on the following:

Blake D. Roth, Esquire: blake.roth@hklaw.com
Catherine Keller Hopkin, Esquire: chopkin@yvslaw.com
Hugh M. (UST) Bernstein, Esquire: hugh.m.bernstein@usdoj.gov
Gary R. Greenblatt, Esquire: grg@cooncolelaw.com
Andrew D. Freeman, Esquire: adf@browngold.com
Geoffrey Grivner, Esquire: geoffrey.grivner@bipc.com
Nathan D. Adler, Esquire: nda@nqgrg.com
Diane C. Bristow, Esquire: dcb@nqgrg.com
James P. Ruggeri, Esquire: jruggeri@ruggerilaw.com
Tyler N. Layne, Esquire: Tyler.Layne@hklaw.com
Christopher Scott Kunde, Jr., Esquire: scott.kunde@hklaw.com
Steven J Kelly, Esquire: skelly@gelaw.com
Joshua D Weinberg, Esquire: jweinberg@ruggerilaw.com
Annette Rolain, Esquire: arolain@ruggerilaw.com
Nicholas R. Miller, Esquire: nick.miller@hklaw.com
Timothy P. Palmer, Esquire: timothy.palmer@bipc.com
Gordon Z. Novod, Esquire: gnovod@gelaw.com

/s/ Richard L. Costella
Richard L. Costella

6036768.1