# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (<u>Baltimore Division</u>)

| | |
|---|---|
| In re: | Case No. 23-16969 |
| Roman Catholic Archbishop of Baltimore, | Chapter 11 |
| Debtor. | Judge Michelle M. Harner |

## WITHDRAWAL OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION AS TO THE MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO EMPLOY PROFESSIONALS IN THE ORDINARY COURSE OF BUSINESS

The Official Committee of Unsecured Creditors (the "Committee") submits this withdrawal of its Objection [ECF No. 135], which was filed in response to the *Debtor's Motion for Entry of an Order Authorizing the Debtor to Employ Professionals in the Ordinary Course of Business* (the "Ordinary Course Professionals Motion") [ECF No. 90]. The Committee submits this withdrawal based on the following:

1. On September 29, 2023 (the "Petition Date"), the Debtor commenced this case under Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its properties as debtor in possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

2. On October 13, 2023, the Debtor moved this Court for entry of an order authorizing the Debtor to employ certain professionals retained in the ordinary course of business. [ECF Doc. 90].

3. The Committee filed an Objection [ECF Doc. 135], dated October 30, 2023, to the Ordinary Course Professionals Motion requesting clarification and assurances that no person accused by any Survivor of perpetrating sexual assault will receive any professional advice,

representation, or other benefit from the Debtor's ordinary course professionals as a result of the authority granted under the Final Order.

4. On November 1, 2023, counsel for the Debtor provided the Committee adequate assurances and supplemental information responsive to the Committee's requests.

5. Accordingly, the Committee withdraws its Objection to the Debtor's Ordinary Course Professionals Motion based on the assurances and information supplied by Debtor's counsel.

Date: November 5, 2023                                              Respectfully submitted,

/s/ Alan M. Grochal
Alan M. Grochal, Fed. Bar No.: 01447
Richard L. Costella, Fed. Bar No. 14095
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9772
Fax: (410) 727-5460
Email: rcostella@tydings.com
           agrochal@tydings.com

And

/s/ Robert T. Kugler
Robert T. Kugler (MN # 194116)
Edwin H. Caldie (MN # 388930)
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email: robert.kugler@stinson.com
ed.caldie@stinson.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of November, 2023, a true and correct copy of the foregoing ***WITHDRAWAL OF LIMITED OBJECTION*** was filed and served via the Court's CM/ECF e-filing system on all parties of record:

Blake D. Roth, Esquire: blake.roth@hklaw.com
Catherine Keller Hopkin, Esquire: chopkin@yvslaw.com
Hugh M. (UST) Bernstein, Esquire: hugh.m.bernstein@usdoj.gov
Gary R. Greenblatt, Esquire: grg@cooncolelaw.com
Andrew D. Freeman, Esquire: adf@browngold.com
Geoffrey Grivner, Esquire: geoffrey.grivner@bipc.com
Nathan D. Adler, Esquire: nda@nqgrg.com
Diane C. Bristow, Esquire: dcb@nqgrg.com
James P. Ruggeri, Esquire: jruggeri@ruggerilaw.com
Tyler N. Layne, Esquire: Tyler.Layne@hklaw.com
Christopher Scott Kunde, Jr., Esquire: scott.kunde@hklaw.com
Steven J Kelly, Esquire: skelly@gelaw.com
Joshua D Weinberg, Esquire: jweinberg@ruggerilaw.com
Annette Rolain, Esquire: arolain@ruggerilaw.com
Nicholas R. Miller, Esquire: nick.miller@hklaw.com
Timothy P. Palmer, Esquire: timothy.palmer@bipc.com
Gordon Z. Novod, Esquire: gnovod@gelaw.com
Philip Tucker Evans, Esquire: philip.evans@hklaw.com,
Megan Harmon, Esquire: megan.harmon@bge.com
Annette Rolain, Esquire; arolain@ruggerilaw.com
Joshua D Weinberg, Esquire: jweinberg@ruggerilaw.com

                          /s/ Alan M. Grochal
                          Alan M. Grochal, Esquire