IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE**<br><br>　Debtor. | Case No.: 23-16969-MMH<br><br>Chapter 11 |

**NOTICE OF CHANGE TO CALL-IN NUMBER FOR
NOVEMBER 8, 2023, MEETING OF CREDITORS**

　**PLEASE TAKE NOTICE** that the call-in number to participate in the meeting of creditors to be held telephonically on November 8, 2023, has been changed. The new call-in number is **800-369-2047**. The participant passcode is **1754298**.

　　　　　　　　　　　　　　　　　　David W. Asbach
　　　　　　　　　　　　　　　　　　Acting United States Trustee for Region 5

Date: November 6, 2023　　　　　　By: /s/ *Hugh M. Bernstein*
　　　　　　　　　　　　　　　　　　Hugh M. Bernstein
　　　　　　　　　　　　　　　　　　(Fed. Bar No.: 23489)
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　101 West Lombard Street, Suite 2625
　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21201
　　　　　　　　　　　　　　　　　　(410) 962-4300
　　　　　　　　　　　　　　　　　　hugh.m.bernstein@usdoj.gov

　　　　　　　　　　　　　　　　　　Attorney for the United States Trustee

**CERTIFICATE OF SERVICE**

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- Nathan D. Adler    nda@nqgrg.com, terry@nqgrg.com
- Monique D. Almy    malmy@crowell.com, cbest@crowell.com
- Philip D. Anker    philip.anker@wilmerhale.com, Yolande.Thompson@wilmerhale.com
- Hugh M. (UST) Bernstein    hugh.m.bernstein@usdoj.gov
- Diane C. Bristow    dcb@nqgrg.com, Phyllis@nqgrg.com
- Edwin H Caldie    ed.caldie@stinson.com, jess.rehbein@stinson.com
- Richard L. Costella    rcostella@tydings.com, jmurphy@tydings.com
- Philip Tucker Evans    philip.evans@hklaw.com, kimi.odonnell@hklaw.com;hapi@hklaw.com
- Andrew Freeman    adf@browngold.com, khill@browngold.com;ldyson@browngold.com
- Andrew Glasnovich    drew.glasnovich@stinson.com
- Gary R. Greenblatt    grg@cooncolelaw.com, cmhare@mehl-green.com;cmh@cooncolelaw.com;mes@cooncolelaw.com;grgreen@mehl-green.com
- Geoffrey Grivner    geoffrey.grivner@bipc.com, donna.curcio@bipc.com
- Alan M. Grochal    agrochal@tydingslaw.com, jmurphy@tydingslaw.com
- Megan Harmon    megan.harmon@bge.com
- Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com;schroppjr39990@notify.bestcase.com
- Robert Keith Jenner    rjenner@jennerlawfirm.com
- Steven J Kelly    skelly@gelaw.com, vbeal@gelaw.com,gnovod@gelaw.com,4523903420@filings.docketbird.com
- Nicole Khalouian    nicole.khalouian@stinson.com
- Robert T Kugler    robert.kugler@stinson.com
- Christopher Scott Kunde    scott.kunde@hklaw.com
- Anthony May    amay@browngold.com
- Gordon Z. Novod    gnovod@gelaw.com
- Timothy P. Palmer    timothy.palmer@bipc.com
- Mark David Plevin    mplevin@crowell.com
- Annette Rolain    arolain@ruggerilaw.com
- Blake Daniel Roth    blake.roth@hklaw.com, annmarie.jezisek@hklaw.com
- James Pio Ruggeri    jruggeri@ruggerilaw.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
- Irving Edward Walker    iwalker@coleschotz.com, jdonaghy@coleschotz.com;pratkowiak@coleschotz.com
- Joshua D Weinberg    jweinberg@ruggerilaw.com

- 2 -

And that further notice is being provided to all required parties by Epiq Corporate Restructuring, LLC

/s/ *Hugh M. Bernstein*
Hugh M. Bernstein
