**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

Case No.:  23–16969 – MMH    Chapter:  11

Roman Catholic Archbishop of Baltimore

Dated: 11/13/23

Dear Sir/Madam:

Proof of Claim No.1–1 filed on November 9, 2023 has been entered in Case No. 23–16969 , but appears to be defective. A review of the proof of claim indicates the following:

- ☐ Duplicate of claim number
- ☐ Amount entered in ECF has been updated to reflect the amount stated on pdf of proof of claim
- ☐ Proof of claim filed in incorrect case has been docketed in the correct case
- ☐ Missing signature of filing party
- ☐ Official Bankruptcy Form B 410 was not filed
- ☒ Other – Incorrect Debtor's name on proof of claim

Please take the appropriate action to correct the referenced proof of claim within ten (10) days of the date of this notification.

Sincerely,

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shanita Taylor