**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: <br><br> Roman Catholic Archbishop of Baltimore, <br><br> Debtor. | Case No. 23-16969-MMH <br> Chapter 11 |

**JOINDER OF AMERICAN CASUALTY COMPANY TO HARTFORD ACCIDENT AND INDEMNITY COMPANY AND TWIN CITY FIRE INSURANCE COMPANY'S RESPONSE IN SUPPORT OF DEBTOR'S MOTION FOR ORDER (I) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM; (II) APPROVING SEXUAL ABUSE PROOF OF CLAIM FORM; (III) APPROVING FORM AND MANNER OF NOTICE; AND (IV) APPROVING CONFIDENTIALITY PROCEDURES**

American Casualty Company hereby joins in the response filed by Hartford Accident and Indemnity Company and Twin City Fire Insurance Company (together, "Hartford") in support of Debtor's Motion for Order (I) Establishing Deadlines For Filing Proofs of Claim; (II) Approving Sexual Abuse Proof of Claim Form; (III) Approving Form and Manner of Notice; and (IV) Approving Confidentiality Procedures (Dkt. No. 186). For the reasons set forth in Hartford's response, the Court should require the use of the proposed Sexual Abuse Claim Form by holders of abuse claims and should direct the Debtor to engage with all parties in interest, including interested insurers, to formulate an appropriate confidentiality agreement.

Dated: November 13, 2023               Respectfully submitted,

                                      By: /s/ Monique Almy

                                      Mark D. Plevin (*pro hac vice*)
                                      CROWELL & MORING LLP
                                      Three Embarcadero Center, 26th Floor
                                      San Francisco, California 94111
                                      Telephone: (415) 986-2800
                                      mplevin@crowell.com

SFACTIVE-907396542.1

Monique Almy (Fed. Bar No. 04479)
Miranda H. Turner (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 624-2500
malmy@crowell.com, mturner@crowell.com

Attorneys for Interested Party American Casualty Company

SFACTIVE-907396542.1