

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969 MMH |
| | * | Chapter 11 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE THAT HEARING TENTATIVELY SCHEDULED FOR MONDAY, NOVEMBER 27, 2023, HAS BEEN REMOVED FROM THE COURT'S CALENDAR

PLEASE TAKE NOTICE that the hearing that was tentatively scheduled on Monday, November 27, 2023, and Noticed in the above-captioned case [ECF 45, 189] has been removed from the Court's calendar. Any matters or proceedings previously scheduled for hearing on November 27, 2023, were unopposed, continued, or removed from the Court's docket. Accordingly, the November 27, 2023, Omnibus Hearing in this case is CANCELLED.

cc:	Debtor
	Debtor's attorney
	Counsel for Official Unsecured Creditors Committee
	U.S. Trustee
	All parties in interest

**END OF NOTICE**