Entered: December 1st, 2023
Signed: December 1st, 2023



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: | * |
| | * |
| Roman Catholic Archbishop of Baltimore, | *   Case No. 23-16969 MMH |
| | *   Chapter 11 |
| Debtor. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE THAT HEARING TENTATIVELY SCHEDULED FOR MONDAY, DECEMBER 4, 2023, HAS BEEN REMOVED FROM THE COURT'S CALENDAR

PLEASE TAKE NOTICE that the hearing that was tentatively scheduled on Monday, December 4, 2023, and Noticed in the above-captioned case [ECF 45, 171] has been removed from the Court's calendar. Any matters or proceedings previously scheduled for hearing on December 4, 2023, were unopposed, continued, or removed from the Court's docket. Accordingly, the December 4, 2023, Omnibus Hearing in this case is CANCELLED.

cc:    Debtor
       Debtor's attorney
       Counsel for Official Unsecured Creditors Committee
       U.S. Trustee
       All parties in interest

**END OF NOTICE**