# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **23–16969 – MMH**   Chapter: **11**

**Roman Catholic Archbishop of Baltimore,**
Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

on 1/29/24 at 10:00 AM in Courtroom 9–C, Baltimore – Judge Harner.

to consider and act upon the following:

15 – Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Extending the Time to Comply with, or Seek a Waiver of, Certain United States Trustee Requirements and Section 345(b) of the Bankruptcy Code; (III) Authorizing the Debtor to Continue Existing Deposit Practices; (IV) Authorizing the Debtor to Maintain Investment Practices; (V) Authorizing the Debtors Continued Use of Credit Cards; and (VI) Granting Related Relief Filed by Roman Catholic Archbishop of Baltimore. (Attachments: # 1 Exhibit A–Proposed Interim Order # 2 Exhibit B–Proposed Final Order # 3 Exhibit C–Bank Accounts # 4 Exhibit D–Investment Accounts) (Hopkin, Catherine)

228 – Objection on behalf of US Trustee – Baltimore Filed by Hugh M. (UST) Bernstein (related document(s)15 Motion for Miscellaneous Relief filed by Debtor Roman Catholic Archbishop of Baltimore). (Attachments: # 1 Exhibit 1 – List of Investment Accounts) (Bernstein, Hugh)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/8/23

                                              Mark A. Neal, Clerk of Court
                                              by Deputy Clerk, Anna Marie Komisarek
                                              Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 06/08/2020)