IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:                                        *
                                              *
Roman Catholic Archbishop of Baltimore,       *    Case No. 23-16969-MMH
                                              *
           Debtor.                            *    Chapter 11
                                              *
*    *    *    *    *    *    *    *    *    *    *    *    *

**Evidentiary Protocol**
**Judge Harner's Courtroom 9-C in Baltimore**

Any party intending to submit exhibits in an evidentiary hearing or trial before Judge Harner in Courtroom 9-C in Baltimore shall follow the procedures outlined below. The Court may, on its own initiative or on the request of a party, excuse a party from complying with these procedures. Any request by a party to be excused from these procedures must be filed with the Court prior to the exhibit submission deadline in the contested matter or adversary proceeding. All questions concerning this Protocol should be submitted to Judge Harner's Courtroom Deputy, Anna Marie Komisarek, at hearings_mmh@mdb.uscourts.gov.

The Court may also treat the hearing on any evidentiary matter as a preliminary hearing and specially set the matter on a subsequent Omnibus Hearing or other hearing date.

1. **Submitting Exhibits**

   **General Requirements:**

   a. *Unless the Court orders otherwise with respect to a particular matter,* all exhibits must be filed on the Court's docket **at least 3 days before the hearing**.

      1. Rebuttal evidence shall be saved to a USB drive and may be submitted during the course of the hearing as directed by the Court.

   b. *Unless the Court orders otherwise with respect to a particular matter,* a list of exhibits that complies with the identification scheme of this Protocol also must be filed on the Court's docket **at least 3 days before the hearing**.

   c. *Unless the Court orders otherwise with respect to a particular matter,* any objections to exhibits must be filed on the Court's docket **prior to the start of the hearing**. *Any exhibits not objected to in writing by the submission deadline may stand as admitted into evidence.*

**Specific Requirements:**

d. Exhibits shall be filed on the Court's docket and *shall begin with the exhibit list identifying each exhibit by number pursuant to the identification scheme described below*. An example of an acceptable exhibit list is as follows (note, the last three columns should be left blank and are for the Court's use):

| **Exhibit No.** | **Description** | **Offered** | **Objection** | **Admitted** |
|---|---|---|---|---|
| P01 | Agreement | | | |
| P02 | Amendment No. 1 | | | |
| P03 | Letter | | | |

e. Each exhibit shall be labeled by exhibit number, shall include sequential page numbering, and *shall be saved as a separate PDF as an attachment to the exhibit list.*

2. **Exhibit Identification Scheme**

    a. Plaintiff's and defendant's exhibits must follow a specific alpha-numeric naming scheme.
    P01  Plaintiff's exhibit No.1
    P25  Plaintiff's exhibit No.25
    D01  Defendant's exhibit No.1

    b. Additional parties, including any additional plaintiffs, should use separate letters in their alpha-numeric naming scheme.

    *Examples*:
    G01  Government's exhibits
    S01  Additional Plaintiff - Smith's exhibits
    T01  Additional Defendant - Taylor's exhibits
    M01  Movant's exhibits
    R01  Respondent's exhibits

3. **Using Exhibits in Court**

    a. Unless otherwise ordered by the Court, the parties and the Court will use the exhibits filed on the Court's docket during the course of the contested matter or proceeding. No paper exhibits will be used, unless specifically authorized by separate Court order on the docket or oral ruling during a contested matter hearing or proceeding trial.
    b. Each party must submit to the Clerk's office **at least 3 days before the hearing** an unencrypted, non-password-protected USB drive (i.e., thumb drive) containing copies of pre-filed exhibits downloaded from Pacer and shall include the following pre-stamped header information: the case number, document number, filed date, and page numbers.
        1. Each exhibit shall be labeled by exhibit number, shall include sequential page numbering, and *shall be saved as a separate PDF.*

  2. USB drives should be labeled with the following information: Case Number, Case Name, and Party submitting the device.
  3. USB drives will be returned to parties at the conclusion of the hearing or trial.
 c. Parties will be responsible for displaying its exhibits on a court issued laptop during the course of the contested matter or proceeding unless the Court otherwise directs prior to the start of the hearing or trial.
 d. To the extent any discrepancy exists between a pre-filed exhibit on the Court's docket and a document included on a party's USB drive, the exhibit on the Court's docket controls.

4. **Witnesses**

 a. *Unless the Court orders otherwise with respect to a particular matter, a* witness list must be filed on the Court's docket **at least 3 days before the hearing**.