IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                    *

ROMAN CATHOLIC ARCHBISHOP          *       Case No: 23-16969-MMH
OF BALTIMORE                                   (Chapter 11)
                                          *
  Debtor
                                          *

*   *   *   *   *   *   *   *   *   *   *   *

DEBTOR'S EXHIBIT LIST
FOR HEARING ON DECEMBER 18, 2023

The Roman Catholic Archbishop of Baltimore, the debtor and debtor in possession (the "Debtor") in the above-captioned Chapter 11 case, by and through its undersigned counsel, and in accordance with the Court's protocols, files this Exhibit List in support of the motions to be heard on December 18, 2023:

EXHIBITS[1]

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Debtor Ex. 1 | Sexual Abuse Claim Form | | | |
| Debtor Ex. 2 | Sexual Abuse Claims Deadline Notice | | | |
| Debtor Ex. 3 | Publication Notice | | | |
| Debtor Ex. 4 | Proposed Form Confidentiality Agreement | | | |

---

[1] All Exhibits are also exhibits to the respective motions that have been previously filed and served on the requisite parties.

Dated: December 13, 2023

Respectfully submitted,

_____/s/ Catherine K. Hopkin_____
Catherine K. Hopkin (Fed. Bar No. 28257)
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
Telephone:  (443) 569-0788
Facsimile:  (410) 571-2798
Email: chopkin@yvslaw.com

-and-

Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone:  (615) 244-6380
Facsimile:  (615) 244-6804
Email: blake.roth@hklaw.com
       tyler.layne@hklaw.com

-and-

Philip T. Evans (Fed. Bar No. 11796)
Holland & Knight LLP
800 17th Street, NW, Suite 1100
Washington, D.C. 20006
Telephone:  (202) 457-7043
Email: philip.evans@hklaw.com

Attorneys for the Debtor and Debtor in Possession

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on the 13th day of December 2023, notice of filing the Debtor's Exhibit List for Hearing on December 18, 2023 (the "Witness and Exhibit List") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list. In addition, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the Witness and Exhibit List to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

                 <u>/s/ Catherine Keller Hopkin</u>
                 Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Nathan D. Adler, Esquire
(nda@nqgrg.com)
Counsel for Luminace Solar MC, LLC
Neuberger Quinn Gielen Rubin & Gibber
1 South Street, 27th Floor
Baltimore, Maryland  21202

Hugh M. Bernstein, Esquire
(hugh.m.bernstein@usdoj.gov)
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Diane C. Bristow, Esquire
(dcb@nqgrg.com)
Counsel for Luminace Solar MC, LLC
Neuberger Quinn Gielen Rubin & Gibber
1 South Street, 27th Floor
Baltimore, Maryland  21202

Edwin H. Caldie, Esquire
(ed.caldie@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Richard L. Costella, Esquire
(rcostella@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Philip Tucker Evans, Esquire
(philip.evans@hklaw.com)
Counsel for Debtor
Holland and Knight
800 17th Street, Ste. 1100
Washington, D.C.  20006

Andrew Freeman, Esquire
(adf@browngold.com)
Counsel for Committee Chair
Brown Goldstein & Levy
120 East Baltimore Street, Suite 2500
Baltimore, Maryland  21202

Andrew Glasnovich, Esquire
(drew.glasnovich@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Gary R. Greenblatt, Esquire
(grg@cooncolelaw.com)
Counsel for St. Mary's Seminary
Coon & Cole, LLC
305 West Chesapeake Avenue, Suite 510
Towson, Maryland  21204

Geoffrey Grivner, Esquire
(geoffrey.grivner@bipc.com)
Counsel for PNC Bank, N.A.
Buchanan Ingersoll & Rooney PC
500 Delaware Avenue, Suite 720
Wilmington, Delaware  19801

Alan M. Grochal, Esquire
(agrochal@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Megan Harmon, Esquire
(megan.harmon@bge.com)
Baltimore Gas & Electric Company
110 West Fayette Street, 12th Floor
Baltimore, Maryland  21201

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Local Counsel for Debtor
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Robert Keith Jenner
(rjenner@jennerlawfirm.com)
Jenner Law, P.C.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

Steven J. Kelly, Esquire
(skelly@gelaw.com)
Grant & Eisenhofer P.A.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

Nicole Khalouian, Esquire
(nicole.khalouian@stinson.com)
Counsel for Committee
Sinson LLP
100 Wall Street, Suite 201
New York, New York  10005

Robert T. Kugler, Esquire
(robert.kugler@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

C. Scott Kunde, Jr., Esquire
(scott.kunde@hklaw.com)
Counsel for Debtor
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219

Anthony May, Esquire
(amay@browngold.com)
Counsel for Committee Chair
Brown Goldstein & Levy
120 East Baltimore Street, Suite 2500
Baltimore, Maryland  21202

Gordon Z. Novod, Esquire
(gnovod@gelaw.com)
Grant & Eisenhofer PA
485 Lexington Avenue, 29th Floor
New York, New York  10017

Timothy P. Palmer, Esquire
(timothy.palmer@bipc.com)
Counsel for PNC Bank, N.A.
Buchanan Ingersoll & Rooney PC
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania  15219-4413

Annette Rolain, Esquire
(arolain@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K St NW, Suite 600
Washington, D.C.  20006

Blake D. Roth, Esquire
(blake.roth@hklaw.com)
Counsel for Debtor
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219

James P. Ruggeri, Esquire
(jruggeri@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C.  20006

U.S. Trustee – Baltimore
(ustpregion04.ba.ecf@usdoj.gov)
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Joshua D. Weinberg, Esquire
(jweinberg@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C.  20006