Entered: December 15th, 2023
Signed: December 15th, 2023

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

| | |
|---|---|
| IN RE: | Case No. 23-16969 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Chapter 11 |
| Debtor | |

### ORDER EXCUSING ATTENDANCE OF
### DAVID K. ROBERTS, ESQUIRE AS LOCAL
### COUNSEL PURSUANT TO LR 9010-3(b)(2)

Upon review of the Motion to Excuse Attendance of David K. Roberts, Esquire, as Local Counsel Pursuant to Local Rule 9010-3(b)(2), it is hereby Ordered that the Motion is GRANTED and that David K. Roberts, Esquire, be and hereby is excused from attendance at all proceedings before the Court in this matter.

Copies to:

Philip Tucker Evans
Holland and Knight
800 17th Street, Ste. 1100
philip.evans@hklaw.com
*Attorneys for Debtor*

Hugh M. Bernstein
Office of U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201
hugh.m.bernstein@usdoj.gov
*Attorney for U.S. Trustee*

Catherine Keller Hopkin
YVS Law, LLC
185 Admiral Cochrane Dr., Suite 130
Annapolis, MD 21401
chopkin@yvslaw.com
*Attorneys for Debtor*

David William Kinkopf
Gallagher Evelius and Jones LLP
218 N. Charles Street, Suite 400
Baltimore, MD 21201
*Attorneys for Debtor*

Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, MD 21201
USTPRegion04.BA.ECF@USDOJ.GOV
*U.S. Trustee - Baltimore*

**END OF ORDER**