

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER SETTING HEARING

It has come to the attention of the Court that a further hearing is required regarding the Debtor's Motion for Order (I) Establishing Deadlines for Filing Proofs of Claim; (II) Approving Sexual Abuse Proof of Claim Form; (III) Approving Form and Manner of Notice; and (IV) Approving Confidentiality Procedures and all responses filed thereto. ECF 139, 186, 188, 193, 194, 257, 264, 279. Due to the nature of the relief requested, the Court finds it necessary to set a hearing on the pending matters on an expedited basis. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a hearing on the Motion and all papers filed relating to the Motion on **January 12, 2024, at 10:00 a.m. by telephone conference**; and it is further

**ORDERED**, that counsel for the Debtor shall provide email or other expedited notice of the hearing scheduled by this Order to the extent possible to all parties in interest; and it is further

**ORDERED**, that the Court will post the dial-in information for the hearing scheduled by this Order on the docket of this case and on the Court's website.

cc:	All parties

**END OF ORDER**