Entered: February 22nd, 2024
Signed: February 21st, 2024

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER SETTING FURTHER OMNIBUS HEARING DATES

For purposes of judicial economy, and pursuant to the inherent authority of the Court to manage its docket, all matters filed in this case (whether filed by the Debtor or any other party in interest) will be heard on designated Omnibus Hearing Dates, unless otherwise ordered by the Court. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Omnibus Hearing Dates for May through December 2024 are as follows:

1. May 13, 2024, at 10:00 a.m.
2. June 10, 2024, at 10:00 a.m.
3. July 8, 2024, at 10:00 a.m.
4. August 5, 2024, at 10:00 a.m.
5. September 9, 2024, at 10:00 a.m.
6. October 7, 2024, at 10:00 a.m.

      7. November 4, 2024, at 10:00 a.m.

      8. December 9, 2024, at 10:00 a.m.;

and it is further,

**ORDERED**, that all Omnibus Hearings will be held in-person in Courtroom 9-C in Baltimore and will be governed by the Court's protocols to be entered separately on the docket; and it is further

**ORDERED**, that, with respect to any motion or pleading filed in this chapter 11 case, the moving party shall file and serve a notice that (i) selects an Omnibus Hearing Date from this Order, and (ii) provides a response deadline in accordance with all applicable Federal or Local Bankruptcy Rules; and it is further

**ORDERED**, that the Debtor shall file and serve on all parties entitled to service under the applicable Federal or Local Bankruptcy Rules a Notice of Proposed Hearing Agenda for each Omnibus Hearing; such notice shall be filed and served **<u>on or before 12:00 p.m., ET, on the Friday prior to the relevant Omnibus Hearing</u>** and shall identify (i) the matters going forward, (ii) the matters being continued, and (iii) the matters being resolved by consent or withdrawn from the docket.

cc:    All Parties

**END OF ORDER**