UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Case No. 23-16969-MMH |
| THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Chapter 11 |
| Debtor. | Judge Michelle M. Harner |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), Samantha J. Hanson-Lenn of the law firm of Stinson LLP hereby appears in the above-captioned bankruptcy as counsel for The Official Committee of Unsecured Creditors, and requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the contact information below.

Samantha J. Hanson-Lenn
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Email: samantha.hansonlenn@stinson.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) any right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal;

or (iv) any other rights, claims, actions, defenses, set-offs or recoupments, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated:  March 18, 2024

*/s/ Samantha J. Hanson-Lenn*
Samantha J. Hanson-Lenn (MN # 0402035)
*Admitted Pro Hac Vice*
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Email:	samantha.hansonlenn@stinson.com