# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. 23-16969-MMH |
| Debtor.[1] | **Related to Docket No. 418** |

### ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE'S STATEMENT IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF PRESENTATION OF SURVIVOR STATEMENTS

The Roman Catholic Archbishop of Baltimore (the "***Debtor***"), by and through its undersigned counsel, files this statement in support of *The Official Committee of Unsecured Creditors' Notice of Presentation of Survivor Statements* (Dkt. No. 418) and respectfully states as follows:

1. On September 29, 2023 (the "***Petition Date***"), the Debtor commenced the above-captioned chapter 11 proceeding, making clear that healing for survivors is of paramount importance and one of the Debtor's stated goals during this chapter 11 proceeding. (*See* Dkt. No. 5, ¶ 8.)

2. While the Debtor acknowledges no amount of action can completely atone for the harm done as a result of abuse, being aware that the ability to share one's story can be a significant element of the healing process, the Debtor endorses the request to present victim-survivor statements in court on two separate occasions.

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

3.      In addition, consistent the Debtor's practice of supporting survivors in their healing process, Archbishop Lori will personally attend on both occasions to hear directly from the survivors.

Dated: March 20, 2024                    Respectfully submitted,

                                                               /s/ Blake D. Roth
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone:    615.244.6380
Facsimile:      615.244.6804
Email: blake.roth@hklaw.com
        tyler.layne@hklaw.com

-and-

Philip T. Evans (Fed. Bar No. 11796)
**HOLLAND & KNIGHT LLP**
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone:    202.457.7043
Email: philip.evans@hklaw.com

-and-

Catherine K. Hopkin (Fed. Bar No. 28257)
YVS LAW, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone:    443.569.0788
Facsimile:      410.571.2798
Email: chopkin@yvslaw.com

*Attorneys for the Debtor and Debtor In Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on the above set forth date, a copy of the foregoing was served by this Court's CM/ECF system to those parties listed on the docket as being entitled to such electronic notices. In addition, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

                                                                 */s/ Blake D. Roth*
                                                                 Blake D. Roth