## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. 23-16969-MMH |
| Debtor.[1] | |

## MONTHLY FEE STATEMENT OF BLANK ROME, LLP, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE DEBTOR FOR THE PERIOD OF FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024

| | |
|---|---|
| Name of Applicant | Blank Rome, LLP |
| Authorized to provide professional services to | Debtor and Debtor-in-Possession |
| Effective Date of Retention | November 16, 2023 effective as of September 29, 2023 |
| Period for which compensation and reimbursement are sought | February 1, 2024 through February 29, 2024 (the "*Compensation Period*") |
| Amount of Compensation sought as actual, reasonable and necessary | $33,914.58[2] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $0.00 |
| Total Amount Sought | $33,914.58 |
| Total Amount of Compensation (at 80%) and Expenses (at 100%) authorized to be paid per monthly fee applications | $27,131.66 |
| Blended Rate for all Attorneys | $703.97 |
| Blended Rate for all Timekeepers | $667.61 |

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.
[2] The Amount of Compensation reflects a 16% fee reduction.

1.      Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (Dkt. No. 176) (the "***Interim Compensation Order***"), the law firm of Blank Rome, LLP ("***Blank Rome***"), special insurance counsel to the Roman Catholic Archbishop of Baltimore, as debtor and debtor in possession (the "***Debtor***"), hereby files this monthly fee statement (the "***Monthly Fee Statement***") for (a) compensation in the amount of **$27,131.66** for the reasonable and necessary legal services Blank Rome rendered to the Debtor during the Compensation Period (80% of $33,914.58) and (b) reimbursement for 100% of the actual and necessary expenses that Blank Rome incurred, in the amount of **$0.00** during the Compensation Period.

## Jurisdiction

2.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Standing Order 2012-05* from the United States District Court for the District of Maryland. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      Pursuant to Local Rule 9013-6, the Debtor consents to the entry of a final judgment or order with respect to the Motion if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## Background

4.      On September 29, 2032 (the "***Petition Date***"), the Debtor commenced this Chapter 11 Case. The Debtor is operating its business and managing its property as debtor in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of

a trustee or examiner has been made in the Chapter 11 Case. On October 11, 2023, an official committee of unsecured creditors (the "***Committee***") was appointed in this case. (Dkt. No. 84.)

5.        A description of the Debtor's history, business operations, operational structure, the reasons for commencing the Chapter 11 Case, the relief sought from the Court, and the facts and circumstances supporting this Motion are set forth in the *Informational Brief of the Roman Catholic Archbishop of Baltimore* (Dkt. No. 5) and the *Declaration of John Matera in Support of First Day Motions* (Dkt. No. 6).

6.        On November 16, 2023, this Court entered that *Order Approving the Employment and Retention of Blank Rome, LLP as Special Insurance Counsel Effective as of the Petition Date* (Dkt. No. 199) (the "***Retention Order***").

**Summary of Professional Compensation and Reimbursement of Expenses Requested**

7.        By this Monthly Fee Statement, Blank Rome requests allowance and payment of **$27,131.66** (80% of $33,914.58) as compensation for professional services rendered to the Debtor during the Compensation Period and allowance and payment of **$0.00** as reimbursement for actual and necessary expenses incurred by Blank Rome during the Compensation Period. All services for which compensation is requested by Blank Rome were performed for or on behalf of the Debtor.

8.        During the Compensation Period, Blank Rome received no payment and no promises of payment from any source or services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Monthly Fee Statement. There is no agreement or understanding between Blank Rome and any other person, other than members of Blank Rome, for the sharing of compensation to be received for services rendered to the Debtor in connection with representation of the Debtor in this chapter 11 case.

9.      The fees charged by Blank Rome in connection with the chapter 11 case are billed in accordance with its existing billing rates and procedures in effect during the Compensation Period, and in accordance with the Retention Order. The rates Blank Rome charges for the services rendered by its professionals and paraprofessionals in the chapter 11 case are no greater than the rates Blank Rome charges for professional and paraprofessional services rendered in comparable non-bankruptcy related matters. Blank Rome's fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

10.     Blank Rome's time records comply with the requirements set forth in the *Department of Justice Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, including the use of itemized time entries in separate matter numbers for different project types, as hereafter described in greater detail.

### Services Rendered and Disbursements Incurred

11.     Attached as **Exhibit A** is a billing summary of Blank Rome professionals and paraprofessionals by individual, setting forth the (a) name and title of each individual who performed services during the Compensation Period, (b) aggregate time expended by each such individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each Blank Rome professional and paraprofessional.

12.     Attached as **Exhibit B** is a summary of reimbursement sought by expense type for all expenses for the Compensation Period incurred in connection with the performance of professional services.

