IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\* * * * * * * * * * * * *

**NOTICE OF DIAL-IN INFORMATION FOR VIDEOCONFERENCE
STATUS HEARING ON APRIL 15, 2024**

**PLEASE TAKE NOTICE,** that the Court entered an Order Setting General Status Hearing for April 15, 2024, by videoconference. ECF 437.

Dial-in information is provided below for the audio listen-only line for all other participants.*

**Telephone connection dial**: 646-828-7666
**Meeting ID**: 160 933 8927

*Pursuant to Local Bankruptcy Rule 5070-1(a), ***no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner***. The Court will create an official recording of the Hearing.

cc:    All parties