Entered: April 22nd, 2024
Signed: April 22nd, 2024

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:
ROMAN CATHOLIC ARCHBISHOP OF
BALTIMORE,

Debtor.

Case No. 23-16969

ORDER

Upon review of the Motion to Excuse Attendance of Monique D. Almy, as Local Counsel pursuant to Local Rule 9010-3(b)(2), it is hereby

ORDERED, that the Motion is GRANTED and that Monique D. Almy be and hereby is excused from attendance at all proceedings before the court in this matter.

cc:	Philip Tucker Evans, Esq.
	Catherine Keller Hopkin, Esq.
	David William Kinkopf, Esq.
	Office of the U.S. Trustee

END OF ORDER

DCACTIVE-76187015.1