Entered: April 22nd, 2024
Signed: April 22nd, 2024

**SO ORDERED**

Relief granted herein is based, in part, on Certificate of No Objection filed at ECF 465.



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. 23-16969-MMH |
| Debtor.[1] | |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER, PURSUANT TO 28 U.S.C. § 1452 AND BANKRUPTCY RULE 9027, FURTHER EXTENDING THE REMOVAL DEADLINE**

Upon consideration of the motion (the "*Motion*")[2] for entry of an order (this "*Order*") further extending the Removal Deadline by 120 days, without prejudice to the Debtor's right to seek further extensions of the same, all as more fully set forth in the Motion; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order 2012-05* from the United States District Court for the District of Maryland; venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

appearing that notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances; and the Court having reviewed the Motion and having considered the statements in support of the relief requested therein at a hearing before the Court (the "***Hearing***"), if any; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED as set forth herein.

2. Pursuant 28 U.S.C. § 1452 and Bankruptcy Rules 9006 and 9027, the Removal Deadline is extended an additional 120 days, through and including August 14, 2024.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Order is without prejudice to (a) any position the Debtor may take on whether section 362 of the Bankruptcy Code stays any litigation pending against the Debtor or (b) the Debtor's right to seek further extensions of the Removal Deadline.

5. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**End of Order**