**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ROMAN CATHOLIC ARCHBISHOP OF | : Case No. 23-16969-MMH |
| BALTIMORE, | : |
| | : |
| Debtor. [1] | : |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, GREGORY WINTER, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 26, 2024, I caused to be served the:

    a.   "Proof of Claim (Official Form 410)," a sample of which is annexed hereto as <u>Exhibit A</u>,

    b.   "Notice of the Deadline for Timely Filing Proofs of Claim Relating to, or Arising From, Sexual Abuse," a copy of which is annexed hereto as <u>Exhibit B</u>,

    c.   "Sexual Abuse Claim Supplement," a copy of which is annexed hereto as <u>Exhibit C</u>,

by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>.

3.  The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Gregory Winter*
Gregory Winter

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

# EXHIBIT A

United States Bankruptcy Court for the District of Maryland

**Roman Catholic Archbishop of Baltimore**
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4420
Beaverton, OR 97076-4420

To submit your form online please go to https://epiqworkflow.com/cases/RCA

Name of Debtor:

Case Number:

☐ Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below.

For Court Use Only

# Proof of Claim (Official Form 410)

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of claims under 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): _____

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?** ☐ No ☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- |
| _____<br>Name | _____<br>Name |
| _____<br>Number     Street | _____<br>Number     Street |
| _____<br>City                State        ZIP Code | _____<br>City                State        ZIP Code |
| Country (if International): _____ | Country (if International): _____ |
| Contact phone: _____ | Contact phone: _____ |
| Contact email: _____ | Contact email: _____ |

**4. Does this claim amend one already filed?**

☐ No

☐ Yes. Claim number on court claims register (if known) _____

Filed on _____
             MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No

☐ Yes. Who made the earlier filing?

_____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
| --- | --- |

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:

____ ____ ____ ____

**7. How much is the claim?**

$_____ .

**Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

_____

_____

**9. Is all or part of the claim secured?**

☐ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other.  Describe: _____

_____

**Basis for perfection:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                           $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed   ☐ Variable

---

**10.** Is this claim based on a lease?

☐ No

☐ Yes.  **Amount necessary to cure any default as of the date of petition.**

$_____

**11.** Is this claim subject to a right of setoff?

☐ No

☐ Yes.  Identify the property:

_____

_____

**12.  Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☐ Yes.  *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other.  Specify subsection of 11 U.S.C. § 507 (a)(___) that applies.

*  Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority.  For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

---

**13.  Does this claim qualify as an Administrative Expense under 11 U.S.C. § 503(b)(9)?**

☐ No

☐ Yes.  **Amount that qualifies as an Administrative Expense under 11 U.S.C. § 503(b)(9):** $_____

---

| **Part 3:** | **Sign Below** |
| --- | --- |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   _____          _____

                              MM / DD / YYYY          Signature

**Print the name of the person who is completing and signing this claim:**

Name   _____

            First name                Middle name              Last name

Title   _____

Company   _____

            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   _____

            Number          Street

            _____

            City                          State          ZIP Code

Contact Phone   _____          Email _____

# Official Form 410 - Instructions for Proof of Claim

United States Bankruptcy Court

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

**A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.** Fill in the name of the Debtor in the bankruptcy case, and bankruptcy case number.

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of redaction below.) Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St, City, State).* See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the Claims Agent's website (https://dm.epiq11.com/RCABaltimore) to view your filed form under "Claims."

## Where to File Proof of Claim Form

**First Class Mail:**
Roman Catholic Archbishop of Baltimore
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
PO Box 4420
Beaverton, OR 97076-4420

**Hand Delivery or Overnight Mail:**
Roman Catholic Archbishop of Baltimore
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**Electronic Filing:**
**By accessing the E-Filing Claims link at**
https://epiqworkflow.com/cases/RCA

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim for the value of any goods that were sold to the Debtor in the ordinary course of its business and were received by the Debtor within 20 days before the date of commencement of the above case. Attached documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

Do not file these instructions with your form.

