**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | Case No. 23-16969 |
| Roman Catholic Archbishop of Baltimore, | Chapter 11 |
| Debtor. | Judge Michelle M. Harner |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF AGENDA FOR PRESENTATION OF SURVIVOR STATEMENTS SCHEDULED ON MAY 20, 2024 AT 10:00 A.M. (ET)**

The Official Committee of Unsecured Creditors (the "**Committee**") respectfully submits this Notice of Agenda for the Presentation of Survivor Statements Scheduled on Monday, May 20, 2024 from 10:00 A.M. to 12:00 P.M. Eastern.

**Related Documents:**

1. *Notice of Presentation of Survivor Statements on Behalf The Official Committee Of Unsecured Creditors (Notice of Intent for Survivors to Present Off-the-Record Statements at Upcoming Hearings on 4/8/2024 and 5/20/2024)*. [ECF No. 418].

2. *Order Granting Committee Request to Reserve Time for Presentation of Survivor Statements - Status Conferences scheduled on April 8, 2024, and May 20, 2024, each beginning at 10:00 a.m., ET, in person in Courtroom 9-C in Baltimore*. [ECF No. 432].

**Conference Agenda:**

| Time (Eastern) | Survivor Statement |
|---|---|
| 10:00 a.m. – 10:05 a.m. | Committee Chair Introductory Remarks |
| 10:05 a.m. – 10:19 a.m. | Survivor Statement No. 1 |
| 10:19 a.m. – 10:33 a.m. | Survivor Statement No. 2 |
| 10:33 a.m. – 10:47 a.m. | Survivor Statement No. 3 |
| 10:47 a.m. – 11:00 a.m. | Survivor Statement No. 4 |

6159468.1

CORE/3529758.0002/188467339.1

| Time (Eastern) | Survivor Statement |
|---|---|
| 11:00 a.m. – 11:14 a.m. | Survivor Statement No. 5 |
| 11:14 a.m. – 11:28 a.m. | Survivor Statement No. 6 |
| 11:28 a.m. – 11:42 a.m. | Survivor Statement No. 7 |
| 11:42 a.m. – 11:56 a.m. | Survivor Statement No. 8 |
| 11:56 a.m. – 12:00 p.m. | Committee Chair Closing Remarks |

Dated: May 15, 2024                                       Respectfully Submitted,


  */s/ Edwin H. Caldie*_____
Robert T. Kugler (MN # 194116)
Edwin H. Caldie (MN # 388930)
Andrew J. Glasnovich (MN # 398366)
Nicole Khalouian (NY # 5755681)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile:  612-335-1657
Email:  robert.kugler@stinson.com
       ed.caldie@stinson.com
       drew.glasnovich@stinson.com
       nicole.khalouian@stinson.com

  */s/ Alan M. Grochal*_____
Alan M. Grochal (MD # 01447)
Richard L. Costella (MD # 14095)
**TYDINGS & ROSENBERG LLP**
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Main: 410-752-9700
Email: agrochal@tydings.com
      rcostella@tydings.com

*Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May 2024, a copy of the foregoing **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF AGENDA FOR PRESENTATION OF SURVIVOR STATEMENTS SCHEDULED ON MAY 20, 2024 AT 10 A.M. (ET)** was emailed to Blake D. Roth, Esquire, Holland & Knight LLP, 511 Union Street, Suite 2700, Nashville, TN 37219, blake.roth@hklaw.com; Catherine K. Hopkin, Esquire, YVS Law LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, Maryland 21401, chopkin@yvslaw.com; Hugh Bernstein, Esquire, Office of the United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201, hugh.m.bernstein@usdoj.gov; and to all parties that are registered to receive electronic filing through the CM/ECF system on the following list.

                                                              */s/Alan M. Grochal*
                                                              Alan M. Grochal

**The following parties received CM/ECF notice of the filing:**

Nathan D. Adler, Esquire: nda@nqgrg.com
Philip D. Anker, Esquire: philip.anker@wilmerhale.com
Sam Alberts, Esquire: sam.alberts@dentons.com
Monique D. Almy, Esquire: malmy@crowell.com
G. Calvin Awkward, III, Esquire: cawkward@goldbergsegalla.com
Gary Bahena, Esquire: garybahena@bahenalaw.com
Hugh M. Bernstein, Esquire: hugh.m.bernstein@usdoj.gov
Diane C. Bristow, Esquire: dcb@nqgrg.com
Edwin H. Caldie, Esquire: ed.caldie@stinson.com
Richard L. Costella, Esquire: rcostella@tydings.com
PhilipTucker Evans, Esquire: philip.evans@hklaw.com
Kevin Foreman, Esquire: kforeman@carltonfields.com
Andrew Freeman, Esquire: adf@browngold.com
Andrew Glasnovich, Esquire: drew.glasnovich@stinson.com
Gary R. Greenblatt, Esquire: grg@cooncolelaw.com
Geoffrey Grivner, Esquire: geoffrey.grivner@bipc.com
Alan M. Grochal, Esquire: agrochal@tydings.com
Megan Harmon, Esquire: megan.harmon@bge.com
Catherine Keller Hopkin, Esquire: chopkin@yvslaw.com
Robert Keith Jenner: rjenner@jennerlawfirm.com
Steven J. Kelly, Esquire: skelly@gelaw.com
Nicole Khalouian, Esquire: nicole.khalouian@stinson.com
Robert T. Kugler, Esquire: robert.kugler@stinson.com
C. Scott Kunde, Jr., Esquire: scott.kunde@hklaw.com
Anthony May, Esquire: amay@browngold.com
Gordon Z. Novod, Esquire: gnovod@gelaw.com
Timothy P. Palmer, Esquire: timothy.palmer@bipc.com
Mark David Plevin, Esquire: mplevin@crowell.com
David Kendall Roberts, Esquire: droberts2@omm.com
Annette Rolain, Esquire: arolain@ruggerilaw.com
Blake D. Roth, Esquire: blake.roth@hklaw.com
James P. Ruggeri, Esquire: jruggeri@ruggerilaw.com
Jonathan Schapp, Esquire: jschapp@goldbergsegalla.com
U.S. Trustee – Baltimore: ustpregion04.ba.ecf@usdoj.gov
Irving Edward Walker, Esquire: iwalker@coleschotz.com

6159468.1

CORE/3529758.0002/188467339.1

Joshua D. Weinberg, Esquire: jweinberg@ruggerilaw.com
Adam R. Dunst, Esquire, adunst@goldbergsegalla.com
Samantha J. Hanson-Lenn, Esquire, Samantha.hansonlenn@stinson.com
Eric G. Korphage, Esquire, korphagee@whiteandwilliams.com
Matthew M. Weiss, Esquire, mweiss@phrd.com
John E. Bucheit, Esquire, jbucheit@phrd.com
Matthew G. Roberts, Esquire, mroberts@phrd.com
John Grossbart, Esquire, john.grossbart@dentons.com
Siobhain P. Minarovich, Esquire, manarovics@whiteandwilliams.com
Justin P. Fasano, Esquire, jfasano@mhlawyers,com
Matthew C. Nelson, Esquire, matthew.nelson@kennedyslaw.com
Jillian G. Dennehy, Esquire, jillian.dennehy@kenedyslaw.com