UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-16969-MMH |

## JOINT REQUEST FOR MEDIATION

The Roman Catholic Archbishop of Baltimore, the debtor and debtor in possession (the "*Debtor*") in the above-captioned chapter 11 case (the "*Chapter 11 Case*") and the Official Committee of Unsecured Creditors (the "*Committee*"), by and through their respective undersigned counsel, jointly file this request (this "*Request*"), pursuant to section 105(a) of title 11 of the United States Code (the "*Bankruptcy Code*") and Local Bankruptcy Rule 9019-2, seeking the Court's (a) assignment to mediation of certain disputes regarding matters affecting the rights of constituents of the Official Committee of Unsecured Creditors in this case (the "*Committee*"), (b) appointing the Honorable Robert J. Faris and Mr. Brian J. Nash as co-mediators, and (c) granting such other and further relief. In support of this request, the Debtor and Committee respectfully state:

### BACKGROUND

1. On September 29, 2023 (the "*Petition Date*"), the Debtor commenced the Chapter 11 Case. The Debtor is operating its business and managing its property as a debtor in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Committee was

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

appointed on October 11, 2023 (Dkt. No. 81). No request for the appointment of a trustee or examiner has been made in the Chapter 11 Case.

2.  A description of the Debtor's history, business operations, operational structure, the reasons for commencing the Chapter 11 Case, the relief sought from the Court, and the facts and circumstances supporting this Motion are set forth in the *Informational Brief of the Roman Catholic Archbishop of Baltimore* (Dkt. No. 5) and the *Declaration of John Matera in Support of First Day Motions* (Dkt. No. 6).

3.  On January 16, 2024, this Court entered the *Order (I) Establishing Deadlines for Filing Proofs of Claim; (II) Approving Sexual Abuse Claim Supplement; (III) Approving Form and Manner of Notice; and (IV) Approving Confidentiality Procedures* (Dkt. No. 316), which, among other things, established procedures and a deadline for filing proofs of claim by claimants asserting claims arising from sexual abuse (such claims, "**Survivor Claims**").

4.  On March 28, 2024, the Debtor commenced an adversary proceeding captioned *Roman Catholic Archbishop of Baltimore, et al. v. American Casualty Company of Reading, Pennsylvania, et al.*, Adv. Pro. No. 24-00072(MMH) (the "**Insurer Adversary Proceeding**") in this Court by filing a Complaint against certain insurance carriers that are more fully described in the Insurer Adversary Proceeding (as more fully described in the Insurance Adversary Proceeding, the "**Insurers**").

### BASIS FOR REQUEST

5.  The Debtor and Committee expect to have a series of contested matters relating to and arising out of the treatment of claims asserted by constituents of the Committee under any plan of reorganization to be filed in this case.

6.  Section 105(a) of the Bankruptcy Code empowers bankruptcy courts to "issue any order, process or judgment that is necessary or appropriate to carry out the provisions of [the

2

Bankruptcy Code]." 11 U.S.C. § 105(a). "Though section 105(a) does not give the bankruptcy court carte blanche—the court cannot, for example, take an action prohibited by another provision of the Bankruptcy Code—it grants the extensive equitable powers that bankruptcy courts need in order to be able to perform their statutory duties." *In re Caesars Entertainment Operating Co., Inc.*, 808 F.3d 1186, 1188 (7th Cir. 2015) (internal citations omitted).

7. In addition, pursuant to LBR 9019-2 and as further detailed in Appendix G to this Court's Local Rules, this Court has established a Bankruptcy Dispute Resolution Program (the "**BDRP**"), which is available for, among other things, contested matters and other disputes in a bankruptcy case with a few inapplicable exceptions. *See* LBR 9019-2; LBR Appendix G.

8. Each of the Debtor and Committee submits that numerous disputes exist and are likely to otherwise arise between the Debtor and Committee relating to the viability and treatment of Survivor Claims and the form of any plan of reorganization to be proposed and ultimately confirmed in this bankruptcy case.[2]

9. Permitting the Debtor and the Committee to concentrate their efforts and resources on mediation will work to minimize the litigation expenses of the Debtor and the Committee.

10. Accordingly, each of the Debtor and Committee submit that such disputes may and should be submitted to mediation, pursuant to and in accordance with section 105(a) of the Bankruptcy Code, LBR 9019-2, and Appendix G to this Court's Local Rules.

11. Similarly, each of the Debtor and Committee request that this Court appoint the Hon. Robert J. Faris and Mr. Brian J. Nash as co-mediators.[3]

---

[2] By separate motion to be filed at a later date in the Insurance Adversary Proceeding, the Debtor anticipates filing a motion with the Committee and Insurers seeking to refer to mediation the claims set forth in the Insurance Adversary Proceeding.

[3] As set forth above, by separate future motion, the Debtor anticipates filing a motion with the Committee and Insurers seeking to refer to mediation the claims set forth in the Insurance Adversary Proceeding, which mediation may utilize the same proposed mediators.

12. The Honorable Robert J. Faris is a sitting bankruptcy judge in the District of Hawaii and recently served as mediator in the successful resolution of the Archbishop of Agaña's chapter 11 bankruptcy case (No. 19-00010, Bankr. D. Guam).

