**EXHIBIT B**
**RESUME OF MR. BRIAN J. NASH**

# BRIAN J. NASH, ESQUIRE
**Nash Mediation, LLC**
Venice, Florida
NashMediation@gmail.com

## EXPERIENCE:

**Nash Mediation, LLC**
Sole Proprietor – 2011 to Present
Mediated more than two thousand cases involving claims of medical negligence and sexual abuse. Specifically mediated *Doe v. Johns Hopkins Hospital*, a class action involving 8,000 sexual abuse victims. The mediations occurred over several months and included representatives from over a dozen insurance, co-insurance and reinsurance carriers including Lloyd's of London, resulting in a $190 million settlement. Additionally, mediated hundreds of cases involving insurance, co-insurance and reinsurance carriers as well as their insureds, including but not limited to claims involving dental malpractice, personal injury, construction liability, product liability, nursing home and rehabilitation facility claims, legal malpractice, law firm dissolutions, property and automobile negligence claims.

**Nash & Associates, LLC**
Sole Proprietor – 2002 to 2022
No longer actively practicing litigation. Primary areas of practice when active:
Medical Malpractice (defense and plaintiff); Drug and Medical Devices; Insurance Law; Civil Litigation and General Litigation.

**Wharton, Levin, Ehrmantraut, Klein & Nash, P.A.**
Member/Partner – 1992 to 2002
Areas of Practice: Medical and Professional Liability; Drug and Medical Device Litigation; Insurance Law; Civil and General Litigation.

**Montedonico, Hamilton, Altman & Nash, P.A.**
Member/Partner – 1987 to 1992
Areas of Practice: Medical and Professional Liability; Drug and Medical Device Litigation; Insurance Law; Civil and General Litigation.

**Donovan & Nash**
Member/Partner – 1979 to 1987
Areas of Practice: Medical and Professional Liability; Drug and Medical Device Litigation; Insurance Law; Civil and General Litigation.

**Donahue & Ehrmantraut**
Associate – 1975 to 1978
Areas of Practice: Medical and Professional Liability; Drug and Medical Device Litigation; Insurance Law; Civil and General Litigation.

**Honorable Herbert F. Murray**
United States District Court, District of Maryland
August 1974 – August 1975
Judicial Law Clerk

# BRIAN J. NASH, ESQUIRE
**Nash Mediation, LLC**
Venice, Florida
NashMediation@gmail.com

## BAR ADMISSIONS:

1974 – Maryland
1976 – District of Columbia, U.S. District Court,
 District of Maryland, Fourth Circuit Court of Appeals
1978 – U.S. District Court, District of Columbia
1982 – U.S. Court of Appeals, District of Columbia

## PROFESSIONAL ASSOCIATIONS- Present or Past Member of:

American College of Trial Lawyers
American Board of Trial Advocacy
Maryland State Bar Association
Baltimore County Bar Association
Bar Association of Baltimore City
Montgomery County Bar Association
District of Columbia Bar Association
Defense Research Institute
Maryland Association for Justice
District of Columbia - Trial Lawyers' Association

## SCHOLASTIC AND PROFESSIONAL ACTIVITIES, HONORS & AWARDS:

AV Rating – Martindale-Hubbell
Catholic University Law Review – Case Notes Editor: 1973-1974 & Staff: 1972-1974
Law Clerk – Honorable Herbert F. Murray: 1974-1975
American University Law School & University of Maryland Law School – Guest Lecturer
Joint University of Maryland & University of Baltimore Law Schools – Advanced Trial Advocacy Skills
D.C. Trial Lawyers' Association – Guest Lecturer Super Lawyers
Washington's Top Lawyers

## EDUCATION:

Juris Doctor, Catholic University, Columbus School of Law (1974)
Bachelor of Arts, Catholic University of America (1969)

**PLACE OF BIRTH:** New Jersey
**MARITAL STATUS:** Married