IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE<br><br>                       Debtor.[1] | Bankruptcy Case No:<br><br>23-16969<br><br>Chapter 11 |
| --- | --- |

**SUPPLEMENTAL OMNIBUS MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Bankruptcy Rule 9010-3(b) of this Court, and Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, James P. Ruggeri, a member in good standing of the bar of this Court, moves to supplement the admissions of Joshua D. Weinberg, Esq., Annette P. Rolain, Esq. and Philip D. Anker, Esq., to appear pro hac vice in the above captioned proceeding as counsel for Hartford Casualty Insurance Company and Hartford Fire Insurance Company.

Movant and the proposed admittee respectfully certify as follows:

1.     Joshua D. Weinberg, Esq. was admitted pro hac vice in this case on October 6, 2023 on behalf of Hartford Accident and Indemnity Company and Twin City Fire Insurance Company [Dkt. No. 72].

2.     Annette P. Rolain, Esq. was admitted pro hac vice in this case on October 6, 2023 on behalf of Hartford Accident and Indemnity Company and Twin City Fire Insurance Company [Dkt. No. 73].

---

[1] The last four digits of the Debtor's federal tax identification number are: 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

3.      Philip D. Anker, Esq. was admitted pro hac vice in this case on October 30, 2023 on behalf of Hartford Accident and Indemnity Company and Twin City Fire Insurance Company [Dkt. No. 124].

4.      All of the information reflected in Mr. Weinberg, Ms. Rolain and Mr. Anker's original pro hac vice motions remains correct [Dkt. Nos. 64, 65, 114].

5.      Mr. Weinberg, Ms. Rolain and Mr. Anker now seek to supplement their admissions to also represent Hartford Casualty Insurance Company and Hartford Fire Insurance Company.

6.      Co-counsel for Mr. Weinberg, Ms. Rolain and Mr. Anker in this proceeding will continue to be James P. Ruggeri, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

7.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Dated: June 5, 2024                              Respectfully Submitted,


*/s/ James P. Ruggeri*
James P. Ruggeri (Fed. Bar. No. 21926)
RUGGERI PARKS WEINBERG LLP
1875 K Street NW, Suite 600
Washington, DC 20006
Tel: (202) 984-1400
Email: jruggeri@ruggerilaw.com

*Movant Attorney*


*/s/ Joshua D. Weinberg*
Joshua D. Weinberg
RUGGERI PARKS WEINBERG LLP
1875 K Street NW, Suite 600

2

Washington, DC 20006
Tel: (202) 984-1400
Email: jweinberg@ruggerilaw.com

*Proposed Admittee*


/s/ *Annette P. Rolain*

Annette P. Rolain
RUGGERI PARKS WEINBERG LLP
1875 K Street NW, Suite 600
Washington, DC 20006
Tel: (202) 984-1400
Email: arolain@ruggerilaw.com

*Proposed Admittee*


/s/ *Philip D. Anker*

Philip D. Anker
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8890
Email: philip.anker@wilmerhale.com

*Proposed Admittee*

## CERTIFICATE OF SERVICE

Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

*/s/ James P. Ruggeri*
James P. Ruggeri