

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: | * |
| | * |
| Roman Catholic Archbishop of Baltimore, * | Case No. 23-16969 MMH |
| * | Chapter 11 |
| Debtor. * | |

* * * * * * * * * * * * * * *

### NOTICE THAT HEARING TENTATIVELY SCHEDULED FOR MONDAY, JUNE 10, 2024, HAS BEEN REMOVED FROM THE COURT'S CALENDAR

PLEASE TAKE NOTICE that the hearing that was *tentatively* scheduled for Monday, June 10, 2024, and Noticed in the above-captioned case by an Amended Order Setting Further Omnibus Hearing Dates [ECF 475] has been removed from the Court's calendar. Neither the Debtor, any party in interest, nor the Court scheduled any matters or proceedings for hearing on Monday, June 10, 2024. Accordingly, the June 10, 2024, Omnibus Hearing in this case is CANCELLED.

cc:  Debtor
     Debtor's attorney
     All parties in interest
     Counsel for Official Unsecured Creditors Committee
     U.S. Trustee

**END OF NOTICE**