# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **23–16969 – MMH**     Chapter: **11**

**Roman Catholic Archbishop of Baltimore,**
Debtor.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held

on 7/8/24 at 10:00 AM

to consider and act upon the following:

564 – Joint Request for Mediation for on behalf of Roman Catholic Archbishop of Baltimore and The Official Committee of Unsecured Creditors Filed by Catherine Keller Hopkin. (Attachments: # 1 Exhibit A–Proposed Order # 2 Exhibit B–Resume of Brian Nash) (Hopkin, Catherine) Modified on 5/24/2024. Text modified to include a descriptive title. (Arter, Laurie).

586 – Moving Insurers' Response on behalf of Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Twin City Fire Insurance Company Filed by James Pio Ruggeri (related document(s)564 Request filed by Debtor Roman Catholic Archbishop of Baltimore). (Attachments: # 1 Affidavit Declaration of Annette P. Rolain # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G) (Ruggeri, James) Modified on 6/7/2024 to enhance title (Adams, Christopher).

587 – Omnibus Objection on behalf of Westchester Fire Insurance Company, Insurance Company of North America, Indemnity Insurance Company Of North America, Federal Insurance Co. Filed by David Kendall Roberts (related document(s)564 Request filed by Debtor Roman Catholic Archbishop of Baltimore). (Attachments: # 1 Appendix – A # 2 Appendix – B) (Roberts, David)

588 – Declaration re: of Adam P. Haberkorn in Support of Moving Insurers' Omnibus Objection to Joint Requests for Mediation Filed by David Kendall Roberts (related document(s)587 Objection filed by Interested Party Insurance Company of North America, Interested Party Indemnity Insurance Company Of North America, Interested Party Federal Insurance Co., Interested Party Westchester Fire Insurance Company). (Attachments: # 1 Exhibit – 1 # 2 Exhibit – 2 # 3 Exhibit – 3 # 4 Exhibit – 4 # 5 Exhibit – 5 # 6 Exhibit – 6 # 7 Exhibit – 7 # 8 Exhibit – 8 # 9 Exhibit – 9 # 10 Exhibit – 10 # 11 Exhibit – 11 # 12 Exhibit – 12 # 13 Exhibit – 13 # 14 Exhibit – 14 # 15 Exhibit – 15) (Roberts, David)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/11/24

        Mark A. Neal, Clerk of Court
        by Deputy Clerk, Anna Marie Komisarek
        Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 06/08/2020)