## IN-PERSON HEARINGS BEFORE JUDGE HARNER
### (as of January 2023)

*Effective February 1, 2023*, the following matters and proceedings before Judge Harner will be conducted as in-person hearings or trials in Courtroom 9-C in Baltimore:

1. All trials in adversary proceedings.
2. All hearings concerning motions to lift, modify, or otherwise alter the automatic stay of section 362(a) of the Bankruptcy Code.
3. Certain hearings in contested matters that require the presentation of witness testimony or significant documentary evidence.

Any party in interest may, for good cause, request that a *hearing* be conducted by videoconference by filing with the Court and serving on all affected parties a Line setting forth the justifications for such request *at least seven days prior to the scheduled hearing*. The Court will consider any such requests on a case by case basis, based on the particular facts and circumstances of the case.

The Court may also *sua sponte* alter the format of any given *hearing* from an in-person format to one conducted by videoconference based on the particular facts and circumstances of the case, or factors external to the particular case such as weather conditions or public health concerns.

The Court has posted protocols governing in-person hearings and trials in Courtroom 9-C in Baltimore on the Court's website and on the bulletin board by the door to the courtroom. You are encouraged to read these protocols closely. In addition, the Court may require that all or some of the participants or spectators at any hearing or trial wear a mask while in the courtroom. Individuals without a mask appearing for a court hearing or trial where a mask is required will be provided one by the Court.

The Court reserves the right to request any party that does not follow the procedures set forth in this Notice or the Court's protocols to leave the hearing or trial, or to otherwise address any such violations through sanctions or other appropriate and warranted means.

Any questions regarding whether a particular hearing or trial is being held in-person in Courtroom 9-C or by videoconference should be directed to Hearings_MMH@mdb.uscourts.gov.