IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE<br><br>Debtor.[1] | Bankruptcy Case<br><br>No: 23-16969 (MMH)<br><br>Chapter 11 |

## MOTION FOR ADMISSION PRO HAC VICE
## OF NATALIE L. SOLOPERTO

Pursuant to Local Bankruptcy Rule 9010-3(b) of this Court, and Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, Kevin A. Foreman, a member in good standing of the bar of this Court, moves for the admission of Natalie L. Soloperto, Esquire, to appear pro hac vice in the above captioned proceeding as counsel for Lexington Insurance Company, New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, P.A.

Movant and the proposed admittee respectfully certify as follows:

1. The proposed admittee is not a member of the Bar of Maryland.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the bar of the following States and United States District Courts:

| Court & Date of Admission |
|---|
| New York State Bar, Appellate First Division 2021 |
| Federal Bar, 2023 |

---

[1] The last four digits of the Debtor's federal tax identification number are: 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

4. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court zero (0) times.

5. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

6. The proposed admittee is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Lawyers' Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

7. Co-counsel for the proposed admittee in this proceeding will be Kevin A. Foreman, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

8. It is understood that admission pro hac vice does not constitute formal admission to the bar of the U.S. District Court for the District of Maryland.

9. The $100.00 fee for admission pro hac vice accompanies this motion.

10. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Dated: June 17, 2024

Respectfully submitted,

*/s/ Kevin A. Foreman*
Kevin A. Foreman (Fed. Bar. No. 21688)
CARLTON FIELDS
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007-5208
Tel: (202) 965-8100
Email: kforeman@carltonfields.com
*Movant Attorney*

*/s/ Natalie L. Soloperto*
Natalie L. Soloperto
GIBSON, DUNN & CRUTCHER
1050 Connecticut Avenue NW
Washington, D.C. 20036-5306
Tel:  (202) 924-4521
NSoloperto@gibsondunn.com
*Proposed Admittee*

## **CERTIFICATE OF SERVICE**

  Lexington Insurance Company, New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, P.A., by and through their undersigned counsel, will cause a true and correct copy of the foregoing to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

               */s/ Kevin A. Foreman*
               Kevin A. Foreman

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| In re: | Bankruptcy Case |
|---|---|
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE | No: 23-16969 (MMH) |
| Debtor. | Chapter 11 |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

The Court having considered the Motion for Admission Pro Hac Vice filed by Natalie L. Soloperto as counsel for Lexington Insurance Company, New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, P.A, and his statements in support thereof, and upon recommendation of Kevin A. Foreman, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to Local Bankruptcy Rule 9010-3(b) and the District Court Local Rule 101.1(b), the motion be GRANTED.

To receive electronic notices and/or file electronically Natalie L. Soloperto must register for a CM/ECF filing account on the court's website at https://www.mdb.uscourts.gov/forattorneys/training-and-registration-for-electronic-filing.

CC:

CARLTON FIELDS

Kevin A. Foreman (Fed. Bar. No. 21688)
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007-5208
Tel: (202) 965-8100
Email: kforeman@carltonfields.com

Natalie L. Soloperto
GIBSON, DUNN & CRUTCHER
1050 Connecticut Ave NW
Washington, D.C. 20036-5306
Tel:  (202) 924-4521
NSoloperto@gibsondunn.com
*Proposed Admittee*

*Proposed Attorneys for Lexington Insurance Company, New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, P.A*

**END OF ORDER**