Entered: June 18th, 2024
Signed: June 18th, 2024
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:    Case No.: **23–16969 – MMH**    Chapter: **11**

**Roman Catholic Archbishop of Baltimore**
Debtor

## ORDER GRANTING AMENDED MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Natalie L. Soloperto as counsel for Lexington Insurance Company, New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA, and the certified statements in support thereof, and upon the recommendation of Kevin A. Foreman, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010–3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that Natalie L. Soloperto must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for–attorneys/training–and–registration–for–electronic–filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin receiving electronic notices after being admitted pro hac vice.

cc:   Debtor
      Attorney for Debtor – Catherine Keller Hopkin
      Movant – Natalie L. Soloperto
      Local Counsel – Kevin A. Foreman
      U.S. Trustee

**End of Order**

01x01 (rev. 03/12/2024) – ChristopherAdams