Entered: July 3rd, 2024
Signed: July 3rd, 2024
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| * * * * * * * * | * * * * * * | |
| Roman Catholic Archbishop of Baltimore, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | Adv. Pro. No.: 24-00072-MMH |
| | * | |
| American Casualty Company of Reading, Pennsylvania, et al, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * | * * * * * * | |

### NOTICE THAT HEARING SCHEDULED FOR
### MONDAY, JULY 8, 2024, HAS BEEN REMOVED
### FROM THE COURT'S CALENDAR

PLEASE TAKE NOTICE that the hearing scheduled for Monday, July 8, 2024, and Noticed in the above-captioned chapter 11 case and adversary proceeding has been removed from the Court's calendar. The Court will, by separate Order, schedule a status

hearing and specially set an omnibus hearing on the matters previously scheduled for hearing on July 8, 2024. **Accordingly, the July 8, 2024, Hearing in this case is CANCELLED**.

cc:    Debtor
       Debtor's Counsel
       All Parties in Interest
       Counsel for Official Unsecured Creditors Committee
       U.S. Trustee

**END OF NOTICE**