Entered: July 3rd, 2024
Signed: July 3rd, 2024
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | \* | |
| | \* | |
| Roman Catholic Archbishop of Baltimore, | \* | Case No. 23-16969-MMH |
| | \* | |
| Debtor. | \* | Chapter 11 |
| | \* | |
| \* \* \* \* \* \* \* \* | \* | \* \* \* \* \* |
| Roman Catholic Archbishop of Baltimore, et al., | \* | |
| | \* | |
| Plaintiffs, | \* | |
| | \* | |
| vs. | \* | Adv. Pro. No.: 24-00072-MMH |
| | \* | |
| American Casualty Company of Reading, Pennsylvania, et al, | \* | |
| | \* | |
| | \* | |
| Defendants. | \* | |
| | \* | |
| \* \* \* \* \* \* \* \* | \* | \* \* \* \* \* |

### ORDER SETTING FURTHER STATUS HEARING
### AND SPECIALLY SETTING OMNIBUS HEARING

There are several matters pending before the Court in the above-captioned chapter 11 case and adversary proceeding. The Court has held two status hearings on matters in the adversary proceeding and, by this Order, sets a further status hearing. In addition, the Court finds good cause to specially set an Omnibus Hearing to allow the Court to address any pending matters in both the chapter 11 case and the adversary proceeding. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will conduct a further status hearing in the adversary proceeding on **July 10, 2024, at 9:00 a.m., ET, by videoconference** with a live audio feed (the "Status"); and it is further

**ORDERED**, that the Court will hold a hearing in the chapter 11 case and the adversary proceeding on **July 22, 2024, at 10:00 a.m., ET** (the "Hearing"), in a hybrid format, in **Courtroom 2-A in Baltimore**;[1] and it is further

**ORDERED**, that the Court will file separately on the docket: (i) the protocol for parties in this case to register for the Status and, to the extent not appearing in-person, the Hearing; and (ii) the dial-in information for the audio listen-only line for all other participants; and it is further

**ORDERED**, that any pending matters currently set for hearing on July 8, 2024, are continued and will be heard at the Hearing; and it is further

**ORDERED**, that any party intending to file any additional papers relating to matters set for the Hearing shall file and serve such papers **on or before July 17, 2024**; and it is further

**ORDERED**, that the Debtor shall file and serve on all parties entitled to service under the applicable Federal or Local Bankruptcy Rules a Notice of Proposed Hearing Agenda for the Hearing; such notice shall be filed and served **on or before 12:00 p.m., ET, on July 19, 2024,** and shall identify (i) the matters going forward, (ii) the matters being continued, and (iii) the matters being resolved by consent or withdrawn from the docket; and it is further

---

[1] The hybrid format will allow (i) parties to participate either in-person in the courtroom *or* via a video or audio line, and (ii) non-parties to observe the Hearing either in-person in the courtroom *or* through a live audio feed. The Court's ability to hold a hybrid hearing will depend, to some extent, on whether any party intends to offer live testimony in support of any of the pending matters. If live testimony is contemplated, the Court may need to change the format or the ability of non-parties to participate in some or all of the Hearing by live audio feed. *See Guide to Judicial Policy*, vol. 10, ch.4. The Court will endeavor to allow parties to participate in, and non-parties to observe, the Hearing in the most effective, cost-efficient, and legally permissible manner. Any party not attending the Hearing in-person must register for the Hearing in accordance with the Hearing protocol, and any non-party not attending the Hearing in-person may access the audio listen-only line in accordance with this Order.

**ORDERED**, that, pursuant to Local Bankruptcy Rule 5070-1(a), ***no party (other than the Court) may record or otherwise capture the audio or video of the Status or the Hearing in any manner***; the Court will create an official recording of the Status and the Hearing; and it is further

**ORDERED,** that the Court reserves the right to change the format of the Hearing if circumstances warrant or other matters in this case are scheduled for hearing on the same date; the Court will issue a separate notice in the event of any change to the Hearing set by this Order.

**END OF ORDER**