Entered: July 10th, 2024
Signed: July 10th, 2024
**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| * * * * * * * | * | * * * * * |
| Roman Catholic Archbishop of Baltimore, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | Adv. Pro. No.: 24-00072-MMH |
| | * | |
| American Casualty Company of Reading, Pennsylvania, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * | * | * * * * * |

## ORDER SUPPLEMENTING ORDER SETTING FURTHER STATUS HEARING AND SPECIALLY SETTING OMNIBUS HEARING

At the request of the parties, the Court held a further status hearing in the above-captioned adversary proceeding on July 10, 2024 (the "July 10 Status"). That status hearing was set by the Court's Order Setting Further Status Hearing and Specially Setting Omnibus Hearing (the "Scheduling Order"). ECF 631 (23-16969); 158 (24-00072 ap). At the July 10 Status, the parties updated the Court concerning their discussions regarding a potential global resolution of the pending matters to facilitate a mediation program in this adversary proceeding and the main

chapter 11 case. The Court has now had an opportunity to further consider the parties' collective comments and the need to narrow the issues and focus the parties' time and resources on the mediation proposals.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will continue the hearing on the Motion to Dismiss [ECF 60 (24-00072 ap)], the Motion for Judicial Notice [ECF 61 (24-00072 ap)], and the Motion to Intervene [ECF 76 (24-00072 ap)] and all related papers to the Omnibus Hearing scheduled for **September 9, 2024, at 10:00 a.m., ET, in Courtroom 9-C in Baltimore**;[1] and it is further

**ORDERED**, that the Court will hold a hearing in the chapter 11 case and the adversary proceeding on **July 22, 2024, at 10:00 a.m., ET** (the "Hearing"), in a hybrid format, in **Courtroom 2-A in Baltimore**;[2] solely on the Joint Requests for Mediation pending in the chapter 11 case and the adversary proceeding [ECF 564 (23-16969); ECF 89 (24-00072 ap)] and the related papers; and it is further

**ORDERED**, that any party intending to file any additional papers relating to the specific matters set for the Hearing shall file and serve such papers **on or before July 17, 2024**; and it is further

**ORDERED**, that the Debtor shall file and serve on all parties entitled to service under the applicable Federal or Local Bankruptcy Rules a Notice of Proposed Hearing Agenda for the

---

[1] The scheduling of these matters remains subject to change, including upon resolution of the Motions to Withdraw the Reference by the United States District Court for the District of Maryland.

[2] The hybrid format will allow (i) parties to participate either in-person in the courtroom *or* via a video or audio line, and (ii) non-parties to observe the Hearing either in-person in the courtroom *or* through a live audio feed. The Court's ability to hold a hybrid hearing will depend, to some extent, on whether any party intends to offer live testimony in support of any of the pending matters. If live testimony is contemplated, the Court may need to change the format or the ability of non-parties to participate in some or all of the Hearing by live audio feed. *See Guide to Judicial Policy*, vol. 10, ch.4. The Court will endeavor to allow parties to participate in, and non-parties to observe, the Hearing in the most effective, cost-efficient, and legally permissible manner. Any party not attending the Hearing in-person must register for the Hearing in accordance with the Hearing protocol, and any non-party not attending the Hearing in-person may access the audio listen-only line in accordance with this Order.

Hearing; such notice shall be filed and served **on or before 12:00 p.m., ET, on July 19, 2024,** and shall identify (i) the matters going forward, (ii) the matters being continued, and (iii) the matters being resolved by consent or withdrawn from the docket; and it is further

**ORDERED**, that, pursuant to Local Bankruptcy Rule 5070-1(a), *no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner*; the Court will create an official recording of the Hearing; and it is further

**ORDERED,** that the Court reserves the right to change the format of the Hearing if circumstances warrant or other matters in this case are scheduled for hearing on the same date; the Court will issue a separate notice in the event of any change to the Hearing set by this Order.

cc:   All Parties
      All Counsel

**END OF ORDER**