# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| *In re:* <br><br> Roman Catholic Archbishop of Baltimore, <br><br>                              Debtor. | Chapter 11 <br><br><br><br> Case No. 23-16969-MMH |
| Roman Catholic Archbishop of Baltimore, et al., <br><br>                              *Plaintiffs,* <br><br> v. <br><br> American Casualty Company of Reading, Pennsylvania, et al. <br><br>                              *Defendants*. | <br><br><br><br><br><br> Adv. Pro. No. 24-072 |

## LINE FILING DECLARATION OF MARC E. ISSERLES WITH RESPECT TO THE AGREED ORDER DIRECTING MEDIATION, APPOINTING MEDIATORS, AND <u>ORDERING MEDIATION DISCOVERY</u>

Hartford Accident and Indemnity Company, Hartford Casualty Company, Hartford Fire Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") submit the attached Declaration of Marc E. Isserles with Respect to the Agreed Order Directing Mediation, Appointing Mediators, and Ordering Mediation Discovery for the Court's consideration, which supplements the Certain Insurers'[1] previously filed notice of proposed third co-mediator in their *Line Submitting Certain Insurers' Notice of Third Co-Mediator* [Dkt. #716; Adv. Dkt. #200].

---

[1]        The Certain Insurers are (1) Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford"), (2) Insurance Company of Wausau ("Wausau"), (3) Travelers Casualty and Surety Company formerly known as The

1

Date:  August 9, 2024

Respectfully submitted,

*/s/ James P. Ruggeri*
James P. Ruggeri (Fed. Bar No. 21926)
Joshua D. Weinberg (admitted *pro hac vice*)
Annette P. Rolain (admitted *pro hac vice*)
RUGGERI PARKS WEINBERG LLP
1875 K Street NW, Suite 600
Washington, DC 20006
Tel: (202) 984-1400
jruggeri@ruggerilaw.com
jweinberg@ruggerilaw.com
arolain@ruggerilaw.com

and

Philip D. Anker (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8890
philip.anker@wilmerhale.com

*Counsel for Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company and Twin City Fire Insurance Company*

---

Aetna Casualty & Surety Company, The Travelers Indemnity Company, St. Paul Fire and Marine Insurance Company, Northfield Insurance Company, and U.S. Fidelity and Guaranty Company (collectively, "Travelers"), (4) New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, P.A. (collectively, "AIG"), (5) United States Fire Insurance Company ("U.S. Fire"), (6) Fireman's Fund Insurance Company and The American Insurance Company (collectively, "Fireman's Fund"), (7) American Casualty Company of Reading, PA and The Continental Insurance Company as successor-in-interest to Glens Falls Insurance Company f/k/a Fidelity-Phoenix Insurance Company (collectively, "CNA"), and (8) General Star Indemnity Company ("General Star").

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 9th day of August, 2024, a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF e-filing system on all parties of record. Additionally, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the foregoing document to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, in accordance with Local Rule 9013-4.

Blake D. Roth, Esquire: blake.roth@hklaw.com
Catherine Keller Hopkin, Esquire: chopkin@yvslaw.com
Hugh M. (UST) Bernstein, Esquire: hugh.m.bernstein@usdoj.gov
Gary R. Greenblatt, Esquire: grg@cooncolelaw.com
Marc E. Shach, Esquire: mes@cooncolelaw.com
Andrew D. Freeman, Esquire: adf@browngold.com
Anthony May, Esquire: AMay@browngold.com
Geoffrey Grivner, Esquire: geoffrey.grivner@bipc.com
Nathan D. Adler, Esquire: nda@nqgrg.com
Diane C. Bristow, Esquire: dcb@nqgrg.com
Tyler N. Layne, Esquire: Tyler.Layne@hklaw.com
Christopher Scott Kunde, Jr., Esquire: scott.kunde@hklaw.com
Steven J Kelly, Esquire: skelly@gelaw.com
Nicholas R. Miller, Esquire: nick.miller@hklaw.com
Timothy P. Palmer, Esquire: timothy.palmer@bipc.com
Gordon Z. Novod, Esquire: gnovod@gelaw.com
Philip Tucker Evans, Esquire: philip.evans@hklaw.com,
Megan Harmon, Esquire: megan.harmon@bge.com
Richard L. Costella, Esquire: rcostella@tydings.com
Alan M. Grochal, Esquire: agrochal@tydings.com
Robert T. Kugler, Esquire: robert.kugler@stinson.com
Edwin H. Caldie, Esquire: ed.caldie@stinson.com
Andrew J. Glasnovich, Esquire: drew.glasnovich@stinson.com
Nicole Khalouian, Esquire: nicole.khalouian@stinson.com
Hannah Berny, Esquire: Hannah.berny@hklaw.com
Monique D. Almy, Esquire: MAlmy@crowell.com
Miranda H. Turner, Esquire: MTurner@plevinturner.com
Mark D. Plevin, Esquire: MPlevin@plevinturner.com
Irving E. Walker, Esquire: iwalker@coleschotz.com
J. Michael Pardoe, Esquire: mpardoe@coleschotz.com
Robert K. Jenner, Esquire: rjenner@jennerlawfirm.com
David K. Roberts: droberts2@omm.com
Bruce A. Anderson, Esquire: banderson@eaidaho.com
Ford Elsaesser, Esquire: felsaesser@eaidaho.com
Mark Pfeiffer, Esquire: mark.pfeiffer@bipc.com
Jonathan Schapp, Esquire: jschapp@goldbergsegalla.com
Sam J. Alberts, Esquire: sam.alberts@dentons.com
David F. Cook, Esquire: david.f.cook@dentons.com

