# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **23–16969 – MMH**    Chapter: **11**

**Roman Catholic Archbishop of Baltimore,**
 Debtor.

## NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that a status hearing will be held on 10/15/24 at 01:00 p.m., by videoconference.

to consider and act upon the following:

1 – Chapter 11 Voluntary Petition Non–Individual. Fee Amount $1738 Filed by Roman Catholic Archbishop of Baltimore. Chapter 11 Plan Exclusivity expires 01/29/2024. Government Proof of Claim due by 03/27/2024. (Hopkin, Catherine)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/27/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)