Entered: October 16th, 2024
Signed: October 16th, 2024

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | Chapter 11 |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER SETTING FURTHER STATUS HEARING

This chapter 11 case has been pending for over one year, and the parties currently are engaged in a mediation process under the Agreed Order Directing Mediation, Appointing Mediators, and Ordering Mediation Discovery (the "Mediation Order"). ECF 705. The Mediation Order memorializes the agreement reached among several parties in this case, including the above-captioned Debtor, the Official Committee of Unsecured Creditors (the "Committee"), and certain insurance companies (the "Insurance Companies"), for a general mediation program to address, among other things, various issues relating to claims asserted against the Debtor's estate. The Court held a status hearing in this case on October 15, 2024 (the "Status Hearing"), to allow the parties to update the Court and others involved in the case on the status of the mediation process and any related, potential issues.

At the Status Hearing, counsel to the Debtor, the Committee, and certain of the Insurance Companies presented their respective views on the status of, and the progress in, this chapter 11 case, including under the Mediation Order. All parties reported that an initial meeting between the primary parties and the mediators had taken place. Counsel to certain of the Insurance Companies,

however, noted a potential disparity concerning the inclusion of the Insurance Companies in the mediation process thus far. Given the number of parties involved in this case, including the Survivors and the various different Insurance Companies, the Court will set a further status hearing, pursuant to section 105(d) of the Bankruptcy Code, to allow the parties an additional opportunity to update the Court and all parties in interest on the mediation process and any other issue that may be of import to this chapter 11 case.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a further status hearing in this case **on Monday, December 9, 2024, at 10:00 a.m., ET**; and it is further

**ORDERED**, that, if no evidentiary matters are set in this case for the Omnibus Hearing currently scheduled for December 9, 2024, the Court will hold the December 9, 2024, status hearing by video conference; and it is further

**ORDERED**, that the Court will enter on the docket in this case protocols to govern the December 9, 2024, status hearing, and will do so at least seven days prior to the date of such status hearing.

cc: Debtor
     Debtor's Counsel
     All Creditors and Interested Parties
     U.S. Trustee

**END OF ORDER**