Entered: October 31st, 2024
Signed: October 30th, 2024



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE THAT HEARING TENTATIVELY SCHEDULED FOR MONDAY, NOVEMBER 4, 2024, HAS BEEN REMOVED FROM THE COURT'S CALENDAR

PLEASE TAKE NOTICE that the hearing that was *tentatively* scheduled for Monday, November 4, 2024, and Noticed in the above-captioned case by an Amended Order Setting Further Omnibus Hearing Dates [ECF 475] has been removed from the Court's calendar. Neither the Debtor, any party in interest, nor the Court scheduled any matters or proceedings for hearing on Monday, November 4, 2024.

Accordingly, the November 4, 2024, Omnibus Hearing in this case is CANCELLED.

cc: Debtor
Debtor's attorney
All parties in interest
Counsel for Official Unsecured Creditors Committee
U.S. Trustee

**END OF NOTICE**