IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DIAL-IN INFORMATION FOR VIDEOCONFERENCE STATUS HEARING ON DECEMBER 9, 2024

**PLEASE TAKE NOTICE,** that the Status Hearing scheduled for December 9, 2024, at 10:00 a.m., will be conducted by videoconference. ECF 809.

Dial-in information is provided below for the audio listen-only line for all other participants.\*

**Telephone connection dial**: 646-828-7666
**Meeting ID**: 161 701 6115

\*Pursuant to Local Bankruptcy Rule 5070-1(a), ***no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner***. The Court will create an official recording of the Hearing.

cc:     All parties