IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE<br><br>Debtor.[1] | Case No: 23-16969-MMH<br>Chapter 11 |

**DECLARATION OF JOSHUA D. WEINBERG IN SUPPORT OF HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY, HARTFORD FIRE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY'S (I) OBJECTION TO THE MONTHLY FEE STATEMENT OF BURNS BAIR LLP, AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024 AND (II) CROSS-MOTION FOR APPOINTMENT OF A FEE EXAMINER**

I, Joshua D. Weinberg, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Ruggeri Parks Weinberg LLP in Washington, D.C. Ruggeri Parks Weinberg LLP is counsel for parties-in-interest Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") in the above-captioned action. I am admitted to practice before the courts of the District of Columbia and New York. I am a member in good standing of such jurisdictions and there are no disciplinary proceedings pending against me. I am admitted *pro hac vice* in this action.

2. I am over the age of eighteen, I am authorized to submit this declaration on behalf of Hartford, and I am competent to testify on matters contained in this Declaration.

---

[1] The last four digits of the Debtor's federal tax identification number are: 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

3. I submit this declaration in support of *Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company and Twin City Fire Insurance Company's (i) Objection to the Monthly Fee Statement of Burns Bair LLP, as Special Insurance Counsel for the Official Committee of Unsecured Creditors for Services Rendered and Expenses Incurred for the Period November 1, 2024 through November 30, 2024 [Dkt No. 890] and (ii) Cross-Motion for Appointment of a Fee Examiner*.

4. Attached hereto as Exhibit A is a chart reflecting certain charges of Burns Bair from the Line Filing Statement of Services for Burns Bair LLP covering the Period November 1, 2024 through November 30, 2024 [Dkt. No. 890], filed in this action.

5. Attached hereto as Exhibit B is a chart reflecting certain charges of Burns Bair from the Thirty-Third Monthly Fee Statement of Burns Bair LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors and for Professional Services Rendered and Disbursements Incurred for the Period from July 1, 2023 Through July 31, 2023 [Dkt. No. 2454], the Thirty-Fourth Monthly Fee Statement of Burns Bair LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors and for Professional Services Rendered and Disbursements Incurred for the Period from August 1, 2023 Through August 31, 2023 [Dkt. No. 2525], and the Thirty-Fifth Monthly Fee Statement of Burns Bair LLP, as Special Insurance Counsel to the Official Committee of Unsecured Creditors and for Professional Services Rendered and Disbursements Incurred for the Period from September 1, 2023 Through September 30, 2023) [Dkt. No. 2622], filed in *In re Roman Catholic Diocese of Rockville Centre, New York* (Bankr. S.D.N.Y.) and the related statements of services.

6. Attached hereto as Exhibit C is a true and correct copy of the Order Disallowing a Portion of Fees of Burns Bair LLP and Pachuslki Stang Ziehl & Jones LLP in Connection with

Fees Incurred in Preparation of Motions to Lift Stay to Allow Claimants to Make Settlement Demands on Insurers, dated December 19, 2023, as filed in *In re Roman Catholic Diocese of Rockville Centre, N.Y.*, Case No. 20-12345 (Bankr. S.D.N.Y.), which is publicly available in that proceeding via PACER at Dkt. No. 2742.

7. Attached hereto as Exhibit D is a true and correct copy of the Notice from Court re Order Appointing Fee Examiner, dated September 19, 2023, as filed *In re Kidde-Fenwal, Inc.*, Case No. 23-10638-LSS (Bankr. D. Del. ) which is publicly available in that proceeding via PACER at Dkt. No.460, 460-1.

8. Attached hereto as Exhibit E is a true and correct copy of the Stipulation and Order Appointing a Fee Committee, dated August 21, 2014, as filed in *In re Energy Future Holdings*, Case No. 14-10979-CSS (Bankr. D. Del.), which is publicly available in that proceeding via PACER at Dkt. No.1896.

