# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23–16969 – MMH**   Chapter: **11**

**Roman Catholic Archbishop of Baltimore,**
 Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held on 2/3/25 at 10:00 a.m., in person in Courtroom 9–C, Baltimore – Judge Harner.

to consider and act upon the following:

890 – Line Filing Statement of Services for Burns Bair LLP covering the Period November 1, 2024 through November 30, 2024 on behalf of Timothy Burns Filed by Alan M. Grochal (related document(s)176 Order on Motion for Miscellaneous Relief). (Attachments: # 1 Exhibit A) (Grochal, Alan)

905 – (I) Objection to the Monthly Fee Statement of Burns, Blair LLP, as Special Insurance Counsel for the Official Committee of Unsecured Creditors and (II) Cross–Motion for Appointment of a Fee Examiner on behalf of Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Twin City Fire Insurance Company Filed by James Pio Ruggeri (related document(s)890 Line filed by Spec. Counsel Timothy Burns). (Attachments: # 1 Affidavit Declaration of Joshua D. Weinberg # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Exhibit H # 10 Exhibit I # 11 Exhibit J # 12 Exhibit K # 13 Exhibit L # 14 Exhibit M # 15 Exhibit N # 16 Exhibit O # 17 Exhibit P # 18 Proposed Order) (Ruggeri, James) Modified on 1/14/2025. Text enhanced to include a descriptive title. (Arter, Laurie).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/15/25

                                              Mark A. Neal, Clerk of Court
                                              by Deputy Clerk, Anna Marie Komisarek
                                              Hearings_MMH@mdb.uscourts.gov