Entered: April 1st, 2025
Signed: April 1st, 2025

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| In re: | Case No. 23-16969 |
| Roman Catholic Archbishop of Baltimore, | Chapter 11 |
| Debtor. | Judge Michelle M. Harner |

**STIPULATION AND ORDER BY AND BETWEEN THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE ARCHDIOCESE OF BALTIMORE'S SEEK THE CITY TO COME PLAN**

The Roman Catholic Archbishop of Baltimore (the "***Debtor***") and the Official Committee of Unsecured Creditors (the "***Committee***" and together with the Debtor, the "***Parties***") stipulate and agree as follows:

**RECITALS**

**WHEREAS** on September 29, 2023 (the "***Petition Date***"), the Debtor commenced the above-captioned chapter 11 case (the "***Chapter 11 Case***"), by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the District of Maryland (the "***Bankruptcy Court***").

**WHEREAS** the *Informational Brief of the Roman Catholic Archbishop of Baltimore* (Dkt. No. 5) provides, among other things, there are one hundred fifty-three (153) parishes (the "***Parishes***") operating within the Debtor's geographic boundaries. (Dkt. 5 at ¶¶ 34, 50.)

**WHEREAS** the Parishes are separately incorporated legal entities pursuant, distinct from the Debtor and not part of the Debtor's estate.[1] *See* Md. Corp. & Assns. §§ 5-314–5-320.

**WHEREAS,** in September 2022, Archbishop Lori announced "Seek the City to Come," which was described as an initiative to reimagine the Catholic Church's ministry and presence in and around Baltimore City, strengthen and adapt pastoral ministry, evangelization and outreach in Baltimore for the 21st Century, and realign pastoral and temporal resources effectively with current and future pastoral, spiritual, and evangelization needs.

**WHEREAS** from the Fall of 2022 through the Summer of 2023, Archbishop Lori engaged in visits with Parishes potentially affected by the "Seek the City to Come" initiative, engaging in excess of 3,800 voices.

**WHEREAS** from the Fall of 2023 through January 2024, open workshops and focus groups were conducted with Parish community members.

**WHEREAS** following the foregoing, in May 2024, the results of the foregoing process were announced:

> After nearly two years of actively engaged 6,000 people in prayerful listening, visioning and discernment, the Archdiocese of Baltimore's Seek the City to Come initiative offers its final plan for reimaging and realigning the City Church of Baltimore to carry out its Eucharistic Mission. The existing 61 parishes will be merged into 30 worship and ministry sites in Baltimore City and in some of the immediate suburbs.

---

[1] The Committee nevertheless does not waive, but specifically preserves and reserves all rights to challenge the legal separateness of the Debtor and any Parish(es).

**WHEREAS** as a result of the proposal, sixty-one (61) Parishes with fifty-nine (59) worship sites would be merged into twenty-three Parishes with thirty (30) worship sites, for the purpose of addressing chronic financial and operational issues within the Parishes included in the "Seek the City to Come."

**WHEREAS** the Debtor and the Committee are engaged in ongoing discussions over the impact that Seek the City to Come may have on the Chapter 11 Case.

**WHEREAS** to avoid excessive litigation and prevent undue delays and costs, and without waiving, and instead with the intention of specifically preserving, any defense, claim, cause of action, or otherwise, related to the merging of Parishes, the Debtor and the Committee agree to the act in accordance with the terms and conditions set forth in this stipulation as it relates to the merging of Parishes.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The above Recitals are incorporated by reference.

2. Nothing in this Stipulation shall limit a Parish's ability to merge, consolidate, close, sell the property of, transfer assets of, retitle property of, assign any property interest of, or otherwise realign a Parish as a matter of Canon Law or other internal rules and regulations of the Catholic Church or Archdiocese of Baltimore.

3. If as part of Seek the City to Come, any Parish intends to take any civil law action to merge, consolidate, close, sell the property of, transfer assets of, retitle property of, encumber assets of, pledge assets of, assign any property interest of, or otherwise realign a Parish, the Debtor will provide the Committee with written notice not less than 30 days prior to the effective date of any such civil law action and simultaneously disclose to the Committee the details of all assets and liabilities impacted by such civil law action. For the avoidance of doubt, the Committee reserves

all rights to seek relief from the Bankruptcy Court to obtain further discovery into any such civil law actions.

