Entered: April 3rd, 2025
Signed: April 3rd, 2025



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\* * * * * * * * * * * * * *

### NOTICE THAT HEARING SCHEDULED FOR MONDAY, APRIL 7, 2025, HAS BEEN REMOVED FROM THE COURT'S CALENDAR

PLEASE TAKE NOTICE that the hearing scheduled for Monday, April 7, 2025, and Noticed in the above-captioned case by the Order Setting Further Omnibus Hearing Dates [ECF 855] has been removed from the Court's calendar.

Accordingly, the April 7, 2025, Hearing in this case is CANCELLED.

cc:   Debtor
      Debtor's attorney
      All parties in interest
      Counsel for Official Unsecured Creditors Committee
      U.S. Trustee

**END OF NOTICE**