IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | * |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | *   Case No.: 23-16969-MMH |
| | *   Chapter 11 |
| Debtor. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DATA SECURITY INCIDENT

**PLEASE TAKE NOTICE** of the attached letter (the "**Incident Letter**") regarding a cybersecurity incident (the "**Incident**") from Berkeley Research Group, LLC ("**BRG**"), the Financial Advisor for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 case (the "**Case**").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Incident Letter, on March 2, 2025, BRG detected suspicious activity in its network and subsequently determined specific BRG internal systems were impacted by ransomware.  The Incident, along with containment steps taken by BRG and its advisors, are described in the Incident Letter and attached FAQs.

**PLEASE TAKE FURTHER NOTICE** that, since discovery of the Incident, BRG has commenced a thorough investigation, which remains ongoing and will require additional time to complete.  BRG has determined, however, that data associated with this case may have been exfiltrated by the threat actor responsible for the Incident.  After careful consideration, and with a primary focus on protecting the subjects of any implicated data, BRG reached a settlement with the threat actor, through which the threat actor provided a statement that the data was deleted and would not be

distributed. To date, BRG has not detected any evidence of the distribution of any implicated materials.

Please refer to the Incident Letter and the annexed FAQs for additional information. All inquiries regarding the Incident should be addressed to: DataAnalysisInquiries@thinkbrg.com

Dated: April 29, 2025

Respectfully submitted,

*/s/ Jodie E. Bekman*
Jodie E. Bekman, Esq. (Bar No. 26004)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
T/F: (410) 576-4082
jbekman@gfrlaw.com

and

**PROSKAUER ROSE LLP**
Timothy Karcher, Esq. (*pro hac vice* pending)
Nolan Goldberg, Esq.
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
Email: tkarcher@proskauer.com
Email: ngoldberg@proskauer.com

Paul Possinger, Esq. (*pro hac vice* pending)
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
Fax: (312) 962-3551
Email: ppossinger@proskauer.com

*Counsel for Berkeley Research Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of April, 2025, a true and correct copy of the foregoing was filed and served via the Court's CM/ECF e-filing system on all parties of record:

Blake D. Roth, Esquire: blake.roth@hklaw.com
Catherine Keller Hopkin, Esquire: chopkin@yvslaw.com
Hugh M. (UST) Bernstein, Esquire: hugh.m.bernstein@usdoj.gov
Gary R. Greenblatt, Esquire: grg@cooncolelaw.com
Andrew D. Freeman, Esquire: adf@browngold.com
Geoffrey Grivner, Esquire: geoffrey.grivner@bipc.com
Nathan D. Adler, Esquire: nda@nqgrg.com
Diane C. Bristow, Esquire: dcb@nqgrg.com
James P. Ruggeri, Esquire: jruggeri@ruggerilaw.com
Tyler N. Layne, Esquire: Tyler.Layne@hklaw.com
Christopher Scott Kunde, Jr., Esquire: scott.kunde@hklaw.com
Steven J Kelly, Esquire: skelly@gelaw.com
Joshua D Weinberg, Esquire: jweinberg@ruggerilaw.com
Annette Rolain, Esquire: arolain@ruggerilaw.com
Nicholas R. Miller, Esquire: nick.miller@hklaw.com
Timothy P. Palmer, Esquire: timothy.palmer@bipc.com
Gordon Z. Novod, Esquire: gnovod@gelaw.com

*/s/ Jodie E. Bekman*
Jodie Bekman, Esq.