# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **23–16969 – MMH**    Chapter: **11**

**Roman Catholic Archbishop of Baltimore,**
Debtor.

## NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that a hearing will be held on 6/2/25 at 10:00 a.m., by videoconference.

to consider and act upon the following:

1 – Chapter 11 Voluntary Petition Non–Individual. Fee Amount $1738 Filed by Roman Catholic Archbishop of Baltimore. Chapter 11 Plan Exclusivity expires 01/29/2024. Government Proof of Claim due by 03/27/2024. (Hopkin, Catherine)

1044 – Order Setting Deadlines and Scheduling May 1, 2025, Hearing (related document(s)1043 Expedited Motion for (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and (II) an Order Establishing the Date on Which Proofs of Claim Initiated or Commenced a Proceeding Under Maryland's CVA Filed by The Official Committee Of Unsecured Creditors. (Arter, Laurie) Modified on 4/16/2025 to include the title of the motion. (Komisarek, Anna Marie).

1092 – Notice of Data Security Incident Filed by Berkeley Research Group, LLC. (Attachments: # 1 Exhibit Incident Letter) (Bekman, Jodie)

1129 – Response on behalf of US Trustee – Baltimore Filed by Hugh M. (UST) Bernstein (related document(s)1092 Notice filed by Financial Advisor Berkeley Research Group, LLC). (Bernstein, Hugh)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/7/25

> Mark A. Neal, Clerk of Court
> by Deputy Clerk, Anna Marie Komisarek
> Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)