# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **23–16969 – MMH**   Chapter: **11**

**Roman Catholic Archbishop of Baltimore,**
Debtor.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held on 6/2/25 at 10:00 a.m., by videoconference.

to consider and act upon the following:

1134 – Request for Hearing on behalf of Roman Catholic Archbishop of Baltimore Filed by Catherine Keller Hopkin (related document(s)1036 Line filed by Creditor Committee The Official Committee Of Unsecured Creditors). (Hopkin, Catherine)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/9/25

    Mark A. Neal, Clerk of Court
    by Deputy Clerk, Anna Marie Komisarek
    Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)