

Edwin Caldie<br>
**PARTNER**<br>
DIRECT: 612.335.1404<br>
OFFICE: 612.335.1500<br>
ed.caldie@stinson.com

June 10, 2025

**VIA ECF ONLY**

Hon. Michelle M. Harner
101 W Lombard St
Baltimore, MD 21201

Re:   In re Roman Catholic Archbishop of Baltimore, 23-16969 (Bankr. D. Md.)

Dear Judge Harner:

I write to request that the Court set a video status conference in the coming days to discuss issues regarding data security in this case. Please let me know a date and time that the Court is available.

Respectfully submitted,

**Stinson LLP**


/s/ Edwin Caldie

Edwin Caldie

