# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23–16969 – MMH**   Chapter: **11**

**Roman Catholic Archbishop of Baltimore,**
 Debtor.

## NOTICE OF HYBRID HEARING

PLEASE TAKE NOTICE that a hybrid hearing will be held on 8/4/25 at 10:00 a.m., in Courtroom 9–C, Baltimore – Judge Harner.

to consider and act upon the following:

1036 – Line Filing Notice of Presentation of Survivor Statements on behalf of The Official Committee Of Unsecured Creditors Filed by Alan M. Grochal. (Grochal, Alan)

1204 – Objection on behalf of Federal Insurance Co., Indemnity Insurance Company Of North America, Insurance Company of North America, Westchester Fire Insurance Company Filed by David Kendall Roberts (related document(s)1036 Line filed by Creditor Committee The Official Committee Of Unsecured Creditors). (Attachments: # 1 Declaration of Tancred Schiavoni # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7 # 9 Exhibit 8 # 10 Exhibit 9 # 11 Exhibit 10 # 12 Exhibit 11 # 13 Exhibit 12) (Roberts, David)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/11/25

                                          Mark A. Neal, Clerk of Court
                                          by Deputy Clerk, Anna Marie Komisarek
                                          Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)