23-16969

July 2025

Honorable Michelle Harner
101 West Lombard Street
Baltimore, Maryland 21201

USBC-MD B FILED
31 JUL '25 PM1:15

Judge Harner

Each and everyday that this case continues is a day that I and many like me have to endure flashbacks of the abuse we suffered. Sexual Abuse!!

What started as a positive situation as the result of a newly enacted law by the Maryland legislature years ago has developed into what one might describe as a circus. Fast forward ahead and the same legislature has now changed the law to protect themselves. Yet another action that is causing victims to have flashbacks to their abuse.

Incorporate all of this with the secrecy involved in this case and there is an absolutely stressful situation.

In one of the last meetings you held with all parties involved you suggested to Mr Edwin Caldie (representation for Stinson Law & The Creditors Committee) that he hold a "town hall" meeting to shed light to the best of his ability. Nothing happened. In the most recent meeting Mr. Caldie touched on the topic of holding a town hall meeting with victims. He offered that his team was working on this so-called "town hall meeting". Still there is nothing.

There has been nothing from Mr. Caldie, Stinson Law, the U.S. Trustee and little from the Official Creditors Committee.

The bankruptcy case before you has grown by leaps and bounds. Dozens upon dozens of legal minds creating dozens upon dozens of avenues. This has led to a lack of transparency. One insurance company advises that they see no moment and there is a lack of communication. Another insurance company tells the story that they have had great dealings with the process. Who do the victims believe and what can they believe, especially when there is almost complete secrecy surrounding this case.

Each month the U.S. Trustee collects information based on what twelve firms have charged or made from this bankruptcy case. Just shy of eleven million dollars collective for the twelve firms listed in the monthly operating report covering up till the end of May. Yet the victims have nothing to show for this money being made amongst these firms. I call this atrocious.

I assume that the defendants (AOB & Insurance Companies) in this case wish nothing then to extend this battle for as long as possible. Each and every day that goes by survivors grow older. I pray that all victims see the end of the case..

This letter is not meant to persuade you to rush the proceedings rather to entice your devotion that those involved do not make a mockery of this case.

I implore you to keep the ball rolling and those involved in check to the tune of your ability.

Sincerely,

An AOB Victim

Cc - Edwin Caldie - Stinson Law
    - U.S. Trustee
    - Various outreach groups

- Tydings & Rosenberg
- Media Outlets

Debtor's Name  Roman Catholic Archbishop of Baltimore                                   Case No. 23-16969

## Part 5: Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $968,509 | $10,917,357 | $968,509 | $10,917,357 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Epiq | Other | $5,888 | $494,231 | $5,888 | $494,231 |
| ii | US Trustee | Other | $15,013 | $588,604 | $15,013 | $588,604 |
| iii | Holland & Knight LLP | Lead Counsel | $128,841 | $1,433,344 | $128,841 | $1,433,344 |
| iv | Keegan Linscott & Assoc LLC | Financial Professional | $29,789 | $253,316 | $29,789 | $253,316 |
| v | Gallagher Evelius & Jones | Other | $228,036 | $2,744,508 | $228,036 | $2,744,508 |
| vi | Blank Rome LLP | Other | $64,092 | $965,214 | $64,092 | $965,214 |
| vii | YVS Law, LLC | Local Counsel | $7,933 | $188,300 | $7,933 | $188,300 |
| viii | Stinson LLP | Other | $267,747 | $2,421,339 | $267,747 | $2,421,339 |
| ix | Tydings & Rosenberg LLP | Other | $32,327 | $352,641 | $32,327 | $352,641 |
| x | Burns Bair | Other | $44,432 | $297,956 | $44,432 | $297,956 |
| xi | Stout Risius Ross | Other | $105,737 | $599,097 | $105,737 | $599,097 |
| xii | Berkeley Research Group | Other | $38,675 | $578,808 | $38,675 | $578,808 |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |