UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: <br><br> ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 23-16969-MMH |

**NOTICE OF DEBTOR'S DISPOSITION OF LEASED PROPERTY**
**(UNIMPROVED ACREAGE LOCATED IN BALTIMORE COUNTY, MD)**

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Roman Catholic Archbishop of Baltimore (the "Debtor"), by and through its undersigned counsel, pursuant to 11 U.S.C. 363(b) intends to lease real property located at York Road and Belfast Road in Baltimore County, Maryland (Tax ID.: 08-1900003386) (the "Property"). The Property is owned solely by the Debtor and is not encumbered by any lien, claim, or interest. The Lessee is an uninterested third party[2] (the "Lessee") and the proposed lease terms were negotiated at arms-length. The Lessee will lease no more than fifty three (53) acres and no fewer than thirty five (35) acres within the aggregate one hundred two (102) acres of the Debtor's Property, for the purpose of constructing and operating certain facilities.

During the operating term of the proposed lease, the Lessee will pay rent based upon the acreage leased and qualification percentage for federal investment tax credit, with the first year operating rent ranging from not less than $4,600 per acre depending on the applicable qualified percentage for federal investment tax credits available to the Lessee. The term of the proposed

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.
[2] Disclosure of the Lessee's identity and/or a copy of the proposed lease will be made available upon written request to the undersigned counsel.

lease contains an initial exclusivity period of twenty-four (24) months during which the proposed Lessee will conduct diligence and acquire construction projections for the proposed facilities to be constructed on the Property, which exclusivity period may be extended for two (2) additional six-month periods.  Once the lease term commences, following the exclusivity period, the initial operating term will be five (5) years, with the Lessee possessing the sole right to extend the lease term for up to three (3) additional five-year terms.  Following the exercise of the final extension that is the sole and exclusive right of the Lessee, both the Debtor and Lessee may agree to mutually extend the lease term up to two (2) additional five-year terms.

If there are no objections to the proposed lease of this Property, the Debtor will commence the lease of the Debtor's Property following the expiration of the response period of this Notice.

Any parties in interest objecting to the proposed action being contemplated by the Debtor should file such objections in writing with the United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201, within twenty-one (21) days after the date of this Notice, with a copy of that objection to be provided to the undersigned Debtor's counsel, but no later than August 26, 2025.  If an objection is filed, the objecting party shall set forth in its opposition or in any accompanying memorandum of fact or law such authority upon which it relies and shall certify the mailing of the objection and, if applicable, memorandum to the opposing party or parties and their counsel.  If an objection is filed, a hearing will be held at the Court in Courtroom 9-C on September 8, 2025 at 10:00 a.m.  In the event no timely objections are filed, the hearing will not be held, and the Debtor may proceed to lease the Property.

| | |
|---|---|
| Date of Mailing: August 5, 2025 | Respectfully submitted,<br><br>    /s/ Catherine K. Hopkin<br>Catherine K. Hopkin (Fed. Bar No. 28257)<br>**YVS LAW, LLC**<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, MD 21401<br>Telephone:    443.569.0788<br>Facsimile:    410.571.2798<br>Email: chopkin@yvslaw.com<br><br>*-and-*<br><br>Blake D. Roth (admitted *pro hac vice*)<br>**HOLLAND & KNIGHT LLP**<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Telephone:    615.244.6380<br>Facsimile:    615.244.6804<br>Email: blake.roth@hklaw.com<br><br>*-and-*<br><br>Philip T. Evans (Fed. Bar No. 11796)<br>**HOLLAND & KNIGHT LLP**<br>800 17th Street, NW, Suite 1100<br>Washington, DC 20006<br>Telephone:    202.457.7043<br>Email: philip.evans@hklaw.com<br><br>*Attorneys for the Debtor and Debtor in Possession* |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of August 2025, the Notice of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD) (the "Notice") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list. In addition, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the Notice to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

        /s/ Catherine Keller Hopkin
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Nathan D. Adler, Esquire
(nda@nqgrg.com)
Counsel for Luminace Solar MC, LLC
Neuberger Quinn Gielen Rubin & Gibber
1 South Street, 27th Floor
Baltimore, Maryland  21202

Sam Alberts, Esquire
(sam.alberts@dentons.com)
Counsel for Travelers Indemnity, et al.
Dentons US LLP
1301 K Street NW, Suite 600, East Tower
Washington, D.C.  20005

Monique D. Almy, Esquire
(malmy@crowell.com)
Counsel for American Casualty Company
Crowell & Moring, LLP
1001 Pennsylvania Ave. NW, 10th Floor
Washington, D.C.  20004

Philip D. Anker, Esquire
(philip.anker@wilmerhale.com)
Counsel for Hartford Accident&Indemnity
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007

G. Calvin Awkward, III, Esquire
(cawkward@goldbergsegalla.com)
Counsel for Employers Ins. of Wausau
Goldberg Segalla LLP
111 South Calvert Street, Suite 2000
Baltimore, Maryland  21202

