Anonymous

August 4, 2025

USBC-MD B FILED
13 AUG '25 AM 10:43

The Honorable Michelle M. Harner
U.S. Bankruptcy Court
101 W Lombard St
   Suite 8530
Baltimore, MD 21201

Dear Judge Harner,

As a child being raped by a priest, threatened, and told to be quiet, I was robbed of a happy life. As a defense, I learned not to trust anyone.

So in this bankruptcy matter, we can't hear what's going on, we have no say so, the Church is in control and delaying everything — yet we are told to trust the process. How is that possible for a survivor?

There are many mediators, consultants, litagators and "experts" all participating in this secret process. Most of

them being paid handsomely by the hour. Isn't it in their interest to drag this out to make more money?

Isn't it in the Archdiocese's interest to drag this out until we survivors die off?

What exactly has been accomplished in the 2 years since bankruptcy has been filed?

Respectfully,
Anonymous

-2-