Entered: August 18th, 2025
Signed: August 17th, 2025

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. 23-16969-MMH |
| Debtor.[1] | |

### ORDER GRANTING SEVENTH INTERIM FEE
### APPLICATION OF KEEGAN LINSCOTT & ASSOCIATES, PC,
### FOR THE PERIOD OF APRIL 1, 2025 THROUGH JUNE 30, 2025

Upon consideration of the Seventh Interim Fee Application of Keegan Linscott & Associates, PC ("***KLA***"), Counsel to the Debtor and Debtor-in-Possession, For the Period From April 1, 2025 through and including June 30, 2025 (the "***Compensation Period***");[2] and good cause existing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      Compensation to KLA for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of $22,087.50.

2.      Reimbursement to KLA for expenses incurred during the Compensation Period is allowed on an interim basis in the amount of $28.14.

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Fee Application.

3.      The Debtor is authorized and directed to pay KLA all unpaid fees and expenses allowed pursuant to this Order.

**End of Order**