## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>Debtor. | Case No. 23-16969-MMH<br><br>Chapter 11<br><br>Judge Michelle M. Harner |

**DECLARATION OF ANDREW J. GLASNOVICH IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR DERIVATIVE STANDING TO COMMENCE, PROSECUTE, AND SETTLE CAUSES OF ACTION ON BEHALF OF THE DEBTOR'S BANKRUPTCY ESTATE**

I, Andrew J. Glasnovich, hereby declare pursuant to 28 U.S.C. § 1746:

1.    I am a partner of the firm of Stinson LLP ("Stinson"), a law firm with offices at 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402.

2.    On November 28, 2023 the Cour entered the *Order Approving the Employment of Stinson LLP as Legal Counsel for the Official Committee of Unsecured Creditors Effective as of October 25, 2023.* [Dkt. No. 217].

3.    On November 29, 2023, the Court entered the *Order Authorizing the Employment of Tydings & Rosenberg LLP as Counsel for the Official Committee of Unsecured Creditors.* [Dkt. No. 220].

4.    On June 30, 2025, Stinson sent a letter to Debtor's counsel asking for lists of all the prepetition transfers the Debtor considered plausibly avoidable under the Bankruptcy Code and all the avoidance actions the Debtor planned to pursue. A true and correct copy of that letter is attached as Exhibit 1.

5.    On July 1, 2025, Debtor's counsel responded writing that the Debtor did not believe any transfers were fraudulent and requesting that the Committee identify fraudulent transfers so

Executed this 18th day of August, 2025, at Minneapolis, Minnesota.


Dated: August 18, 2025

/s/ *Andrew J. Glasnovich*
Andrew J. Glasnovich

**EXHIBIT 1**

# STINSON

**Edwin Caldie**
**PARTNER**
DIRECT: 612.335.1404
OFFICE: 612.335.1500

ed.caldie@stinson.com

June 30, 2025

**BY EMAIL**

Blake D. Roth (blake.roth@hklaw.com)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 12207

Re:    *In re The Roman Catholic Archbishop of Baltimore, Maryland* **(Case No. 23-16969)**

Blake:

I write to request the production of certain documents and information pertaining to avoidance actions in the Archdiocese's chapter 11 case.

As you are aware, the deadline for commencing any action or proceeding under section 544, 545, 547, or 548 of Title 11 of the United States Code is September 29, 2025. In an effort to prepare for that deadline, the Committee respectfully requests the following:

- a list of all the transfers the Debtor has considered, analyzed, evaluated, or assessed for recovery under section(s) 544, 545, 547, and/or 548 of Title 11 of the United States Code;

- a list of all the transfers the Debtor considers to be plausibly avoidable under one or more of these sections;

- a list of all the avoidance actions the Debtor plans to commence prior to the deadline to recover those transfers for the benefit of the estate; and

- any and all documents reviewed by you in the course of compiling each of the above lists.

Please provide these documents and information at your earliest convenience, but not later than 21 days from the date of this letter. If you have already provided these documents, please provide us with the corresponding Bates numbers responsive to each request. We are available to discuss at your convenience.

Sincerely,

*/s/ Edwin H. Caldie*

Edwin Caldie
**Stinson LLP**

**EXHIBIT 2**

| From: | Blake.Roth@hklaw.com |
|---|---|
| Sent: | Tuesday, July 1, 2025 10:24 AM |
| To: | Glasnovich, Drew J. |
| Cc: | Caldie, Ed; Khalouian, Nicole; Blake.Roth@hklaw.com |
| Subject: | RE: RCAB: Avoidance Actions |

External Email – Use Caution

Drew,

Good morning. I have conferred regarding your letter regarding avoidance actions. We reviewed long ago large transfers from the RCAB and did not believe any were fraudulent transfers. You, however, have the debtor's accounting system. To the extent you have identified any transfers the Committee believes constitute fraudulent transfers, please identify them and we'll evaluate. Many thanks in advance.

**Blake Roth | Holland & Knight**
Partner
Holland & Knight LLP
511 Union Street, Suite 2700 | Nashville, Tennessee 37219
Phone 615.850.8749 | Fax 615.244.6804
blake.roth@hklaw.com | www.hklaw.com

Add to address book | View professional biography

From: Glasnovich, Drew J. <drew.glasnovich@stinson.com>
Sent: Monday, June 30, 2025 4:35 PM
To: Roth, Blake (NSH - X68749) <Blake.Roth@hklaw.com>
Cc: Caldie, Ed <ed.caldie@stinson.com>; Khalouian, Nicole <nicole.khalouian@stinson.com>
Subject: RCAB: Avoidance Actions

[External email]
Blake,

Attached please find the Committee's request regarding the Debtor's avoidance action analysis.

Please let me know if you have any questions. We look forward to your response.

Best,

Drew
**Drew J. Glasnovich**
Partner
Pronouns: He/Him

STINSON LLP

1

50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct: 612.335.1426 \ Bio

Assistant: MPL.LSSTeam5@stinson.com \ 612.335.1814

**STINSON.COM**
This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

**EXHIBIT 3**

# STINSON

Edwin Caldie
**PARTNER**

DIRECT: 612.335.1404
OFFICE: 612.335.1500

ed.caldie@stinson.com

July 15, 2025

**BY EMAIL**

Blake D. Roth (blake.roth@hklaw.com)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 12207

Re:    *In re The Roman Catholic Archbishop of Baltimore, Maryland* **(Case No. 23-16969)**

Blake:

Thank you for your message of July 1, 2025. In the course of reviewing materials provided by the Debtor, we have identified several pre-petition transfers that the Committee believes are avoidable and recoverable by the Debtor for the benefit of its estate and creditors.

Attached as **Appendix 1** is a list of the Debtor's affiliates who received transfers in the four years prior to the petition date. We understand that the Debtor has agreed to obtain tolling agreements from these affiliated entities. Please confirm that each of these entities will agree to execute a tolling agreement through September 29, 2026.

In addition, attached as **Appendix 2** is a list of the payees and total disbursements made to each between the period of June 30, 2023 and September 29, 2023. The Committee has reviewed the information provided by the Debtor and has reason to believe that the transfer of these amounts to these payees may be avoidable under one or more of 11 U.S.C. §§ 544, 547, and 548 and recoverable for the benefit of the estate under 11 U.S.C. § 550.

