# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **23–16969 – MMH**   Chapter: **11**

**Roman Catholic Archbishop of Baltimore,**
  Debtor.

## NOTICE OF HYBRID HEARING

PLEASE TAKE NOTICE that a hybrid hearing will be held on 9/8/25 at 10:00 a.m., in person in Courtroom 9–C, Baltimore – Judge Harner.

to consider and act upon the following:

1255 – Notice of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD) Filed by Roman Catholic Archbishop of Baltimore. (Hopkin, Catherine)

1301 – Response Filed by Survivor (related document(s)1255 Notice of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD) filed by Debtor Roman Catholic Archbishop of Baltimore). (Arter, Laurie)

*** NOTE: Further registration is not required for parties who have registered and received Zoom information for the September 8, 2025, hearing.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/28/25

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Anna Marie Komisarek
                                        Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)