United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-16969-MMH |
| Roman Catholic Archbishop of Baltimore | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 7 |
| Date Rcvd: Aug 28, 2025 | Form ID: ntchrgbk | Total Noticed: 112 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roman Catholic Archbishop of Baltimore, 320 Cathedral Street, Baltimore, MD 21201-4421 |
| aty | + | Adam P. Haberkorn, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036-6524 |
| aty | + | Adam R. Durst, Goldberg Segalla LLP, 665 Main Street, Buffalo, NY 14203-1425 |
| aty | + | Annette P. Rolain, Ruggeri Parks Weinberg LLP, 1875 K Street, NW, Suite 800, Washington, DC 20006-1253 |
| aty | + | Blake D. Roth, Holland & Knight LLP, 511 Union St., Suite 2700, Nashville, TN 37219-1791 |
| aty | + | Bret A. Kabacinski, Clyde & Co US LLP, 30 South Wacker Drive, Suite 2600, Chicago, IL 60606-7512 |
| aty | + | Bruce A. Anderson, ELSAESSER ANDERSON, CHTD., 519 High Street, PO Box 369, Priest River, ID 83856-0369 |
| aty | + | C. Scott Kunde, Holland & Knight LLP, 511 Union St., Ste. 2700, Nashville, TN 37219-1791 |
| aty | + | Catherine A. Dickinson, Schlachman, Belsky, Weiner & Davey, P.A., 300 East Lombard Street, Suite 1100, Baltimore, MD 21202-3245 |
| aty | | Christopher Sevedge, Stinson LLP, 1201 Walnut Street, Suite 2900, Kansas City, MO 64106-2150 |
| aty | + | Christopher White, Clyde & Co LLP, 30 South Wacker Drive, Suite 2600, Chicago, IL 60606-7512 |
| aty | + | Clinton Earl Cameron, Clyde & Co US LLP, 30 South Wacker Drive, Suite 2600, Chicago, IL 60606-7512 |
| aty | + | Desirae Krislie C. Tongco, OMelveny & Myers LLP, 1301 Avenue of the Americas, 17th Floor, New York, NY 10019-6036 |
| aty | + | Douglas J. McGill, Webber McGill LLC, 100 E Hanover Ave., Suite 401, Cedar Knolls, NJ 07927-2047 |
| aty | + | Eileen King Bower, Clyde & Co US LLP, 30 South Wacker Drive, Suite 2600, Chicago, IL 60606-7512 |
| aty | + | Ford Elsaesser, ELSAESSER ANDERSON, CHTD., 519 High Street, PO Box 369, Priest River, ID 83856-0369 |
| aty | + | Gordon Z. Novod, Grant & Eisenhofer, P.A., 485 Lexington Avenue, 29th Floor, New York, NY 10017-2631 |
| aty | | Hannah Berny, Holland & Knight LLP, 511 Union St., Ste. 2700, Nashville, TN 37219-1791 |
| aty | | Holland & Knight LLP, PO Box 936937, Atlanta, GA 31193-6937 |
| aty | + | James Pio Ruggeri, Ruggeri Parks Weinberg LLP, 1875 K Street NW, Suite 800, Washington, DC 20006-1253 |
| aty | + | James S. Carter, Blank Rome LLP, 1825 Eye Street, NW, Washington, DC 20006-5403 |
| aty | + | Jared Zola, Blank Rome LLP, 1271 Avenue of the Americas, New York, NY 10020-1303 |
| aty | + | John E. Bucheit, Parker Hudson, Two N. Riverside Plaza, Suite 1850, Chicago, IL 60606 3 60606-2647 |
| aty | + | John Grossbart, Dentons US LLP, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6404 |
| aty | + | Jonathan Schapp, Goldberg Segalla, LLP, 665 Main Street, Buffalo, NY 14203-1425 |
| aty | + | Jonathan Schochor, Schochor, Staton, Goldberg and Cardea PA, 1211 St. Paul Street, Baltimore, MD 21202-2705 |
| aty | + | Jordan Hess, Plevin & Turner, LLP, 1701 Pennsylvania Avenue, NW, 2nd Floor, Washington, DC 20006-5805 |
| aty | + | Joshua D. Weinberg, Ruggeri Parks Weinberg LLP, 1875 K Street, NW, Suite 800, Washington, DC 20006-1253 |
| aty | + | Justine M. Daniels, OMelveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071-2801 |
| aty | + | Kerry Staton, Schochor, Staton, Goldberg and Cardea PA, 1211 St. Paul Street, Baltimore, MD 21202-2705 |
| aty | + | M. Keith Moskowitz, Dentons US LLP, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6404 |
| aty | + | Mark D. Pfeiffer, Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102-2555 |
| aty | + | Mark Plevin, Plevin & Turner LLP, 580 California Street, 12th Floor, San Francisco, CA 94104-1033 |
| aty | + | Michael Belsky, Schlachman, Belsky, Weiner & Davey, 300 East Lombard Street, Suite 1100, Baltimore, MD 21202 UNITED STATES 21202-3245 |
| aty | + | Miranda H. Turner, Crowell & Moring, LLC, 1001 Pennsylvania Ave, NW, Washington, DC 20004-2595 |
| aty | + | Miranda H. Turner, Pleven & Turner LLP, 1701 Pennsylvania Avenue, N.W., 2d Floor, Washington, DC 20006-5805 |
| aty | + | Morgan K. Stippel, Burns Bair LLP, 10 East Doty Street, Suite 600, Madison, WI 53703-3392 |
| aty | #+ | Nicholas R. Miller, Holland & Knight LLP, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |
| aty | + | Patrick C. Maxcy, Dentons US LLP, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6404 |
| aty | + | Patrick F. Hofer, Clyde & Co US LLP, 1775 Pennsylvania Ave. NW, 4th Floor, Washington, DC 20006-4605 |
| aty | + | Paul Possinger, Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602-4342 |
| aty | + | Philip D. Anker, Wilmer Cutler Pickering Hale and Dorr LL, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007-2140 |
| aty | + | R. David Gallo, Parker Hudson, 303 Peachtree St. NE, Suite 3600, Atlanta, GA 30308-3225 |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 7 |
| Date Rcvd: Aug 28, 2025 | Form ID: ntchrgbk | Total Noticed: 112 |

