UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. 23-16969-MMH |
| Debtor.[1] | |

**DEBTOR'S WITNESS/EXHIBIT LIST FOR SEPTEMBER 8, 2025 HEARING ON NOTICE OF DEBTOR'S DISPOSITION OF LEASED PROPERTY (UNIMPROVED ACREAGE LOCATED IN BALTIMORE COUNTY, MD)**

Roman Catholic Archbishop of Baltimore (the "Debtor"), by counsel, submits this Witness/Exhibit list for use at the hearing on the Notice of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD), which hearing is scheduled for September 8, 2025 (the "Hearing").

## Debtor's Witness List

The Debtor anticipates calling John Matera as a witness at the Hearing, and reserves the right to call any witnesses named by any other parties. The Debtor reserves the right to supplement this Witness List, as necessary, prior to the September 8, 2025 Hearing.

## Debtor's Exhibit List

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| D01 | Appraisal Report, dated August 31, 2023 | | | |

The Debtor is not anticipating presenting additional exhibits, other than as rebuttal or for impeachment purposes. The Debtor reserves the right to supplement this Exhibit List, as necessary, prior to the September 8, 2025 Hearing.

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

Dated: September 4, 2025

Respectfully submitted,

<u>/s/ Catherine Keller Hopkin</u>
Catherine Keller Hopkin, (Fed. Bar No. 28257)
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone:	443.569.0788
Facsimile:	410.571.2798
Email: chopkin@yvslaw.com

-and-

Blake D. Roth (admitted *pro hac vice*)
C. Scott Kunde (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone:	615.244.6380
Facsimile:	615.244.6804
Email: blake.roth@hklaw.com
	scott.kunde@hklaw.com

-and-

Philip T. Evans (Fed. Bar No. 11796)
**HOLLAND & KNIGHT LLP**
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone:	202.457.7043
Email: philip.evans@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 4th day of September 2025, notice of filing Debtor's Witness/Exhibit List for September 8, 2025 Hearing on Notice of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD) (the "List") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list. In addition, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the List to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

<u>/s/ Catherine Keller Hopkin</u>
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Nathan D. Adler, Esquire
(nda@nqgrg.com)
Counsel for Luminace Solar MC, LLC
Neuberger Quinn Gielen Rubin & Gibber
1 South Street, 27th Floor
Baltimore, Maryland  21202

Sam Alberts, Esquire
(sam.alberts@dentons.com)
Counsel for Travelers Indemnity, et al.
Dentons US LLP
1301 K Street NW, Suite 600, East Tower
Washington, D.C.  20005

Monique D. Almy, Esquire
(malmy@crowell.com)
Counsel for American Casualty Company
Crowell & Moring, LLP
1001 Pennsylvania Ave. NW, 10th Floor
Washington, D.C.  20004

Philip D. Anker, Esquire
(philip.anker@wilmerhale.com)
Counsel for Hartford Accident&Indemnity
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007

G. Calvin Awkward, III, Esquire
(cawkward@goldbergsegalla.com)
Counsel for Employers Ins. of Wausau
Goldberg Segalla LLP
111 South Calvert Street, Suite 2000
Baltimore, Maryland  21202

Gary Bahena, Esquire
(garybahena@bahenalaw.com)
Counsel for HBC LLC
Bahena & Associates LLC
428 North Street
Portsmouth, Virginia  23704

Hugh M. Bernstein, Esquire
(hugh.m.bernstein@usdoj.gov)
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Diane C. Bristow, Esquire
(dcb@nqgrg.com)
Counsel for Luminace Solar MC, LLC
Neuberger Quinn Gielen Rubin & Gibber
1 South Street, 27th Floor
Baltimore, Maryland  21202

Edwin H. Caldie, Esquire
(ed.caldie@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Richard L. Costella, Esquire
(rcostella@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Robert W. DiUbaldo, Esquire
(rdiubaldo@carltonfields.com)
Counsel for Lexington Ins. and NH Ins.
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York  10174-0002

Philip Tucker Evans, Esquire
(philip.evans@hklaw.com)
Counsel for Debtor
Holland and Knight
800 17th Street, Ste. 1100
Washington, D.C.  20006

Justin Philip Fasano, Esquire
(jfasano@mhlawyers.com)
Counsel for General Star Indemnity Co.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  22070

Kevin Foreman, Esquire
(kforeman@carltonfields.com)
Counsel for Epiq Corporate Restructuring
Carlton Fields, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, D.C.  20007

Andrew Freeman, Esquire
(adf@browngold.com)
Counsel for Committee Chair
Brown Goldstein & Levy
120 East Baltimore Street, Suite 2500
Baltimore, Maryland  21202

Andrew Glasnovich, Esquire
(drew.glasnovich@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Gary R. Greenblatt, Esquire
(grg@cooncolelaw.com)
Counsel for St. Mary's Seminary
Coon & Cole, LLC
305 West Chesapeake Avenue, Suite 510
Towson, Maryland  21204

Geoffrey Grivner, Esquire
(geoffrey.grivner@bipc.com)
Counsel for PNC Bank, N.A.
Buchanan Ingersoll & Rooney PC
500 Delaware Avenue, Suite 720
Wilmington, Delaware  19801

Alan M. Grochal, Esquire
(agrochal@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Samantha Hanson-Lenn, Esquire
(samantha.hansonlenn@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Megan Harmon, Esquire
(megan.harmon@bge.com)
Baltimore Gas & Electric Company
110 West Fayette Street, 12th Floor
Baltimore, Maryland  21201

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Co-Counsel for Debtor
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Robert Keith Jenner
(rjenner@jennerlawfirm.com)
Jenner Law, P.C.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

