IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * *

**PROTOCOL AND REGISTRATION FOR VIRTUAL ATTENDANCE FOR HEARING ON OCTOBER 1, 2025**

I. **Connecting to Hearing for Party Participants**

Each party in this case who is participating in the videoconference hearing must register for the hearing by emailing the individual's name, affiliation, and the case number to the Courtroom Deputy at Hearings_MMH@mdb.uscourts.gov. **Registration must be completed by 3:00 p.m., ET on September 30, 2025.** Each individual who registers for the videoconference hearing will receive connection information for the hearing at least 4 hours prior to the start time of the hearing (unless the emergency nature of any given hearing makes such timing impractical).*

Each individual must connect to the hearing at least 15 minutes prior to the start time of the scheduled hearing.

Participants should email the Court at Hearings_MMH@mdb.uscourts.gov or call the Court at 410-962-2820 if they experience any technical issues during the hearing, including if they are disconnected or cannot enter the hearing.

*All participants are asked to place their lines on mute upon connecting and to remain on mute during the pendency of the hearing.*

II. **Non-Party Participation**

The Court will post and enter on the docket dial-in information for the audio listen-only line for all other participants.*

A transcript or audio recording of the hearing may be requested by accessing the court's website at: https://www.mdb.uscourts.gov/case-info/court-operations-specialists.

*Pursuant to Local Bankruptcy Rule 5070-1(a), **no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner**. The Court will create an official recording of the Hearing.