Entered: September 9th, 2025
Signed: September 9th, 2025

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | Chapter 11 |
| Debtor. | * | |
| *   *   *   *   *   *  | *   *   *   *   *   * | |

### ORDER CONTINUING HEARING AND SETTING DEADLINES

The matter before the Court is the Notice of Disposition of Leased Property (the "Notice"), filed by the Roman Catholic Archbishop of Baltimore, the above-captioned debtor and debtor in position (the "Debtor"). ECF 1255. The Court held a hearing on the Notice and all related papers on September 8, 2025 (the "Hearing"). ECF 1301, 1318, 1328, 1337. Counsel to the Debtor and to the Official Committee of Unsecured Creditors (the "Committee") appeared at the Hearing on this matter. For the reasons set forth on the record of the Hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a continued evidentiary hearing on the Notice and all related papers **on September 15, 2025, at 3:00 p.m., ET, by a hybrid hearing format offering in-person and videoconference participation**; and it is further

**ORDERED**, that any supplemental witness and exhibits list or additional briefing must be filed with the Court and served on parties in interest **on or before September 12, 2025**; and it is further

**ORDERED**, that any objections to any supplemental witness and exhibits list must be filed with the Court and served on parties in interest **on or before September 15, 2025, at 12:00 p.m.**; and it is further

**ORDERED**, that the Court will issue protocols to govern the September 15, 2025, hybrid hearing by separate entry on the docket.

cc: Debtor
Debtor's Counsel
Committee's Counsel
All Creditors and Interested Parties
U.S. Trustee

**END OF ORDER**