IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF SCHEDULE CHANGE AND EVIDENTIARY HEARING

**PLEASE TAKE NOTICE,** that the following matters are scheduled for a hybrid hearing format offering in-person and videoconference participation:

**STATUS CONFERENCE** will be held on **September 15, 2025, at 3:00 p.m., ET** on:

**ECF 1255** - Notice *of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD)* Filed by Roman Catholic Archbishop of Baltimore. (Hopkin, Catherine)

**ECF 1301** - Response Filed by Survivor (related document(s)1255 Notice of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD) filed by Debtor Roman Catholic Archbishop of Baltimore).

**ECF 1318** - Objection on behalf of The Official Committee Of Unsecured Creditors Filed by Alan M. Grochal (related document(s)1255 Notice filed by Debtor Roman Catholic Archbishop of Baltimore).

**RESCHEDULED EVIDENTIARY HEARING:** will be held on **September 19, 2025, at 1:00 p.m., ET** on:

**ECF 1255** - Notice *of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD)* Filed by Roman Catholic Archbishop of Baltimore. (Hopkin, Catherine)

**ECF 1301** - Response Filed by Survivor (related document(s)1255 Notice of Debtor's Disposition of Leased Property (Unimproved Acreage Located in Baltimore County, MD) filed by Debtor Roman Catholic Archbishop of Baltimore).

**ECF 1318** - Objection on behalf of The Official Committee Of Unsecured Creditors Filed by Alan M. Grochal (related document(s)1255 Notice filed by Debtor Roman Catholic Archbishop of Baltimore).

**ECF 1328** - Exhibit/Witness List Filed by Catherine Keller Hopkin (related document(s)1255 Notice filed by Debtor Roman Catholic Archbishop of Baltimore). (Attachments: # 1 Debtor Exhibit 01) (Hopkin, Catherine)

**ECF 1337** - Objection on behalf of The Official Committee Of Unsecured Creditors Filed by Alan M. Grochal (related document(s)1328 Exhibit/Witness List filed by Debtor Roman Catholic Archbishop of Baltimore).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/15/2025

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
Hearings_MMH@mdb.uscourts.gov