September 15, 2025

To: The Honorable Judge Michelle Harner
From: An Archdiocese of Baltimore Sex Abuse Victim
Re: Arch of Baltimore Bankruptcy Case #23-16969

Dear Honorable Judge Harner,

Disappointed is the first word that comes to mind after the town hall meeting held by Stinson Law and the Official Creditors Committee. The meeting which occurred on Monday August 25th was the first such gathering since the inception of the bankruptcy case. In my opinion a long, long overdue meeting. This town hall meeting was supposed to be about where this case stands. It was far from that.

*"A lawyer to tell us, it's not about numbers, it's about our dignity, is a slap in the face."*

The entire meeting had the air of a well scripted play. Questions that seemed to be pre-written read aloud by what I now know was a paralegal from the Stinson firm. At least one participant smiling on video during the meeting.

*This was not a Town Hall to answer questions about the bankruptcy. It was a chance for this attorney to tell us how great a job he is doing."*

Survivors such as my self were subjected to secrecy during our abuse. After the abuse, survivors continued and to this day continue to live with secrecy. Many still have not spoken out to others about their history. The secrecy surrounding this case is just a reminder of past abuse.

*"What exactly is there to smile and laugh about? I have nothing to smile about, but I guess…, because from what I can see, they are getting paid top dollar by the Archdiocese of Baltimore."*

During the town hall Mr. Caldie from Stinson went on to talk about how he and his firm Stinson are updating firms representing victims on a quarterly timeframe. According to those that represent me this is absolutely false.

As detailed in another letter from a survivor the firms involved in the bankruptcy negotiations have made millions of dollars.

Archbishop Lori is probably sitting somewhere in an Archdiocese owned building watching this case turn into a complete debacle. He is probably holding on to joy that this case appears to have no end in sight.

*"If the Archdiocese was truly sorry for what happened to me, they would stop hiding behind this bankruptcy and spending money on all of these legal fees they could be paying survivors for failing all of us as children."*

The insurance companies just like the archdiocese seem to be one of the biggest obstacles in this case. Their lawyers creating legal barricades only to protect their own interest. For instance lawyers for Chubb constantly causing delays and issue with proceedings. They seem as though they want to shut us as victims down.

*"I was ok, I mean, I was broken inside, but I had decided that my abuser would not define me. And then the new law got passed and I dared to tell my story and dig up all this deep-buried pain, and for what, for the Archdiocese to once again tell me to SIT DOWN AND SHUT UP"*

Mr. Lori is no stranger to cover-up. He and the insurance companies seem to only want this case to linger on indefinitely. Recently the Archdiocese appears to be involved in a cover-up regarding property owned by the church. I am not surprised. The case is supposed to be about justice of past crimes. I hope

that the justice system doesn't fail me and other victims.

Since the inception of this legal process I have come to know other victims. We are now friends. Some just like me have sent letters to the court expressing their concerns about this case. It is disturbing to see that letters have yet to make it to the official docket. I hope that the court will eventually post those letters along with any future letters.

Regards,
A Victim to the Crime of Sexual Abuse at the hands of the Archdiocese of Baltimore

**Channel 2**
**Channel 11**
**Channel 13**
**Channel 45**
**The Baltimore Sun Newspaper**
**The Baltimore Banner News Organization**

AOB Victim
Baltimore, Maryland

Retail



21201

RDC 99



U.S. POSTAGE PAID
FCM LETTER
BEL AIR, MD 21014
SEP 16, 2025

**$6.08**

S2324E501411-06

Honorable Michelle M. Harner
United States Bankruptcy Court
101 West Lombard Street
Baltimore, Maryland 21201

9589 0710 5270 1835 3908 99



CERTIFIED MAIL



9589 0710 5270 1835 3908 99