# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (<u>Baltimore Division</u>)

In re:

Roman Catholic Archbishop of Baltimore,

      Debtor.

Case No. 23-16969-MMH

(Chapter 11)

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIST OF EXHIBITS IN CONNECTION WITH MOTION TO DISMISS

The Official Committee of Unsecured Creditors (the "Committee" or "Movant") hereby files this List of Exhibits in connection with the hearing scheduled on October 6, 2025 at 10 a.m. on the Committee's Contingent Motion to Dismiss the Bankruptcy Case (Dkt. 1320).

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Committee 01 | Glasnovich Declaration | | | |
| Committee 02 | Attorney General Report | | | |
| Committee 03 | Transcript of Audio Hearing March 14, 2023 | | | |
| Committee 03-1 | Audio File 3/14/23 Hearing (previously provided to Court) | | | |
| Committee 04 | Website Showing Senate Bill 686 | | | |
| Committee 05 | Website Showing House Bill 1 | | | |
| Committee 06 | MCC Website Who We Are Section | | | |
| Committee 07 | MCC Website Post on HB 1378 | | | |
| Committee 08 | MCC Position Statement—House Bill 1378 | | | |
| Committee 09 | Debtor's Informational Brief (Dkt. 5) | | | |

| | |
|---|---|
| Committee 10 | Archbishop Lori 9/29/23 Statement |
| Committee 11 | Excerpts from Testimony at 11/15/23 Creditors Meeting |
| Committee 12 | Debtor's Summary of Assets and Liabilities (Dkt. 146) |
| Committee 13 | Debtor's Responses/Objections to 1st Request for Admissions |
| Committee 14 | Transcript of 2/23/23 Maryland State Senate Hearing |
| Committee 14-1 | Audio File of 2/23/23 Hearing (previously provided to Court) |
| Committee 15 | Voting Record for Maryland Senate Bill 686 |
| Committee 16 | Transcript of 3/13/23 Maryland State Senate Hearing |
| Committee 16-1 | Audio File of 3/13/23 Hearing (previously provided to Court) |
| Committee 17 | Transcript of 3/28/23 Maryland State Senate Hearing |
| Committee 17-1 | Audio File of 3/28/23 Hearing (previously provided to Court) |
| Committee 18 | Declaration of John Matera (Dkt. 6) |
| Committee 19 | A Message from Archbishop Lori, 5/30/24 |
| Committee 20 | Supplemental Glasnovich Declaration |
| Committee 21 | Archbishop Lori Statement 11/9/23 |
| Committee 22 | Claims Register: https://dm.epiq11.com/case/rcabaltimore/info. |

Date: October 1, 2025	Respectfully submitted,

/s/ Alan M. Grochal
Alan M. Grochal, Fed. Bar No.: 01447
Richard L. Costella, Fed. Bar No. 14095
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9772
Fax: (410) 727-5460
Email: rcostella@tydings.com
　　　　agrochal@tydings.com

*Local Counsel to the Official Committee of Unsecured Creditors*

6453155.1

CORE/3529758.0002/191505255.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 1st day of October, 2025, a copy of the foregoing *OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIST OF EXHIBITS* was served via the Court's ECF filing, on the parties on the attached list:

/s/ Alan M. Grochal
Alan M. Grochal

**The following parties received CM/ECF notice of the filing:**

Nathan D. Adler, Esquire: nda@nqgrg.com
Philip D. Anker, Esquire: philip.anker@wilmerhale.com
Sam Alberts, Esquire: sam.alberts@dentons.com
Monique D. Almy, Esquire: malmy@crowell.com
G. Calvin Awkward, III, Esquire: cawkward@goldbergsegalla.com
Gary Bahena, Esquire: garybahena@bahenalaw.com
Hugh M. Bernstein, Esquire: hugh.m.bernstein@usdoj.gov
Diane C. Bristow, Esquire: dcb@nqgrg.com
Edwin H. Caldie, Esquire: ed.caldie@stinson.com
Richard L. Costella, Esquire: rcostella@tydings.com
PhilipTucker Evans, Esquire: philip.evans@hklaw.com
Kevin Foreman, Esquire: kforeman@carltonfields.com
Andrew Freeman, Esquire: adf@browngold.com
Andrew Glasnovich, Esquire: drew.glasnovich@stinson.com
Gary R. Greenblatt, Esquire: grg@cooncolelaw.com
Geoffrey Grivner, Esquire: geoffrey.grivner@bipc.com
Alan M. Grochal, Esquire: agrochal@tydings.com
Megan Harmon, Esquire: megan.harmon@bge.com
Catherine Keller Hopkin, Esquire: chopkin@yvslaw.com
Robert Keith Jenner: rjenner@jennerlawfirm.com
Steven J. Kelly, Esquire: skelly@gelaw.com
Nicole Khalouian, Esquire: nicole.khalouian@stinson.com
Robert T. Kugler, Esquire: robert.kugler@stinson.com
C. Scott Kunde, Jr., Esquire: scott.kunde@hklaw.com
Anthony May, Esquire: amay@browngold.com
Gordon Z. Novod, Esquire: gnovod@gelaw.com
Timothy P. Palmer, Esquire: timothy.palmer@bipc.com
Mark David Plevin, Esquire: mplevin@crowell.com
David Kendall Roberts, Esquire: droberts2@omm.com
Annette Rolain, Esquire: arolain@ruggerilaw.com
Blake D. Roth, Esquire: blake.roth@hklaw.com
James P. Ruggeri, Esquire: jruggeri@ruggerilaw.com
Jonathan Schapp, Esquire: jschapp@goldbergsegalla.com
U.S. Trustee – Baltimore: ustpregion04.ba.ecf@usdoj.gov
Irving Edward Walker, Esquire: iwalker@coleschotz.com
Jonathan Schochor, Esquire; jschochor@sfspa.com
Kerry Staton, Esquire; kstaton@sfspa.com
Joshua F. Kahn, Esquire; jkahn@sfspa.com
Thomas F. Yost, Esquire; tyost@yostlaw.com
Desirae Krislie C. Tongco, Esquire; dtongco@omm.com

