

One East Pratt Street
Suite 901
Baltimore, MD 21202
410.752.9700
Fax 410.727.5460

**Alan M. Grochal**
410.752.9715
Agrochal@tydings.com

October 3, 2025

**HAND DELIVERY**

Clerk
US Bankruptcy Court for the District of Maryland
8th Floor, U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

      Re:    Roman Catholic Archbishop of Baltimore, Case No. 23-16969

Dear Clerk:

      Enclosed are two USB drives containing exhibits for the hearing on Monday, October 6, 2025. The red USB drives contains exhibits for the Motion for Summary Judgment filed on behalf of the Official Committee of Unsecured Creditors and the black USB drive contains exhibits for the Motion to Dismiss filed on behalf of the Official Committee of Unsecured Creditors. Thank you for your assistance.

      Very truly yours,

      */s/ Alan M. Grochal*

      Alan M. Grochal

Enclosure