United States Bankruptcy Court

For the District of Maryland

Petition: 23-16969

Roman Catholic Archbishop of Baltimore, Petitioner

## Motion

The creditor named below for the above referenced petition files this Motion with the Court to be added to the Survivor's Committee. The Survivor's Committee is mandated to be comprised of representatives of the survivors of sexual abuse at the hand of priests and employees, etc. of the Petitioner. The committee, however, does not maintain a representative suitable to the only verified claims such of those of the Movant. The Movant's claims of sexual abuse are supported by a state criminal action wherein the abuser (a priest of the Petitioner) admitted to the abuse on a recording, entered into a plea agreement, convicted and was punished with jail time and a life long registry requirement as a sex offender. No other claim of a survivor can meet the burden put forth by the Movant as a survivor.

The Novant sought concurrence from the Office of the Trustee, such concurrence was not given as the Trustee's office did not want the burden of having to find another representative, in addition to the Movant, so as to keep an odd number of members of the committee. The convenience of the Trustee should not be a decision making factor an thus the Movant asks this Court to order the Trustee to add the Movant to the Survivor's Committee.

Respectfully submitted this 29th day of September 2025,

*[signature: J.F. (Jef) Curran]*

John F. Curran, Pro se Creditor

2096 Brookstone Drive

Mt. Juliet, TN 37122

jefcurran@hotmail.com

(731) 458-7111

## Certificate of Service

A copy of the foregoing was served upon the Trustee via email. Further the Pro se Creditor relies upon service utilizing the CF/ECM system of PACER.

*[signature: J.F. (Jef) Curran]*

John F. Curran, Pro se Creditor