**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(<u>Baltimore Division</u>)**

| | |
|---|---|
| In re: | Case No. 23-16969-MMH |
| Roman Catholic Archbishop of Baltimore, | (Chapter 11) |
| Debtor. | |

## **<u>LINE FILING COMMITTEE PLAN</u>**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, files this line attaching the present version of the Committee's preferred plan of reorganization. The Committee remains committed to achieving a consensual resolution of this chapter 11 case and hopes submitting this alternative draft plan of reorganization will provide context for the Debtor's public proposal, enhance understanding of the process and its status, and ultimately assist in moving this chapter 11 case forward to a fair and equitable resolution.

Date: October 3, 2025                              Respectfully submitted,

<div style="margin-left: 50%;">

/s/ Edwin H. Caldie
Alan M. Grochal, Fed. Bar No.: 01447
Richard L. Costella, Fed. Bar No. 14095
Tydings & Rosenberg LLP
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9772
Fax: (410) 727-5460
Email: rcostella@tydings.com
            agrochal@tydings.com

*Local Counsel to the Official Committee of Unsecured Creditors*

-and-

</div>

CORE/3529758.0002/196542157.2

Robert T. Kugler (MN # 194116)
Edwin H. Caldie (MN # 388930)
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email: robert.kugler@stinson.com
ed.caldie@stinson.com
*Counsel to the Official Committee of*

*Unsecured Creditors*