IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

**THE ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE**

   Debtor.

Case No.: 23-16969-MMH

Chapter 11

### MOTION OF THE UNITED STATES TRUSTEE FOR STAY OF PROCEEDINGS REGARDING CREDITOR MOTION TO BE ADDED TO CREDITORS' COMMITTEE IN LIGHT OF LAPSE OF APPROPRIATIONS

David W. Asbach, Acting United States Trustee for Region 5 (the "United States Trustee"), pursuant to 11 U.S.C. § 105 and Rules 9006 and 9013 of the Federal Rules of Bankruptcy Procedure, moves for a stay of all proceedings related to, including the deadline for the United States Trustee to file a response to, the Motion of John F. Curran, to be added to the creditors' committee (the "Motion") (*see* Doc. 1411), and as grounds therefor, states as follows:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys and employees, including the United States Trustee and his staff, are prohibited from working, even on a voluntary basis, except in very limited

circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice, through the United States Trustee, therefore requests a stay of all proceedings related to, including the deadline for responding to, the Motion, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department, including the United States Trustee Program. The United States Trustee requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

WHEREFORE, although we greatly regret any disruption caused to the Court and the other litigants, the United States Trustee hereby moves for a stay all proceedings related to, including the deadline for responding to, the Motion, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

David W. Asbach
Acting United States Trustee for Region 5

Date: October 15, 2025        By: /s/ *Hugh M. Bernstein*
                              Hugh M. Bernstein
                              (Fed. Bar No.: 23489)
                              United States Department of Justice
                              101 West Lombard Street, Suite 2625
                              Baltimore, Maryland 21201
                              (410) 962-4300
                              hugh.m.bernstein@usdoj.gov

                              Attorney for the United States Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this 15th day of October, 2025, a copy of the foregoing Motion was mailed, first class, postage prepaid, to:

> John F. Curran
> 2096 Brookstone Drive
> Mt. Juliet, Tennessee 37122.

**I HEREBY FURTHER CERTIFY** that according to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

**Nathan D. Adler**     nda@nqgrg.com, terry@nqgrg.com
**Sam Alberts**     sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
**Monique D. Almy**     malmy@crowell.com, cbest@crowell.com
**Monique Desiree Almy**     malmy@crowell.com, cbest@crowell.com;malmy@ecf.axosfs.com;monique-almy-7127@ecf.pacerpro.com
**Philip D. Anker**     philip.anker@wilmerhale.com, Yolande.Thompson@wilmerhale.com
**Ryan S. Appleby**     rappleby@gibsondunn.com
**G. Calvin Awkward**     cawkward@goldbergsegalla.com, wbartholomew@goldbergsegalla.com
**Jesse Bair**     jbair@burnsbair.com, kdempski@burnsbair.com
**Jodie E. Bekman**     jbekman@gfrlaw.com, dferguson@gfrlaw.com
**Michael J. Belsky**     mbelsky@sbwdlaw.com
**Hugh M. (UST) Bernstein**     hugh.m.bernstein@usdoj.gov
**Eileen King Bower**     eileen.kingbower@clydeco.us, christopher.white@clydeco.us
**Diane C. Bristow**     dcb@nqgrg.com, taylor@nqgrg.com
**Timothy W. Burns**     tburns@burnsbair.com, kdempski@burnsbair.com
**Edwin H Caldie**     ed.caldie@stinson.com, jess.rehbein@stinson.com
**Richard L. Costella**     rcostella@tydings.com, scalloway@tydings.com;MYoung@tydings.com;zjones@tydings.com;swilliams@tydings.com
**Jillian Dennehy**     jillian.dennehy@kennedyslaw.com
**Robert Wagner DiUbaldo**     rdiubaldo@carltonfields.com
**Adam Ross Durst**     adurst@goldbergsegalla.com
**Philip Tucker Evans**     philip.evans@hklaw.com, kimi.odonnell@hklaw.com;hapi@hklaw.com
**Justin Philip Fasano**     jfasano@mhlawyers.com,

jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;mevans@mhlawyers.com;cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Kevin Foreman    kforeman@carltonfields.com
Andrew Freeman    adf@browngold.com, khill@browngold.com;ldyson@browngold.com
Andrew Glasnovich    drew.glasnovich@stinson.com
Gary R. Greenblatt    grg@cooncolelaw.com, cmh@cooncolelaw.com;mes@cooncolelaw.com
Geoffrey Grivner    geoffrey.grivner@bipc.com, donna.curcio@bipc.com
Alan M. Grochal    agrochal@tydingslaw.com, scalloway@tydings.com
Adam P. Haberkorn    ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com
Samantha Hanson-Lenn    samantha.hansonlenn@stinson.com, mpl.lssteam5@stinson.com
Megan Harmon    megan.harmon@bge.com
Ezhan Syed Hasan    ahasan@wiley.law
Matthew Allan Hoffman    mhoffman@gibsondunn.com
Catherine Keller Hopkin    chopkin@yvslaw.com, pgomez@yvslaw.com;kreese@yvslaw.com;vmichaelides@yvslaw.com;yvslawcmecf@gmail.com;hopkincr39990@notify.bestcase.com
Todd C. Jacobs    tjacobs@phrd.com
Robert Keith Jenner    rjenner@jennerlawfirm.com
Joshua Kahn    jkahn@sfspa.com
Steven J Kelly    skelly@gelaw.com, vbeal@gelaw.com,gnovod@gelaw.com,4523903420@filings.docketbird.com
Nicole Khalouian    nicole.khalouian@stinson.com
Anthony Kikendall    kikendalla@whiteandwilliams.com
Robert H. Kline    kliner@whiteandwilliams.com
Eric George Korphage    korphagee@whiteandwilliams.com
Robert T Kugler    robert.kugler@stinson.com
Christopher Scott Kunde    scott.kunde@hklaw.com
Emily C Malarkey    malarkey@mdtrialfirm.com
Stephen A. Markey    steve@markeylawfirm.com, amy@markeylawfirm.com
Anthony May    amay@browngold.com
Siobhain Patricia Minarovich    minarovichs@whiteandwilliams.com
James R Murray    Jim.Murray@blankrome.com
Michael Raymond Naccarato    mrnaccarato@gw-law.com
Matthew Nelson    matthew.nelson@kennedyslaw.com, linda.conigliero@kennedyslaw.com
Janet M. Nesse    jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
Gordon Z. Novod    gnovod@gelaw.com

Timothy P. Palmer     timothy.palmer@bipc.com
Ryan S. Perlin     perlin@mdtrialfirm.com
Mark D. Plevin     mplevin@plevinturner.com
Mark David Plevin     mplevin@crowell.com
Marie Ysabelle Hope Gatmaitan Reyes     yreyes@wiley.law
David Kendall Roberts     droberts2@omm.com, dave-roberts-9007@ecf.pacerpro.com
Matthew Roberts     mroberts@phrd.com
Annette Rolain     arolain@ruggerilaw.com, bkfilings@ruggerilaw.com
Michael Rosenthal     mrosenthal@gibsondunn.com
Blake Daniel Roth     blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.young@hklaw.com
James Pio Ruggeri     jruggeri@ruggerilaw.com
Isabella Sayyah     isayyah@gibsondunn.com
Jonathan Schapp     jschapp@goldbergsegalla.com, bfaulkner@goldbergsegalla.com;kallen@goldbergsegalla.com
Tancred Schiavoni     tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
Jeffrey R. Scholnick     jscholnick@scholnicklaw.com, ccasado@scholnicklaw.com;scholnick.jeffreyb107952@notify.bestcase.com
Gary Paul Seligman     gseligman@wiley.law
David J. Shuster     dshuster@kg-law.com, ssohn@kg-law.com
Alex B Silverman     asilverman@carltonfields.com
Natalie L. Soloperto     NSoloperto@gibsondunn.com
Morgan Kathleen Stippel     mstippel@burnsbair.com, kdempski@burnsbair.com
Miranda Turner     mturner@plevinturner.com, miranda-turner-7827@ecf.pacerpro.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV
Nora Anne Valenza-Frost     nvalenza-frost@carltonfields.com
John P Van Beek     jvanbeek@goldmanvanbeek.com, gvbparalegal@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com
Irving Edward Walker     iwalker@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com
Joshua D Weinberg     jweinberg@ruggerilaw.com
Matthew Michael Weiss     mweiss@phrd.com
Robert Matthew Westra     rwestra@ppsrlaw.com, westrarr66199@notify.bestcase.com
Harris B. Winsberg     hwinsberg@phrd.com
Thomas Yost     staceyhare@yostlaw.com

- 7 -

And that further notice is being provided to all required parties by Epiq Corporate Restructuring, LLC

                                                                           /s/ *Hugh M. Bernstein*
                                                                           Hugh M. Bernstein