Sep 30, 2025

23-16969

Judge Michelle Harner

I am a trauma certified psychotherapist. My main practice is in Maryland.

I have seen the awful and tragic effects of childhood trauma, more than I care to mention.

Childhood sexual trauma is more damaging throughout a victim's lifespan, as it effects all aspects, especially relations and self - more than other trauma.

The child brain is still growing and when the trauma occurs in this developmental stage, it actually "changes" the way the brain developes. MRI/imaging studies can actually pinpoint a "normal" brain vs. a traumatized brain. This is a physical manifestation of the brain, that is not able to be fully remediated (ever).

The best that we can do to help these innocent, traumatized children is to teach them to navigate the world around them in the altered state of their brains. This includes body regulation techniques such as mindfulness, deep breathing, somatic re-directions, meditation and such. Also, education such as triggers, hypervigilence and navigating a "hostile" world view. →with a myriad of various downstream effects

* Medications are heavily prescribed for trauma v.

The goal is to be "as normal as possible" compared to un-traumatized people. The deficit in the brain is permanent and pervasive!

I specialize with trauma victims and have contact with sexually abused survivors of the Catholic Church. I am heavily invested in this court case and it's outcome.

God Bless you &
I hope you take this letter the way it was intended.

A licensed psychotherapist
(anonymous).