UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In re: <br><br> Roman Catholic Archbishop of Baltimore, <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-16969-MMH |

### CENTURY'S RESPONSE TO COMMITTEE OF UNSECURED CREDITORS' AGENDA FOR "SURVIVOR STATEMENT HEARING"
### [ECF 1036 RELATED TO ECF 1258]

The "agenda" that the Committee submitted on Friday, October 31, for the hearing to present "survivor statements" to the Court states that counsel for the Committee intends to give opening and closing statements. [ECF 1483, at 1–2 (listing "opening" and "closing" remarks by Committee counsel).]

The application that the Committee filed to hold this proceeding requested a hearing for claimants to give statements about their cases without comment or response by counsel for any party. [ECF 1036, at ¶¶ 10–11.] The memorandum opinion, order, and amended order issued by the Court granted the Committee's application on the basis on which it was presented. [ECF 1258, 1259, 1379.]

Century respects the Court's Order scheduling the Survivor's Statement Hearing and is not rearguing the entry of the Order. However, the Committee's request to give opening and closing argument is seemingly outside the scope of the Order.[1] In this regard only, Century respectfully objects to the Committee's proposed agenda and its request to give opening and closing argument

---

[1] Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century").

on November 5, 2025, hearing.

Dated:  November 3, 2025

        **O'MELVENY & MYERS LLP**

<u>/s/ David K. Roberts</u>
David K. Roberts (D. Md. Bar No. 18776)
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20006
droberts2@omm.com

Tancred Schiavoni, Esq. (admitted *pro hac vice*)
Desirae Tongco, Esq. (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas
17th Floor
New York, NY 10019
Telephone: 212-326-2000
tschiavoni@omm.com
dtongco@omm.com

*Counsel to Federal Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, and Westchester Fire Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of November 2025, a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF e-filing system on all parties of record:

**Nathan D. Adler**
nda@nqgrg.com

**Sam Alberts**
sam.alberts@dentons.com

**Philip D. Anker**
philip.anker@wilmerhale.com

**Ryan S. Appleby**
rappleby@gibsondunn.com

**G. Calvin Awkward**
cawkward@goldbergsegalla.com

**Jesse Bair**
jbair@burnsbair.com

**Michael J. Belsky**
mbelsky@sbwdlaw.com

**Hugh M. (UST) Bernstein**
hugh.m.bernstein@usdoj.gov

**Diane C. Bristow**
dcb@nqgrg.com, taylor@nqgrg.com

**Timothy W. Burns**
tburns@burnsbair.com

**Edwin H Caldie**
ed.caldie@stinson.com

**Richard L. Costella**
rcostella@tydings.com

**Monique D. Almy**
malmy@crowell.com

**Monique Desiree Almy**
malmy@crowell.com

**Justin Philip Fasano**
jfasano@mhlawyers.com

**Kevin Foreman**
kforeman@carltonfields.com

**Andrew Freeman**
adf@browngold.com

**Andrew Glasnovich**
drew.glasnovich@stinson.com

**Gary R. Greenblatt**
grg@cooncolelaw.com

**Geoffrey Grivner**
geoffrey.grivner@bipc.com

**Alan M. Grochal**
agrochal@tydingslaw.com

**Adam P. Haberkorn**
ahaberkorn@omm.com

**Samantha Hanson-Lenn**
samantha.hansonlenn@stinson.com

**Megan Harmon**
megan.harmon@bge.com

**Ezhan Syed Hasan**
ahasan@wiley.law

**Jillian Dennehy**
jillian.dennehy@kennedyslaw.com

**Robert Wagner DiUbaldo**
rdiubaldo@carltonfields.com

**Adam Ross Durst**
adurst@goldbergsegalla.com

**Philip Tucker Evans**
philip.evans@hklaw.com

**Steven J Kelly**
skelly@gelaw.com

**Nicole Khalouian**
nicole.khalouian@stinson.com

**Anthony Kikendall**
kikendalla@whiteandwilliams.com

**Robert H. Kline**
kliner@whiteandwilliams.com

**Eric George Korphage**
korphagee@whiteandwilliams.com

**Robert T Kugler**
robert.kugler@stinson.com

**Christopher Scott Kunde**
scott.kunde@hklaw.com

**Anthony May**
amay@browngold.com

**Siobhain Patricia Minarovich**
minarovichs@whiteandwilliams.com

**Matthew Nelson**
matthew.nelson@kennedyslaw.com

**Janet M. Nesse**
jnesse@mhlawyers.com

**Gordon Z. Novod**

**Matthew Allan Hoffman**
mhoffman@gibsondunn.com

**Catherine Keller Hopkin**
chopkin@yvslaw.com

**Todd C. Jacobs**
tjacobs@phrd.com

**Robert Keith Jenner**
rjenner@jennerlawfirm.com

**Annette Rolain**
arolain@ruggerilaw.com

**Michael Rosenthal**
mrosenthal@gibsondunn.com

**Blake Daniel Roth**
blake.roth@hklaw.com

**James Pio Ruggeri**
jruggeri@ruggerilaw.com

**Isabella Sayyah**
isayyah@gibsondunn.com

**Jonathan Schapp**
jschapp@goldbergsegalla.com

**Harris B. Winsberg**
hwinsberg@phrd.com

**Alex B Silverman**
asilverman@carltonfields.com

**Natalie L. Soloperto**
NSoloperto@gibsondunn.com

**Miranda Turner**
mturner@plevinturner.com

**US Trustee - Baltimore**
USTPRegion04.BA.ECF@USDOJ.GOV

gnovod@gelaw.com

**Timothy P. Palmer**
timothy.palmer@bipc.com

**Mark D. Plevin**
mplevin@plevinturner.com

**Matthew Roberts**
mroberts@phrd.com

**Nora Anne Valenza-Frost**
nvalenza-frost@carltonfields.com

**Irving Edward Walker**
iwalker@coleschotz.com

**Joshua D Weinberg**
jweinberg@ruggerilaw.com

**Matthew Michael Weiss**
mweiss@phrd.com

I HEREBY CERTIFY those same documents were served via first-class mail to the following persons:

| | |
|---|---|
| **R. David Gallo**<br>Parker Hudson<br>303 Peachtree St. NE Suite 3600<br>Atlanta, GA 30308 | **American Express National Bank**<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| **David William Kinkopf**<br>Gallagher Evelius and Jones LLP<br>218 N. Charles Street, Suite 400<br>Baltimore, MD 21201 | **Berkeley Research Group, LLC**<br>Attn: Matthew K. Babcock<br>201 South Main Street, Suite 450<br>Salt Lake City, UT 84111 |
| **Christopher G. Linscott**<br>Keegan Linscott & Associates, PC<br>3443 N. Campbell Avenue, Suite 115<br>Tucson, AZ 85719 | **Stephen Boyd**<br>Steve Boyd, PC<br>2969 Main Street<br>Buffalo, NY 10020 |
| **Robyn L. Michaelson**<br>Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020 | **Catherine A. Dickinson**<br>Schlachman, Belsky, Weiner & Davey, P.A.<br>300 East Lombard Street, Suite 1100<br>Baltimore, MD 21202 |
| **Mark D. Pfeiffer**<br>Buchanan Ingersoll & Rooney PC<br>50 S. 16th Street<br>Suite 3200<br>Philadelphia, PA 19102 | **Ford Elsaesser**<br>ELSAESSER ANDERSON, CHTD.<br>519 High Street<br>PO Box 369<br>Priest River, ID 83856 |

        */s/ David K. Roberts*
        David K. Roberts