Entered: November 17th, 2025
Signed: November 17th, 2025

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| *In re:* <br><br> Roman Catholic Archbishop of Baltimore, <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-16969-MMH |

## STIPULATION AND CONSENT ORDER RESOLVING
## NOTICE OF DISPOSITION OF PROPERTY

**WHEREAS**, this Stipulation is entered into by the Roman Catholic Archbishop of Baltimore (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtor, the "Parties") in the above-captioned bankruptcy case for the purpose of reaching resolution on the Debtor's pending Notice of Disposition of Real Property (Dkt. 1440) (the "Howard County Notice").

**WHEREAS**, the parties, by their undersigned attorneys, hereby agree and stipulate as follows,

**NOW THEREFORE**, it is hereby Ordered by the United States Bankruptcy Court for the District of Maryland:

1. With respect to the proposed dedication of a portion of the parcel of real property that the Debtor owns (the "Howard County Property") for a right of way, which Howard County Property and the portion to be dedicated (the "Right of Way") are more fully described in the

Howard County Notice as well as attached **Exhibit A** hereto, the Debtor is authorized to dedicate the Right of Way to Howard County, Maryland.

2. With respect to the proposed dedication of a portion of the Howard County Property as a forest conservation easement (the "Forest Conservation Easement"), which is more fully described in the Howard County Notice, also reflected in attached Exhibit A, the Debtor is authorized to dedicate the Forest Conservation Easement to Howard County, Maryland.

3. The Debtor's proposed dedication of both the Right of Way and the Forest Conservation Easement shall be deemed to be in accordance with the Debtor's sound business judgment.

4. Notwithstanding the dedication or improvement of the Right of Way or the Forest Conservation Easement; for purposes of any plan confirmation proposed by the Debtor, any analysis as to the necessity of the property to the Debtor's mission and current operations shall be based on the character, use and nature of the portion of the Howard County Property as it existed prior to the dedication of the Right of Way and Forest Conservation Easement to Howard County, Maryland. If, however, the Howard County Property undergoes any change in character, use, or nature other than with respect to the improvements described in the Howard County Notice, any such change in character, use or nature shall be considered for purposes of any such liquidation analysis.

Dated: November 13, 2025

CONSENTED TO:

| | |
|---|---|
| */s/ Catherine Keller Hopkin* | */s/ Richard L. Costella* |
| Catherine Keller Hopkin, 28257 | Richard L. Costella, 14095 |
| Corinne Donohue Adams, 18768 | Alan M. Grochal, 01447 |
| YVS Law, LLC | Tydings & Rosenberg LLP |
| 185 Admiral Cochrane Drive, Suite 130 | 1 East Pratt Street, Suite 901 |
| Annapolis, Maryland 21401 | Baltimore, Maryland 21202 |
| (443) 569-0788 | (410) 752-9772 |
| chopkin@yvslaw.com | rcostella@tydings.com |
| | agrochal@tydings.com |

*Local Counsel and Conflicts Counsel for Debtor*

Blake D. Roth (admitted pro hac vice)
C. Scott Kunde (admitted pro hac vice)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
blake.roth@hklaw.com/scott.kunde@hklaw.com

*Counsel for the Debtor*

Edwin H. Caldie
Andrew Glasnovich
Robert T. Kugler
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
(612) 335-1500
ed.caldie@stinson.com
drew.glasnovich@stinson.com
robert.kugler@stinson.com

Nicole Khalouian
Stinson LLP
100 Wall Street, Suite 201
New York, New York 10005
(631) 974-2938
nicole.khalouian@stinson.com

*Counsel for the Official Committee of Unsecured Creditors*

     I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

                                                                        /s/ Catherine Keller Hopkin
                                                                          Catherine Keller Hopkin

cc:    Catherine Keller Hopkin, Esquire
        YVS Law, LLC
        185 Admiral Cochrane Drive, Suite 130
        Annapolis, Maryland 21401
        Attached Service List

