UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN RE: : | |
| : | |
| ROMAN CATHOLIC ARCHBISHOP : | |
| OF BALTIMORE, : | NO.   23-16969-MMH |
| : | |
| Debtor : | CHAPTER 11 |

### CLAIMANT SURVIVOR 1428'S LINE RESPONSE
### TO DEBTOR'S OBJECTION

This matter is before the Court on the Debtor's Claim Objection (Docket #1520) to Claim 10527 on behalf of Claimant Survivor 1428. Debtor's position is that Claim 10527 is insufficient because it does not provide a supplement.

Pursuant to the Court's December 2, 2025, Order Extending Deadline to Respond to Claim Objections and Establishing Interim Procedures Governing Pending Objections, Claimant Survivor 1428 OPPOSES the Debtor's position. Plaintiff filed her Proof of Claim on May 30, 2024, prior to the March 31, 2024, bar date to file claims in this case. (*See* Doc. #316) The Sexual Abuse Claim Supplement is "optional," whereby the absence of this form does not mitigate the timely filing of the Proof of Claim. (*See* Doc. #316, Exhibit 1)

WHEREFORE, Claimant Survivor 1428 requests this honorable Court OVERRULE Debtor's objection (Docket no. 1520).

Respectfully Submitted,

*/s/ Nathaniel L. Foote*
Nathaniel L. Foote, Esq. (#30928)
**Andreozzi + Foote**
nate@vca.law
4503 North Front Street
Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143
*Counsel for Claimant*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 29th day of January, 2026, a copy of the foregoing Line Response to Debtor's Objection was electronically filed with this Court and to all counsel and parties of record.

*/s/ Nathaniel L. Foote*
Nathaniel L. Foote