UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,

Debtor.[1]

Chapter 11

Case No. 23-16969-MMH

**NOTICE OF PROPOSED AGENDA STATUS CONFERENCE
SCHEDULED FOR MARCH 2, 2026 AT 10:00 A.M. (ET)**

**CONTESTED MATTERS.**

I. *Status update regarding Motion to Establish Procedures for Objections to Proofs of Claim and Responses Thereto [Dkt. # 2021] filed on February 10, 2026.*

   **Responses Received:**

   A. *The Official Committee of Unsecured Creditors filed its Opposition to Debtor's Motion to Establish Procedures for Objections to Proofs of Claim and Responses Thereto [Dkt. # 2078] on February 24, 2026. Several claimant parties have filed joinders to the Committee's Opposition, which are docketed at:*

      Dkt. # 2079
      Dkt. # 2081
      Dkt. # 2083
      Dkt. # 2096

   **Status:** The Debtor will provide a status update and respond to any concerns or questions the Court has with regard to this matter.

II. *Status update regarding Order Extending Deadline to Respond to Claim Objections and Establishing Interim Procedures Governing Pending Objections [Dkt. # 1764] entered by the Court on December 2, 2025 and the Debtor's Line Regarding Status of Claim Objections [Dkt. # 2058] filed on February 17, 2026.*

   **Responses Received:**

   A. *None.*

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

**Status:** The Debtor will provide a status update and respond to any concerns or questions the Court has regarding the status of these claim objections and responses thereto, which are detailed more fully in the Line [Dkt. # 2058].

Dated: February 27, 2026               Respectfully submitted,

                                       _____/s/ Catherine Keller Hopkin_____
                                       Catherine Keller Hopkin (Fed. Bar No. 28257)
                                       **YVS LAW, LLC**
                                       185 Admiral Cochrane Drive, Suite 130
                                       Annapolis, MD 21401
                                       Telephone:    443.569.0788
                                       Facsimile:    410.571.2798
                                       Email: chopkin@yvslaw.com

                                       -and-

                                       Blake D. Roth (admitted *pro hac vice*)
                                       C. Scott Kunde (admitted *pro hac vice*)
                                       **HOLLAND & KNIGHT LLP**
                                       511 Union Street, Suite 2700
                                       Nashville, TN 37219
                                       Telephone:    615.244.6380
                                       Facsimile:    615.244.6804
                                       Email: blake.roth@hklaw.com
                                              scott.kunde@hklaw.com

                                       -and-

                                       Philip T. Evans (Fed. Bar No. 11796)
                                       **HOLLAND & KNIGHT LLP**
                                       800 17th Street, NW, Suite 1100
                                       Washington, DC 20006
                                       Telephone:    202.457.7043
                                       Email: philip.evans@hklaw.com

                                       *Attorneys for the Debtor and Debtor in Possession*

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2026, notice of filing the Notice of Proposed Agenda for Hearing Scheduled for March 2, 2026 at 10:00 A.M. (ET) was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

    /s/ Catherine Keller Hopkin
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

