United States Bankruptcy Court

For the District of Maryland

Petition: 23-16969

Roman Catholic Archbishop of Baltimore, Petitioner

## Motion for Continuance

The creditor named below, as party in interest, for the above referenced petition files this Motion for Continuance to the 2 March 2026 hearing wherein the Motion to Dismiss (a Motion also filed by the Movant), pending before this Court, is to be heard. The Movant is a party in interest to this matter.

## Argument

The movant had an initial hearing on, or about, 9 February 2026 wherein the Court began its proceedings to hear the Motion to Dismiss to Bankruptcy Petition of the Debtor. The Court ordered the parties to meet and discuss a discovery process. The parties have met and the Movant has subsequently been served with a subpoena for the production of documents. The Movant will be traveling to obtain those documents during the last 2 weeks of February and is due to return on, or about, the 4th of March 2026 with documents to formulate his response to the served subpoena.

The Movant respectfully submits this Motion for Continuance regarding the Movant's Motion to Dismiss the Bankruptcy Petition currently scheduled for 2 March 2026 and hereby consents to an extension of time for the Court to hold a hearing on the Motion to Dismiss pursuant to Section 1112(b)(3) of the U.S. Bankruptcy Code through and including July 6, 2026. Further whereto the Court has a statutory obligation to hear the Movant's Motion to Dismiss, so as to preserve the Movant's right to file such motion, the Movant waives his right to have his Motion to Dismiss timely heard by this Court.



### Relief Sought

The Movant seeks an Order from this Court granting a continuance until the Court's routine Motion calendar, for a status conference, in April 2026

Respectfully submitted this 18th day of February 2026,

*J.F. (Jef) Curran* (signature)

John F. Curran, Pro se Creditor

2096 Brookstone Drive

Mt. Juliet, TN 37122

jefcurran@hotmail.com

(731) 458-7111

### Certificate of Service

A copy of the foregoing was served upon the Trustee via email. Further the Pro se Creditor relies upon service utilizing the CF/ECM system of PACER.

*J.F. (Jef) Curran* (signature)

John F. Curran, Pro se Creditor