Entered: March 31st, 2026
Signed: March 31st, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| * * * * * * | * | * * * * * * |
| Official Committee of Unsecured Creditors, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 26-00041-MMH |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * | * | * * * * * * |

### ORDER ADDRESSING MOTION FOR PRELIMINARY INJUNCTION AND
### MOTION TO DISMISS AND SETTING DEADLINES AND HEARINGS

The Court has reviewed the Motion for Preliminary Injunction (the "Motion") and believes that it would benefit from additional briefing and an evidentiary hearing on the Motion. ECF 13. In addition, the Court finds some symmetry between the Motion and the Defendant's Motion to Dismiss. ECF 15. Allowing the parties to present their respective arguments on each of these papers at the same hearing will facilitate a more complete and efficient resolution to these gating issues in this adversary proceeding.

Accordingly, counsel to the Plaintiff and the Defendant shall meet and confer to determine if they can agree upon a temporary stay of the activities at issue in the Motion, pending an evidentiary hearing on the Motion and arguments on the Motion to Dismiss on April 15, 2026 (the "Temporary Stay"). If the parties cannot agree on the Temporary Stay, the Court will hear preliminary arguments on the Motion on an expedited basis.

To facilitate the foregoing, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that, **on or before April 1, 2026**, counsel to the Plaintiff and the Defendant shall meet and confer regarding the Temporary Stay; and it is further

**ORDERED**, that if the parties do not file a proposed consent order on the Temporary Stay **on or before April 2, 2026, at 12:00 pm, ET**, the Court will hold a preliminary hearing on the Motion **on April 2, 2026, at 2:30 pm, ET**, in person in Courtroom 9-C in Baltimore; and it is further

**ORDERED**, that the Court will hold an evidentiary hearing on the Motion and arguments on the Motion to Dismiss on **April 15, 2026, at 2:00 pm, ET**, in person in Courtroom 9-C in Baltimore; and it is further

**ORDERED**, that any responsive papers to the Motion and the Motion to Dismiss must be filed with the Court and served on the opposing party **on or before April 13, 2026**.

cc:    All Parties
       All Counsel

**END OF ORDER**
