UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

In re:

ROMAN CATHOLIC ARCHBISHOP OF
BALTIMORE,

Debtor.[1]

Chapter 11

Case No. 23-16969-MMH

**LINE FILING PLAN EXHIBIT 11-A**

The Official Committee of Unsecured Creditors, Plaintiff, by its undersigned Counsel, files

Exhibit 11-A to the Plan.

Dated: April 3, 2026

/s/ Alan M. Grochal

**Tydings & Rosenberg LLP**

Alan M. Grochal, Fed. Bar
No.: 01447
Richard L. Costella, Fed. Bar
No. 14095
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9772
Fax: (410) 727-5460
Email: rcostella@tydings.com
        agrochal@tydings.com

*Local Counsel to the Official
Committee of Unsecured
Creditors*

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

EXHIBIT 11-A