# EXHIBIT 11-A



CCF01

CORE/3529758.0002/240236716.1



CA01



CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1





HFR02



CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1





CORE/3529758.0002/240236716.1

MRB01



CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1



OLP01



CORE/3529758.0002/240236716.1



OLS01





CORE/3529758.0002/240236716.1



OLV01

CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1





SAR01

CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1



SAH01



CORE/3529758.0002/240236716.1



SAR01



CORE/3529758.0002/240236716.1



SEA01



SFF01

CORE/3529758.0002/240236716.1



SIL01

CORE/3529758.0002/240236716.1



SJW01



SJE03

CORE/3529758.0002/240236716.1

SJOO1 & SJOO2





CORE/3529758.0002/240236716.1

SJS02



SJM01

CORE/3529758.0002/240236716.1



SLM01

CORE/3529758.0002/240236716.1

CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1



SMF02

CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1



SPL01

CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1



CORE/3529758.0002/240236716.1