Entered: April 8th, 2026
Signed: April 8th, 2026

**SO ORDERED**



_Michelle M. Harner_
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (<u>Baltimore Division</u>)

| | |
|---|---|
| In re: | Case No. 23-16969 |
| Roman Catholic Archbishop of Baltimore, | Chapter 11 |
| Debtor. | Judge Michelle M. Harner |

**SECOND STIPULATION AND CONSENT ORDER BY AND AMONG THE DEBTOR AND VARIOUS CLAIMANTS' COUNSEL REGARDING MOTIONS TO PERMIT LATE FILING OF PROOFS OF CLAIM**

WHEREAS, the Roman Catholic Archbishop of Baltimore (the "***Debtor***"), legal counsel from Gorman & Williams ("***G&W***"), legal counsel from Reid and Riege, P.C. ("***R&R***"), legal counsel from Brown, Goldstein & Levy, LLP ("***BGL***"), and legal counsel from Slater Slater Schulman LLP ("***Slater***", and together with G&W, R&R and BGL, the "***Claimants' Counsel***", and together with the Debtor, collectively, the "***Parties***"), by their respective attorneys, hereby stipulate and agree as follows:

WHEREAS, on September 29, 2023, the Debtor commenced the above-captioned chapter 11 case (the "***Chapter 11 Case***"), by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Maryland (the "***Court***").

WHEREAS, the Claimants' Counsel have filed motions with the Court seeking an order that certain proofs of claim be deemed "timely filed" despite being filed after the bar date (the "***Motions***") (See Dkt. Nos. 1167, 1813, 1814, 1815, 1816, 1817, 1818, 1819, 1820, 1822, 1823, 1824, 1825, 1826, 1827, 1828, 1829, 1830, 1831, 1840, and 1843).

WHEREAS, the Parties previously agreed to a response schedule as set forth in the *Stipulation and Order by and among the Debtor and Various Claimants' Counsel regarding Motions to Permit Late Filing of Proofs of Claim* (Dkt. No. 1920).

AND WHEREAS, the Parties, having met and conferred, and agree and stipulate as follows,

NOW THEREFORE, it is hereby Ordered by the United States Bankruptcy Court for the District of Maryland:

1. The Debtor's response deadline to each of the Motions will be set for **Monday, April 27, 2026**.

2. To the extent the Debtor files a response to any particular Motion, the respective Claimants' Counsel reply deadline will be set for **Wednesday, May 27, 2026**.

3. Nothing in this stipulation is an admission by the Parties with regard to any of the claims, defenses, allegations, or arguments asserted in the Chapter 11 Case with respect to the Motions.

CONSENTED TO:

Dated:  April 8, 2026

/s/  *Blake D. Roth*_____
Blake D. Roth (admitted pro hac vice)
C. Scott Kunde (admitted pro hac vice)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: blake.roth@hklaw.com
         scott.kunde@hklaw.com

And

Philip T. Evans (Fed. Bar No. 11796)
Holland & Knight LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.457.7043
Email: philip.evans@hklaw.com

And

Catherine K. Hopkin (Fed. Bar No. 28257)
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone: 443.569.0788
Facsimile: 410.571.2798
Email: chopkin@yvslaw.com

*Counsel for the Debtor and Debtor in Possession*

Dated:  April 8, 2026

/s/  *Michael Naccarato*_____
Michael Naccarato (Fed. Bar No. 23079)
Gorman & Williams
36 South Charles Street
Suite 900
Baltimore, MD 21201
Telephone: (410) 929-1921


/s/ *Jon P. Newton*_____
Jon P. Newton (Fed. Bar No. ct03376)
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
Telephone: (860) 278-1150


/s/ *Andrew D. Freeman*_____
Andrew D. Freeman (Fed. Bar No. 03867)
Brown, Goldstein & Levy, LLP
120 E. Baltimore St., Ste. 2500
Baltimore, MD 21202
Telephone: (410) 962-1030


/s/ *Frank Natale*_____
Frank Natale (Fed. Bar No. 19310)
SLATER SLATER SCHULMAN LLP
9475 Deereco Road, Suite 350
Timonium, MD 21093
Telephone: (443) 998-6705


        I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

                    /s/ Catherine Keller Hopkin_____
                    Catherine Keller Hopkin


**END OF ORDER**


3