**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | |
|---|---|
| In re: | * |
| | * |
| Roman Catholic Archbishop of Baltimore, | *   Case No. 23-16969-MMH |
| | * |
| Debtor. | *   Chapter 11 |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE that a hearing will be held on April 16, 2026, at 9:00 a.m.,**

**ET, by hybrid format offering in-person and videoconference participation\*** on the following

papers:

**ECF 2172** – Motion to Continue Hearing Scheduled for *April 20, 2026* Filed by Federal Insurance Co., Indemnity Insurance Company Of North America, Insurance Company of North America, Westchester Fire Insurance Company (related document(s)2129 Motion for Miscellaneous Relief filed by Creditor Survivor Claimant 636, 2133 Relief from Stay and Notice of Motion filed by Creditor Survivor Claimant 1255, 2151 Motion for Miscellaneous Relief filed by Interested Party Robert K Jenner, 2153 Notice of Motion filed by Creditor Survivor Claimants 1346 and 1134, 2155 Relief from Stay and Notice of Motion filed by Interested Party Slater, Slater & Schulman LLP, 2157 Line filed by Creditor Committee The Official Committee Of Unsecured Creditors). (Attachments: # 1 Proposed Order) (Roberts, David) (Entered: 04/01/2026)

**ECF 2201** - Objection on behalf of The Official Committee Of Unsecured Creditors Filed by Alan M. Grochal (related document(s)2172 Motion to Continue/Reschedule Hearing filed by Interested Party Insurance Company of North America, Interested Party Indemnity Insurance Company Of North America, Interested Party Federal Insurance Co., Interested Party Westchester Fire Insurance Company). (Grochal, Alan) (Entered: 04/08/2026)

**ECF 2202** - Line *Joinder to Movants' Motion to Continue Hearings on Motions to Lift Stay and to Consolidate Hearings* on behalf of Roman Catholic Archbishop of Baltimore Filed by Blake Daniel Roth (related document(s)2172 Motion to Continue/Reschedule Hearing filed by Interested Party Insurance Company of North America, Interested Party Indemnity Insurance Company Of North America, Interested Party Federal Insurance Co., Interested Party Westchester Fire Insurance Company). (Roth, Blake) (Entered: 04/08/2026)

*A listen-only line with be available for parties in interest not involved in the pending matters.*

**\*Any witness must be identified on the party's witness list and appear in person at the hearing, unless a motion is filed and granted justifying the witnesses' remote appearance under the very stringent standards of Federal Rule of Civil Procedure 43 and Federal Rule of Bankruptcy Procedure 9017**.

***\*\*\* Please take notice that the matters set for the above-referenced hearing may affect the rights and remedies of parties in interest in this case.  \*\*\****

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/8/2026

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
Hearings_MMH@mdb.uscourts.gov