**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| The Official Committee of Unsecured Creditors, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 26-00041-MMH |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF AGENDA FOR HEARING ON APRIL 16, 2026, AT 9:00 A.M. ET

1. **23-16969 Roman Catholic Archbishop of Baltimore**

   a. **ECF 2172** – Motion to Continue Hearing Scheduled for *April 20, 2026* Filed by Federal Insurance Co., Indemnity Insurance Company Of North America, Insurance Company of North America, Westchester Fire Insurance Company (related document(s)2129 Motion for Miscellaneous Relief filed by Creditor Survivor Claimant 636, 2133 Relief from Stay and Notice of Motion filed by Creditor Survivor Claimant 1255, 2151 Motion for Miscellaneous Relief filed by Interested Party Robert K Jenner, 2153 Notice of Motion filed by Creditor Survivor Claimants 1346 and 1134, 2155 Relief from Stay and Notice of Motion filed by Interested Party Slater, Slater & Schulman LLP, 2157 Line filed by Creditor Committee The Official Committee Of Unsecured Creditors). (Attachments: # 1 Proposed Order) (Roberts, David) (Entered: 04/01/2026)

      i. **ECF 2201** - Objection on behalf of The Official Committee Of Unsecured Creditors Filed by Alan M. Grochal (related document(s)2172 Motion to Continue/Reschedule Hearing filed by Interested Party Insurance Company of North America, Interested Party Indemnity Insurance Company Of North

1

America, Interested Party Federal Insurance Co., Interested Party Westchester Fire Insurance Company). (Grochal, Alan) (Entered: 04/08/2026)

    ii.  **ECF 2202** - Line *Joinder to Movants' Motion to Continue Hearings on Motions to Lift Stay and to Consolidate Hearings* on behalf of Roman Catholic Archbishop of Baltimore Filed by Blake Daniel Roth (related document(s)2172 Motion to Continue/Reschedule Hearing filed by Interested Party Insurance Company of North America, Interested Party Indemnity Insurance Company Of North America, Interested Party Federal Insurance Co., Interested Party Westchester Fire Insurance Company). (Roth, Blake) (Entered: 04/08/2026)

  b.  **ECF 2196\*** - Emergency Motion *for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue Providing Real Estate Advisory Services, (II) Continue Collecting Elements of Cathedraticum in Connection with Real Estate Advisory Services, and (III) Granting Related Relief* Filed by Roman Catholic Archbishop of Baltimore. (Attachments: # 1 Exhibit A-Proposed Interim Order # 2 Exhibit B-Proposed Final Order) (Hopkin, Catherine) (Entered: 04/07/2026) **\*This matter may be removed from the hearing docket if no timely objections are filed.**

2.  <u>**26-00041 The Official Committee of Unsecured Creditors v. Roman Catholic Archbishop of Baltimore**</u>

  a.  **ECF 13** - Motion for Preliminary Injunction Filed by The Official Committee of Unsecured Creditors. (Attachments: # 1 Affidavit of Andrew Glasnovich # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Proposed Order) (Grochal, Alan) (Entered: 03/27/2026)

  b.  **ECF 15** - Motion to Dismiss Adversary Proceeding *for Failure to State a Claim Upon Which Relief May Be Granted and Failure to Join Indispensable Parties and Brief Supporting Motion* Filed by Roman Catholic Archbishop of Baltimore. (Roth, Blake) (Entered: 03/27/2026)