Entered: April 10th, 2026
Signed: April 9th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | Chapter 11 |
| Debtor. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER ADDRESSING OBJECTION DEADLINE FOR
### PENDING MOTIONS REQUESTING RELIEF FROM STAY

On April 8, 2026, the Court entered a Notice of Hearing on, among other things, the Motion to Continue Hearing Scheduled for April 20, 2026.[1] ECF 2206. The Movant thereafter filed a Letter requesting clarification of the deadline to object to the motions for relief from stay currently set for hearing on April 20, 2026 (collectively, the "Stay Motions").[2] ECF 2215.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that, unless further extended by Order of the Court, the deadline for parties in interest to object or respond to the Stay Motions is **9:00 a.m., ET, on April 20, 2026**.

cc:    Debtor
Debtor's Counsel
Committee's Counsel
Movant's Counsel
All Creditors and Interested Parties
U.S. Trustee

### END OF ORDER

---

[1] The Court set a hearing on the Motion to Continue Hearing Scheduled for April 20, 2026, for **April 16, 2026, at 9:00 a.m., ET**. That hearing will go forward as scheduled by the Notice of Hearing at ECF 2206.
[2] The Stay Motions are as follows: ECF 2129 Motion for Miscellaneous Relief filed by Creditor Survivor Claimant 636; ECF 2133 Relief from Stay and Notice of Motion filed by Creditor Survivor Claimant 1255; ECF 2151 Motion for Miscellaneous Relief filed by Interested Party Robert K Jenner; ECF 2153 Notice of Motion filed by Creditor Survivor Claimants 1346 and 1134; ECF 2155 Relief from Stay and Notice of Motion filed by Interested Party Slater, Slater & Schulman LLP; ECF 2157 Line filed by The Official Committee Of Unsecured Creditors.