**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ROMAN CATHOLIC ARCHBISHOP | : | |
| OF BALTIMORE, | : | NO.   23-16969-MMH |
| | : | |
| Debtor | : | CHAPTER 11 |

## CLAIMANT SURVIVORS 1429 and 1676's RESPONSES TO DEBTOR'S OBJECTIONS

This matter is before the Court on the Debtor's Claim Objection (Docket # 1525) to Claim 10534 filed on behalf of Claimant Survivor 1429 and Debtor's Claim Objection (Docket # 1657) to Claim 70850 filed on behalf of Claimant Survivor 1676.  Claimant Survivors 1429 and 1676 filed line item responses in the Debtor's Objections on January 29, 2026 (Docket ## 1948 and 1944).  However, Claimant Survivors 1429 and 1676 file this response to provide additional context to the Court.

The Debtor Roman Catholic Archbishop of Baltimore's position is that Claim 10534 is Amended and Superseded by Claim 10648 and Claim 70850 is a duplicate of 70856. Claimant Survivors disagree with the Debtor's characterization of the documents filed after the Proof of Claims in each respective case, as the subsequently-filed documents are supplements to the original Proof of Claims. Therefore, Claimant Survivors 1429 and 1676 request that this Court consolidate all

original and supplemental filings made in each respective case and direct the clerk to catalogue each under the claim number of the original filing.  In support thereof, Survivors Claimants 1429 and 1676 provide the below context.

## ARGUMENT

This matter is before the Court on the Motion to Establish Procedures for Objections to Proofs of Claims and Responses Thereto, filed by the Debtor Roman Catholic Archbishop of Baltimore (Docket # 2021).  After holding a hearing on the Motion, the Court entered an Order directing the parties to discuss consensual procedures governing the Debtor's objections to proofs of claim based on the Non-Substantive Grounds of Amended and Superseded and Duplicative Claims (Docket #2150). Thereafter, the parties filed a Notice of Impasse stating that the Debor and Committee have been unable to reach an agreement (Docket ## 2184 and 2185).

Claimant Survivors 1429 and 1676 submit this Response to the Court to provide clarification on their respective procedural histories.  Claimant Survivor 1429's Proof of Claim was assigned a Claim Number of 10534.  Claimant Survivor 1429's later filed Supplement to Proof of Claim was assigned a new Claim Number of 10648.  The Debtor improperly labeled Claim Number 10648 as an Amended Claim in its Omnibus Objection (Docket #1525).  Claimant Survivor 1429's Supplement provides supplemental information to the original Proof of Claim.  As such, Claimant Survivor 1429 requests that the Court combine all filed documents

RESPONSES TO DEBTOR'S OBJECTIONS

on behalf of Claimant Survivor 1429 under one assigned claim number and deem all filed documents to have been filed as of the date of the original Proof of Claim.

Claimant Survivor 1676's Proof of Claim was assigned a Claim Number of 70850. Claimant Survivor 1676's later filed supplement was assigned a new Claim Number of 70856. The Debtor incorrectly labeled Claim Number 70856 as a "duplicate claim" in its objection (Docket # 1657). By definition, Claim Number 70856 is not a duplicate of Claim Number 70850, because it does not contain the same information. Instead, Claim Number 70856 should be designated as a Supplement to Claim Number 70850, as it provides supplemental information to the original Proof of Claim. Therefore, Claimant Survivor 1676 requests that the Court combine all filed documents on behalf of Claimant Survivor 1676 under one assigned claim number and deem all filed documents to have been filed as of the date of the original Proof of Claim.

WHEREFORE, Claimant Survivors 1429 and 1767 request that this honorable Court OVERRULE Debtor's objections and enter an order substantially

/

/

/

/

/

3

RESPONSES TO DEBTOR'S OBJECTIONS

in the form attached hereto as Exhibit A, and entering such other further relief as the Court deems appropriate. (Dockets ##1525 and 1657).


Dated:  4/27/2026                    Respectfully Submitted,

*/s/ Nathaniel L. Foote*
Nathaniel L. Foote, Esq. (#30928)
nate@vca.law
4503 North Front Street
Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143
*Personal Injury Counsel for Plaintiffs*


<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on this 27th day of April, 2026, a copy of the foregoing Claimant Survivors' Response to Debtor's Objections was electronically filed with this Court and to all counsel and parties of record.


By: */s/ Holly S. Martz-Horner*
Holly S. Martz-Horner

RESPONSES TO DEBTOR'S OBJECTIONS