Entered: April 29th, 2026
Signed: April 28th, 2026



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE THAT THE HEARING SCHEDULED FOR
### MAY 4, 2026, AT 10:00 AM ET HAS BEEN REMOVED
### FROM THE COURT'S CALENDAR

PLEASE TAKE NOTICE that the hearing scheduled for May 4, 2026, at 10:00 a.m. ET, and Noticed in the above-captioned case by the Amended Order Setting Further Omnibus Hearing Dates [ECF 1861] has been removed from the Court's calendar.

Accordingly, the hearing scheduled for May 4, 2026, at 10:00 a.m. ET in this case is CANCELLED.

cc:    All counsel and parties
       U.S. Trustee

**END OF NOTICE**