**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:

ROMAN CATHOLIC ARCHBISHOP OF
BALTIMORE,

                     Debtor.[1]

Chapter 11

Case No. 23-16969-MMH

**EMERGENCY MOTION TO CHANGE START TIME**
**FOR HEARING SCHEDULED FOR JUNE 1, 2026**

Roman Catholic Archbishop of Baltimore (the "Debtor"), by undersigned counsel, files

this Emergency Motion to Change Start Time for Hearing Scheduled for June 1, 2026, and states

as follows:

This Court set a hearing on June 1, 2026, commencing at 9 a.m. EST (the "Hearing"),

which hearing was noticed on April 22, 2026 by entry of the Order Setting Briefing Schedule and

Evidentiary Hearing [Dkt. No. 2308].

Several matters are set to be heard at the Hearing, including but not limited to:

A.      Debtor's Motion for Entry of an Order, Pursuant to Section 105(a) and 362 of the
Bankruptcy Code, Extending the Automatic Stay [Dkt No. 12] and responses thereto.

B.      Various Motions to Modify the Automatic Stay filed by various Survivor Claimants
which are docketed at: (i) Survivor Claimant 636 [Dkt. No. 2129] filed March 18, 2026;
(ii) Survivor Claimant 1255 [Dkt. No. 2133] filed March 20, 2026; (iii) Survivor Claimant
737 [Dkt. No. 2151] filed March 24, 2026; (iv) Survivor Claimants 1346 and 1134 [Dkt.
No. 2154] filed March 24, 2026; (v) Survivor Claimants 851 and 859 [Dkt. No. 2155].

C.      Line Objection by Slater Slater Schulman LLP objecting to Century's Amended
Witness/Exhibit List for June 1-2, 2026 Hearing Regarding Stay Relief Motions [Dkt. No.
2488].

---

[1]   The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal
place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

D.      Debtor's Objections to The Official Committee of Unsecured Creditors' Exhibit List for the June 1 and June 2, 2026 Hearing [Dkt. No. 2489] filed May 27, 2026.

E.      The Ad Hoc Committee of Parishes, Schools, and Affiliates' Objection to The Official Committee of Unsecured Creditors' Exhibit List for the June 1 and June 2, 2026 Hearing [Dkt. No. 2490] filed May 27, 2026.

The Debtor, the Committee, the Ad Hoc Committee, the lift stay movants, and the parties objecting to the various pleadings listed above met and conferred to determine how to best proceed at the Hearing in order to maximize efficiency and reduce the amount of time necessary for the Hearing.

All of the parties other than Century Indemnity Company, as a successor to CCI Insurance Company, which is a successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century") agreed to request that, so long as it is agreeable to this Court, the Hearing be scheduled to start at 1 p.m. EST rather than 9 a.m. EST on June 1, 2026. Century's Objection to the Stay Relief Motions and Committee's Memorandum in Support of Stay Relief Motions [Dkt. No. 2270] filed April 20, 2026.

The parties, other than Century, recognize that there is currently only one witness confirmed, which witness is the Debtor's witness and (i) is unable to attend the Hearing on June 1 but will be attending on June 2, 2026; and (ii) is a witness for whom the Debtor intends to offer direct examination by declaration, subject to live cross examination.  Thus, the parties  (other than Century) have determined that only the afternoon of June 1, 2026, and the full day of June 2, 2026, should be more than sufficient time to present evidence and arguments required for the Hearing.

Century has named two witnesses, but neither has been confirmed to attend on June 1, 2026, to the Debtor's knowledge.

If the Hearing is not moved to start at 1 p.m. EST, the Debtor will incur significant costs related to additional hotel stays for all out-of-town counsel that seek payment of fees and costs

2

from the estate.  Furthermore, it will result in the loss of a half of day of work for all of the professionals involved, as well as any client representatives planning to attend, unnecessarily.

Given that all parties other than Century seek a 1 p.m. EST start time for the Hearing on June 1, 2026, the Debtor respectfully requests that the Court enter an Order providing that the Hearing on June 1, 2026, be started at 1 p.m. EST rather than 9 a.m. EST.

