Entered: June 8th, 2026
Signed: June 8th, 2026



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF CONTINUED HEARING ON DISCLOSURE STATEMENTS

**PLEASE TAKE NOTICE** that a continued hearing on the Disclosure Statement Papers

(as defined by the Order Requesting Information for June 15, 2026, Continued Hearing entered at

ECF 2579) will be held by videoconference at the dates and times listed herein:

**Monday, June 15, 2026, at 2:00 p.m., ET**

**Monday, June 22, 2026, at 3:00 p.m., ET**

**Monday, June 29, 2026, at 10:00 a.m., ET**

**Monday, July 6, 2026, at 10:00 a.m., ET[1]**

**Monday, July 13, 2026, at 10:00 a.m., ET**

**Monday, July 20, 2026, at 10:00 a.m., ET**

**Monday, July 27, 2026, at 10:00 a.m., ET**

---

[1] The Continued Hearing shall be held upon the conclusion of the status conference also scheduled for July 6, 2026, at 10:00 a.m., on the Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue Providing Real Estate Advisory Services, (II) Continue Collecting Elements of Cathedraticum in Connection with Real Estate Advisory Services, and (III) Granting Related Relief. ECF 2196, 2329.

**Monday, August 3, 2026, at 10:00 a.m., ET**

The Court will enter separately on the docket protocols to govern the continued hearings.

**END OF NOTICE**