Entered: June 16th, 2026
Signed: June 16th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | Chapter 11 |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER REQUESTING INFORMATION FOR JUNE 29, 2026, CONTINUED HEARING

On June 15, 2026, the Court held a continued hearing on the disclosure statements proposed by the Debtor and the Official Committee of Unsecured Creditors (the "Committee") in this case and all related papers (the "Continued Hearing").[1] The parties updated the Court on the status of the Disclosure Statement Papers and discussed the issues identified by the Court in its Order at ECF 2579. *See also* ECF 2596, 2598, 2599. After the Continued Hearing, the Court entered an Order appointing a judicial mediator to mediate certain targeted disputes relating to the Disclosure Statement Papers; specifically, the Committee's and the Debtor's different approaches to the liquidation analysis required by section 1129(a)(7) of the Bankruptcy Code and the issue of restricted versus unrestricted assets (the "Mediation Issues"). ECF 2600. To help facilitate the parties' presentations at the next scheduled continued hearing on the Disclosure Statement

---

[1] ECF 2511, 2512, 2521, 2528, 2531, 2532, 2533, 2534, 2535, 2563, 2566, 2576, 2578 (collectively, the "Disclosure Statement Papers").

Papers—currently scheduled for June 29, 2026—the Court requests that the parties file the information set forth below.[2]

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that, **on or before June 26, 2026**, the Debtor and the Committee each shall file:

- A redline of the summary of changes to their proposed plan of reorganization and related disclosure statement filed with the Court in connection with the June 15, 2026, hearing to show any further changes, including with respect to claims treatment, insurance settlements, and/or insurance neutrality.[3]

- A short summary of their proposed plan of reorganization's provisions concerning releases, injunctions, and exculpation and the legal authority supporting those provisions.

- A redline of the bullet point list of the risks attendant to their respective proposed plan of reorganization filed with the Court in connection with the June 15, 2026, hearing to show any changes made to those risks, including enhanced language to address the plan's provisions concerning releases, injunctions, and exculpation.

and it is further

**ORDERED**, that at the June 29, 2026, continued hearing, the Debtor and the Committee should be prepared to update the Court on the Mediation Issues, as appropriate under the terms governing the mediation and applicable rules; and it is further

---

[2] The Court is not asking for exhaustive briefing on any of the issues identified by this Order or at the Preliminary Hearing. Rather, the Court seeks additional information for purposes of determining the proper scope of disclosures on the relevant issues under section 1125 of the Bankruptcy Code.

[3] The Court asks that the parties avoid filing a redline of their respective disclosure statements and plans of reorganization unless and until the plan proponent believes that it has no further changes to consider or make. As such, a simple outline of any changes is all that is required by this Order.

**ORDERED**, that, <u>on or before June 26, 2026</u>, any party in interest who filed one of the Disclosure Statement Papers may, but is not required to, file a Line with the Court summarizing any developments concerning any issues raised in their respective Disclosure Statement Paper; and it is further

**ORDERED**, that any party filing a Line in accordance with this Order shall endeavor to be as succinct as possible without sacrificing useful and necessary information; and it is further

**ORDERED**, that any party required to file information under this Order may file a Line requesting an extension based on the grounds articulated at the June 8, 2026, hearing.

cc:     All parties

**END OF ORDER**