Entered: July 23rd, 2026
Signed: July 23rd, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| | * | Chapter 11 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER SETTING DEADLINE TO FILE AMENDED DISCLOSURE STATEMENTS
### AND SETTING FINAL HEARING ON AMENDED DISCLOSURE STATEMENTS

The matters before the Court are the Line Setting Forth the United States Trustee's Position on the Proposed Extension of Briefing and Hearing Scheduled for Disclosure Statements filed by the United States Trustee and the Line Objecting to Extension of Disclosure Statement and Proposed Plan Solicitation Schedule filed by the Official Committee of Unsecured Creditors (the "Committee") on July 22, 2026 (collectively the "Lines"). ECF 2761, 2764. The Court has reviewed the Lines and the docket in this chapter 11 case. The Court finds that the parties have had more than ample time to (i) prepare and revise their respective disclosure statements and (ii) make arguments concerning their legal positions to the Court and each other.[1] The Court further finds that the final hearing on the disclosure statements must be completed by August 3, 2026, to meet the concerns set forth in the Lines. Indeed, solicitation packages (if any disclosure statement is approved by the Court) must be circulated on or before August 10, 2026, to keep the

---

[1] The Court notes that it held hearings on the Disclosure Statements on June 8, 15, and 29, 2026, and on July 6, 13, and 20, 2026 (collectively, the "Prior DS Hearings").

existing confirmation schedule (and allow reasonable time for parties to review any objections and prepare for any confirmation hearing). Accordingly, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, *the continued hearing currently scheduled for July 27, 2026, is cancelled*; and it is further

**ORDERED**, that, **on or before July 27, 2026**, the Debtor and the Committee shall each file a clean and a redline version of their respective Amended Disclosure Statements and any amended witness/exhibit list;[2] the Debtor and the Committee may each also file a short supplemental legal memorandum, no longer than 15 pages in length with reasonable font and spacing, on or before that date; and it is further

**ORDERED,** that, **on or before July 29, 2026**, any party in interest may file an objection to any timely filed Amended Disclosure Statements, no longer than 15 pages in length with reasonable font and spacing, and any proposed witness/exhibit list; and it is further

**ORDERED**, that, **on or before July 30, 2026**, the Debtor, the Committee, or any party in interest may object to any witness or exhibit identified in a timely filed witness/exhibit list; the Court may admit any exhibit not subject to a timely objection without further discussion at the hearing; all parties must comply with the hearing protocols entered separately on the docket; and it is further

**ORDERED**, that the Court will review and consider all papers filed in connection with the Prior DS Hearings, as well as the record of the Prior DS Hearings, in ruling on any timely filed Amended Disclosure Statements; as such, the Debtor, the Committee, and other parties in interest

---

[2] To the extent either proposed plan of reorganization is based on proposed settlements with third parties or, in the case of the Debtor, additional entities becoming debtors, adequate information concerning the key terms and the financial implications of those matters must be adequately disclosed and included in any Amended Disclosure Statement filed on or before July 27, 2026.

are encouraged to focus on new or changed positions in any additional papers filed in accordance with this Order; they should likewise be focused in the presentation of their papers and positions at the hearing set by this Order; and it is further

**ORDERED**, that, except as set forth herein, the Court will not accept or consider any additional papers, exhibits, or filings with respect to any timely filed Amended Disclosure Statements; and it is further

**ORDERED**, that the Court will hold a final hearing on any timely filed Amended Disclosure Statements, any timely filed objections thereto, and all relevant papers filed in connection with the Prior DS Hearings on **Friday, July 31, 2026, at 9:00 a.m., ET, by hybrid format offering in-person participation in Courtroom 9-C, Baltimore, and videoconference participation**; the Court will further hold closing arguments relating to any timely filed Amended Disclosure Statements on **Monday, August 3, 2026, at 9:00 a.m., ET, by videoconference.**

cc:     Debtor
        All Parties
        U.S. Trustee

**END OF ORDER**