Entered: July 31st, 2026
Signed: July 31st, 2026



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE THAT HEARING SCHEDULED FOR MONDAY,
### AUGUST 3, 2026, HAS BEEN REMOVED
### FROM THE COURT'S CALENDAR

PLEASE TAKE NOTICE that the hearing scheduled for Monday, August 3, 2026, in the above-captioned case by the Order Setting Deadline to File Amended Disclosure Statements and Setting Final Hearing on Amended Disclosure Statements [ECF 2765] has been removed from the Court's calendar.

Accordingly, the August 3, 2026, Hearing in this case is CANCELLED.

cc:   Debtor
      Debtor's Counsel
      Official Unsecured Creditors Committee's Counsel
      U.S. Trustee
      All Creditors

### END OF NOTICE