**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:

ROMAN CATHOLIC ARCHBISHOP OF
BALTIMORE,

Debtor.[1]

Chapter 11

Case No. 23-16969-MMH

**NOTICE OF ORDINARY COURSE TRANSACTION**
**(NON-DEBTOR PARISH OR SCHOOL)**
**(ST. MARK'S PARISH:**
**2407 LAUREL BROOK ROAD, FALLSTON, MD 21047)**

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Roman Catholic Archbishop of Baltimore (the
"***Debtor***"), by and through its undersigned counsel, and in accordance with the Interim Order
Authorizing Debtor to Use Property in the Ordinary Course of Business Subject to Certain
Conditions [Dkt. 2329], hereby gives notice that a non-debtor parish or school intends to lease
property as follows:

**The nature/purpose of the lease amendment** – In September 2024, the parish and a non-
profit organization entered into a license agreement for the 2024-25 school year for the use of
space located within the parish center located at 2407 Laurel Brook Road, Fallston, Maryland
21047.  The licensee used the licensed premises to operate a Catholic homeschooling program for
children.  In 2025, the parish and the licensee entered into a similar license agreement for the 2025-
2026 school year.  The parish and the licensee have agreed to enter into another license agreement
– for the 2026-2027 school year.  The parish made the decision to lease this space to generate
revenue for the parish and to further its religious ministry.  Under the new license agreement, the

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of
business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

licensee will have use of ten classrooms in the parish center for the term of August 19, 2026 through May 15, 2027.  The effective date of the license agreement is August 19, 2026.

**A general description of the Debtor's resources used and/or services provided in connection with the transaction, and the approximate value of such resources and services** – The Debtor intends to provide the following assistance in connection with the transaction:  assist in negotiations of business terms and legal documents; and payment of the fees of legal counsel advising the parish regarding the license agreement.  In general, the 5% real estate fee is expected to cover approximately 60% of the cost of these services with cathedraticum assessments covering the remaining costs.

**The monthly license fee** – Commencing on the effective date of the license agreement, the monthly license fee will be Six Hundred Twenty Dollars and Zero Cents ($620.00).

**The total amount of fees and expenses being paid on the effective date from the license agreement to parties other than the Debtor** – None.

**The total amount of the 5% administrative or other fee being paid to the Debtor (the "Fee")** – Per Debtor policy, an administrative fee equal to 5% of each license fee payment shall be paid to the Debtor each month. For this license agreement, commencing on the effective date of the agreement, the 5% administrative fee equals $32.50 per month.

**The total amount of any and all outstanding debt obligations owing from the parish or school to the Debtor** – The parish currently has no outstanding debt owing to the Debtor.

**The total amount of net proceeds going to the parish or school, not including the 5% Fee or the outstanding debt paid to the Archdiocese –** This item is not applicable to this license agreement transaction. As described above, only the Debtor's 5% administrative fee is being deducted from the monthly license fee payments.

2

Respectfully submitted,

<u>      /s/ Catherine Keller Hopkin     </u>
Catherine Keller Hopkin (Fed. Bar No. 28257)
**YVS Law, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone: 443.569.0788
Facsimile: 410.571.2798
Email: chopkin@yvslaw.com

*-and-*

Blake D. Roth (admitted *pro hac vice*)
**Holland & Knight LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: 615.244.6380
Facsimile: 615.244.6804
Email: blake.roth@hklaw.com

*-and-*

Philip T. Evans (Fed. Bar No. 11796)
**Holland & Knight LLP**
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.457.7043
Email: philip.evans@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 5th day of August 2026, the foregoing Notice was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.  In addition, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the Notice to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

        /s/ Catherine Keller Hopkin
        Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