13.     Attached as **Exhibit C** is Blank Rome's itemized time records of its professionals and paraprofessionals and itemized records of reimbursement sought for the Compensation Period.

4

## Reservations

14.    This Monthly Fee Statement includes all the information and supporting detail regarding fees and expenses available to Blank Rome at the time of the filing of this Monthly Fee Statement. If additional information and supporting detail in connection with this Compensation Period should become available, as a result of delays in accounting processing or an inadvertence with respect to time entered in the accounting system, or any other valid reason, Blank Rome reserves the right to make an application to the Court for an allowance of such fees and expenses not included in this Monthly Fee Statement.

## Notice

15.    Pursuant to the Interim Compensation Order, notice of this Monthly Fee Statement shall be served upon:

a.    the Debtor, the Roman Catholic Archbishop of Baltimore, Attn: John Matera, 320 Cathedral Street Baltimore, MD, 21201, jmatera@archbalt.org;

b.    counsel to the Debtor: (1) Holland & Knight LLP, Attn: Blake D. Roth, 511 Union Street, Suite 2700, Nashville, TN 37219, blake.roth@hklaw.com; and (2) YVS Law, LLC, Attn: Catherine Hopkin, 185 Admiral Cochrane Drive, Suite 130, Annapolis, Maryland 21401, chopkin@yvslaw.com;

c.    the Office of the United States Trustee, Attn: Gerald Vetter and Hugh Bernstein, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201, gerald.r.vetter@usdoj.gov and hugh.m.bernstein@usdoj.gov; and

d.    counsel to the Committee, (1) Tydings & Rosenberg, LLP, Attn: Richard L. Costella, Esq. and Alan M. Grochal, Esq., One East Pratt Street, Suite 901 Baltimore, MD 21202, rcostella@tydings.com and agrochal@tydings.com; and (2) Stinson LLP, Attn: Nicole Khalouian, 100 Wall Street, Suite 201, New York, NY 10005; nicole.khalouian@stinson.com; and (3) Stinson LLP, Attn: Edwin H. Caldie and Robert Kugler, 50 South Sixth Street, Suite 2600, Minneapolis, MN 554002; ed.caldie@stinson.com and Robert.kugler@stsinson.com.

WHEREFORE, Blank Rome, in connection with services rendered on behalf of the Debtor, respectfully requests (a) allowance of compensation and reimbursement in the amount of

(i) **<u>$27,131.66</u>** for reasonable and necessary professional services rendered (80% of $33,914.58)

and (ii) **<u>$0.00</u>** for 100% of actual and necessary costs and expenses incurred during the

Compensation Period, for a total of **<u>$27,131.66</u>**, and (b) payment of the forgoing sums.


Dated: March 21, 2024                    Respectfully submitted,



   */s/ Blake D. Roth*
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone:    (615) 244-6380
Facsimile:    (615) 244-6804
Email:        blake.roth@hklaw.com
              tyler.layne@hklaw.com

-and-

Catherine K. Hopkin (Fed. Bar No. 28257)
YVS LAW, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone:    443.569.0788
Facsimile:    410.571.2798
Email: chopkin@yvslaw.com

*Attorneys for the Debtor and Debtor In Possession*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the below set forth date, a copy of the foregoing was served by this Court's CM/ECF system to those parties listed on the docket as being entitled to such electronic notices. In addition, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing  to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

<u> */s/ Blake D. Roth*                         </u>
Blake D. Roth

**EXHIBIT A**
**COMPENSATION BY PROFESSIONAL**

| Name | Position/Bar Year/Start Year | Effective Billing Rate | Bill Hours | Billed Amount |
|---|---|---|---|---|
| James Carter | Partner/2000/2016 | $802.20 | 22.9 | $18,370.38 |
| James Murray | Partner/1982/2016 | $1,092.00 | 2.7 | $2,948.40 |
| Robyn Michaelson | Partner/2014/2016 | $730.80 | 0.5 | $365.40 |
| Amy Spencer | Associate/1998/2017 | — | — | — |
| Jane Thomas | Associate/2019/2018 | $537.60 | 19.9 | $10,698.24 |
| Kevin Rogers | Paralegal/2016 | $319.20 | 4.8 | $1,532.16 |
| | | **Totals** | **50.8** | **$33,914.58** |

EXHIBIT B
EXPENSE SUMMARY

| Expense Category | Amount |
|---|---|
| Supplies for hearing | — |
| Online research | — |
| Meals | — |
| Travel | — |
| Conference Calls | — |
| **Total** | **$0.00** |