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. 23-16969-MMH |
| Debtor.[1] | |

## NOTICE OF THE DEADLINE FOR TIMELY FILING PROOFS OF CLAIM RELATING TO, OR ARISING FROM, SEXUAL ABUSE

### THIS IS AN IMPORTANT NOTICE.
### YOUR RIGHTS MIGHT BE AFFECTED.

### TO ALL PERSONS WITH CLAIMS ARISING FROM SEXUAL ABUSE FOR WHICH THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE MAY BE LIABLE:

### MAY 31, 2024
### IS THE LAST DATE TO TIMELY FILE
### PROOFS OF CLAIM FOR SEXUAL ABUSE

On September 29, 2023, the Roman Catholic Archbishop of Baltimore, also known as the Roman Catholic Archdiocese of Baltimore (the "*Debtor*"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the District of Maryland (the "*Court*"). The Debtor's address, the case number, proof of claim form, and other relevant information related to this chapter 11 case may be obtained at the website maintained by the Debtor's claims and noticing agent (https://dm.epiq11.com/RCABaltimore). Individuals have asserted sexual abuse claims against the Debtor, on account of alleged actions by people and entities associated or alleged to have been associated with the Debtor. Any person who believes that he or she has, or may have, a claim (as defined in section 101(5) of the Bankruptcy Code) resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual offense as laid out in Subtitle 3 of Title 3 of the Maryland Statutes as well as any sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, sexually-related psychological, or sexually-related emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, or any other conduct constituting a sexual offense, incest, or use of a child in a sexual performance, and seeking monetary damages or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by the Debtor or any other person or entity for whose acts or failure

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

to act the Debtor is or was allegedly responsible, including but not limited to, claims against clergy, deacons, seminarians, employees, teachers, volunteers, parishes, schools, or other entities related to the Debtor should carefully read this notice.

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

## LAST DATE FOR TIMELY FILING

The Court entered an order establishing **May 31, 2024** (the "***Claims Filing Deadline***") as the last date for each individual with a sexual abuse claim to timely file a proof of claim. All references to "proof of claim" or "proof of claim form" herein are to Official Bankruptcy Form 410. The Claims Filing Deadline and the procedures set forth below for proofs of claim apply to all sexual abuse claims against the Debtor, based upon alleged acts of sexual abuse occurring prior to September 29, 2023.

## WHO SHOULD FILE

If you believe that you have a sexual abuse claim against the Debtor or any other person or entity for whose acts or failure to act the Debtor is or was allegedly responsible, including but not limited to, claims against clergy, deacons, seminarians, employees, teachers, volunteers, parishes, schools, or other entities related to the Debtor, you must file a proof of claim form. A proof of claim form should include sufficient information to substantiate the claim. To provide such information, a claimant wishing to assert a sexual abuse claim may, but is not required to, accompany the proof of claim form with the Sexual Abuse Claim Supplement, substantially in the form included herein, or otherwise provide information substantially similar to the information requested by the Sexual Abuse Claim Supplement (such proof of claim with any additional forms or information provided in support of same, a "***Survivor Proof of Claim***"). You must file a Survivor Proof of Claim to maintain and preserve any claims that you have against the Debtor. Even if you have already filed a lawsuit against the Debtor alleging sexual abuse prior to September 29, 2023, you are still required to file a Survivor Proof of Claim to maintain and preserve your rights in the Debtor's chapter 11 case.

## WHAT TO FILE

**FILE A PROOF OF CLAIM FORM. THE DEBTOR STRONGLY ENCOURAGES YOU TO ALSO FILE A SEXUAL ABUSE CLAIM SUPPLEMENT, A COPY OF WHICH IS ENCLOSED, OR OTHERWISE PROVIDE INFORMATION SUBSTANTIALLY SIMILAR TO THE INFORMATION REQUESTED BY THE SEXUAL ABUSE CLAIM SUPPLEMENT. IF YOU DO NOT PROVIDE SUFFICIENT INFORMATION TO SUBSTANTIATE THE CLAIM, YOUR CLAIM MAY BE SUBJECT TO OBJECTION. ALL INFORMATION PROVIDED IN RESPONSE TO THE SEXUAL ABUSE CLAIM SUPPLEMENT WILL BE KEPT STRICTLY CONFIDENTIAL UNLESS THE CLAIM HOLDER ADVISES OTHERWISE. YOU MAY ALSO OBTAIN A COPY OF THE SEXUAL ABUSE CLAIM SUPPLEMENT BY FOLLOWING THE INSTRUCTIONS BELOW. IN ADDITION, YOU MAY ELECTRONICALLY COMPLETE AND SUBMIT**

2

A PROOF OF CLAIM AND/OR THE SEXUAL ABUSE CLAIM SUPPLEMENT AT https://dm.epiq11.com/rcabaltimore.