13. Mr. Brian J. Nash has been a practicing attorney since 1975 and been involved in mediating more than two thousand cases involving claims of medical negligence and sexual abuse. A copy of Mr. Nash's resume is attached to this Request as **Exhibit B**.

14. Each of the Debtor and Committee believe the foregoing mediators are more than qualified to mediate the various issues between the Debtor and Committee.

15. Accordingly, each of the Debtor and Committee request that this Court appoint each as co-mediators for the disputes between the Debtor and Committee relating to the treatment of Survivor Claims and the form of any plan of reorganization to be proposed and ultimately confirmed in this bankruptcy case.[4]

### NOTICE

16. The Debtor has provided notice of the filing of this Request to: (i) the Office of the United States Trustee for the District of Maryland; (ii) counsel to the Committee; and (iii) any party that has requested notice pursuant to Bankruptcy Rule 2002. Due to the circumstances surrounding this Request and the nature of the relief in it, the Debtor respectfully submits that no further notice of this Request is required.

### WAIVER OF MEMORANDUM OF LAW

17. Pursuant to Local Bankruptcy Rule 9013-2, and because there are no novel issues of law presented in the Request and all applicable authority is set forth in this Request, the Debtor

---

[4] By separate motion to be filed at a later date in the Insurance Adversary Proceeding, the Debtor anticipates filing a motion with the Committee and Insurers seeking to refer to mediation the claims set forth in the Insurance Adversary Proceeding.

and Committee respectfully request that the Court waive the requirement that a motion be accompanied by a separate written memorandum of fact and law.

18. Therefore, the Debtor and Committee respectfully request that the Court enter an order, substantially in the form attached to this Request as **Exhibit A**, directing mediation and granting such further relief as the Court may deem just and proper.

Dated: May 23, 2024                                             Respectfully submitted,

/s/ Catherine K. Hopkin
Catherine K. Hopkin (Fed. Bar No. 28257)
YVS LAW, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone:    443.569.0788
Facsimile:    410.571.2798
Email: chopkin@yvslaw.com

-and-

Blake D. Roth (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone:    615.244.6380
Facsimile:    615.244.6804
Email: blake.roth@hklaw.com

-and-

Philip T. Evans (Fed. Bar No. 11796)
HOLLAND & KNIGHT LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone:    202.457.7043
Email: philip.evans@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*

**C**ERTIFICATE OF **S**ERVICE

I hereby certify that on the 23rd day of May 2024, notice of filing the Joint Request for Mediation was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list. In addition, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the Motion to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

                                                                                            /s/ Catherine Keller Hopkin
                                                                                           Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Nathan D. Adler, Esquire
(nda@nqgrg.com)
Counsel for Luminace Solar MC, LLC
Neuberger Quinn Gielen Rubin & Gibber
1 South Street, 27th Floor
Baltimore, Maryland  21202

Sam Alberts, Esquire
(sam.alberts@dentons.com)
Counsel for Travelers Indemnity, et al.
Dentons US LLP
1301 K Street NW, Suite 600, East Tower
Washington, D.C.  20005

Monique D. Almy, Esquire
(malmy@crowell.com)
Counsel for American Casualty Company
Crowell & Moring, LLP
1001 Pennsylvania Ave. NW, 10th Floor
Washington, D.C.  20004

Philip D. Anker, Esquire
(philip.anker@wilmerhale.com)
Counsel for Hartford Accident&Indemnity
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007

G. Calvin Awkward, III, Esquire
(cawkward@goldbergsegalla.com)
Counsel for Employers Ins. of Wausau
Goldberg Segalla LLP
111 South Calvert Street, Suite 2000
Baltimore, Maryland  21202

Gary Bahena, Esquire
(garybahena@bahenalaw.com)
Counsel for HBC LLC
Bahena & Associates LLC
428 North Street
Portsmouth, Virginia  23704

Hugh M. Bernstein, Esquire
(hugh.m.bernstein@usdoj.gov)
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Diane C. Bristow, Esquire
(dcb@nqgrg.com)
Counsel for Luminace Solar MC, LLC
Neuberger Quinn Gielen Rubin & Gibber
1 South Street, 27th Floor
Baltimore, Maryland  21202

Edwin H. Caldie, Esquire
(ed.caldie@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Richard L. Costella, Esquire
(rcostella@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Robert W. DiUbaldo, Esquire
(rdiubaldo@carltonfields.com)
Counsel for Lexington Ins. and NH Ins.
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York  10174-0002

Philip Tucker Evans, Esquire
(philip.evans@hklaw.com)
Counsel for Debtor
Holland and Knight
800 17th Street, Ste. 1100
Washington, D.C.  20006

Justin Philip Fasano, Esquire
(jfasano@mhlawyers.com)
Counsel for General Star Indemnity Co.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  22070

Kevin Foreman, Esquire
(kforeman@carltonfields.com)
Counsel for Epiq Corporate Restructuring
Carlton Fields, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, D.C.  20007