G. Calvin Awkward, Esquire: cawkward@goldbergsegalla.com
Kevin Foreman, Esquire: kforeman@carltonfields.com
U.S. Trustee – Baltimore: ustpregion04.ba.ecf@usdoj.gov
Adam R. Durst, Esquire, adurst@goldbergsegalla.com
Samantha J. Hanson-Lenn, Esquire, Samantha.hansonlenn@stinson.com
Eric G. Korphage, Esquire, korphagee@whiteandwilliams.com
Matthew M. Weiss, Esquire, mweiss@phrd.com
John E. Bucheit, Esquire, jbucheit@phrd.com
Matthew G. Roberts, Esquire, mroberts@phrd.com
John Grossbart, Esquire, john.grossbart@dentons.com
Harris B. Winsberg, Esquire, hwinsberg@phrd.com
R. David Gallo, Esquire, dgallo@phrd.com
Todd C. Jacobs, Esquire, tjacobs@phrd.com
Patrick C. Maxcy, Esquire, patrick.maxcy@dentons.com
M. Keith Moskowitz, Esquire, keith.moskowitz@dentons.com
Siobhain P. Minarovich, Esquire, Minarovichs@whiteandwilliams.com
Robert H. Kline, Esquire, kliner@whiteandwilliams.com
Robert W. DiUbaldo, Esquire, rdiubaldo@carltonfields.com
Alex B. Silverman, Esquire, asilverman@carltonfields.com
Nora A. Valenza-Frost, Esquire, nvalenza-frost@carltonfields.com
Adam P. Haberkorn, Esquire, ahaberkorn@omm.com
Tancred V. Schiavoni, Esquire, tschiavoni@omm.com
Justin P. Fasano, Esquire, jfasano@mhlawyers.com
Matthew C. Nelson, Esquire, matthew.nelson@kennedyslaw.com
Michael J. Belsky, Esquire, mbelsky@sbwdlaw.com
Jillian G. Dennehy, Esquire, jillian.dennehy@kennedyslaw.com
Ezhan S. Hasan, Esquire, ahasan@wiley.law
Gary P. Seligman, Esquire, gseligman@wiley.law
Ryan S. Appleby, Esquire, rappleby@gibsondunn.com
Isabella R. Sayyah, Esquire, isayyah@gibsondunn.com
Matthew A. Hoffman, Esquire, mhoffman@gibsondunn.com
Jesse J. Bair, Esquire, Esquire, jbair@burnsbair.com
Timothy W. Burns, Esquire, tburns@burnsbair.com
Michael A. Rosenthal, Esquire, Mrosenthal@gibsondunn.com
Natalie L. Soloperto, Esquire, nsoloperto@gibsondunn.com
Sarah G. Klein, Esquire, sklein@manlystewart.com
Robyn L. Michaelson, Esquire, robyn.michaelson@blankrome.com
James S. Carter, Esquire, james.carter@blankrome.com
James R. Murray, Esquire, jim.murray@blankrome.com
Jared Zola, Esquire, jared.zola@blankrome.com
Jordan A. Hess, Esquire: jhess@plevinturner.com
Vincent S. Weisband, Esquire: vweisband@omm.com
Anthony J. M. Kikendall, Esquire: kikendalla@whiteandwilliams.com

                                        */s/ James P. Ruggeri*