9. Attached hereto as Exhibit F is a true and correct copy of the Stipulation And Agreed Order With Respect to Appointment of An Independent Fee Examiner, dated July 25, 2014, as filed in *In re Budd Company*, Case No. 14-11873 (Bankr. N.D. Ill.), which is publicly available in that proceeding via PACER at Dkt. No. 346.

10. Attached hereto as Exhibit G is a true and correct copy of the Order Signed on 5/26/2009 Appointing Fee Committee and Approving Fee Protocol, dated May 26, 2009, as filed in *In re Lehman Brothers Holdings*, Case No. 08-13555scc (Bankr. S.D.N.Y.), which is publicly available in that proceeding via PACER at Dkt. No. 3651.

11. Attached hereto as Exhibit H is a true and correct copy of the Re: Appointment of a Fee Examiner, dated December 23, 2009, as filed in *In re Motors Liquidation*, Case No. 09-

50026-reg (Bankr. S.D.N.Y.), which is publicly available in that proceeding via PACER at Dkt. No. 4708.

12.     Attached hereto as Exhibit I is a true and correct copy of the Stipulation And Order with Respect to Appointment Of A Fee Examiner, dated May 24, 2012, as filed in *In re AMR Corp.*, Case No. 11-15463-shl (Bankr. S.D.N.Y.), which is publicly available in that proceeding via PACER at Dkt. No. 2897.

13.     Attached hereto as Exhibit J is a true and correct copy of the Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Professional Claims, dated January 28, 2014, as filed in *In re Exide Technologies*, Case No. 13-11482-KJC (Bankr. D. Del.), which is publicly available in that proceeding via PACER at Dkt. No. 1283.

14.     Attached hereto as Exhibit K is a true and correct copy of the Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Professional Claims, dated December 8, 2014, as filed in *In re Mineral Park*, Case No. 14-11996-KJC (Bankr.D. Del.), which is publicly available in that proceeding via PACER at Dkt. No. 274.

15.     Attached hereto as Exhibit L is a true and correct copy of the Order to Show Cause, dated November 25, 2024, as filed in *In re Roman Catholic Diocese of Rochester*, Case No. 19-20905-RPW (Bankr. W.D.N.Y.), which is publicly available in that proceeding via PACER at Dkt. No. 2829.

16.     Attached hereto as Exhibit M is a true and correct copy of the Response to Order to Show Cause Regarding the Appointment of an Independent Fee Examine, dated December 6, 2024, as filed *In re Roman Catholic Diocese of Rochester*, Case No. 19-20905-RPW (Bankr. W.D.N.Y.), which is publicly available in that proceeding via PACER at Dkt. No. 2853.

4

17. Attached hereto as Exhibit N is a true and correct copy of the Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals, dated December 16, 2024, as filed in *In re Roman Catholic Diocese of Rochester*, Case No. 19-20905-RPW (Bankr. W.D.N.Y.), which is publicly available in that proceeding via PACER at Dkt. No. 2870.

18. Attached hereto as Exhibit O is a true and correct copy of the Order Granting Motion/Application To Appoint Examiner, dated December 3, 2024, as filed in *In re Roman Catholic Diocese of Sacramento*, Case No. 24-21326 (Bankr. E.D. Cal), which is publicly available in that proceeding via PACER at Dkt. No. 911.

19. Attached hereto as Exhibit P is a true and correct copy of the Order Appointing Fee Examiner and Establishing Procedures for Review of Interim and Final Fee Applications filed by Estate Professional, dated May 10, 2024, as filed in *In re Roman Catholic Bishop of Oakland*, Case No. 23-40523 (Bankr. N.D. Cal.), which is publicly available in that proceeding via PACER at Dkt. No. 1122.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on January 13, 2025

*/s/ Joshua D. Weinberg*
Joshua D. Weinberg (admitted *pro hac vice*)
Ruggeri Parks Weinberg LLP

5