4. The failure of the Committee to object or seek relief from the Bankruptcy Court to any transaction that is the subject of this Stipulation within 30 days prior to the effective date of any such civil law action shall not be construed as consent to the transaction by the Committee and does not waive any of the Committee's rights, claims, defenses, or causes of action with regard to any transaction under the Bankruptcy Code or other applicable law.

5. As to the Committee regarding the time to enjoin, invalidate, recover, avoid, or otherwise challenge any transactions, claim, defense, or cause of action that are the subject of this Stipulation, any statute of limitations, statute of repose, the doctrine of laches, or other such time period to act, is tolled through the earlier of (i) the confirmation of plan, (ii) the recession, invalidation, or modification of this Stipulation, or (iii) a further order of the Bankruptcy Court modifying such tolling period.

6. The Bankruptcy Court shall retain jurisdiction to hear disputes between the Debtor and Committee regarding the terms of this Stipulation.

7. Nothing in this Stipulation is or should be construed as an admission of any fact or legal conclusion or a waiver of any claim, defense, or cause of action by any party.

Dated:

/s/ Blake D. Roth
Blake D. Roth (admitted pro hac vice)
C. Scott Kunde (admitted pro hac vice)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: blake.roth@hklaw.com
          scott.kunde@hklaw.com

And

Philip T. Evans (Fed. Bar No. 11796)
Holland & Knight LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.457.7043
Email: philip.evans@hklaw.com

And

Catherine K. Hopkin (Fed. Bar No. 28257)
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone: 443.569.0788
Facsimile: 410.571.2798
Email: chopkin@yvslaw.com

*Counsel for the Debtor and Debtor In Possession*

Dated:

/s/ Alan M. Grochal
Alan M. Grochal, Fed. Bar No.: 01447
Richard L. Costella, Fed. Bar No. 14095
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9772
Fax: (410) 727-5460
Email: agrochal@tydings.com
          rcostella@tydings.com

And

/s/
Robert T. Kugler (MN # 194116)
Edwin H. Caldie (MN # 388930)
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email: robert.kugler@stinson.com
          ed.caldie@stinson.com

*Counsel for the Official Committee of Unsecured Creditors*

**END OF ORDER**

cc: Alan M. Grochal, Esquire
    Tydings & Rosenberg LLP
    One East Pratt Street, Suite 901
    Baltimore, Maryland  21202

    and all parties on the attached list

D. Blake Roth, Esquire:
blake.roth@hklaw.com
Catherine K. Hopkin, Esquire:
chopkin@yvslaw.com
Hugh Bernstein, Esquire:
hugh.m.bernstein@usdoj.gov
Nathan D. Adler, Esquire: nda@nqgrg.com
Philip D. Anker, Esquire:
philip.anker@wilmerhale.com
Sam Alberts, Esquire:
sam.alberts@dentons.com
Monique D. Almy, Esquire:
malmy@crowell.com
G. Calvin Awkward, III, Esquire:
cawkward@goldbergsegalla.com
Gary Bahena, Esquire:
garybahena@bahenalaw.com
Hugh M. Bernstein, Esquire:
hugh.m.bernstein@usdoj.gov
Diane C. Bristow, Esquire: dcb@nqgrg.com
Edwin H. Caldie, Esquire:
ed.caldie@stinson.com
Richard L. Costella, Esquire:
rcostella@tydings.com
PhilipTucker Evans, Esquire:
philip.evans@hklaw.com
Kevin Foreman, Esquire:
kforeman@carltonfields.com
Andrew Freeman, Esquire:
adf@browngold.com
Andrew Glasnovich, Esquire:
drew.glasnovich@stinson.com
Gary R. Greenblatt, Esquire:
grg@cooncolelaw.com
Geoffrey Grivner, Esquire:
geoffrey.grivner@bipc.com
Alan M. Grochal, Esquire:
agrochal@tydings.com
Megan Harmon, Esquire:
megan.harmon@bge.com
Catherine Keller Hopkin, Esquire:
chopkin@yvslaw.com
Robert Keith Jenner:
rjenner@jennerlawfirm.com
Steven J. Kelly, Esquire: skelly@gelaw.com