Gary Bahena, Esquire
(garybahena@bahenalaw.com)
Counsel for HBC LLC
Bahena & Associates LLC
428 North Street
Portsmouth, Virginia  23704

Hugh M. Bernstein, Esquire
(hugh.m.bernstein@usdoj.gov)
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Diane C. Bristow, Esquire
(dcb@nqgrg.com)
Counsel for Luminace Solar MC, LLC
Neuberger Quinn Gielen Rubin & Gibber
1 South Street, 27th Floor
Baltimore, Maryland  21202

Edwin H. Caldie, Esquire
(ed.caldie@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Richard L. Costella, Esquire
(rcostella@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Robert W. DiUbaldo, Esquire
(rdiubaldo@carltonfields.com)
Counsel for Lexington Ins. and NH Ins.
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York  10174-0002

Philip Tucker Evans, Esquire
(philip.evans@hklaw.com)
Counsel for Debtor
Holland and Knight
800 17th Street, Ste. 1100
Washington, D.C.  20006

Kevin Foreman, Esquire
(kforeman@carltonfields.com)
Counsel for Epiq Corporate Restructuring
Carlton Fields, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, D.C.  20007

Andrew Freeman, Esquire
(adf@browngold.com)
Counsel for Committee Chair
Brown Goldstein & Levy
120 East Baltimore Street, Suite 2500
Baltimore, Maryland  21202

Andrew Glasnovich, Esquire
(drew.glasnovich@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Gary R. Greenblatt, Esquire
(grg@cooncolelaw.com)
Counsel for St. Mary's Seminary
Coon & Cole, LLC
305 West Chesapeake Avenue, Suite 510
Towson, Maryland  21204

Geoffrey Grivner, Esquire
(geoffrey.grivner@bipc.com)
Counsel for PNC Bank, N.A.
Buchanan Ingersoll & Rooney PC
500 Delaware Avenue, Suite 720
Wilmington, Delaware  19801

Alan M. Grochal, Esquire
(agrochal@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Megan Harmon, Esquire
(megan.harmon@bge.com)
Baltimore Gas & Electric Company
110 West Fayette Street, 12th Floor
Baltimore, Maryland  21201

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Local Counsel for Debtor
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Robert Keith Jenner
(rjenner@jennerlawfirm.com)
Jenner Law, P.C.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

Steven J. Kelly, Esquire
(skelly@gelaw.com)
Grant & Eisenhofer P.A.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

Nicole Khalouian, Esquire
(nicole.khalouian@stinson.com)
Counsel for Committee
Sinson LLP
100 Wall Street, Suite 201
New York, New York  10005

Robert T. Kugler, Esquire
(robert.kugler@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

C. Scott Kunde, Jr., Esquire
(scott.kunde@hklaw.com)
Counsel for Debtor
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219

Anthony May, Esquire
(amay@browngold.com)
Counsel for Committee Chair
Brown Goldstein & Levy
120 East Baltimore Street, Suite 2500
Baltimore, Maryland  21202

Gordon Z. Novod, Esquire
(gnovod@gelaw.com)
Grant & Eisenhofer PA
485 Lexington Avenue, 29th Floor
New York, New York  10017

Timothy P. Palmer, Esquire
(timothy.palmer@bipc.com)
Counsel for PNC Bank, N.A.
Buchanan Ingersoll & Rooney PC
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania  15219-4413

Mark David Plevin, Esquire
(mplevin@crowell.com)
Counsel for American Casualty Company
Crowell & Moring, LLP
1001 Pennsylvania Ave. NW, 10th Floor
Washington, D.C.  20004

David Kendall Roberts, Esquire
(droberts2@omm.com)
Counsel for Federal Insurance Co.
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, D.C.  20006

Annette Rolain, Esquire
(arolain@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K St NW, Suite 600
Washington, D.C.  20006

Blake D. Roth, Esquire
(blake.roth@hklaw.com)
Counsel for Debtor
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219

James P. Ruggeri, Esquire
(jruggeri@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C.  20006

Jonathan Schapp, Esquire
(jschapp@goldbergsegalla.com)
Counsel for Employers Ins. of Wausau
Goldberg Segalla LLP
665 Main Street
Buffalo, New York  14203

Alex B. Silverman, Esquire
(asilverman@carltonfields.com)
Counsel for Lexington Ins. and NH Ins.
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York  10174-0002

U.S. Trustee – Baltimore
(ustpregion04.ba.ecf@usdoj.gov)
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Nora Anne Valenza-Frost, Esquire
(nvalenza-frost@carltonfields.com)
Counsel for Lexington Ins. and NH Ins.
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York  10174-0002

Irving Edward Walker, Esquire
(iwalker@coleschotz.com)
Counsel for Ad Hoc Committee
Cole Schotz P.C.
1201 Wills Street, Suite 320
Baltimore, Maryland  21231

Joshua D. Weinberg, Esquire
(jweinberg@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C.  20006