To maximize recoveries for unsecured creditors, the Committee requests that the Debtor pursue avoidance actions against these payees for these amounts. Please indicate: (i) which (if any) of the amounts listed in Appendix 2 correspond to transfers that the Debtor will seek to avoid and recover for the benefit of the estate, and (ii) for those the Debtor will not seek to avoid and recover, please explain why not.

The Committee further requests that the Debtor assist in obtaining the consent of the parties identified on Appendix 2 to toll any applicable statute of limitations related to the transactions identified therein though and including September 29, 2025.

July 15, 2025
Page 2

We'd appreciate your response on or before July 21, 2025. We are available to discuss if helpful.

Sincerely,

*/s/ Edwin H. Caldie*

Edwin Caldie
**Stinson LLP**

July 15, 2025
Page 3

## APPENDIX 1
### CATHOLIC AFFILIATE TRANSFEREES

| | |
|---|---|
| 1. | ACC Administration |
| 2. | Archbishop's Lenten Appeal |
| 3. | Archbishops Residence |
| 4. | Associated Catholic Charities, Inc. |
| 5. | Basilica Trust Inc. |
| 6. | Cathedral Foundation, The |
| 7. | Cathedral Parish of |
| 8. | Catholic Cemeteries of Archdiocese of |
| 9. | Catholic Charities |
| 10. | Catholic Community Foundation |
| 11. | Catholic Community School |
| 12. | Catholic Review |
| 13. | Cherry Hill Town Center |
| 14. | Christ the King Church |
| 15. | Christopher's Place Employment |
| 16. | Cristo Rey |
| 17. | Esperaza Center |
| 18. | Fed of Diocesan Liturgical |
| 19. | Franciscan Center |
| 20. | Franciscan Friars |
| 21. | Franciscan Srs of Baltimore |
| 22. | Gallagher Family Fund |
| 23. | General Insurance PCS 2020-01 |
| 24. | Heritage of Hope |
| 25. | Holy Cross Cemetery |
| 26. | Holy Rosary Cemetery |
| 27. | Human Development |
| 28. | Inter Parish Loan Fund, Inc. |
| 29. | John Carroll Foundation |
| 30. | League of the Little Flower |
| 31. | Marianist Society, Inc. |
| 32. | Maryland Catholic Conference |
| 33. | Mother Mary Lange Guild |
| 34. | Mount Calvary Parish |
| 35. | Msgr. O'Dwyer Retreat House |
| 36. | Mt St. Mary's Seminary |
| 37. | Mt. Calvary Church |
| 38. | My Sister's Place |
| 39. | National Black Catholic Conf |

July 15, 2025
Page 4

| | |
|---|---|
| 40. | National Black Catholic Congrs |
| 41. | New Cathedral Cemetary |
| 42. | Oblate Sisters of Providence |
| 43. | O'Dwyer House |
| 44. | Our Daily Bread |
| 45. | Our Lady of Lourdes Church |
| 46. | Retirement Plan for Lay Employees |
| 47. | Roman Catholic Foundation |
| 48. | Sacred Heart of Jesus Parish |
| 49. | Sacred Heart of Mary Cemetery |
| 50. | Sacred Heart Parish |
| 51. | Sarah's House |
| 52. | Sisters of Notre Dame de Namur |
| 53. | Society of Jesus, Mary |
| 54. | Sr Holy Name of Jesus and Mary |
| 55. | SS James & John Elementary Sch |
| 56. | SS Mathew & Thomas More Rel Ed |
| 57. | SSND Villa Assumpta |
| 58. | St Anthony/Most Precious Blood |
| 59. | St Camillus Church |
| 60. | St Elizabeth |
| 61. | St Francis of Assisi Athletic Assoc |
| 62. | St Francis of Assisi Church |
| 63. | St Francis of Assisi Mission |
| 64. | St Francis Xavier Head Start |
| 65. | St Isaac Joques Catholic Church |
| 66. | St James Catholic Church |
| 67. | St Joachim House |
| 68. | St John Cemetery, Inc |
| 69. | St Joseph Provincial House |
| 70. | St Leo's Church |
| 71. | St Luke's Place |
| 72. | St Mark's Apartment |
| 73. | St Mary's Church |
| 74. | St Mary's Seminary and Univ |
| 75. | St Peter Adult Learning Cntr |
| 76. | St Peter Claver Church |
| 77. | St Peter Parish |
| 78. | St Peters Cemetery |
| 79. | St Peter's Restoration Cemetery |
| 80. | St Sebastian's Church |
| 81. | St Thomas Episcopal Church |
| 82. | St Vincent de Paul Society |

July 15, 2025
Page 5

| | | |
|---|---|---|
| 83. | Stella Maris | |
| 84. | The Basilica of the Assumption | |
| 85. | The Catholic Review | |
| 86. | The Congregation of the Holy Spirit | |
| 87. | Villa Maria | |
| 88. | Village Crossroads Senior Housing | |
| 89. | Archbishop Curley High | |
| 90. | Archbishop Spalding High | |
| 91. | Bishop Walsh High School | |
| 92. | St Maria Goretti High | |
| 93. | St Mary's High School | |
| 94. | Calvert Hall College | |
| 95. | Catholic High School of Balt | |
| 96. | John Carroll High School | |
| 97. | Loyola Blakefield | |
| 98. | Maryvale Preparatory School | |
| 99. | Mercy High School | |
| 100. | Mother Seton Academy | |
| 101. | Mount de Sales Academy | |
| 102. | Mt St Joseph High School | |
| 103. | Notre Dame Prep School | |
| 104. | St Frances Academy | |
| 105. | St John's Catholic Prep | |
| 106. | Trinity School (Ilchester- Ellicott City) | |
| 107. | Annunciation (Rosedale) | |
| 108. | Basilica of the Assumption | |
| 109. | Blessed Sacrament | |
| 110. | Cath Comm of Ascension/StAugustine | |
| 111. | Cathedral of Mary Our Queen | |
| 112. | Catholic Community of South Baltimore Parish | |
| 113. | Christ the King | |
| 114. | Church of the Immaculate Conception | |
| 115. | Corpus Christi | |
| 116. | Divine Mercy Parish | |
| 117. | Holy Family (Davidsonville) | |
| 118. | Holy Family (Randallstown) | |
| 119. | Holy Family Parish | |
| 120. | Holy Korean Martyrs | |
| 121. | Holy Rosary | |
| 122. | Holy Spirit (Joppa) | |
| 123. | Immaculate Conception (Towson) | |
| 124. | Immaculate Heart of Mary | |