| | | |
|---|---|---|
| aty | + | Robyn L. Michaelson, Blank Rome LLP, 1271 Avenue of the Americas, New York, NY 10020-1303 |
| aty | + | Ryan S. Perlin, Bekman, Marder, Hopper, Malarkey & Perli, 1829 Reisterstown Road, Suite 200, Baltimore, MD 21208-7105 |
| aty | + | Stephen Boyd, Steve Boyd, PC, 2969 Main Street, Buffalo, NY 14214-1066 |
| aty | + | Tancred V. Schiavoni, OMelveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036-6537 |
| aty | + | Timothy Karcher, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036-8299 |
| aty | + | Tyler N. Layne, Holland & Knight LLP, 511 Union St., Suite 2700, Nashville, TN 37219-1791 |
| aty | + | YVS Law, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| cr | + | AB Doe 1000, Steve Boyd, PC, 2969 Main Street, Buffalo, NY 14214-1066 |
| intp | + | Ad Hoc Committee of Parishes, Schools, and Affilia, Elsaesser Anderson, Chtd., 519 High Street, PO Box 369, Priest River, ID 83856-0369 |
| intp | + | American Casualty Company, Crowell & Moring, LLP, 1001 Pennsylvania Ave, NW, 10th Floor, Washington, DC 20004-2595 |
| cr | + | Baltimore Gas & Electric Company, 2 Center Plaza, Suite 200, 110 W. Lafayette Street, Baltimore, MD 21217-4224 |
| fa | + | Berkeley Research Group, LLC, Attn: Matthew K. Babcock, 201 South Main Street, Suite 450, Salt Lake City, UT 84111-2223 |
| sp | | Blank Rome LLP, 1825 Eye Street NW, Washington, DC 20006-5403 |
| fa | + | Christopher G. Linscott, Keegan Linscott & Associates, PC, 3443 N. Campbell Avenue, Suite 115, Tucson, AZ 85719-2328 |
| cr | + | Corey Fox #K95803, 10930 Lawrence Rd, Sumner, IL 62466-4915 |
| intp | | Employers Insurance Company of Wausau, c/o 111 S. Calvert Street, Suite 2000, Baltimore, MD 21202 |
| cr | + | Eva Dittrich, Grant & Eisenhofer, PA, 3600 Clipper Mill Road, Suite 240, Baltimore, MD 21211-1949 |
| intp | + | Federal Insurance Co., O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006-4061 |
| intp | + | Fireman's Fund Insurance Company, Eric G. Korphage, White and Williams LLP, 600 Washington Avenue, Suite 303 Towson, MD 21204-3924 |
| sp | + | Gallagher Evelius and Jones LLP, 218 N. Charles Street, Suite 400, Baltimore, MD 21201-4033 |
| cr | + | Gene Gwiazdowski, c/o PPSR Law, 11450 Pulaski Highway, White Marsh, MD 21162, UNITED STATES 21162-1514 |
| intp | + | General Star Indemnity Company, c/o Justin P. Fasano, 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770-1416 |
| intp | + | Hartford Accident and Indemnity Company, James Pio Ruggeri, Ruggeri Parks Weinberg LLP, 1875 K Street, NW Suite 800, Washington, DC 20006-1253 |
| intp | + | Hartford Casualty Insurance Company, One Hartford Plaza, Hartford, CT 06155-0001 |
| intp | + | Indemnity Insurance Company Of North America, O'Melveny & Myers LLP, 1625 Eye Street NW, Washington, DC 20006-4061 |
| intp | + | Insurance Company of North America, O'Melveny & Myers LLP, 1625 Eye Street NW, Washington, DC 20006-4073 |
| sp | + | James R. Murray, Blank Rome, LLP, 1825 Eye Street, NW, Washington, DC 20006-5403 |
| cr | + | John Doe YLG0507, The Yost Legal Group, 341 North Calvert Street, Suite 100, Baltimore, MD 21202-3644 |
| crcm | + | Joseph A Martin, c/o Bekman, Marder, Hopper, Malarkey, 1829 Reisterstown Road, Suite 200, Baltimore, MD 21208-7105 |