Steven J. Kelly, Esquire
(skelly@gelaw.com)
Grant & Eisenhofer P.A.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

Nicole Khalouian, Esquire
(nicole.khalouian@stinson.com)
Counsel for Committee
Sinson LLP
100 Wall Street, Suite 201
New York, New York  10005

Robert H. Kline, Esquire
(kliner@whiteandwilliams.com)
Counsel for Fireman's Fund Insurance
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Eric George Korphage, Esquire
(korphagee@whiteandwilliams.com)
Counsel for Fireman's Fund Insurance
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

| | | |
|---|---|---|
| Robert T. Kugler, Esquire<br>(robert.kugler@stinson.com)<br>Counsel for Committee<br>Stinson LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, Minnesota  55402 | C. Scott Kunde, Jr., Esquire<br>(scott.kunde@hklaw.com)<br>Counsel for Debtor<br>Holland & Knight LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee  37219 | Anthony May, Esquire<br>(amay@browngold.com)<br>Counsel for Committee Chair<br>Brown Goldstein & Levy<br>120 East Baltimore Street, Suite 2500<br>Baltimore, Maryland  21202 |
| Siobhain P. Minarovich, Esquire<br>(minarovichs@whiteandwilliams.com)<br>Counsel for Fireman's Fund Insurance<br>White and Williams LLP<br>7 Times Square, Suite 2900<br>New York, New York  10036 | Gordon Z. Novod, Esquire<br>(gnovod@gelaw.com)<br>Grant & Eisenhofer PA<br>485 Lexington Avenue, 29th Floor<br>New York, New York  10017 | Timothy P. Palmer, Esquire<br>(timothy.palmer@bipc.com)<br>Counsel for PNC Bank, N.A.<br>Buchanan Ingersoll & Rooney PC<br>501 Grant Street, Suite 200<br>Pittsburgh, Pennsylvania  15219-4413 |
| Mark D. Plevin, Esquire<br>(mplevin@plevinturner.com)<br>Plevin & Turner LLP<br>580 California Street, 12th Floor<br>San Francisco, California  94105<br>Counsel for American Casualty Company<br>of Reading, Pennsylvania | David Kendall Roberts, Esquire<br>(droberts2@omm.com)<br>Counsel for Federal Insurance Co.<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, D.C.  20006 | Matthew Roberts, Esquire<br>(mroberts@phrd.com)<br>Counsel for Fireman's Fund Insurance<br>Parker Hudson Rainer & Dobbs LLP<br>303 Peachtree Street, NE, Ste 3600<br>Atlanta, Georgia  30308 |
| Annette Rolain, Esquire<br>(arolain@ruggerilaw.com)<br>Counsel for Hartford and Twin City<br>Ruggeri Parks Weinberg LLP<br>1875 K St NW, Suite 600<br>Washington, D.C.  20006 | Blake D. Roth, Esquire<br>(blake.roth@hklaw.com)<br>Counsel for Debtor<br>Holland & Knight LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee  37219 | James P. Ruggeri, Esquire<br>(jruggeri@ruggerilaw.com)<br>Counsel for Hartford and Twin City<br>Ruggeri Parks Weinberg LLP<br>1875 K Street NW, Suite 600<br>Washington, D.C.  20006 |
| Jonathan Schapp, Esquire<br>(jschapp@goldbergsegalla.com)<br>Counsel for Employers Ins. of Wausau<br>Goldberg Segalla LLP<br>665 Main Street<br>Buffalo, New York  14203 | Alex B. Silverman, Esquire<br>(asilverman@carltonfields.com)<br>Counsel for Lexington Ins. and NH Ins.<br>Carlton Fields, P.A.<br>405 Lexington Avenue, 36th Floor<br>New York, New York  10174-0002 | Miranda H. Turner, Esquire<br>(mturner@plevinturner.com)<br>Plevin & Turner LLP<br>1701 Pennsylvania Ave NW, 2nd Floor<br>Washington, D.C.  20006<br>Counsel for American Casualty Company<br>of Reading, Pennsylvania |
| U.S. Trustee – Baltimore<br>(ustpregion04.ba.ecf@usdoj.gov)<br>101 West Lombard Street, Suite 2625<br>Baltimore, Maryland  21201 | Nora Anne Valenza-Frost, Esquire<br>(nvalenza-frost@carltonfields.com)<br>Counsel for Lexington Ins. and NH Ins.<br>Carlton Fields, P.A.<br>405 Lexington Avenue, 36th Floor<br>New York, New York  10174-0002 | Irving Edward Walker, Esquire<br>(iwalker@coleschotz.com)<br>Counsel for Ad Hoc Committee<br>Cole Schotz P.C.<br>1201 Wills Street, Suite 320<br>Baltimore, Maryland  21231 |
| Joshua D. Weinberg, Esquire<br>(jweinberg@ruggerilaw.com)<br>Counsel for Hartford and Twin City<br>Ruggeri Parks Weinberg LLP<br>1875 K Street NW, Suite 600<br>Washington, D.C.  20006 | Matthew Michael Weiss, Esquire<br>(mweiss@phrd.com)<br>Counsel for Fireman's Fund Insurance<br>Parker Hudson Rainer & Dobbs LLP<br>303 Peachtree Street, NE, Suite 3600<br>Atlanta, Georgia  30308 | Harris B. Winsberg, Esquire<br>(hwinsberg@phrd.com)<br>Counsel for Fireman's Fund Insurance<br>Parker Hudson Rainer & Dobbs LLP<br>303 Peachtree Street, NE, Suite 3600<br>Atlanta, Georgia  30308 |

4937-9399-1270, v. 1