Joshua D. Weinberg, Esquire: jweinberg@ruggerilaw.com
Adam R. Dunst, Esquire, adunst@goldbergsegalla.com
Samantha J. Hanson-Lenn, Esquire, Samantha.hansonlenn@stinson.com
Eric G. Korphage, Esquire, korphagee@whiteandwilliams.com
Robert H. Kline, Esquire, kliner@whiteandwilliams.com
Matthew M. Weiss, Esquire, mweiss@phrd.com
John E. Bucheit, Esquire, jbucheit@phrd.com
Matthew G. Roberts, Esquire, mroberts@phrd.com
John Grossbart, Esquire, john.grossbart@dentons.com
Siobhain P. Minarovich, Esquire, manarovics@whiteandwilliams.com
Justin P. Fasano, Esquire, jfasano@mhlawyers,com
Matthew C. Nelson, Esquire, matthew.nelson@kennedyslaw.com
Jillian G. Dennehy, Esquire, jillian.dennehy@kenedyslaw.com
James R. Murray, Esquire, jim.murray@blankrome.com
James D. Carter, Esquire, james.carter@blankrome.com
Robyn L. Michaelson, Esquire, robyn.michaelson@blankrome.com
Sara G. Klein, Esquire, sklein@manlystewart.com
Gary P. Seligman, Esquire, gseligman@wiley.law
Ezhan S. Hasan, Esquire, ahasan@wiley.com
Michael J. Belsky, Esquire, mbelsky@sbwdlaw.com
Catherine A. Dickinson, Esquire, cdickinson@sbwdlaw.com
Isabella R. Sayyah, Esquire, isayyah@gibsondunn.com
Matthew A. Hoffman, Esquire, mhoffman@gibsondunn.com
Ryan S. Appleby, Esquire, rappleby@gibsondunn.com
Michael A. Rosenthal, Esquire, mrosenthal@gibsondunn.com
Todd C. Jacobs, Esquire, tjacobs@phrd.com
Jesse J. Bair, Esquire, jbair@burnsbair.com
Timothy W. Burns, Esquire, tburns@burnsbair.com
Jared Zola, Esquire, jared.zola@blankrome.com
Anthony J.M. Kikendall, Esquire, kikendalla@whiteandWilliams.com
Eileen King Bower, Esquire,  Eileen.kingbower@clydeco.us
Robert M. Westra, Esquire, rwestra@ppsrlaw.com
Kevin A. Clasing, Esquire, kclasing@ppsrlaw.com
Morgan K. Stippel, Esquire, mstippel@burnsbair.com
Justine M. Daniels, Esquire, jdaniels@omm.com
Ryan S, Perlin, Esquire, perlin@mdtrialfirm.com
Emily C. Malarkey, Esquire, malarkey@mdtrialfirm.com
Jodie E. Bekman, Esquire, jbekman@gfrlaw.com
Timothy Karcher, Esquire, tkarcher@proskauer.com
Paul Possinger, Esquire, ppossinger@proskauer.com
Christopher White, Esquire, Christopher.white@clydeco.us
Clinton Cameron, Esquire, Clinton.cameron@clydeco.us
Bret Kabacinski, Esquire, bret.kabacinski@clydeco.us
Douglas McGill, Esquire, dmcgill@webbermcgill.com
Christopher Sevedge, Esquire, Christopher.sevedge@stinson.com
Ysabelle G. Reyes, Esquire, yreyes@wiley.law

6453155.1

CORE/3529758.0002/191505255.1

Shelby E. Kostolni, Esquire, Shelby.kostolni@stinson.com
Jon P. Newton, Esquire, jnewton@reidand riege.com
Benjamin M. Fischer, Esquire, bfischer@coleschotz.com