**END OF ORDER**

**The following parties received CM/ECF notice of the filing:**

Nathan D. Adler, Esquire
(nda@nqgrg.com)
Counsel for Luminace Solar MC, LLC
Neuberger Quinn Gielen Rubin & Gibber
1 South Street, 27th Floor
Baltimore, Maryland  21202

Sam Alberts, Esquire
(sam.alberts@dentons.com)
Counsel for Travelers Indemnity, et al.
Dentons US LLP
1301 K Street NW, Suite 600, East Tower
Washington, D.C.  20005

Monique D. Almy, Esquire
(malmy@crowell.com)
Counsel for American Casualty Company
Crowell & Moring, LLP
1001 Pennsylvania Ave. NW, 10th Floor
Washington, D.C.  20004

Philip D. Anker, Esquire
(philip.anker@wilmerhale.com)
Counsel for Hartford Accident&Indemnity
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007

G. Calvin Awkward, III, Esquire
(cawkward@goldbergsegalla.com)
Counsel for Employers Ins. of Wausau
Goldberg Segalla LLP
111 South Calvert Street, Suite 2000
Baltimore, Maryland  21202

Gary Bahena, Esquire
(garybahena@bahenalaw.com)
Counsel for HBC LLC
Bahena & Associates LLC
428 North Street
Portsmouth, Virginia  23704

Hugh M. Bernstein, Esquire
(hugh.m.bernstein@usdoj.gov)
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Diane C. Bristow, Esquire
(dcb@nqgrg.com)
Counsel for Luminace Solar MC, LLC
Neuberger Quinn Gielen Rubin & Gibber
1 South Street, 27th Floor
Baltimore, Maryland  21202

Edwin H. Caldie, Esquire
(ed.caldie@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Richard L. Costella, Esquire
(rcostella@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Robert W. DiUbaldo, Esquire
(rdiubaldo@carltonfields.com)
Counsel for Lexington Ins. and NH Ins.
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York  10174-0002

Philip Tucker Evans, Esquire
(philip.evans@hklaw.com)
Counsel for Debtor
Holland and Knight
800 17th Street, Ste. 1100
Washington, D.C.  20006

Justin Philip Fasano, Esquire
(jfasano@mhlawyers.com)
Counsel for General Star Indemnity Co.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  22070

Kevin Foreman, Esquire
(kforeman@carltonfields.com)
Counsel for Epiq Corporate Restructuring
Carlton Fields, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, D.C.  20007

Andrew Freeman, Esquire
(adf@browngold.com)
Counsel for Committee Chair
Brown Goldstein & Levy
120 East Baltimore Street, Suite 2500
Baltimore, Maryland  21202

Andrew Glasnovich, Esquire
(drew.glasnovich@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Gary R. Greenblatt, Esquire
(grg@cooncolelaw.com)
Counsel for St. Mary's Seminary
Coon & Cole, LLC
305 West Chesapeake Avenue, Suite 510
Towson, Maryland  21204

Geoffrey Grivner, Esquire
(geoffrey.grivner@bipc.com)
Counsel for PNC Bank, N.A.
Buchanan Ingersoll & Rooney PC
500 Delaware Avenue, Suite 720
Wilmington, Delaware  19801

Alan M. Grochal, Esquire
(agrochal@tydings.com)
Counsel for Committee
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Samantha Hanson-Lenn, Esquire
(samantha.hansonlenn@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Megan Harmon, Esquire
(megan.harmon@bge.com)
Baltimore Gas & Electric Company
110 West Fayette Street, 12th Floor
Baltimore, Maryland  21201

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Co-Counsel for Debtor
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Robert Keith Jenner
(rjenner@jennerlawfirm.com)
Jenner Law, P.C.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

Steven J. Kelly, Esquire
(skelly@gelaw.com)
Grant & Eisenhofer P.A.
3600 Clipper Mill Road, Suite 240
Baltimore, Maryland  21211

Nicole Khalouian, Esquire
(nicole.khalouian@stinson.com)
Counsel for Committee
Sinson LLP
100 Wall Street, Suite 201
New York, New York  10005