- Nathan D. Adler, Esquire - nda@nqgrg.com; terry@nqgrg.com
- Sam Alberts, Esquire - sam.alberts@dentons.com; docket.general.lit.wdc@dentons.com
- Monique Desiree Almy, Esquire - malmy@crowell.com; cbest@crowell.com; malmy@ecf.axosfs.com; monique-almy-7127@ecf.pacerpro.com
- Philip D. Anker, Esquire - philip.anker@wilmerhale.com; Yolande.Thompson@wilmerhale.com
- Ryan S. Appleby, Esquire - rappleby@gibsondunn.com; ryan-s-appleby-6523@ecf.pacerpro.com
- G. Calvin Awkward, Esquire - cawkward@goldbergsegalla.com; wbartholomew@goldbergsegalla.com
- Jesse Bair, Esquire - jbair@burnsbair.com; kdempski@burnsbair.com
- Jodie E. Bekman, Esquire - jbekman@gfrlaw.com; dferguson@gfrlaw.com
- Michael J. Belsky, Esquire - mbelsky@sbwdlaw.com
- Brian Bennett, Esquire - brianbennett1962@comcast.net
- Hugh M. (UST) Bernstein, Esquire - hugh.m.bernstein@usdoj.gov
- Eileen King Bower, Esquire - eileen.kingbower@clydeco.us, christopher.white@clydeco.us
- Diane C. Bristow, Esquire - dcb@nqgrg.com; taylor@nqgrg.com
- Timothy W. Burns, Esquire - tburns@burnsbair.com; kdempski@burnsbair.com,4756200420@filings.docketbird.com
- Edwin H Caldie, Esquire - ed.caldie@stinson.com; jess.rehbein@stinson.com
- Jacob C Cohn, Esquire - jcohn@grsm.com; tdonahue@grsm.com
- Elizabeth Connell, Esquire - elizabeth@connellcounsel.com
- Richard L. Costella, Esquire - rcostella@tydings.com; scalloway@tydings.com; MYoung@tydings.com; zjones@tydings.com; swilliams@tydings.com
- Nicholas Anthony Dellefave, Esquire - nicholas.dellefave@hklaw.com
- Jillian Dennehy, Esquire - jillian.dennehy@kennedyslaw.com
- Robert Wagner DiUbaldo, Esquire - rdiubaldo@carltonfields.com
- Adam Ross Durst, Esquire - adurst@goldbergsegalla.com
- Philip Tucker Evans, Esquire - philip.evans@hklaw.com; kimi.odonnell@hklaw.com; hapi@hklaw.com
- Justin Philip Fasano, Esquire - jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- Kevin Foreman, Esquire - kforeman@carltonfields.com
- Andrew Freeman, Esquire - adf@browngold.com; khill@browngold.com; ldyson@browngold.com
- Richard A Galbo, Esquire - rgalbo@goldbergsegalla.com
- Andrew Glasnovich, Esquire - drew.glasnovich@stinson.com
- Gary R. Greenblatt, Esquire - grg@cooncolelaw.com; cmh@cooncolelaw.com; mes@cooncolelaw.com
- Geoffrey Grivner, Esquire - geoffrey.grivner@bipc.com; donna.curcio@bipc.com
- Alan M. Grochal, Esquire - agrochal@tydingslaw.com; scalloway@tydings.com
- Adam P. Haberkorn, Esquire - ahaberkorn@omm.com; adam-haberkorn-2269@ecf.pacerpro.com
- Samantha Hanson-Lenn, Esquire - samantha.hansonlenn@stinson.com; mpl.lssteam5@stinson.com
- Megan Harmon, Esquire - megan.harmon@bge.com
- Ezhan Syed Hasan, Esquire - ahasan@wiley.law
- Matthew Allan Hoffman, Esquire - mhoffman@gibsondunn.com; matthew-a-hoffman-3853@ecf.pacerpro.com
- Catherine Keller Hopkin, Esquire - chopkin@yvslaw.com; pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
- Sheldon N Jacobs, Esquire - sheldon@sheldonjacobslaw.com
- Todd C. Jacobs, Esquire - tjacobs@phrd.com
- Robert Keith Jenner, Esquire - rjenner@jennerlawfirm.com
- Joshua Kahn, Esquire - jkahn@sfspa.com
- Steven J Kelly, Esquire - skelly@gelaw.com; vbeal@gelaw.com,gnovod@gelaw.com,4523903420@filings.docketbird.com
- Nicole Khalouian, Esquire - nicole.khalouian@stinson.com
- Anthony Kikendall, Esquire - kikendalla@whiteandwilliams.com
- Robert H. Kline, Esquire - kliner@whiteandwilliams.com
- Eric George Korphage, Esquire - korphagee@whiteandwilliams.com
- Robert T Kugler, Esquire - robert.kugler@stinson.com
- Christopher Scott Kunde, Esquire - scott.kunde@hklaw.com
- Emily C Malarkey, Esquire - malarkey@malperl.com
- Stephen A. Markey, Esquire - steve@markeyorsilaw.com; amy@markeylawfirm.com
- Siobhain Patricia Minarovich, Esquire - minarovichs@whiteandwilliams.com
- James R Murray, Esquire - Jim.Murray@blankrome.com
- Michael Raymond Naccarato, Esquire - mrnaccarato@gw-law.com
- Frank Natale, Esquire - fan121968@gmail.com
- Matthew Nelson, Esquire - matthew.nelson@kennedyslaw.com; linda.conigliero@kennedyslaw.com
- Janet M. Nesse, Esquire - jnesse@mhlawyers.com; jfasano@mhlawyers.com; cpalik@mhlawyers.com; jnesse@ecf.inforuptcy.com; tmackey@mhlawyers.com; cmartin@mhlawyers.com; kfeig@mhlawyers.com
- Gordon Z. Novod, Esquire - gnovod@gelaw.com
- Timothy P. Palmer, Esquire - timothy.palmer@bipc.com
- Ryan S. Perlin, Esquire - perlin@malperl.com
- Mark D. Plevin, Esquire - mplevin@plevinturner.com
- Mark David Plevin, Esquire - mplevin@crowell.com
- Marie Ysabelle Hope Gatmaitan Reyes, Esquire - yreyes@wiley.law
- David Kendall Roberts, Esquire - droberts2@omm.com; dave-roberts-9007@ecf.pacerpro.com
- Matthew Roberts, Esquire - mroberts@phrd.com
- Annette Rolain, Esquire - arolain@ruggerilaw.com; bkfilings@ruggerilaw.com
- Michael Rosenthal, Esquire - mrosenthal@gibsondunn.com
- Blake Daniel Roth, Esquire - blake.roth@hklaw.com; brooke.freeman@hklaw.com; cathy.young@hklaw.com
- James Pio Ruggeri, Esquire - jruggeri@ruggerilaw.com
- Isabella Sayyah, Esquire - isayyah@gibsondunn.com
- Jonathan Schapp, Esquire - jschapp@goldbergsegalla.com; bfaulkner@goldbergsegalla.com; kallen@goldbergsegalla.com
- Tancred Schiavoni, Esquire - tschiavoni@omm.com; tancred-schiavoni-9326@ecf.pacerpro.com