Dated: May 29, 2026                          Respectfully submitted,


       /s/ Catherine Keller Hopkin
Catherine Keller Hopkin (Fed. Bar No. 28257)
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone:     443.569.0788
Facsimile:     410.571.2798
Email: chopkin@yvslaw.com

*-and-*

Blake D. Roth (admitted *pro hac vice*)
C. Scott Kunde (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone:     615.244.6380
Facsimile:     615.244.6804
Email: blake.roth@hklaw.com
      scott.kunde@hklaw.com

*-and-*

Philip T. Evans (Fed. Bar No. 11796)
**HOLLAND & KNIGHT LLP**
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone:     202.457.7043
Email: philip.evans@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2026, notice of filing the above was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

- Nathan D. Adler, Esquire - nda@nqgrg.com; terry@nqgrg.com
- Sam Alberts, Esquire - sam.alberts@dentons.com; docket.general.lit.wdc@dentons.com
- Monique Desiree Almy, Esquire - malmy@crowell.com; cbest@crowell.com; malmy@ecf.axosfs.com; monique-almy-7127@ecf.pacerpro.com
- Philip D. Anker, Esquire - philip.anker@wilmerhale.com; Yolande.Thompson@wilmerhale.com
- Ryan S. Appleby, Esquire - rappleby@gibsondunn.com; ryan-s-appleby-6523@ecf.pacerpro.com
- G. Calvin Awkward, Esquire - cawkward@goldbergsegalla.com; wbartholomew@goldbergsegalla.com
- Jesse Bair, Esquire - jbair@burnsbair.com; kdempski@burnsbair.com
- Jodie E. Bekman, Esquire - jbekman@gfrlaw.com; dferguson@gfrlaw.com
- Michael J. Belsky, Esquire - mbelsky@sbwdlaw.com
- Brian Bennett, Esquire - brianbennett1962@comcast.net
- Hugh M. (UST) Bernstein, Esquire - hugh.m.bernstein@usdoj.gov
- Eileen King Bower, Esquire - eileen.kingbower@clydeco.us, christopher.white@clydeco.us
- Diane C. Bristow, Esquire - dcb@nqgrg.com; taylor@nqgrg.com
- Timothy W. Burns, Esquire - tburns@burnsbair.com; kdempski@burnsbair.com,4756200420@filings.docketbird.com
- Edwin H Caldie, Esquire - ed.caldie@stinson.com; jess.rehbein@stinson.com
- Jacob C Cohn, Esquire - jcohn@grsm.com; tdonahue@grsm.com
- Elizabeth Connell, Esquire - elizabeth@connellcounsel.com
- Richard L. Costella, Esquire - rcostella@tydings.com; scalloway@tydings.com; MYoung@tydings.com; zjones@tydings.com; swilliams@tydings.com
- Nicholas Anthony Dellefave, Esquire - nicholas.dellefave@hklaw.com
- Jillian Dennehy, Esquire - jillian.dennehy@kennedyslaw.com
- Robert Wagner DiUbaldo, Esquire - rdiubaldo@carltonfields.com
- Adam Ross Durst, Esquire - adurst@goldbergsegalla.com
- Philip Tucker Evans, Esquire - philip.evans@hklaw.com; kimi.odonnell@hklaw.com; hapi@hklaw.com
- Justin Philip Fasano, Esquire - jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- Kevin Foreman, Esquire - kforeman@carltonfields.com
- Andrew Freeman, Esquire - adf@browngold.com; khill@browngold.com; ldyson@browngold.com
- Richard A Galbo, Esquire - rgalbo@goldbergsegalla.com
- Andrew Glasnovich, Esquire - drew.glasnovich@stinson.com
- Gary R. Greenblatt, Esquire - grg@cooncolelaw.com; cmh@cooncolelaw.com; mes@cooncolelaw.com
- Geoffrey Grivner, Esquire - geoffrey.grivner@bipc.com; donna.curcio@bipc.com
- Alan M. Grochal, Esquire - agrochal@tydingslaw.com; scalloway@tydings.com
- Adam P. Haberkorn, Esquire - ahaberkorn@omm.com; adam-haberkorn-2269@ecf.pacerpro.com
- Samantha Hanson-Lenn, Esquire - samantha.hansonlenn@stinson.com; mpl.lssteam5@stinson.com
- Megan Harmon, Esquire - megan.harmon@bge.com
- Ezhan Syed Hasan, Esquire - ahasan@wiley.law
- Matthew Allan Hoffman, Esquire - mhoffman@gibsondunn.com; matthew-a-hoffman-3853@ecf.pacerpro.com
- Catherine Keller Hopkin, Esquire - chopkin@yvslaw.com; pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
- Sheldon N Jacobs, Esquire - sheldon@sheldonjacobslaw.com
- Todd C. Jacobs, Esquire - tjacobs@phrd.com
- Robert Keith Jenner, Esquire - rjenner@jennerlawfirm.com
- Joshua Kahn, Esquire - jkahn@sfspa.com
- Steven J Kelly, Esquire - skelly@gelaw.com; vbeal@gelaw.com,gnovod@gelaw.com,4523903420@filings.docketbird.com
- Nicole Khalouian, Esquire - nicole.khalouian@stinson.com
- Anthony Kikendall, Esquire - kikendalla@whiteandwilliams.com
- Robert H. Kline, Esquire - kliner@whiteandwilliams.com
- Eric George Korphage, Esquire - korphagee@whiteandwilliams.com
- Robert T Kugler, Esquire - robert.kugler@stinson.com
- Christopher Scott Kunde, Esquire - scott.kunde@hklaw.com
- Emily C Malarkey, Esquire - malarkey@malperl.com
- Stephen A. Markey, Esquire - steve@markeyorsilaw.com; amy@markeylawfirm.com
- Siobhain Patricia Minarovich, Esquire - minarovichs@whiteandwilliams.com
- James R Murray, Esquire - Jim.Murray@blankrome.com
- Michael Raymond Naccarato, Esquire - mrnaccarato@gw-law.com
- Frank Natale, Esquire - fan121968@gmail.com
- Matthew Nelson, Esquire - matthew.nelson@kennedyslaw.com; linda.conigliero@kennedyslaw.com
- Janet M. Nesse, Esquire - jnesse@mhlawyers.com; jfasano@mhlawyers.com; cpalik@mhlawyers.com; jnesse@ecf.inforuptcy.com; tmackey@mhlawyers.com; cmartin@mhlawyers.com; kfeig@mhlawyers.com
- Gordon Z. Novod, Esquire - gnovod@gelaw.com
- Timothy P. Palmer, Esquire - timothy.palmer@bipc.com
- Ryan S. Perlin, Esquire - perlin@malperl.com
- Mark D. Plevin, Esquire - mplevin@plevinturner.com
- Mark David Plevin, Esquire - mplevin@crowell.com
- Marie Ysabelle Hope Gatmaitan Reyes, Esquire - yreyes@wiley.law
- David Kendall Roberts, Esquire - droberts2@omm.com; dave-roberts-9007@ecf.pacerpro.com
- Matthew Roberts, Esquire - mroberts@phrd.com
- Annette Rolain, Esquire - arolain@ruggerilaw.com; bkfilings@ruggerilaw.com
- Michael Rosenthal, Esquire - mrosenthal@gibsondunn.com
- Blake Daniel Roth, Esquire - blake.roth@hklaw.com; brooke.freeman@hklaw.com; cathy.young@hklaw.com
- James Pio Ruggeri, Esquire - jruggeri@ruggerilaw.com
- Isabella Sayyah, Esquire - isayyah@gibsondunn.com
- Jonathan Schapp, Esquire - jschapp@goldbergsegalla.com; bfaulkner@goldbergsegalla.com; kallen@goldbergsegalla.com
- Tancred Schiavoni, Esquire - tschiavoni@omm.com; tancred-schiavoni-9326@ecf.pacerpro.com