- Nathan D. Adler - nda@nqgrg.com, terry@nqgrg.com
- Sam Alberts - sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Monique Desiree Almy - malmy@crowell.com, cbest@crowell.com; malmy@ecf.axosfs.com; monique-almy-7127@ecf.pacerpro.com
- E. Christopher Amos - echrisamos@gmail.com
- Philip D. Anker - philip.anker@wilmerhale.com, Yolande.Thompson@wilmerhale.com
- Ryan S. Appleby - rappleby@gibsondunn.com, ryan-s-appleby-6523@ecf.pacerpro.com
- G. Calvin Awkward - cawkward@goldbergsegalla.com, wbartholomew@goldbergsegalla.com
- Jesse Bair - jbair@burnsbair.com, kdempski@burnsbair.com
- Jodie E. Bekman - jbekman@gfrlaw.com, dferguson@gfrlaw.com
- Michael J. Belsky - mbelsky@sbwdlaw.com
- Brian Bennett - brianbennett1962@comcast.net
- Hugh M. (UST) Bernstein - hugh.m.bernstein@usdoj.gov
- Aaron Michael Blank - ablank@bkinjury.com
- Alexander Toth Boudreau - aboudreau@gibsondunn.com
- Eileen King Bower - eileen.kingbower@clydeco.us, Jennifer.Hansen@clydeco.us
- Stephen Boyd - sboyd@steveboyd.com
- Diane C. Bristow - dcb@nqgrg.com, taylor@nqgrg.com
- Timothy W. Burns - tburns@burnsbair.com, kdempski@burnsbair.com
- Edwin H Caldie - ed.caldie@stinson.com, jess.rehbein@stinson.com
- Jacob C Cohn - jcohn@plevinturner.com
- Elizabeth Connell - elizabeth@connellcounsel.com
- Richard L. Costella - rcostella@tydings.com, myoung@tydings.com; pcoolbaugh@tydings.com
- Nicholas A. Dellefave - nicholas.dellefave@hklaw.com
- Jillian Dennehy - jillian.dennehy@kennedyslaw.com
- Adam Ross Durst - adurst@goldbergsegalla.com, kallen@goldbergsegalla.com
- Philip Tucker Evans - philip.evans@hklaw.com, kimi.odonnell@hklaw.com; hapi@hklaw.com
- Michael G. Farag - mfarag@gibsondunn.com
- Justin Philip Fasano - jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- Nathaniel Foote - nate@vca.law
- Kevin Foreman - kforeman@carltonfields.com
- Andrew Freeman - adf@browngold.com, khill@browngold.com; ldyson@browngold.com
- Richard A Galbo - rgalbo@goldbergsegalla.com
- Andrew Glasnovich - drew.glasnovich@stinson.com
- Gary R. Greenblatt - Grg@cooncolelaw.com, cmh@cooncolelaw.com; mes@cooncolelaw.com
- Geoffrey Grivner - geoffrey.grivner@bipc.com, donna.curcio@bipc.com
- Alan M. Grochal - agrochal@tydingslaw.com, pcoolbaugh@tydings.com
- Adam P. Haberkorn - ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com
- Samantha Hanson-Lenn - samantha.hansonlenn@stinson.com, mpl.lssteam5@stinson.com
- Ezhan Syed Hasan - ahasan@wiley.law
- Mark E. Herman - markherman@wgk-law.com
- Matthew Allan Hoffman - mhoffman@gibsondunn.com, matthew-a-hoffman-3853@ecf.pacerpro.com
- Catherine Keller Hopkin - chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
- Sheldon N Jacobs - sheldon@sheldonjacobslaw.com
- Todd C. Jacobs - tjacobs@phrd.com
- Andrew Janet - asjanet@jjsjustice.com
- Robert Keith Jenner - rjenner@jennerlawfirm.com
- Joshua Kahn - jkahn@sfspa.com
- Edward J Kelley - ed@constantllp.com
- Steven J Kelly - skelly@gelaw.com, vbeal@gelaw.com, gnovod@gelaw.com, 4523903420@filings.docketbird.com
- Nicole Khalouian - nicole.khalouian@stinson.com
- Anthony Kikendall - kikendalla@whiteandwilliams.com
- Donna M.B. King - dking@dking-law.com
- Robert H. Kline - kliner@whiteandwilliams.com
- Eric George Korphage - korphagee@whiteandwilliams.com
- Shelby Kostolni - shelby.kostolni@stinson.com
- Robert T Kugler - robert.kugler@stinson.com
- Christopher Scott Kunde - scott.kunde@hklaw.com
- Jennifer S. Lubinski - jlubinski@heymanfirm.com, jslubinski@gmail.com
- Emily C Malarkey - malarkey@malperl.com
- Stephen A. Markey - steve@markeyorsilaw.com, amy@markeylawfirm.com
- Wray Charles Meltmar - cmeltmar@cochranfirm.com
- Siobhain Patricia Minarovich - minarovichs@whiteandwilliams.com
- James R Murray - Jim.Murray@blankrome.com
- Michael Raymond Naccarato - mrnaccarato@gw-law.com
- Frank Natale - fnatale@sssfirm.com
- Matthew Nelson - matthew.nelson@kennedyslaw.com, linda.conigliero@kennedyslaw.com
- Janet M. Nesse - jnesse@mhlawyers.com, jfasano@mhlawyers.com; cpalik@mhlawyers.com; jnesse@ecf.inforuptcy.com; tmackey@mhlawyers.com;cmartin@mhlawyers.com; kfeig@mhlawyers.com; BKrell@mhlawyers.com
- Timothy P. Palmer - timothy.palmer@bipc.com
- Kathleen Aine Parnow - katie.parnow@stinson.com
- Ryan S. Perlin - perlin@malperl.com
- Mark D. Plevin - mplevin@plevinturner.com
- Mark David Plevin - mplevin@crowell.com