**EXHIBIT C**
**TIME DETAIL**

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. 23-1311874

| | |
|---|---|
| ARCHDIOCESE OF BALTIMORE | |
| ATTN: THOMAS E. ALBAN , DIRECTOR OF RISK | |
| MANAGEMENT | |
| 320 CATHEDRAL STREET | |
| BALTIMORE, MD 21201 | |

| | |
|---|---|
| INVOICE DATE: | MARCH 11, 2024 |
| CLIENT ID: | 167711 |
| MATTER NUMBER: | 167711-00601 03348 |
| INVOICE NUMBER: | 2180101 |

**REGARDING:** **ARCHDIOCESE OF BALTIMORE**
**INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 11/13/2023 | 2155855 | $38,338.86 | ($30,671.09) | $7,667.77 |
| 12/11/2023 | 2163681 | $62,749.68 | ($50,199.74) | $12,549.94 |
| 01/17/2024 | 2168586 | $48,751.50 | ($39,001.20) | $9,750.30 |
| 02/20/2024 | 2176577 | $14,892.36 | $0.00 | $14,892.36 |

| | | | | |
|---|---|---|---|---|
| **BALANCE FORWARD** | | | | **$44,860.37** |
| FOR LEGAL SERVICES RENDERED THROUGH 2/29/24 | | | $33,914.58 | |
| **CURRENT INVOICE TOTAL** | | | | **$33,914.58** |
| **TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** | | | | **$78,774.95** |

REMITTANCE

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ████9326 | 130 North 18th St |
| ABA Number: | 036076150 (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | CTZIUS33 (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   SHANGHAI

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. 23-1311874

| | |
|---|---|
| ARCHDIOCESE OF BALTIMORE | |
| ATTN: THOMAS E. ALBAN , DIRECTOR OF RISK | |
| MANAGEMENT | |
| 320 CATHEDRAL STREET | |
| BALTIMORE, MD 21201 | |

| | |
|---|---|
| INVOICE DATE: | MARCH 11, 2024 |
| CLIENT ID: | 167711 |
| MATTER NUMBER: | 167711-00601 |
| INVOICE NUMBER: | 2180101 |
| | PAGE 1 |

**REGARDING:    ARCHDIOCESE OF BALTIMORE
                INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH FEBRUARY 29, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/24 | REVIEW DOCUMENTATION RECEIVED FROM CLIENT AND REVISE ADVERSARY PROCEEDING COMPLAINT | J. THOMAS | 3.20 | 1,720.32 |
| 02/01/24 | TELECONFERENCE WITH B. ROTH REGARDING ▮▮▮▮▮ | J. MURRAY | 0.80 | 873.60 |
| 02/02/24 | CONFERENCE WITH DEBTOR BANKRUPTCY COUNSEL AND COMMITTEE COUNSEL REGARDING MEDIATION | J. CARTER | 0.70 | 561.54 |
| 02/02/24 | CONFERENCE WITH J. MURRAY REGARDING ▮▮▮▮▮ | J. CARTER | 0.20 | 160.44 |
| 02/02/24 | PREPARATION FOR CONFERENCE WITH COMMITTEE | J. CARTER | 0.10 | 80.22 |
| 02/02/24 | REVIEW REVISIONS TO DRAFT ADVERSARY PROCEEDING COMPLAINT | J. CARTER | 2.20 | 1,764.84 |
| 02/02/24 | REVISE ADVERSARY PROCEEDING COMPLAINT | J. THOMAS | 1.50 | 806.40 |
| 02/05/24 | PREPARE FOR CONFERENCE WITH COMMITTEE COVERAGE COUNSEL REGARDING MEDIATION | J. CARTER | 0.50 | 401.10 |
| 02/05/24 | CONFERENCE WITH COMMITTEE COUNSEL COVERAGE COUNSEL REGARDING MEDIATION | J. CARTER | 0.40 | 320.88 |
| 02/05/24 | EMAIL TO J. MURRAY REGARDING ▮▮▮▮▮ | J. CARTER | 0.30 | 240.66 |
| 02/05/24 | COORDINATE WITH K. ROGERS RE POCS | R. MICHAELSON | 0.10 | 73.08 |
| 02/08/24 | REVIEW CORRESPONDENCE RECEIVED AND PROOF OF CLAIMS AND BEGIN CORRESPONDENCE TRACKER | J. THOMAS | 4.80 | 2,580.48 |
| 02/09/24 | PREPARE EMAIL TO J. THOMAS WITH REVISIONS TO DRAFT ADVERSARY | J. CARTER | 2.20 | 1,764.84 |