## PROCEDURES FOR FILING A SURVIVOR PROOF OF CLAIM

To file a Survivor Proof of Claim, take the following steps:

Fill out a proof of claim form in its entirety and fill out the Sexual Abuse Claim Supplement or otherwise provide information substantially similar to the information requested by the Sexual Abuse Claim Supplement.

For additional copies of the Sexual Abuse Claim Supplement: (a) photocopy the Sexual Abuse Claim Supplement; (b) contact the Debtor's claims and noticing agent at (in the United States) (877) 337-1944 or (outside the United States) +1 (503) 438-3079; (c) visit the Debtor's website at: https://www.archbalt.org/; or (d) visit the website of the Debtor's claims and noticing agent at https://dm.epiq11.com/RCABaltimore.

**Please note that neither the Debtor's staff nor the Debtor's claims and noticing agent is permitted to give legal advice. You should consult your own attorney for assistance regarding any such inquiries.**

Return the completed original proof of claim form and any supporting forms or information to the Debtor's claims and noticing agent via online submission or at the address set forth below by the Claims Filing Deadline. Survivor Proofs of Claim will be deemed timely filed only if they are **actually received** by the Debtor's claims and noticing agent by **May 31, 2024**.

If you are returning a Survivor Proof of Claim by mail, allow sufficient mailing time so that the Survivor Proof of Claim is **received** on or before **May 31, 2024**. Survivor Proofs of Claim that are postmarked before that date, *i.e.*, the Claims Filing Deadline, but which are received by the Debtor's claims and noticing agent after the Claims Filing Deadline, will be considered tardy, and may result in legal consequences.

The filing of a timely proof of claim form with sufficient supporting information is the first step for all claims in a bankruptcy case. Any claim (even those providing sufficient supporting information) may be subject to objections or requests for discovery during the claims administration process.

You may file a claim using the proof of claim form and Sexual Abuse Supplement approved by the court by logging on to the following website: **https://dm.epiq11.com/rcabaltimore**, clicking on the "File a Claim" link in Case Actions and creating an account.

If you do not want to submit your claim electronically, proofs of claim along with the Sexual Abuse Claim Supplement or other supporting information should be delivered to the following address such that they are actually received by May 31, 2024:

#234416702_v9
CORE/3529758.0002/186666097.3

| *If by First Class Mail*: | *If by Hand Delivery or Overnight Mail:* |
|---|---|
| Roman Catholic Archbishop of Baltimore, Claims Processing Center c/o Epiq Corporate Restructuring, LLC P.O. Box 4420 Beaverton, OR 97076-4420 | Roman Catholic Archbishop of Baltimore, Claims Processing Center c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005 |

## <u>CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM</u>

There may be consequences for failing to file a claim. Please consult your attorney.

## <u>CONFIDENTIALITY</u>

Filed Survivor Proofs of Claim and Sexual Abuse Claim Supplements will remain confidential in this chapter 11 case, unless you elect otherwise. Therefore, the Survivor Proof of Claim and Sexual Abuse Claim Supplement that you file will not be available to the general public, but will be kept confidential, except that information will be provided to the Debtor, the United States Trustee for the District of Maryland, the Debtor's insurers, attorneys for the Committee, any unknown claims representative appointed by the Court, any settlement trustee appointed to administer payments to Sexual Abuse Claimants, prison authorities for any incarcerated Sexual Abuse Claimants, and such other persons as the Court determines should have the information in order to evaluate the sexual abuse claim, all of whom will agree to keep the information provided by you confidential.