Andrew Freeman, Esquire
(adf@browngold.com)
Counsel for Committee Chair
Brown Goldstein & Levy
120 East Baltimore Street, Suite 2500
Baltimore, Maryland  21202

Andrew Glasnovich, Esquire
(drew.glasnovich@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Gary R. Greenblatt, Esquire
(grg@cooncolelaw.com)
Counsel for St. Mary's Seminary
Coon & Cole, LLC
305 West Chesapeake Avenue, Suite 510
Towson, Maryland  21204

Geoffrey Grivner, Esquire
(geoffrey.grivner@bipc.com)
Counsel for PNC Bank, N.A.
Buchanan Ingersoll & Rooney PC
500 Delaware Avenue, Suite 720
Wilmington, Delaware  19801

Alan M. Grochal, Esquire
(agrochal@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Samantha Hanson-Lenn, Esquire
(samantha.hansonlenn@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Megan Harmon, Esquire
(megan.harmon@bge.com)
Baltimore Gas & Electric Company
110 West Fayette Street, 12th Floor
Baltimore, Maryland  21201

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Local Counsel for Debtor
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Robert Keith Jenner
(rjenner@jennerlawfirm.com)
Jenner Law, P.C.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

Steven J. Kelly, Esquire
(skelly@gelaw.com)
Grant & Eisenhofer P.A.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

Nicole Khalouian, Esquire
(nicole.khalouian@stinson.com)
Counsel for Committee
Sinson LLP
100 Wall Street, Suite 201
New York, New York  10005

Robert H. Kline, Esquire
(kliner@whiteandwilliams.com)
Counsel for Fireman's Fund Insurance
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Eric George Korphage, Esquire
(korphagee@whiteandwilliams.com)
Counsel for Fireman's Fund Insurance
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Robert T. Kugler, Esquire
(robert.kugler@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

C. Scott Kunde, Jr., Esquire
(scott.kunde@hklaw.com)
Counsel for Debtor
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219

Anthony May, Esquire
(amay@browngold.com)
Counsel for Committee Chair
Brown Goldstein & Levy
120 East Baltimore Street, Suite 2500
Baltimore, Maryland  21202

Siobhain P. Minarovich, Esquire
(minarovichs@whiteandwilliams.com)
Counsel for Fireman's Fund Insurance
White and Williams LLP
7 Times Square, Suite 2900
New York, New York  10036

Gordon Z. Novod, Esquire
(gnovod@gelaw.com)
Grant & Eisenhofer PA
485 Lexington Avenue, 29th Floor
New York, New York  10017

Timothy P. Palmer, Esquire
(timothy.palmer@bipc.com)
Counsel for PNC Bank, N.A.
Buchanan Ingersoll & Rooney PC
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania  15219-4413

Mark David Plevin, Esquire
(mplevin@crowell.com)
Counsel for American Casualty Company
Crowell & Moring, LLP
1001 Pennsylvania Ave. NW, 10th Floor
Washington, D.C.  20004

David Kendall Roberts, Esquire
(droberts2@omm.com)
Counsel for Federal Insurance Co.
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, D.C.  20006

Matthew Roberts, Esquire
(mroberts@phrd.com)
Counsel for Fireman's Fund Insurance
Parker Hudson Rainer & Dobbs LLP
303 Peachtree Street, NE, Ste 3600
Atlanta, Georgia  30308

Annette Rolain, Esquire
(arolain@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K St NW, Suite 600
Washington, D.C.  20006

Blake D. Roth, Esquire
(blake.roth@hklaw.com)
Counsel for Debtor
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219

James P. Ruggeri, Esquire
(jruggeri@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C.  20006

Jonathan Schapp, Esquire
(jschapp@goldbergsegalla.com)
Counsel for Employers Ins. of Wausau
Goldberg Segalla LLP
665 Main Street
Buffalo, New York  14203

Alex B. Silverman, Esquire
(asilverman@carltonfields.com)
Counsel for Lexington Ins. and NH Ins.
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York  10174-0002

Miranda H. Turner, Esquire
(mturner@crowell.com)
Counsel for American Casualty Company
Crowell & Moring, LLC
1001 Pennsylvania Ave, NW
Washington, DC 20004

U.S. Trustee – Baltimore
(ustpregion04.ba.ecf@usdoj.gov)
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Nora Anne Valenza-Frost, Esquire
(nvalenza-frost@carltonfields.com)
Counsel for Lexington Ins. and NH Ins.
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York  10174-0002

Irving Edward Walker, Esquire
(iwalker@coleschotz.com)
Counsel for Ad Hoc Committee
Cole Schotz P.C.
1201 Wills Street, Suite 320
Baltimore, Maryland  21231

Joshua D. Weinberg, Esquire
(jweinberg@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C.  20006

Matthew Michael Weiss, Esquire
(mweiss@phrd.com)
Counsel for Fireman's Fund Insurance
Parker Hudson Rainer & Dobbs LLP
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia  30308

Harris B. Winsberg, Esquire
(hwinsberg@phrd.com)
Counsel for Fireman's Fund Insurance
Parker Hudson Rainer & Dobbs LLP
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia  30308