Nicole Khalouian, Esquire:
nicole.khalouian@stinson.com
Robert T. Kugler, Esquire:
robert.kugler@stinson.com
C. Scott Kunde, Jr., Esquire:
scott.kunde@hklaw.com
Anthony May, Esquire:
amay@browngold.com
Gordon Z. Novod, Esquire:
gnovod@gelaw.com
Timothy P. Palmer, Esquire:
timothy.palmer@bipc.com
Mark David Plevin, Esquire:
mplevin@crowell.com
David Kendall Roberts, Esquire:
droberts2@omm.com
Annette Rolain, Esquire:
arolain@ruggerilaw.com
Blake D. Roth, Esquire:
blake.roth@hklaw.com
James P. Ruggeri, Esquire:
jruggeri@ruggerilaw.com
Jonathan Schapp, Esquire:
jschapp@goldbergsegalla.com
U.S. Trustee – Baltimore:
ustpregion04.ba.ecf@usdoj.gov
Irving Edward Walker, Esquire:
iwalker@coleschotz.com

Joshua D. Weinberg, Esquire:
jweinberg@ruggerilaw.com
Adam R. Dunst, Esquire,
adunst@goldbergsegalla.com
Samantha J. Hanson-Lenn, Esquire,
Samantha.hansonlenn@stinson.com
Eric G. Korphage, Esquire,
korphagee@whiteandwilliams.com
Matthew M. Weiss, Esquire,
mweiss@phrd.com
John E. Bucheit, Esquire, jbucheit@phrd.com
Matthew G. Roberts, Esquire,
mroberts@phrd.com
John Grossbart, Esquire,
john.grossbart@dentons.com
Siobhain P. Minarovich, Esquire,
manarovics@whiteandwilliams.com
Justin P. Fasano, Esquire,
jfasano@mhlawyers,com
Matthew C. Nelson, Esquire,
matthew.nelson@kennedyslaw.com
Jillian G. Dennehy, Esquire,
jillian.dennehy@kenedyslaw.com
James R. Murray, Esquire,
jim.murray@blankrome.com
James D. Carter, Esquire,
james.carter@blankrome.com
Robyn L. Michaelson, Esquire,
robyn.michaelson@blankrome.com
Sara G. Klein, Esquire,
sklein@manlystewart.com
Gary P. Seligman, Esquire,
gseligman@wiley.law
Ezhan S. Hasan, Esquire, ahasan@wiley.com
Michael J. Belsky, Esquire,
mbelsky@sbwdlaw.com
Catherine A. Dickinson, Esquire,
cdickinson@sbwdlaw.com
Isabella R. Sayyah, Esquire,
isayyah@gibsondunn.com
Matthew A. Hoffman, Esquire,
mhoffman@gibsondunn.com
Ryan S. Appleby, Esquire,
rappleby@gibsondunn.com
Natalie L. Soloperto, Esquire,
nsoloperto@gibsondunn.com

Michael A. Rosenthal, Esquire,
mrosenthal@gibsondunn.com
Todd C. Jacobs, Esquire, tjacobs@phrd.com
Jesse J. Bair, Esquire, jbair@burnsbair.com
Timothy W. Burns, Esquire,
tburns@burnsbair.com
Jared Zola, Esquire,
jared.zola@blankrome.com
Anthony J.M. Kikendall, Esquire,
kikendalla@whiteandWilliams.com
Eileen King Bower,
Eileen.kingbower@clydeco.us
Robert M. Westra, Esquire,
rwestra@ppsrlaw.com
Kevin A. Clasing, Esquire,
kclasing@ppsrlaw.com
Morgan K. Stippel, Esquire,
mstippel@burnsbair.com