July 15, 2025
Page 6

| | |
|---|---|
| 125. | Most Precious Blood |
| 126. | Nativity (Timonium) |
| 127. | New All Saints |
| 128. | Our Lady of Fatima |
| 129. | Our Lady of Grace (Parkton) |
| 130. | Our Lady of Hope (Dundalk) |
| 131. | Our Lady of LaVang |
| 132. | Our Lady of Mt Carmel |
| 133. | Our Lady of Perpetual Help Parish |
| 134. | Our Lady of Pompei |
| 135. | Our Lady of Sorrows |
| 136. | Our Lady of the Angels |
| 137. | Our Lady of the Chesapeake |
| 138. | Our Lady of the Fields |
| 139. | Our Lady of the Mountains Parish |
| 140. | Our Lady of Victory (Arbutus) |
| 141. | Our Lady Queen of Peace |
| 142. | Prince of Peace Church |
| 143. | Resurrection (Ellicott City) |
| 144. | Resurrection (Laurel) |
| 145. | Sacred Heart (Glyndon) |
| 146. | Sacred Heart of Jesus |
| 147. | Sacred Heart of Mary (Dundalk) |
| 148. | Shrine of St. Anthony |
| 149. | Shrine of the Little Flower |
| 150. | Shrine of the Sacred Heart |
| 151. | SS Phillip & James |
| 152. | St Agnes |
| 153. | St Alphonsus |
| 154. | St Ambrose |
| 155. | St Andrew By-The-Bay |
| 156. | St Ann |
| 157. | St Ann (Hagerstown) |
| 158. | St Anthony of Padua |
| 159. | St Anthony Shrine (Emmitsburg) |
| 160. | St Athanasius |
| 161. | St Augustine (Williamsport) |
| 162. | St Bartholomew |
| 163. | St Benedict Church |
| 164. | St Bernadette (Severn) |
| 165. | St Bernardine |
| 166. | St Casimir |
| 167. | St Cecilia Church |

July 15, 2025
Page 7

| 168. | St Charles Borromeo |
| 169. | St Clare (Essex) |
| 170. | St Clement (Lansdowne) |
| 171. | St Clement (Rosedale) |
| 172. | St Dominic |
| 173. | St Edward |
| 174. | St Elizabeth Ann Seton |
| 175. | St Francis de Sales (Abingdon) |
| 176. | St Francis of Assisi |
| 177. | St Francis of Assisi (Fulton) |
| 178. | St Francis Xavier |
| 179. | St Francis Xavier (HuntValley) |
| 180. | St Gabriel |
| 181. | St Gabriel (Woodlawn) |
| 182. | St Gregory the Great |
| 183. | St Ignatius |
| 184. | St Ignatius (Hickory) |
| 185. | St Ignatius Loyola (Frederick) |
| 186. | St Isaac Jogues |
| 187. | St James (Boonsboro) |
| 188. | St Jane Frances (Pasadena) |
| 189. | St Joan of Arc (Aberdeen) |
| 190. | St John (Columbia) |
| 191. | St John Long Green Valley |
| 192. | St John Neumann |
| 193. | St John Parish (Westminster) |
| 194. | St John the Evangelist |
| 195. | St John the Evangelist (Frederick) |
| 196. | St John the Evangelist (Severna Park) |
| 197. | St Joseph (Eldersburg) |
| 198. | St Joseph (Emmitsburg) |
| 199. | St Joseph (Fullerton) |
| 200. | St Joseph (Hagerstown) |
| 201. | St Joseph (Midland) |
| 202. | St Joseph (Odenton) |
| 203. | St Joseph (Taneytown) |
| 204. | St Joseph Buckeystown |
| 205. | St Joseph Parish (Cockeysville) |
| 206. | St Joseph Passionist Monastery |
| 207. | St Jude Shrine |
| 208. | St Katharine Drexel |
| 209. | St Lawrence Martyr |
| 210. | St Leo |

July 15, 2025
Page 8

| | |
|------|---------------------------------------|
| 211. | St Louis Church |
| 212. | St Luke (Sparrows Point) |
| 213. | St Margaret (Bel Air) |
| 214. | St Mark (Catonsville) |
| 215. | St Mark Parish (Fallston) |
| 216. | St Mary (Annapolis) |
| 217. | St Mary (Govans) |
| 218. | St Mary (Hagerstown) |
| 219. | St Mary (Pylesville) |
| 220. | St Mary of the Annunciation |
| 221. | St Mary's, Annapolis |
| 222. | St Matthew Parish |
| 223. | St Michael (Mt Airy) |
| 224. | St Michael (Overlea) |
| 225. | St Michael (Williamsport) |
| 226. | St Patrick |
| 227. | St Patrick (Havre de Grace) |
| 228. | St Paul (Ellicott City) |
| 229. | St Peter |
| 230. | St Peter Claver |
| 231. | St Peter Hancock |
| 232. | St Peter Parish (Libertytown) |
| 233. | St Peter the Apostle |
| 234. | St Peter the Apostle (Oakland) |
| 235. | St Philip Neri (Linthicum) |
| 236. | St Pius V |
| 237. | St Pius X |
| 238. | St Rita (Dundalk) |
| 239. | St Rose of Lima |
| 240. | St Stephen (Bradshaw) |
| 241. | St Thomas Aquinas |
| 242. | St Thomas More |
| 243. | St Timothy (Walkersville) |
| 244. | St Timothy RC Congregation, Inc |
| 245. | St Ursula |
| 246. | St Veronica |
| 247. | St Vincent DePaul Parish |
| 248. | St Wenceslaus |
| 249. | St William of York |
| 250. | Transfiguration Catholic Community |
| 251. | Tri-Parish Catholic Community |
| 252. | Ascension (Halethorpe) |
| 253. | Church of the Holy Apostles |