| op | + | Katie McNally, Stout Risius Ross, LLC, 1 S. Wacker Dr., Suite 3800, Chicago, IL 60606-4617 |
| fa | + | Keegan Linscott & Associates, PC, 3443 N Campbell Ave., Suite 115, Tucson, AZ 85719-2328 |
| cr | + | Lexington Insurance Company, 1025 Thomas Jefferson Street NW, Suite 400, Washington, DC 20007-5201 |
| cr | + | Luminace Solar MC, LLC, Neuberger, Quinn, Gielen, Rubin & Gibber, One South Street, 27th Floor, Baltimore, MD 21202-3282 |
| cr | + | National Union Fire Insurance Company of Pittsburg, 1271 Ave of the Americas, Floor 37, New York, NY 10020-1304 |
| cr | + | New Hampshire Insurance Company, 1025 Thomas Jefferson Street NW, Suite 400, Washington, DC 20007-5201 |
| intp | + | Northland Insurance Company, Dentons US LLP, 1301 K Street, NW, Suite 600, East Tower, Washington, DC 20005-3317 |
| cr | + | PNC Bank, N.A., Buchanan Ingersoll Rooney, 500 Delaware Avenue, Suite 720, Wilmington, DE 19801-1490 |
| intp | + | Pacific Employers Insurance Company, O'Melveny & Myers LLP, 1625 Eye Street NW, Washington, DC 20006-4061 |
| crcmch | + | Paul Jan Zdunek, c/o Andrew D. Freeman, Brown, Goldstein & Levy, LLP, 120 East Baltimore Street, Suite 2500, Baltimore, MD 21202-1633 |
| intp | + | Slater, Slater & Schulman LLP, Brown Rudnick LLP, 601 Thirteenth Street NW, Suite 600, Washington, DC 20005-3807 |
| cr | + | St. Mary's Seminary & University, 5400 Roland Avenue, Baltimore, MD 21210-1993 |
| intp | + | St. Paul Fire and Marine Insurance Company, Dentons US LLP, 1301 K Street, NW, Suite 600, East Tower, Washington, DC 20005-3317 |
| intp | + | The American Insurance Company, Eric G. Korphage, White and Williams LLP, 600 Washington Avenue, Suite 303 Towson, MD 21204-3924 |
| crcm | + | The Official Committee Of Unsecured Creditors, Tydings & Rosenberg LLP, One East Pratt Suite, Suite 901, Baltimore, MD 21202 UNITED STATES 21202-1249 |
| sp | + | Timothy Burns, Burns Bair LLP, 10 E. Doty St., Suite 600, Madison, WI 53703-3392 |
| intp | + | Travelers Indemnity Company, Dentons US LLP, 1301 K Street, NW, Suite 600, East Tower, Washington, DC 20005-3317 |
| intp | + | Twin City Fire Insurance Company, James Pio Ruggeri, Ruggeri Parks Weinberg LLP, 1875 K Street, NW Suite 800, Washington, DC 20006-1253 |
| intp | + | United States Fidelity and Guaranty Company, Dentons US LLP, 1301 K Street, NW, Suite 600, East Tower, Washington, DC 20005-3317 |
| intp | + | United States Fire Insurance Company, Matthew C. Nelson, 222 Delaware Avenue, Suite 710, Wilmington, DE 19801-1633 |
| intp | + | Westchester Fire Insurance Company, O'Melveny & Myers LLP, 1625 Eye Street NW, Washington, DC 20006-4061 |
| 32395938 | + | Antonio Norman, 1001 N. Calvert, Baltimore, MD 21202-3823 |
| 32480979 | + | Gene Gwiazdowski, Kevin A. Clasing, Esquire, Parker, Pallett, Slezak & Russell, LLC, 11450 Pulaski Highway, White Marsh, MD 21162-1514 |
| 32801048 | + | John F. Curran, c/o Gretchen Peace, 2016 Lindsey Way, Lebanon, TN 37087-2327 |
| 32390568 | + | KIMBERLY ANN ACTON, 1805 Sutton Avenue, Halethorpe, MD 21227-5027 |
| 32480978 | + | Kevin A. Clasing, Parker, Pallett, Slezak & Russell, LLC, 11450 Pulaski Highway, White Marsh, MD 21162-1514 |
| 32395937 | + | Peter Kandel, 1001 N. Calvert, Baltimore, MD 21202-3823 |
| 32358023 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |

District/off: 0416-1 | User: admin | Page 3 of 7
Date Rcvd: Aug 28, 2025 | Form ID: ntchrgbk | Total Noticed: 112

TOTAL: 100

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jess.rehbein@stinson.com | Aug 28 2025 19:45:00 | Stinson LLP, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402 |
| aty | + Email/Text: rcostella@tydings.com | Aug 28 2025 19:45:00 | Tydings & Rosenberg LLP, 1 East Pratt Street, Suite 901, Baltimore, MD 21202-1249 |
| op | ^ MEBN | Aug 28 2025 19:40:39 | Epiq Corporate Restructuring, LLC, Attn: Brad Tuttle, 777 Third Avenue, 12th Floor, New York, NY 10017-1302 |
| intp | Email/Text: bankruptcycollectionsunit@thehartford.com | Aug 28 2025 19:45:00 | Hartford Fire Insurance Company, One Hartford Plaza, Hartford, CT 06155 |
| 32506787 | Email/PDF: bncnotices@becket-lee.com | Aug 28 2025 19:50:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32358026 | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 28 2025 19:44:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32358022 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2025 19:45:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32358027 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Aug 28 2025 19:46:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32358028 | + Email/Text: Bankruptcy_group@baltimorecity.gov | Aug 28 2025 19:44:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-6295 |
| 32358029 | Email/Text: atlreorg@sec.gov | Aug 28 2025 19:45:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32358025 | Email/Text: usamd.bankruptcy@usdoj.gov | Aug 28 2025 19:45:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |
| 32396689 | + Email/Text: usz.bankruptcy.legal.coll@zurichna.com | Aug 28 2025 19:45:00 | Zurich American Insurance Company, ATTN Jessica Melesio, PO Box 68549, Schaumburg, IL 60168-0549 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| aty | *+ | Catherine A. Dickinson, Schlachman, Belsky, Weiner & Davey, P.A., 300 East Lombard Street, Suite 1100, Baltimore, MD 21202-3245 |
| aty | *+ | Hannah Berny, Holland & Knight LLP, 511 Union Street, Suite 2700, Nashville, TN 37219-1791 |
| aty | *+ | James R. Murray, Blank Rome LLP, 1825 Eye Street, NW, Washington, DC 20006-5403 |
| aty | *+ | Nicholas R. Miller, HOLLAND & KNIGHT LLP, 100 Congress Ave., Suite 1800, Austin, TX 78701-4042 |
| aty | *+ | Tyler N. Layne, HOLLAND & KNIGHT LLP, 511 Union Street, Suite 2700, Nashville, TN 37219-1791 |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 4 of 7 |
| Date Rcvd: Aug 28, 2025 | Form ID: ntchrgbk | Total Noticed: 112 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam P. Haberkorn | ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com |
| Adam Ross Durst | adurst@goldbergsegalla.com |
| Alan M. Grochal | agrochal@tydingslaw.com scalloway@tydings.com |
| Alex B Silverman | asilverman@carltonfields.com |
| Andrew Freeman | adf@browngold.com khill@browngold.com,ldyson@browngold.com |
| Andrew Glasnovich | drew.glasnovich@stinson.com |
| Annette Rolain | arolain@ruggerilaw.com bkfilings@ruggerilaw.com |
| Anthony Kikendall | kikendalla@whiteandwilliams.com |
| Anthony May | amay@browngold.com |
| Blake Daniel Roth | blake.roth@hklaw.com brooke.freeman@hklaw.com,cathy.young@hklaw.com |
| Catherine Keller Hopkin | chopkin@yvslaw.com pgomez@yvslaw.com,kreese@yvslaw.com,vmichaelides@yvslaw.com,yvslawcmecf@gmail.com,hopkincr39990@notify.bestcase.com |
| Christopher Scott Kunde | scott.kunde@hklaw.com |
| David J. Shuster | dshuster@kg-law.com ssohn@kg-law.com |
| David Kendall Roberts | droberts2@omm.com dave-roberts-9007@ecf.pacerpro.com |
| Diane C. Bristow | dcb@nqgrg.com taylor@nqgrg.com |
| Edwin H Caldie | ed.caldie@stinson.com jess.rehbein@stinson.com |
| Eileen King Bower | eileen.kingbower@clydeco.us christopher.white@clydeco.us |
| Emily C Malarkey | malarkey@mdtrialfirm.com |
| Eric George Korphage | korphagee@whiteandwilliams.com |