Robert H. Kline, Esquire
(kliner@whiteandwilliams.com)
Counsel for Fireman's Fund Insurance
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Eric George Korphage, Esquire
(korphagee@whiteandwilliams.com)
Counsel for Fireman's Fund Insurance
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Robert T. Kugler, Esquire
(robert.kugler@stinson.com)
Counsel for Committee
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota  55402

Siobhain P. Minarovich, Esquire
(minarovichs@whiteandwilliams.com)
Counsel for Fireman's Fund Insurance
White and Williams LLP
7 Times Square, Suite 2900
New York, New York  10036

Mark D. Plevin, Esquire
(mplevin@plevinturner.com)
Plevin & Turner LLP
580 California Street, 12th Floor
San Francisco, California  94105
Counsel for American Casualty Company of Reading, Pennsylvania

Annette Rolain, Esquire
(arolain@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K St NW, Suite 600
Washington, D.C.  20006

Jonathan Schapp, Esquire
(jschapp@goldbergsegalla.com)
Counsel for Employers Ins. of Wausau
Goldberg Segalla LLP
665 Main Street
Buffalo, New York  14203

U.S. Trustee – Baltimore
(ustpregion04.ba.ecf@usdoj.gov)
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Joshua D. Weinberg, Esquire
(jweinberg@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C.  20006

C. Scott Kunde, Jr., Esquire
(scott.kunde@hklaw.com)
Counsel for Debtor
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219

Gordon Z. Novod, Esquire
(gnovod@gelaw.com)
Grant & Eisenhofer PA
485 Lexington Avenue, 29th Floor
New York, New York  10017

David Kendall Roberts, Esquire
(droberts2@omm.com)
Counsel for Federal Insurance Co.
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, D.C.  20006

Blake D. Roth, Esquire
(blake.roth@hklaw.com)
Counsel for Debtor
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219

Alex B. Silverman, Esquire
(asilverman@carltonfields.com)
Counsel for Lexington Ins. and NH Ins.
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York  10174-0002

Nora Anne Valenza-Frost, Esquire
(nvalenza-frost@carltonfields.com)
Counsel for Lexington Ins. and NH Ins.
Carlton Fields, P.A.
405 Lexington Avenue, 36th Floor
New York, New York  10174-0002

Matthew Michael Weiss, Esquire
(mweiss@phrd.com)
Counsel for Fireman's Fund Insurance
Parker Hudson Rainer & Dobbs LLP
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia  30308

Anthony May, Esquire
(amay@browngold.com)
Counsel for Committee Chair
Brown Goldstein & Levy
120 East Baltimore Street, Suite 2500
Baltimore, Maryland  21202

Timothy P. Palmer, Esquire
(timothy.palmer@bipc.com)
Counsel for PNC Bank, N.A.
Buchanan Ingersoll & Rooney PC
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania  15219-4413

Matthew Roberts, Esquire
(mroberts@phrd.com)
Counsel for Fireman's Fund Insurance
Parker Hudson Rainer & Dobbs LLP
303 Peachtree Street, NE, Ste 3600
Atlanta, Georgia  30308

James P. Ruggeri, Esquire
(jruggeri@ruggerilaw.com)
Counsel for Hartford and Twin City
Ruggeri Parks Weinberg LLP
1875 K Street NW, Suite 600
Washington, D.C.  20006

Miranda H. Turner, Esquire
(mturner@plevinturner.com)
Plevin & Turner LLP
1701 Pennsylvania Ave NW, 2nd Floor
Washington, D.C.  20006
Counsel for American Casualty Company of Reading, Pennsylvania

Irving Edward Walker, Esquire
(iwalker@coleschotz.com)
Counsel for Ad Hoc Committee
Cole Schotz P.C.
1201 Wills Street, Suite 320
Baltimore, Maryland  21231

Harris B. Winsberg, Esquire
(hwinsberg@phrd.com)
Counsel for Fireman's Fund Insurance
Parker Hudson Rainer & Dobbs LLP
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia  30308

# EXHIBIT A