- Jeffrey R. Scholnick, Esquire - jscholnick@scholnicklaw.com; ccasado@scholnicklaw.com; scholnick.jeffreyb107952@notify.bestcase.com
- Gary Paul Seligman, Esquire - gseligman@wiley.law
- David J. Shuster, Esquire - dshuster@kg-law.com; ssohn@kg-law.com
- Alex B Silverman, Esquire - asilverman@carltonfields.com
- Natalie L. Soloperto, Esquire - NSoloperto@gibsondunn.com
- Morgan Kathleen Stippel, Esquire - mstippel@burnsbair.com; kdempski@burnsbair.com
- Miranda Turner, Esquire - mturner@plevinturner.com; miranda-turner-7827@ecf.pacerpro.com
- US Trustee - Baltimore, Esquire - USTPRegion04.BA.ECF@USDOJ.GOV
- Nora Anne Valenza-Frost, Esquire - nvalenza-frost@carltonfields.com
- John P Van Beek, Esquire - jvanbeek@goldmanvanbeek.com; gvbparalegal@goldmanvanbeek.com; hcurrier@goldmanvanbeek.com
- Irving Edward Walker, Esquire - iwalker@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com
- Joshua D Weinberg, Esquire - jweinberg@ruggerilaw.com
- Matthew Michael Weiss, Esquire - mweiss@phrd.com
- Robert Matthew Westra, Esquire - rwestra@ppsrlaw.com; westrarr66199@notify.bestcase.com
- Harris B. Winsberg, Esquire - hwinsberg@phrd.com
- Thomas Yost, Esquire - staceyhare@yostlaw.com