- Jeffrey R. Scholnick, Esquire - jscholnick@scholnicklaw.com; ccasado@scholnicklaw.com; scholnick.jeffreyb107952@notify.bestcase.com
- Gary Paul Seligman, Esquire - gseligman@wiley.law
- David J. Shuster, Esquire - dshuster@kg-law.com; ssohn@kg-law.com
- Alex B Silverman, Esquire - asilverman@carltonfields.com
- Natalie L. Soloperto, Esquire - NSoloperto@gibsondunn.com
- Morgan Kathleen Stippel, Esquire - mstippel@burnsbair.com; kdempski@burnsbair.com
- Miranda Turner, Esquire - mturner@plevinturner.com; miranda-turner-7827@ecf.pacerpro.com
- US Trustee - Baltimore, Esquire - USTPRegion04.BA.ECF@USDOJ.GOV
- Nora Anne Valenza-Frost, Esquire - nvalenza-frost@carltonfields.com
- John P Van Beek, Esquire - jvanbeek@goldmanvanbeek.com; gvbparalegal@goldmanvanbeek.com; hcurrier@goldmanvanbeek.com
- Irving Edward Walker, Esquire - iwalker@coleschotz.com; pratkowiak@coleschotz.com; bankruptcy@coleschotz.com
- Joshua D Weinberg, Esquire - jweinberg@ruggerilaw.com
- Matthew Michael Weiss, Esquire - mweiss@phrd.com
- Robert Matthew Westra, Esquire - rwestra@ppsrlaw.com; westrarr66199@notify.bestcase.com
- Harris B. Winsberg, Esquire - hwinsberg@phrd.com
- Thomas Yost, Esquire - staceyhare@yostlaw.com