- Marie Ysabelle Hope Gatmaitan Reyes - yreyes@wiley.law
- David Kendall Roberts - droberts2@omm.com, dave-roberts-9007@ecf.pacerpro.com
- Matthew Roberts - mroberts@phrd.com
- Annette Rolain - arolain@ruggerilaw.com, bkfilings@ruggerilaw.com
- Michael Rosenthal - mrosenthal@gibsondunn.com, michael--rosenthal-4826@ecf.pacerpro.com
- Blake Daniel Roth - blake.roth@hklaw.com, brooke.freeman@hklaw.com; cathy.young@hklaw.com
- James Pio Ruggeri - jruggeri@ruggerilaw.com
- Megan Sanderson - megan.sanderson@bge.com
- Isabella Sayyah - isayyah@gibsondunn.com, isabella-sayyah-5306@ecf.pacerpro.com; pacer-ca@gibsondunn.com
- Jonathan Schapp - jschapp@goldbergsegalla.com, bfaulkner@goldbergsegalla.com; kallen@goldbergsegalla.com
- Tancred Schiavoni - tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
- Jeffrey R. Scholnick - jscholnick@scholnicklaw.com, ccasado@scholnicklaw.com; scholnick.jeffreyb107952@notify.bestcase.com
- Gary Paul Seligman - gseligman@wiley.law
- Christopher Sevedge - christopher.sevedge@stinson.com
- Marc E. Shach - mes@cooncolelaw.com, mes@cooncolelaw.com; ccc@cooncolelaw.com; dhc@cooncolelaw.com;zjac@cooncolelaw.com; cmh@cooncolelaw.com; grg@cooncolelaw.com; abh@cooncolelaw.com
- David J. Shuster - dshuster@kg-law.com, ssohn@kg-law.com
- Natalie L. Soloperto - NSoloperto@gibsondunn.com
- Morgan Kathleen Stippel - mstippel@burnsbair.com, kdempski@burnsbair.com
- Kevin Patrick Sullivan - kps@kpsullivanlaw.com, tlb@kpsullivanlaw.com
- Miranda Turner - mturner@plevinturner.com, miranda-turner-7827@ecf.pacerpro.com
- US Trustee - Baltimore - USTPRegion04.BA.ECF@USDOJ.GOV
- Nora Anne Valenza-Frost - nvalenza-frost@carltonfields.com
- John P Van Beek - jvanbeek@goldmanvanbeek.com, gvbparalegal@goldmanvanbeek.com; hcurrier@goldmanvanbeek.com
- Irving Edward Walker - iwalker@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com
- Joshua D Weinberg - jweinberg@ruggerilaw.com
- Matthew Michael Weiss - mweiss@phrd.com
- Robert Matthew Westra - rwestra@ppsrlaw.com, westrarr66199@notify.bestcase.com
- Harris B. Winsberg - hwinsberg@phrd.com
- Thomas Yost - staceyhare@yostlaw.com