**ARCHDIOCESE OF BALTIMORE**
**FILE NUMBER: 167711-00601**

**PAGE 2**
**INVOICE # 2180101**
**MARCH 11, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|------|-------------|------------|-------|--------|
| | COMPLAINT | | | |
| 02/15/24 | REVIEW AND REVISE COMPLAINT | J. THOMAS | 1.30 | 698.88 |
| 02/15/24 | REVIEW FINAL DRAFT OF ADVERSARY PROCEEDING | J. MURRAY | 0.50 | 546.00 |
| 02/15/24 | REVIEW LITIGATION PLANS AS RELATES TO ASSIGNMENT | J. MURRAY | 0.50 | 546.00 |
| 02/16/24 | REVISE ADVERSARY PROCEEDING COMPLAINT | J. THOMAS | 1.70 | 913.92 |
| 02/18/24 | REVISE COMPLAINT FOR ADVERSARY PROCEEDING | J. CARTER | 1.50 | 1,203.30 |
| 02/19/24 | REVIEW DOCKET | R. MICHAELSON | 0.10 | 73.08 |
| 02/20/24 | REVIEW AND REVISE DRAFT COMPLAINT AS TO PARISH AND RELATED ENTITIES THAT SHOULD BE NAMED IN THE DRAFT COMPLAINT | K. ROGERS | 3.50 | 1,117.20 |
| 02/21/24 | REVIEW POLICY EVIDENCE FOR A PARISH | J. CARTER | 0.40 | 320.88 |
| 02/22/24 | REVISE COMPLAINT FOR ADVERSARY PROCEEDING | J. CARTER | 1.90 | 1,524.18 |
| 02/22/24 | EMAIL TO J. MURRAY REGARDING ███████████████ | J. CARTER | 0.30 | 240.66 |
| 02/22/24 | CONFERENCE WITH BANKRUPTCY COUNSEL AND CLIENT REPRESENTATIVES REGARDING ██████ | J. CARTER | 1.10 | 882.42 |
| 02/22/24 | REVIEW LIST OF PARISHES AND SCHOOLS AND COMPARE WITH COMPLAINT; REVISE COMPLAINT | J. THOMAS | 2.90 | 1,559.04 |
| 02/23/24 | REVISE ADVERSARY PROCEEDING COMPLAINT | J. THOMAS | 4.30 | 2,311.68 |
| 02/23/24 | PLAN AND PREPARE WITH J. CARTER REGARDING ADVERSARY PROCEEDING COMPLAINT | J. THOMAS | 0.20 | 107.52 |
| 02/23/24 | REVIEW/REVISE COMPLAINT OF ADVERSARY PROCEEDING | J. CARTER | 3.10 | 2,486.82 |
| 02/24/24 | REVISE AND DOUBLE CHECK PARTIES IN COMPLAINT | J. CARTER | 1.90 | 1,524.18 |
| 02/25/24 | REVIEW AND REVISE COMPLAINT | J. CARTER | 1.50 | 1,203.30 |
| 02/26/24 | REVIEW INSURER CORRESPONDENCE | R. MICHAELSON | 0.10 | 73.08 |
| 02/26/24 | EMAILS WITH B. ROTH REGARDING ██████ | J. MURRAY | 0.50 | 546.00 |
| 02/26/24 | DUE DILIGENCE ON J. PERRY MEDIATOR | J. MURRAY | 0.40 | 436.80 |
| 02/27/24 | REVISE AND UPDATE SPREADSHEET OF CLAIMS WITH INFORMATION FROM THE LATEST PROOF OF CLAIMS FILED | K. ROGERS | 0.70 | 223.44 |
| 02/28/24 | REVIEW DOCUMENTS REQUESTED BY AN INSURER FOR ISSUES FOR ATTORNEY | K. ROGERS | 0.60 | 191.52 |

**ARCHDIOCESE OF BALTIMORE**
**FILE NUMBER: 167711-00601**

**PAGE 3**
**INVOICE # 2180101**
**MARCH 11, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|------|-------------|------------|-------|--------|
| | REVIEW BEFORE FORWARDING THE DOCUMENTS ON TO THE INSURER | | | |
| 02/28/24 | FOLLOW UP RE INSURER CORRESPONDENCE | R. MICHAELSON | 0.20 | 146.16 |
| 02/28/24 | REVISE ADVESARY COMPLAINT WITH RESPECT TO PARISHES | J. CARTER | 2.90 | 2,326.38 |
| 02/29/24 | REVIEW AND REVISE ADVERSARY COMPLAINT | J. CARTER | 1.70 | 1,363.74 |
| | **TOTAL SERVICES** | | | **$33,914.58** |

**CURRENT INVOICE TOTAL**                                                                                    **$33,914.58**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|------------|------|-------|------|
| JAMES CARTER | 802.20 | 22.90 | 18,370.38 |
| JAMES MURRAY | 1,092.00 | 2.70 | 2,948.40 |
| ROBYN MICHAELSON | 730.80 | 0.50 | 365.40 |
| JANE THOMAS | 537.60 | 19.90 | 10,698.24 |
| KEVIN ROGERS | 319.20 | 4.80 | 1,532.16 |
| **TOTALS** | | **50.80** | **$33,914.58** |