4

**EXHIBIT C**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In re:

ROMAN CATHOLIC ARCHBISHOP OF
BALTIMORE,

Debtor.[1]

Chapter 11

Case No. 23-16969-MMH

## SEXUAL ABUSE CLAIM SUPPLEMENT

**This Sexual Abuse Claim Supplement is optional, but the Debtor strongly encourages any holder of a sexual abuse claim to complete it to the best of their ability. If you do not complete this Sexual Abuse Claim Supplement or otherwise provide sufficient information to substantiate your claim, your claim may be subject to objection.** Carefully read the instructions included with this Sexual Abuse Claim Supplement and complete ALL applicable questions. You may complete this form and the proof of claim form (Official Form 410) online by logging on to the following website: **https://dm.epiq11.com/RCABaltimore**, clicking on the "File a Claim" link in Case Actions and creating an account. If you do not want to submit this supplement and the proof of claim form electronically, please use blue or black ink, print clearly, and send the **original** to the Debtor's claims and noticing agent at the following address:

| *If by First Class Mail*: | *If by Hand Delivery or Overnight Mail:* |
|---|---|
| Roman Catholic Archbishop of Baltimore, Claims Processing Center c/o Epiq Corporate Restructuring, LLC P.O. Box 4420 Beaverton, OR 97076-4420 | Roman Catholic Archbishop of Baltimore, Claims Processing Center c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005 |

## THIS SUPPLEMENT IS FOR CLAIMANTS OF SEXUAL ABUSE ONLY.
## YOU MAY WISH TO CONSULT AN ATTORNEY REGARDING THIS MATTER.

A sexual abuse claim includes, but is not limited to, any claim (as defined in section 101(5) of the Bankruptcy Code) resulting or arising in whole or in part, directly or indirectly from any actual or alleged sexual offense as laid out in Subtitle 3 of Title 3 of the Maryland Statutes as well as any sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, ephebophilia, or sexually-related physical, sexually-related psychological, or sexually-related emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, or any other conduct constituting a sexual offense, incest, or use of a child in a sexual performance, and seeking monetary damages

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

or any other relief, under any theory of liability, including vicarious liability, any negligence-based theory, contribution, indemnity, or any other theory based on any acts or failures to act by the Roman Catholic Archbishop of Baltimore, also known as the Roman Catholic Archdiocese of Baltimore (the "***Debtor***"), or any other person or entity for whose acts or failure to act the Debtor is or was allegedly responsible, including but not limited to, claims against clergy, deacons, seminarians, employees, teachers, volunteers, parishes, schools, or other entities related to the Debtor.

While this Sexual Abuse Claim Supplement is optional, to increase the chances that you will meet your burden to establish your claim under the Bankruptcy Code, you are strongly encouraged to complete this Sexual Abuse Claim Supplement or to otherwise provide information that is substantially similar to the information requested in this supplement. However, the completion of the Sexual Abuse Claim Supplement does not foreclose the filing of objections or requests for discovery.

**THIS SUPPLEMENT SHOULD: (A) BE WRITTEN IN ENGLISH OR INCLUDE A TRANSLATION IF RESPONSES ARE IN A LANGUAGE OTHER THAN ENGLISH; (B) PROVIDE RESPONSES THAT ARE COMPLETE AND ACCURATE TO THE BEST OF YOUR KNOWLEDGE; AND (C) BE SIGNED BY THE SEXUAL ABUSE CLAIMANT, EXCEPT THAT IF THE SEXUAL ABUSE CLAIMANT IS A MINOR, INCAPACITATED, OR DECEASED, THIS SEXUAL ABUSE PROOF OF CLAIM MAY BE SIGNED BY THE SEXUAL ABUSE CLAIMANT'S PARENT, LEGAL GUARDIAN, OR EXECUTOR, AS APPLICABLE. IF THE SEXUAL ABUSE CLAIMANT DIES AFTER THE SUBMISSION OF THIS FORM, BUT BEFORE THE CLAIM IS RESOLVED, NOTIFICATION OF THE DEATH MUST BE PROVIDED AT THE ADDRESS LISTED ABOVE.**

The penalty for presenting a fraudulent claim: fine of up to $250,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152, 3571.