CORE/3529758.0002/200619643.2

July 15, 2025
Page 9

| | |
|---|---|
| 254. | Crucifixion (Glen Burnie) |
| 255. | Good Shepherd (Glen Burnie) |
| 256. | Holy Redeemer Chapel |
| 257. | Immaculate Conception |
| 258. | Our Lady of Good Counsel |
| 259. | Queen of Peace (James & John) |
| 260. | SS Peter & Paul (Cumberland) |
| 261. | St Ambrose (Cresaptown) |
| 262. | St Ann (Grantville) |
| 263. | St Brigid Church |
| 264. | St Elizabeth of Hungary |
| 265. | St Gabriel (Barton) |
| 266. | St Jane Frances School |
| 267. | St Jerome |
| 268. | St Martin |
| 269. | St Mary Star of the Sea |
| 270. | St Michael Church |
| 271. | St Patrick (Cumberland) |
| 272. | St Patrick (Mt Savage) |
| 273. | St Peter (Westernport) |
| 274. | St Stanislaus Kostka |
| 275. | Archbishop Borders School |
| 276. | Ascension School |
| 277. | Bishop John Neumann Campus |
| 278. | Cardinal Shehan School |
| 279. | Catholic Community of South Baltimore |
| 280. | Ecumenical Institute |
| 281. | Fr Charles Hall Elementary |
| 282. | Fr Charles Hall Middle |
| 283. | Fr Kolbe School |
| 284. | Immaculate Conception School |
| 285. | Immaculate Heart of Mary |
| 286. | Institute of Notre Dame |
| 287. | Jemicy School |
| 288. | Monsignor Slade Catholic School |
| 289. | Mother Mary Lange Catholic School |
| 290. | Mother Seton School |
| 291. | Mount St. Mary's College |
| 292. | Mt De Sales Academy |
| 293. | Neumann,Bishop John Campus |
| 294. | Order of the Pious School |
| 295. | Our Lady of Fatima School |
| 296. | Our Lady of Grace School |

July 15, 2025
Page 10

| | |
|---|---|
| 297. | Our Lady of Hope/St. Luke School |
| 298. | Our Lady of Mount Carmel High |
| 299. | Our Lady of Mt Carmel Elementary |
| 300. | Our Lady of Perpetual Help |
| 301. | Our Lady of the Rosary |
| 302. | Resurrection/St. Paul School |
| 303. | Sacred Heart School,Glyndon |
| 304. | School of the Cathedral of Mary Our Queen |
| 305. | School of the Incarnation |
| 306. | School Sisters of Notre Dame |
| 307. | Sisters of St. Joseph Guild |
| 308. | St Agnes School |
| 309. | St Alphonsus/Basilica School |
| 310. | St Ambrose Catholic School |
| 311. | St Augustine Catholic School |
| 312. | St Bernardine School |
| 313. | St Casimir School |
| 314. | St Clare School |
| 315. | St Elizabeth Habilitation Schl |
| 316. | St Francis of Assisi School |
| 317. | St Joan of Arc School |
| 318. | St John Neumann, Cumberland |
| 319. | St John Regional (Frederick) |
| 320. | St John School (Westminster) |
| 321. | St John the Evangelist Sch(Severna) |
| 322. | St John the Evangelist School (hydes) |
| 323. | St Joseph Catholic School |
| 324. | St Joseph School (Fullerton) |
| 325. | St Louis School |
| 326. | St Margaret School (Bel Air) |
| 327. | St Mark School (Catonsville) |
| 328. | St Mary of the Assumption Sch |
| 329. | St Mary School (Hagerstown) |
| 330. | St Mary's Elementary School |
| 331. | St Michaels School, Frostburg |
| 332. | St Michael-St. Clement |
| 333. | St Peter (Westernport) |
| 334. | St Philip Neri School (Linthi |
| 335. | St Rose of Lima School |
| 336. | St Stephen (Bradshaw) |
| 337. | St Ursula School |
| 338. | St Vincent's Villa |

July 15, 2025
Page 11

| 339. | St William of York School |
|------|---------------------------|
| 340. | Towson Catholic High |
| 341. | Trinity School |
| 342. | Villa Maria School |
| 343. | Cardinal Gibbons High |
| 344. | Cardinal Gibbons Middle School |
| 345. | Holy Angels School |
| 346. | Holy Family (Randallstown) |
| 347. | Holy Spirit School |
| 348. | John Paul Regional Academy |
| 349. | New All Saints Parish School |
| 350. | Our Lady of Victory |
| 351. | Our Lady Queen of Peace School |
| 352. | Queen of Peace (St Katharine) |
| 353. | Sacred Heart of Mary School |
| 354. | Sacred Heart School, Dundalk |
| 355. | Seton Keough High |
| 356. | Shrine of the Sacred Heart |
| 357. | St Anthony School |
| 358. | St Clement Mary Hofbauer School |
| 359. | St Dominic School |
| 360. | St Elizabeth Hungary School |
| 361. | St James & John School |
| 362. | St Katharine School |
| 363. | St Pius X |
| 364. | St Rita School |
| 365. | St Thomas Aquinas School |
| 366. | Visitation Academy |

July 15, 2025
Page 12

**APPENDIX 2**
**THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE**
**DISBURSEMENTS DURING THE PERIOD JUNE 30, 2023 AND SEPTEMBER 29, 2023**

| PAYEE | TOTAL AMOUNT DISBURSED (USD) |
|---|---|
| CIGNA HEALTHCARE | 11,836,335.03 |
| TRUST INSURANCE PCS | 8,200,550.00 |
| HEFFERNAN TRUST LEUMI USA | 6,073,978.56 |
| T ROWE PRICE | 1,377,117.38 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | 591,378.46 |
| PNC CAPITAL MARKETS | 555,863.72 |
| GALLAGHER EVELIUS & JONES | 480,000.00 |
| SISCO, INC. | 451,942.89 |
| MT ST MARYS' UNIVERSITY - MD | 399,710.57 |
| HOLLAND & KNIGHT LLP | 354,923.98 |
| MERCY RIDGE | 312,517.30 |
| AMERICAN EXPRESS | 276,359.26 |
| AYERS SAINT GROSS | 255,009.55 |
| ULTIMATE SOFTWARE GROUP, INC. | 251,227.05 |
| USCCB-CHURCH IN CENTRAL & EASTERN EUROPE | 184,747.25 |
| OFFICE OF NATIONAL COLLECTIONS | 170,500.00 |
| MARYLAND CATHOLIC CONFERENCE | 166,554.00 |
| POWERSCHOOL, INC. | 137,908.30 |
| GRANT THORTON LLP | 136,102.50 |
| REGIONAL COMMISSARIAT OF THE HOLY LAND | 131,413.82 |
| THE CATHOLIC UNIVERSITY OF AMERICA | 121,530.00 |
| ST. MARY'S SEMINARY & UNIV | 106,315.08 |
| BLACKBAUD SYSTEMS | 103,215.37 |
| AON CONSULTING, INC | 99,094.36 |
| POTTS & CALLAHAN, INC. | 87,260.00 |
| BALTIMORE MARRIOTT INNER HARBOR-CAMDEN YARDS | 85,154.85 |
| BLANK ROME LLP | 74,897.76 |
| ADVANCED ENTERPRISE TECHNOLOGIES | 72,345.00 |
| PRINT SHOP THE | 71,361.09 |
| PNC BANK NATIONAL ASSOCIATION | 59,837.73 |
| DOMINICAN FRIARS | 58,343.31 |
| ROEBUCK & SON INC | 52,234.65 |