| | |
|---|---|
| Ezhan Syed Hasan | ahasan@wiley.law |
| G. Calvin Awkward | cawkward@goldbergsegalla.com wbartholomew@goldbergsegalla.com |
| Gary Paul Seligman | gseligman@wiley.law |
| Gary R. Greenblatt | grg@cooncolelaw.com cmh@cooncolelaw.com,mes@cooncolelaw.com |
| Geoffrey Grivner | geoffrey.grivner@bipc.com donna.curcio@bipc.com |
| Gordon Z. Novod | gnovod@gelaw.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Irving Edward Walker | iwalker@coleschotz.com pratkowiak@coleschotz.com,bankruptcy@coleschotz.com |
| Isabella Sayyah | isayyah@gibsondunn.com |
| James Pio Ruggeri | jruggeri@ruggerilaw.com |
| James R Murray | Jim.Murray@blankrome.com |
| Janet M. Nesse | jnesse@mhlawyers.com jfasano@mhlawyers.com,cpalik@mhlawyers.com,jnesse@ecf.inforuptcy.com,tmackey@mhlawyers.com,cmartin@mhlawyers.com,kfeig@mhlawyers.com |
| Jeffrey R. Scholnick | jscholnick@scholnicklaw.com ccasado@scholnicklaw.com,scholnick.jeffreyb107952@notify.bestcase.com |
| Jesse Bair | jbair@burnsbair.com kdempski@burnsbair.com |
| Jillian Dennehy | jillian.dennehy@kennedyslaw.com |
| Jodie E. Bekman | jbekman@gfrlaw.com dferguson@gfrlaw.com |
| John P Van Beek | jvanbeek@goldmanvanbeek.com gvbparalegal@goldmanvanbeek.com,hcurrier@goldmanvanbeek.com |
| Jonathan Schapp | jschapp@goldbergsegalla.com bfaulkner@goldbergsegalla.com,kallen@goldbergsegalla.com |
| Joshua Kahn | jkahn@sfspa.com |
| Joshua D Weinberg | jweinberg@ruggerilaw.com |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Kevin Foreman | kforeman@carltonfields.com |
| Mark D. Plevin | mplevin@plevinturner.com |
| Mark David Plevin | mplevin@crowell.com |
| Matthew Nelson | matthew.nelson@kennedyslaw.com linda.conigliero@kennedyslaw.com |
| Matthew Roberts | |