**UNLESS YOU INDICATE OTHERWISE IN PART I BELOW, YOUR IDENTITY WILL BE KEPT STRICTLY CONFIDENTIAL, UNDER SEAL, AND OUTSIDE THE PUBLIC RECORD. HOWEVER, INFORMATION IN THIS CLAIM WILL BE PROVIDED, PURSUANT TO COURT-APPROVED CONFIDENTIALITY GUIDELINES, TO COUNSEL FOR THE COMMITTEE AND OTHER COURT-APPROVED THIRD PARTIES IN ORDER TO EVALUATE THE CLAIM.**

**YOUR CLAIM MAY BE DISPUTED OR HONORED IN WHOLE OR IN PART. THE DEBTOR RESERVES THE RIGHT TO OBJECT OR TO ASSERT OFFSETS OR DEFENSES AGAINST ANY FILED PROOF OF CLAIM.**

## PART I: CONFIDENTIALITY

**THIS SEXUAL ABUSE CLAIM SUPPLEMENT (ALONG WITH ANY ACCOMPANYING EXHIBITS AND ATTACHMENTS) WILL BE MAINTAINED AS CONFIDENTIAL UNLESS YOU EXPRESSLY REQUEST THAT IT BE PUBLICLY AVAILABLE BY CHECKING THE BOX AND SIGNING BELOW.**

NOTWITHSTANDING THE FOREGOING, AS REQUIRED BY THE MARYLAND FAMILY LAW CODE ANN. §§ 5-701 *ET SEQ.*, AND THE DEBTOR'S CHILD AND YOUTH PROTECTION POLICIES, ANY SEXUAL ABUSE CLAIM SUPPLEMENT RECEIVED BY THE DEBTOR INVOLVING A CLAIM OF CHILDHOOD SEXUAL ABUSE WILL BE REPORTED BY THE DEBTOR TO APPROPRIATE LAW ENFORCEMENT AND CIVIL AUTHORITIES AND THE DEBTOR'S OFFICE OF CHILD AND YOUTH PROTECTION, AND MAY BE USED FOR INVESTIGATION PURPOSES, AS SEXUAL ABUSE CLAIMS ARE RECEIVED BY THE DEBTOR.

☐ I want my Proof of Claim (along with any accompanying exhibits and attachments) to be kept confidential.

☐ I want my Proof of Claim (along with any accompanying exhibits and attachments) to be made public.

Please verify this election by signing directly below:

Signature: _____

Print Name: _____

## PART II: IDENTIFYING INFORMATION

**A.**   **Sexual Abuse Claimant**

_____

First Name                    M.I.                    Last Name                    Suffix

Mailing Address (if party is incapacitated, is a minor, or is deceased, please provide the address of the individual submitting the claim; if you are in jail or prison, your current address):

_____

Street Number          Street Name

_____

City                    State/Prov.              Zip Code (Postal Code)      Country

Telephone Number:
Home: _____ Work: _____ Cell: _____

Email Address: _____

If you are in jail or prison, your identification number: _____

May we leave voicemails for you regarding your claim:        ☐ Yes            ☐ No

3

May we send confidential information to your email:   ☐ Yes      ☐ No

Birth Date: _____   ☐ Male   ☐ Female
            Month          Day          Year

Last four digits of your Social Security Number:   XXX-XX-_____

Any other name(s) or alias(es) by which you have been known:

CORE/3529758.0002/186666241.3

**B.**   **Attorney Information (if applicable)**

_____

Law Firm Name

_____

Attorney's First Name          Middle Initial          Last Name

_____

Street Address

_____

City          State/Prov.          Zip Code (Postal Code)          County

_____

Telephone No.          Fax No.          Email Address

<u>PART 3: NATURE OF ABUSE</u>
**(Attach additional separate sheets if necessary)**

**NOTE: IF YOU HAVE PREVIOUSLY FILED A LAWSUIT AGAINST THE DEBTOR IN STATE OR FEDERAL COURT, YOU MAY ATTACH THE COMPLAINT. IF YOU DID NOT FILE A LAWSUIT OR IF THE COMPLAINT DOES NOT CONTAIN ALL OF THE INFORMATION REQUESTED BELOW, YOU MUST PROVIDE THE INFORMATION BELOW.**

1.      Who committed each act of sexual abuse?

_____
_____
_____

2.      What is the position, title, or relationship to you of the individual who committed these acts?

_____
_____
_____

3.      Where did the sexual abuse take place? Please be specific and detail all relevant information that you know, including the City and State, name of the parish or school (if applicable), and/or the names of any other location.