CORE/3529758.0002/200619643.2

**EXHIBIT 4**

| | |
|---|---|
| **From:** | Blake.Roth@hklaw.com |
| **Sent:** | Friday, July 25, 2025 1:51 PM |
| **To:** | Glasnovich, Drew J. |
| **Cc:** | Caldie, Ed; Khalouian, Nicole; Blake.Roth@hklaw.com; Scott.Kunde@hklaw.com |
| **Subject:** | RE: RCAB: Avoidance Actions |

External Email – Use Caution

Drew,

Good afternoon and happy Friday. With respect to the tolling, I refer you to my original response. If there are specific transfers for which you believe we should request tolling of the applicable statute of limitations, please let us know. Before you start to expend fees that may not be justified, we note the following:

    a) the entities identified on **Appendix 1** are non-profit charitable institutions entitled to charitable immunity with respect to any tort claims under state law, and section 548(a)(2) of the Bankruptcy Code expressly excludes charitable contributions to qualified religious or charitable entities or organizations in which: (a) the amount of the contribution does not exceed 15% of the gross annual income of the debtor for the year in which the transfer was made; or (b) if the contribution exceeds the 15% amount, the contribution was nevertheless consistent with the practices of the debtor in making charitable contributions (For the two years prior, gross annual income would have been in excess of $100,000,000 each year); and

    b) we have included all assets of these entities in our analysis for settlement and, given the releases we will be seeking, will have to continue doing so, which makes this a silly exercise in our view.

With that said, if you have identified transfers you believe could be avoided notwithstanding charitable immunity's application or the limitation imposed on charitable contributions by section 548(a)(2) of the Bankruptcy Code, we are happy to discuss tolling with respect to those transfers. In the absence of identifying specific claims, it is difficult to request tolling—I have not heard of any entity agreeing to a general tolling of all claims, known and unknown. And, please note again that we believe the fees spent on this endeavor likely far outweigh any potential benefit.

With respect to the amounts you have identified for inquiry under section 547, below is a detailed response to each. Based upon our review, we do not believe any of these warrant pursuing. Like the above, we believe the fees spent / to be spent on pursuing any of the below far outweigh any potential benefit.

    1. **Cigna Healthcare ($11,836,335.03)**—These amounts represent daily health claims paid by the RCAB's insurance program. Accordingly, the transfers would have been made merely as a conduit and were not a transfer of the RCAB's property. In addition, to the extent that was not the case, these claims would certainly have fallen within the ordinary course of business defense to any claim under section 547 of the Bankruptcy Code.

    2. **Trust Insurance PCS ($8,200,550)**—These amounts reflect premiums paid for sexual misconduct insurance obtained by/through the RCAB's insurance program. Accordingly, the transfers would have

been made merely as a conduit. In addition, to the extent that was not the case, these claims would certainly have fallen within the ordinary course of business defense to any claim under section 547 of the Bankruptcy Code.

3.  **Heffernan Trust Leumi USA ($6,073,979)**—These amounts reflect insurance premiums paid for general risk policies obtained by/through the RCAB's insurance program. Accordingly, the transfers would have been made merely as a conduit. In addition, to the extent that was not the case, these claims would certainly have fallen within the ordinary course of business defense to any claim under section 547 of the Bankruptcy Code.

4.  **T. Rowe Price ($1,377,117)**—These amounts were quarterly employer 403(b) remittances. Accordingly, the transfers would have been made merely as a conduit. In addition, to the extent that was not the case, these claims would certainly have fallen within the ordinary course of business defense to any claim under section 547 of the Bankruptcy Code.

5.  **Life Insurance Company of North America ($591,378)**—These amounts relate to life insurance premiums paid by/through the RCAB's insurance program. Accordingly, the transfers would have been made merely as a conduit. In addition, to the extent that was not the case, these claims would certainly have fallen within the ordinary course of business defense to any claim under section 547 of the Bankruptcy Code.

6.  **PNC Capital Markets ($555,864)**—These are payments to the RCAB's secured creditor and, therefore, are not preferences by definition.

7.  **Gallagher Evelius & Jones ($480,000)**—These amounts represent a combination of an advance retainer payment and payments made in amounts less than the retained maintained by Gallagher. Accordingly, Gallagher either received payments that were not on account of antecedent debt or was a secured creditor with respect to each payment made. Therefore, none of the transfers would constitute preferences by definition.

8.  **Sisco, Inc. ($451,943)**—These amounts represent worker compensation premiums paid by/through the RCAB's insurance program. . Accordingly, the transfers would have been made merely as a conduit. In addition, to the extent that was not the case, these claims would certainly have fallen within the ordinary course of business defense to any claim under section 547 of the Bankruptcy Code.

9.  **Holland & Knight LLP ($354,924)**—All payments received by Holland & Knight were either advance retainer payments or payments made in amounts that did not exceed Holland & Knight's retainer. Accordingly, Holland & Knight either received payments that were not on account of antecedent debt or was a secured creditor with respect to each payment made. Therefore, none of the transfers would constitute preferences by definition.

10. **USCCS – Church in Central & Eastern Europe ($184,747)**—This represents remittances of second collections. Accordingly, these would be restricted donations and transferred merely as a conduit.

11. **Office of National Collections ($170,500)**— This represents remittances of second collections. Accordingly, these would be restricted donations and transferred merely as a conduit.

12. **Regional Commissariate of the Holy Land ($131,414)**— This represents remittances of second collections. Accordingly, these would be restricted donations and transferred merely as a conduit.

13. **Ultimate Software Group, Inc. ($251,227)**—These are payments made in exchange for a software license. These transfers were made in the ordinary course of business, we believe the transfers are made in advance of the license being granted, and we believe the recipient would have subsequent new value defenses.