District/off: 0416-1 User: admin Page 6 of 7
Date Rcvd: Aug 28, 2025 Form ID: ntchrgbk Total Noticed: 112

| | |
|---|---|
| | mroberts@phrd.com |
| Matthew Allan Hoffman | |
| | mhoffman@gibsondunn.com |
| Matthew Michael Weiss | |
| | mweiss@phrd.com |
| Megan Harmon | |
| | megan.harmon@bge.com |
| Michael Rosenthal | |
| | mrosenthal@gibsondunn.com |
| Michael J. Belsky | |
| | mbelsky@sbwdlaw.com |
| Miranda Turner | |
| | mturner@plevinturner.com   miranda-turner-7827@ecf.pacerpro.com |
| Monique D. Almy | |
| | malmy@crowell.com   cbest@crowell.com |
| Monique Desiree Almy | |
| | malmy@crowell.com   cbest@crowell.com,malmy@ecf.axosfs.com,monique-almy-7127@ecf.pacerpro.com |
| Morgan Kathleen Stippel | |
| | mstippel@burnsbair.com   kdempski@burnsbair.com |
| Natalie L. Soloperto | |
| | NSoloperto@gibsondunn.com |
| Nathan D. Adler | |
| | nda@nqgrg.com   terry@nqgrg.com |
| Nicole Khalouian | |
| | nicole.khalouian@stinson.com |
| Nora Anne Valenza-Frost | |
| | nvalenza-frost@carltonfields.com |
| Philip D. Anker | |
| | philip.anker@wilmerhale.com   Yolande.Thompson@wilmerhale.com |
| Philip Tucker Evans | |
| | philip.evans@hklaw.com   kimi.odonnell@hklaw.com,hapi@hklaw.com |
| Richard L. Costella | |
| | rcostella@tydings.com   scalloway@tydings.com,zjones@tydings.com,swilliams@tydings.com |
| Robert H. Kline | |
| | kliner@whiteandwilliams.com |
| Robert Keith Jenner | |
| | rjenner@jennerlawfirm.com |
| Robert Matthew Westra | |
| | rwestra@ppsrlaw.com   westrarr66199@notify.bestcase.com |
| Robert T Kugler | |
| | robert.kugler@stinson.com |
| Robert Wagner DiUbaldo | |
| | rdiubaldo@carltonfields.com |
| Ryan S. Appleby | |
| | rappleby@gibsondunn.com |
| Ryan S. Perlin | |
| | perlin@mdtrialfirm.com |
| Sam Alberts | |
| | sam.alberts@dentons.com   docket.general.lit.wdc@dentons.com |
| Samantha Hanson-Lenn | |
| | samantha.hansonlenn@stinson.com |
| Siobhain Patricia Minarovich | |
| | minarovichs@whiteandwilliams.com |
| Stephen A. Markey | |
| | steve@markeylawfirm.com   amy@markeylawfirm.com |

District/off: 0416-1                           User: admin                                        Page 7 of 7
Date Rcvd: Aug 28, 2025                        Form ID: ntchrgbk                              Total Noticed: 112

| Steven J Kelly | |
|---|---|
| | skelly@gelaw.com  vbeal@gelaw.com,gnovod@gelaw.com,4523903420@filings.docketbird.com |
| Tancred Schiavoni | |
| | tschiavoni@omm.com  tancred-schiavoni-9326@ecf.pacerpro.com |
| Thomas Yost | |
| | staceyhare@yostlaw.com |
| Timothy P. Palmer | |
| | timothy.palmer@bipc.com |
| Timothy W. Burns | |
| | tburns@burnsbair.com  kdempski@burnsbair.com |
| Todd C. Jacobs | |
| | tjacobs@phrd.com |
| US Trustee - Baltimore | |
| | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 80

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **23−16969 − MMH**    Chapter: **11**

**Roman Catholic Archbishop of Baltimore,**
Debtor.

## NOTICE OF HYBRID HEARING

PLEASE TAKE NOTICE that a hybrid hearing will be held on 9/8/25 at 10:00 a.m., in person in Courtroom 9−C, Baltimore − Judge Harner.

to consider and act upon the following:

1255 − Notice of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD) Filed by Roman Catholic Archbishop of Baltimore. (Hopkin, Catherine)

1301 − Response Filed by Survivor (related document(s)1255 Notice of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD) filed by Debtor Roman Catholic Archbishop of Baltimore). (Arter, Laurie)

\*\*\* NOTE: Further registration is not required for parties who have registered and received Zoom information for the September 8, 2025, hearing.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/28/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)