_____
_____
_____

CORE/3529758.0002/186666241.3

4.    When did the sexual abuse take place?

     a.  Please be as specific as possible. If you can, please indicate the day, month, and year. If you cannot recall the month, please try to recall the season (winter, spring, summer, or fall).

_____

_____

_____

     b.  If you were sexually abused on more than one occasion, please state when the abuse started, when it stopped, and how many times it occurred.

_____

_____

_____

     c.  Please also state your age(s) and your grade(s) in school (if applicable) at the time the abuse took place.

_____

_____

_____

5.    Please describe in as much detail as possible the nature of the sexual abuse. What happened?

_____

_____

_____

_____

_____

_____

_____

6.    Did you tell anyone about the sexual abuse (this would include parents, relatives, friends, anybody affiliated with the Debtor, attorneys, counselors, law enforcement authorities)?

     a.  If "Yes", who did you tell? Please list the name(s) and any contact information you have.

_____

_____

_____

     b.  What did you say?

_____

_____

_____

6

    c.  When did you tell this person or persons about the abuse?

_____
_____
_____

    d.  If you know, what did the person or persons do in response?

_____
_____
_____

7.      Were there any witnesses to the sexual abuse described in question (5)? If so, please list their name(s) and any contact information you have, including addresses.

_____
_____
_____

8.      Do you personally know or have reason to believe that the Debtor knew that your abuser was abusing you or others before or during the period when such abuse occurred? If "Yes", please provide all information that supports your conclusion, including the information requested in items 8(a) through 8(e) below.

_____
_____
_____

    a.  Who at the Debtor knew that your abuser was abusing you or others?

_____
_____
_____

    b.  How did such person or persons at the Debtor learn this information?

_____
_____
_____

    c.  When did such person or persons at the Debtor learn this information?

_____
_____
_____

    d.  What exactly was the person or persons from the Debtor told or what exactly did they observe?

_____
_____
_____

CORE/3529758.0002/186666241.3

e.  How did you come to have the information you provided in response to the questions above?

_____
_____
_____

## **PART 4: ADDITIONAL INFORMATION**

1.  Other than the incident(s) of sexual abuse described in Part 3 above, have you ever been sexually abused by anyone else? If "Yes", please describe this abuse, including the date(s) of the abuse, and identify the abuser (if not by name then by relationship to abuser).

_____
_____
_____
_____
_____

2.  Prior Non-Bankruptcy Claims: Have you previously filed any lawsuit seeking damages for the sexual abuse described in this claim?

☐ Yes ☐ No (if "Yes," please answer the questions below)

a.  Where and when did you file the lawsuit?

_____
_____
_____

b.  Who were the parties to the lawsuit and what was the case number?

_____
_____
_____

c.  What was the result of that lawsuit?

_____
_____
_____

3.  Prior Bankruptcy Claim: Have you filed any claims in any other bankruptcy case relating to the sexual abuse described in this claim?

☐ Yes ☐ No (if "Yes," you are required to attach a copy of any completed claim form)

_____
_____
_____

CORE/3529758.0002/186666241.3

4.      Any Settlements: Regardless of whether a complaint was ever filed against any party because of the sexual abuse, have you settled any claim or demand relating to the sexual abuse described in this claim?

☐ Yes ☐ No (if "Yes," please describe, including parties to, the settlement and you are required to attach a copy of any settlement agreement)

_____
_____
_____

5.      Bankruptcy: Have you ever filed bankruptcy?

☐ Yes ☐ No (if "Yes," please provide the following information)

Name of Case:_____        Court: _____

Date Filed:      _____        Case No: _____

Chapter:       ☐ 7    ☐ 11    ☐ 12    ☐ 13      Name of Trustee: _____

**Date: _____**

**Sign and print your name. If you are signing the claim on behalf of another person or an estate, print your title.**

**Under penalty of perjury, I declare the forgoing statements to be true and correct:**

**Signature:** _____

**Print Name:** _____

**Title:** _____

9

**EXHIBIT D**

ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE
Case No. 23-16969-MMH
Overnight Mail Service

PARTY 899
ADDRESS ON FILE