14. **Powerschool, Inc. ($137,908)**— These are payments made in exchange for a software license. These transfers were made in the ordinary course of business, we believe the transfers are made in advance of the license being granted, and we believe the recipient would have subsequent new value defenses.

15. **Blackbaud Systems ($103,215)**—These amounts represent fees in connection with the operating system for receiving donations. These transfers would be made in the ordinary course of business and may also be secured by cash held by the recipient on account of the RCAB and other entities.

16. **American Express ($276,359)**—These are credit card payments made in the ordinary course of business. While we have not undertaken an analysis, we also believe American Express would likely have substantial subsequent new value defenses.

17. **Ayers Saint Gross ($355,010)**—These were payments made in connection with consulting services for Seek the City to Come. Any payments made would have been made in the ordinary course of business.

18. **Mercy Ridge ($312,517)**—Payments to Mercy Ridge would constitute monthly retirement and assisting living payments (i.e., rent) and would have been made in the ordinary course of business.

19. **Grant Thornton ($136,103)**—Grant Thornton provided audit services for the RCAB. Grant Thornton would have received an advance retainer payment and payments in amounts less than such retainer.

20. **Mt. St. Mary's University – MD ($399,711)**—These amounts represent seminarian tuition and would either have been paid in advance or in the ordinary course of business.

21. **Aon Consulting ($99,094)**—These are amounts paid for consulting services in connection with the lay and priest retirement plans. Accordingly, the transfers would have been made by/through the RCAB's insurance program such that the RCAB was merely as a conduit. In addition, to the extent that was not the case, these claims would certainly have fallen within the ordinary course of business defense to any claim under section 547 of the Bankruptcy Code.

22. **Potts & Callhan, Inc. ($87,260.00)**—First, this is a transfer in the amount of $43,630. A check for $43,630 was issued and was intercepted and cashed by a fraudulent person. That check was pursued and recovered through insurance. A replacement check was issued in June 2023 to the vendor. Second, this was a payment made in connection with construction, meaning the recipient could have asserted a mechanic's lien had the payment not been made. This provides a complete defense.

23. **Baltimore Marriott Inner Harbor-Camden Yards ($85,155)**—This is in connection with the Mid-Atlantic Conference in Baltimore. The RCAB acted as a pass through and forwarded custodial funds. Accordingly, this would not be a preference by definition.

24. **Blank Rome LLP ($74,898)**— All payments received by Blank Rome were either advance retainer payments or payments made in amounts that did not exceed Blank Rome's retainer. Accordingly, Blank Rome either received payments that were not on account of antecedent debt or was a secured

3

creditor with respect to each payment made. Therefore, none of the transfers would constitute preferences by definition.

25.   **Advanced Enterprise Technologies ($72,345)**—These are payments made in exchange for a software license. These transfers were made in the ordinary course of business, we believe the transfers are made in advance of the license being granted, and we believe the recipient would have subsequent new value defenses.

26.   **The Print Shop ($71,361)**—These are payments made in the ordinary course for the RCAB's various departments.

27.   **PNC Bank National Association ($59,838)**—These are payments to the RCAB's secured lender and, therefore, do not constitute preferences by definition.

28.   **Dominican Friars ($58,343)**—These are payments for monthly labor provided by the Dominican Friars. These payments are made in the ordinary course of business.

29.   **Roebuck & Son Inc. ($52,235)**—These are printing costs associated with the Catholic Review Magazine and are made in the ordinary course of business.

If you have any other questions, please let us know.

Regards,

**Blake Roth | Holland & Knight**
Partner
Holland & Knight LLP
511 Union Street, Suite 2700 | Nashville, Tennessee 37219
Phone 615.850.8749 | Fax 615.244.6804
blake.roth@hklaw.com | www.hklaw.com

Add to address book | View professional biography


-----Original Message-----
From: Glasnovich, Drew J. <drew.glasnovich@stinson.com>
Sent: Thursday, July 24, 2025 5:53 PM
To: Roth, Blake (NSH - X68749) <Blake.Roth@hklaw.com>
Cc: Caldie, Ed <ed.caldie@stinson.com>; Khalouian, Nicole <nicole.khalouian@stinson.com>
Subject: Re: RCAB: Avoidance Actions

[External email]

Blake,

We have not heard back from you on our request for (I) tolling agreements with the debtors Catholic affiliates and (II) confirmation the debtor will pursue the preferences we identified, or state the reasons why it has declined to pursue those transfers.

4

Please let me know the status of these requests.


Drew Glasnovich


On Jul 14, 2025, at 9:39 AM, Glasnovich, Drew J. <drew.glasnovich@stinson.com> wrote:


Blake,

Our goal right now is just to verify that the Debtor did an analysis of 547 claims and to confirm that the Debtor has decided not to pursue those. If and when the Committee decides to pursue recovery of these transfers, it will of course meet any obligation to verify applicable 547 defenses. We are not trying to instigate anything with this list. We understand that there may be viable defenses, especially on legal retainers. But that's not a per se defense though. We've seen in other cases where law firms sat on their retainers and accepted payment on 30/60 day terms and created problems. Any help you can provide in closing doors would help us narrow these issues.

We also understood that the Debtor wanted to avoid the cost associated with fighting on the transfers to Catholic affiliates, which is the basis for our request to toll. If you think it would be helpful for us to go line by line on the 2,000 plus transfers to these affiliates then we can do so, but that might eviscerate the cost savings we are aiming for.


Drew J. Glasnovich
Partner
Pronouns: He/Him

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct:
612.335.1426 \ Bio<https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.stinson.co
m%2Fpeople-
AndrewJGlasnovich&data=05%7C02%7Cblake.roth%40hklaw.com%7C2c0fde90252b4611bb3408ddcb04cef7%
7C032c460c093c408fbc92eceb0c22c8c4%7C1%7C0%7C638889943699940277%7CUnknown%7CTWFpbGZsb3
d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D
%7C0%7C%7C%7C&sdata=k2KCCsu6M4bnRjoup1Mvi1zqSa7tYWxRFiaLxVO7B0Q%3D&reserved=0>

Assistant: MPL.LSSTeam5@stinson.com<mailto:MPL.LSSTeam5@stinson.com> \ 612.335.1814

STINSON.COM<https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.stinson.com%2F&
data=05%7C02%7Cblake.roth%40hklaw.com%7C2c0fde90252b4611bb3408ddcb04cef7%7C032c460c093c408
fbc92eceb0c22c8c4%7C1%7C0%7C638889943699966944%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGk
iOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&
sdata=cWGTxB1Dz6pt%2FN7H0DEzP8FAE2cwykP2tSjkaJEeYRU%3D&reserved=0>
From: Blake.Roth@hklaw.com <Blake.Roth@hklaw.com>

Sent: Monday, July 14, 2025 8:55 AM
To: Glasnovich, Drew J. <drew.glasnovich@stinson.com>
Cc: Caldie, Ed <ed.caldie@stinson.com>; Khalouian, Nicole <nicole.khalouian@stinson.com>;
Blake.Roth@hklaw.com
Subject: RE: RCAB: Avoidance Actions

Drew,

We asked you to identify the transfers and basis for believing they should be avoided. A cursory review shows this was not done with respect to Appendix 1, which prevents us from responding to whether we believe any actions exist. With respect to Appendix 2, a cursory review shows a lack of any analysis whatsoever as required by section 547 (assuming you are asserting these are avoidable as preferential transfers). More specifically, a cursory review shows you included Holland & Knight and Blank Rome, each of which you know maintained retainers, making any payments fall outside of section 547. We are happy to engage in this process; however, we ask that you engage in the analysis if you want us to do the same.

Blake Roth | Holland & Knight
Partner
Holland & Knight LLP
511 Union Street, Suite 2700 | Nashville, Tennessee 37219 Phone 615.850.8749 | Fax 615.244.6804
blake.roth@hklaw.com<mailto:blake.roth@hklaw.com> | www.hklaw.com<http://www.hklaw.com/>

Add to address book<https://www.hklaw.com/Blake-Roth?format=vcard> | View professional
biography<https://www.hklaw.com/Blake-Roth>


From: Glasnovich, Drew J. <drew.glasnovich@stinson.com<mailto:drew.glasnovich@stinson.com>>
Sent: Monday, July 14, 2025 8:49 AM
To: Roth, Blake (NSH - X68749) <Blake.Roth@hklaw.com<mailto:Blake.Roth@hklaw.com>>
Cc: Caldie, Ed <ed.caldie@stinson.com<mailto:ed.caldie@stinson.com>>; Khalouian, Nicole
<nicole.khalouian@stinson.com<mailto:nicole.khalouian@stinson.com>>
Subject: RE: RCAB: Avoidance Actions
[External email]
Blake,

Good morning. Please see our follow up letter on the avoidance actions. Let me know if you have any questions or would like to discuss further.

Best,

Drew


Drew J. Glasnovich
Partner
Pronouns: He/Him

6

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct:
612.335.1426 \ Bio<https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.stinson.co
m%2Fpeople-
AndrewJGlasnovich&data=05%7C02%7Cblake.roth%40hklaw.com%7C2c0fde90252b4611bb3408ddcb04cef7%
7C032c460c093c408fbc92eceb0c22c8c4%7C1%7C0%7C638889943699981212%7CUnknown%7CTWFpbGZsb3
d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAwMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D
%7C0%7C%7C%7C&sdata=FZoYVXSn2Xjny67Vr6qHag0GiZajjyAnqEN7gRxEN38%3D&reserved=0>
Assistant: MPL.LSSTeam5@stinson.com<mailto:MPL.LSSTeam5@stinson.com> \ 612.335.1814
STINSON.COM<https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.stinson.com%2F&
data=05%7C02%7Cblake.roth%40hklaw.com%7C2c0fde90252b4611bb3408ddcb04cef7%7C032c460c093c408
fbc92eceb0c22c8c4%7C1%7C0%7C638889943699995080%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGk
iOnRydWUsIlYiOiIwLjAwMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&
sdata=hqRlaDVo%2F90f4LB%2BYisnniGjszBvana49rOc9a%2BUt0c%3D&reserved=0>
From: Blake.Roth@hklaw.com<mailto:Blake.Roth@hklaw.com>
<Blake.Roth@hklaw.com<mailto:Blake.Roth@hklaw.com>>
Sent: Tuesday, July 1, 2025 10:24 AM
To: Glasnovich, Drew J. <drew.glasnovich@stinson.com<mailto:drew.glasnovich@stinson.com>>
Cc: Caldie, Ed <ed.caldie@stinson.com<mailto:ed.caldie@stinson.com>>; Khalouian, Nicole
<nicole.khalouian@stinson.com<mailto:nicole.khalouian@stinson.com>>;
Blake.Roth@hklaw.com<mailto:Blake.Roth@hklaw.com>
Subject: RE: RCAB: Avoidance Actions
External Email – Use Caution
Drew,

Good morning. I have conferred regarding your letter regarding avoidance actions. We reviewed long ago
large transfers from the RCAB and did not believe any were fraudulent transfers. You, however, have the
debtor's accounting system. To the extent you have identified any transfers the Committee believes constitute
fraudulent transfers, please identify them and we'll evaluate. Many thanks in advance.

Blake Roth | Holland & Knight
Partner
Holland & Knight LLP
511 Union Street, Suite 2700 | Nashville, Tennessee 37219 Phone 615.850.8749 | Fax 615.244.6804
blake.roth@hklaw.com<mailto:blake.roth@hklaw.com> | www.hklaw.com<http://www.hklaw.com/>

Add to address book<https://www.hklaw.com/Blake-Roth?format=vcard> | View professional
biography<https://www.hklaw.com/Blake-Roth>

From: Glasnovich, Drew J. <drew.glasnovich@stinson.com<mailto:drew.glasnovich@stinson.com>>
Sent: Monday, June 30, 2025 4:35 PM
To: Roth, Blake (NSH - X68749) <Blake.Roth@hklaw.com<mailto:Blake.Roth@hklaw.com>>
Cc: Caldie, Ed <ed.caldie@stinson.com<mailto:ed.caldie@stinson.com>>; Khalouian, Nicole
<nicole.khalouian@stinson.com<mailto:nicole.khalouian@stinson.com>>
Subject: RCAB: Avoidance Actions

[External email]

Blake,

Attached please find the Committee's request regarding the Debtor's avoidance action analysis.

Please let me know if you have any questions. We look forward to your response.

Best,

Drew

Drew J. Glasnovich
Partner
Pronouns: He/Him

STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Direct:
612.335.1426 \ Bio<https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.stinson.co
m%2Fpeople-
AndrewJGlasnovich&data=05%7C02%7Cblake.roth%40hklaw.com%7C2c0fde90252b4611bb3408ddcb04cef7%
7C032c460c093c408fbc92eceb0c22c8c4%7C1%7C0%7C638889943700008838%7CUnknown%7CTWFpbGZsb3
d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUljoyfQ%3D%3D
%7C0%7C%7C%7C&sdata=CvIAV1GrMGcTs5L8BJMzrKKLAaLWWlLYbcO%2BIPEmJtQ%3D&reserved=0>
Assistant: MPL.LSSTeam5@stinson.com<mailto:MPL.LSSTeam5@stinson.com> \ 612.335.1814
STINSON.COM<https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.stinson.com%2F&
data=05%7C02%7Cblake.roth%40hklaw.com%7C2c0fde90252b4611bb3408ddcb04cef7%7C032c460c093c408
fbc92eceb0c22c8c4%7C1%7C0%7C638889943700022247%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGk
iOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUljoyfQ%3D%3D%7C0%7C%7C%7C&
sdata=7vVDaE2VrTeG0j1tZY3975eSRZ9QSZeIs%2BWYEf%2BWA8U%3D&reserved=0>
This communication (including any attachments) is from a law firm and may contain confidential and/or
privileged information.  If it has been sent to you in error, please contact the sender for instructions
concerning return or destruction, and do not use or disclose the contents to others.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the
individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender
immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are
not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a
specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in
confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should
maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may
be available to protect confidentiality.

**EXHIBIT 5**

# STINSON

Andrew J. Glasnovich
**PARTNER**
DIRECT: 612.335.1426
OFFICE: 612.335.1500

Drew.glasnovich@stinson.com

August 8, 2025

**BY EMAIL**

Blake D. Roth (blake.roth@hklaw.com)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 12207

Re:     *In re The Roman Catholic Archbishop of Baltimore, Maryland* (Case No. 23-16969)

Blake:

We received your response to our July 15, 2025 letter, where the Committee requested information on potential preferential transfers and requested that the Debtor and its affiliates toll the time to act on avoidance of potential fraudulent transfers.

As to the actions we requested the Debtor pursue under 11 U.S.C. § 547, having reviewed your responses and the records available to the Committee, we largely agree that there are defenses to these actions and they cannot be pursued pursuant to 11 U.S.C. § 547(b). However, the Committee disagrees with the Debtor that the transfers on **Exhibit 1** to this letter have meritorious defenses. Accordingly, the Committee demands that the Debtor file adversary complaints on or before August 15, 2025, to avoid those transfers. If the Debtor does not initiate an action on each of those transfers, the Committee will seek derivative standing to do so on behalf of the Debtor's estate.

As to the Committee's request for tolling, it is regrettable that we could not find an agreement on this matter. As you will see from the attached **Exhibit 2**, there are a thousands of transfers the Committee believes were made by the Debtor either (i) gratuitously and with receiving any value and/or (ii) where the Debtor received far less value than the amount it transferred. These transfers were made during a time when the Debtor was paying Survivor claims and/or faced imminent liability under the CVA and its predecessors. Accordingly, the Committee demands that the Debtor, on or before August 15, 2025, provide a meritorious explanation for why the Debtor refuses to pursue each transfer. If the Debtor lacks a meritorious reason, the Committee demands the Debtor immediately file adversary complaints to avoid those transfers. If the Debtor does not initiate an action on each of those transfers on or before August 15, 2025, the Committee will seek derivative standing to do so on behalf of the Debtor's estate.

I understand through our communications that the Debtor will assert certain categorical defenses to these avoidance actions. The Committee requires that you provide more support for these categorical defenses. For example, you have stated that the Debtor is a natural person and therefore its transfers are exempt from avoidance under 11 U.S.C. § 548(a)(2). As you know, this exemption applies only to transfers made by natural persons and the Debtor is a corporation sole. If you have support for the proposition that the Debtor is a natural person please provide such legal and factual authority with your response. Please also explain why the Debtor failed to file its petition as an individual debtor, and instead marked on its petition,

50 South Sixth Street, Suite 2600, Minneapolis, MN 55402

STINSON LLP  \  STINSON.COM

CORE/3529758.0002/230709723.1

August 8, 2025
Page 2

Dkt. 1 at Q.6, that it is a corporation. Also, we understand that you will claim all of the transferees are entitled to charitable immunity. Please include in your response any analysis that you conducted on how a Maryland affirmative defenses preempts a federal statutory cause of action. Please also include your citation for the assertion that statutory causes of action created by Md. Com. Law Code Ann. §§ 15-201—214 are tort claims for which an entity is entitled to charitable immunity. *Montrose Christian Sch. Corp. v. Walsh*, 363 Md. 565, 582 (2001) ("Under Maryland law, charitable immunity is premised on the trust fund theory, that is, because funds of the organization are impressed with a trust for charitable purposes, those funds should not be diverted to pay tort damage awards.").

We look forward to your prompt response.

Sincerely,

*/s/ Andrew J. Glasnovich*

Andrew Glasnovich
**Stinson LLP**

CORE

August 8, 2025
Page 3

## Exhibit 1
### THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE
### DISBURSEMENTS DURING THE PERIOD JUNE 30, 2023 AND SEPTEMBER 29, 2023

| PAYEE | TOTAL AMOUNT DISBURSED (USD) | UCC Response |
|---|---|---|
| AYERS SAINT GROSS | 255,009.55 | There is in sufficient transaction history to show this is ordinary. Seek the City to Come is an extraordinary action. |
| USCCB-CHURCH IN CENTRAL & EASTERN EUROPE | 184,747.25 | Debtor produced no evidence that it did not hold equitable title to these funds |
| OFFICE OF NATIONAL COLLECTIONS | 170,500.00 | Debtor produced no evidence that it did not hold equitable title to these funds |
| MARYLAND CATHOLIC CONFERENCE | 166,554.00 | No defense provided by Debtor |
| REGIONAL COMMISSARIAT OF THE HOLY LAND | 131,413.82 | Debtor produced no evidence that it did not hold equitable title to these funds |
| THE CATHOLIC UNIVERSITY OF AMERICA | 121,530.00 | No defense provided by Debtor |
| ST. MARY'S SEMINARY & UNIV | 106,315.08 | No defense provided by Debtor |

August 8, 2025
Page 4

<u>Exhibit 2</u>
THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE
DISBURSEMENTS FROM SEPTEMBER 29, 2019 AND SEPTEMBER 29, 2023

<u>(ATTACHED AS SEPARATE PDF FILE)</u>