**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE, | Case No. 23-16969-MMH |
| Debtor.[1] | |

**AMENDED NOTICE OF ORDINARY COURSE TRANSACTION**
**(NON-DEBTOR ENTITY)**
**(ROUTE 175 EAST, LLC:**
**PARKSIDE BOULEVARD, HANOVER, MD 21076)**

TO ALL CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Roman Catholic Archbishop of Baltimore (the "***Debtor***"), by and through its undersigned counsel, and in accordance with the Interim Order Authorizing Debtor to Use Property in the Ordinary Course of Business Subject to Certain Conditions [Dkt. 2329], hereby gives notice that a non-debtor entity intends to convey an interest in property as follows:

**The nature/purpose of the transaction** – The purpose of this property transaction is for Route 175 East, LLC, whose sole member is the Debtor, to execute three documents that are needed in connection with a contract purchaser procuring final development approvals from Anne Arundel County.  These County development approvals must be met as prerequisites in order for Route 175 East, LLC to close on its sale of this property to the contract purchaser.

Route 175 East, LLC, took title to real property described below in December 2014.  The sanctuary for St. Lawrence's Jessup, Roman Catholic Congregation, Inc.'s parish is located on a portion of this property, but the remaining portions of the property are undeveloped. The Debtor

---

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

lent funds totaling approximately $9,162,400 to Route 175 East, LLC, to acquire and develop the real property in 2014 (the "Acquisition Loan").

Separate and apart from the Acquisition Loan from the Debtor to Route 175 East, LLC, the Parish borrowed funds from the Inter Parish Loan Fund, Inc. ("IPLF") to fund the construction of its parish property that is located on Route 175 East, LLC's property. The Parish is repaying the IPLF loan separately to the IPLF, and those repayment terms are not currently impacted by the intended transaction.

In May 2024, Route 175 East, LLC and the purchaser entered into a contract under which the purchaser agrees to purchase from Route 175 East, LLC approximately 6.7 acres of the 26.73 acres of property owned by Route 175 East, LLC, and located in the Parkside subdivision in Hanover, Maryland. Route 175 East, LLC decided to sell this 6.7-acre parcel as it was not needed for its purposes. In addition to this 6.7 acres that Route 175 East intends to sell, and the St. Lawrence Parish, there is also another portion of the property that is approximately 1.8 acres and which is not included in the proposed transaction described herein.

In order for closing to occur on this sale, the purchaser must obtain several development approvals from Anne Arundel County. As part of obtaining such approvals, Route 175 East, LLC must execute several documents, including the following: (1) a declaration of easements that will provide the purchaser with access to property retained by Route 175 East, LLC (and not part of the sale) for utility and similar easements needed for the purchaser's development of the purchased property; (2) a forestation easement agreement between Route 175 East, LLC and Anne Arundel County relating to Route 175 East, LLC's grant of a forestation easement to the County for maintenance of certain portions of the retained property as forestation areas in connection with the purchaser's planned development; and (3) a subdivision plat, which is required to separate the 6.7 acres of land being purchased by the purchaser from the property that will remain under the

ownership of Route 175 East, LLC.  The effective date of the declaration of easements is scheduled to occur no earlier than the date that is fourteen (14) days after the date of the filing of this Notice. The effective dates for the forestation easement agreement and the subdivision plat will occur sometime after the effective date of the declaration of easements.

**A general description of the Debtor's resources used and/or services provided in connection with the sale transaction, and the approximate value of such resources and services** – The Debtor intends to provide the following assistance in connection with the sale transaction:  consultation services to identity highest and best use of property; assisting with third-party brokerage; assist in negotiations of business terms and legal documents; title search and coordination; representation at public forums; credit worthiness evaluation of potential purchasers; and payment of the fees of legal counsel advising the parish regarding the sale.  In general, the 5% real estate fee is expected to cover approximately 60% of the cost of these services with cathedraticum assessments covering the remaining costs.

**The total purchase or contract price under the sale contract** – The purchase price of the property being sold to the purchaser is $3,100,000.  But, this portion of the transaction involves only the execution of three documents that must be signed before closing on the property sale can occur: (a) a declaration of easements; (b) a forestation easement agreement; and (c) a subdivision plat.  Once closing on the sale occurs, sale proceeds will be available to pay the 5% administrative fee and any debt that Route 175 East, LLC may owe to the Debtor.

**The total amount of fees and expenses being paid on the effective date of the execution of the three documents other than the Debtor** – Not Applicable.  Because this aspect of the sale transaction involves only the execution of (a) a declaration of easements; (b) a forestation easement agreement; and (c) a subdivision plat, no fees and expenses will be paid on the effective dates of

these three documents.  Once closing on the sale occurs, sale proceeds will then be available to pay fees and expenses associated with the sale of the property to the purchaser.

**The total amount of the 5% administrative or other fee being paid to the Debtor (the "Fee")** – Not applicable.  With regard to the execution of the three documents referenced in this Notice, no administrative fee is being paid to the Debtor.  However, once closing occurs on the sale of the property, a 5% administrative fee in the amount of approximately $155,000 will be paid to the Debtor from the sale proceeds.

**The total amount of any and all outstanding debt obligations owing from the non-Debtor entity to the Debtor** – Route 175 East, LLC has one outstanding debt obligation owing to the Debtor: the non-interest-bearing Acquisition Loan evidenced by a note receivable payable to the Debtor, with a value of $ 9,194,695.74 pertaining to the purchase and development of the 26.73-acre property.  St. Lawrence Parish separately owes to Route 175 East, LLC, approximately $6,178,593 on account of a loan from Route 175 East, LLC, to St. Lawrence Parish that relates to the parish's development of the parish property (the "Parish Loan").  Approximately $6,245,577.00 is expected to be paid back by Route 175 East, LLC to the Debtor when St. Lawrence Parish begins to pay to Route 175 East, LLC on the Parish Loan.  The remaining amount owed by Route 175 East, LLC to the Debtor will be paid back through the sale of the 6.7 acres of property involved in this sale, and the future sale of another portion of the 26.73-acre property[2].

**The total amount of net proceeds going to the parish or school, not including the 5% Fee or the outstanding debt paid to the Archdiocese –** Not applicable.  Because this aspect of the sale transaction involves only the execution of three documents that are prerequisites to County

---

[2] Although not pertinent to the current proposed sale of 6.7 acres that is evidenced by this Amended Notice, Route 175 East, LLC, has pledged to pay the Debtor thirty percent (30%) of any net proceeds it may receive on the sale of the additional parcels after this proposed sale (after payment of closing costs, the Debtor's 5% real estate fee, and less book value of plots sold).

development approvals and closing on the sale, there are no net proceeds going to Route 175 East from the execution of three documents.  Upon closing of the sale of the 6.7 acres of parish property (which is not being noticed herein; the only transaction to which this notice pertains is the recordation of three documents necessary to be recorded as explained above) St. Lawrence Parish is expected to receive approximately $158,379+/- in net proceeds.  An additional $155,500 will be paid to the Debtor on account of the 5% real estate fee charged to St. Lawrence Parish; and an additional approximately $2,668,00.00+/- is expected to be paid to the Debtor by Route 175 East as a partial repayment of the outstanding Acquisition Loan from the Debtor.  These figures are approximations only, assuming a gross sale price of $3,100,000.00; the Debtor will file a separate notice prior to any closing of the 6.7 acre parish property.

Respectfully submitted,

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin, 28257
Corinne Donohue Adams, 29347
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone:  443.569.0788
Facsimile:   410.571.2798
Email: chopkin@yvslaw.com

-and-

Blake D. Roth (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone:  615.244.6380
Facsimile:   615.244.6804
Email: blake.roth@hklaw.com

-and-

Philip T. Evans (Fed. Bar No. 11796)
**HOLLAND & KNIGHT LLP**
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone:  202.457.7043
Email: philip.evans@hklaw.com

*Attorneys for the Debtor and Debtor in Possession*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 6th day of August 2026, the foregoing Amended Notice was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.  In addition, Epiq Corporate Restructuring, LLC will cause a true and correct copy of the Amended Notice to be served on all parties required to be served, with a certificate or affidavit of service to be filed subsequently, all in accordance with Local Rule 9013-4.

_____/s/ Catherine Keller Hopkin_____
Catherine Keller Hopkin

6

**The following parties received CM/ECF notice of the filing:**

- Nathan D. Adler - nda@nqgrg.com, terry@nqgrg.com
- Sam Alberts - sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com
- Monique Desiree Almy - malmy@crowell.com, cbest@crowell.com; malmy@ecf.axosfs.com; monique-almy-7127@ecf.pacerpro.com
- E. Christopher Amos - echrisamos@gmail.com
- Philip D. Anker - philip.anker@wilmerhale.com, Yolande.Thompson@wilmerhale.com
- Ryan S. Appleby - rappleby@gibsondunn.com, ryan-s-appleby-6523@ecf.pacerpro.com
- G. Calvin Awkward - cawkward@goldbergsegalla.com, wbartholomew@goldbergsegalla.com
- Jesse Bair - jbair@burnsbair.com, kdempski@burnsbair.com
- Jodie E. Bekman - jbekman@gfrlaw.com, dferguson@gfrlaw.com
- Michael J. Belsky - mbelsky@sbwdlaw.com
- Brian Bennett - brianbennett1962@comcast.net
- Hugh M. (UST) Bernstein - hugh.m.bernstein@usdoj.gov
- Aaron Michael Blank - ablank@bkinjury.com
- Alexander Toth Boudreau - aboudreau@gibsondunn.com
- Eileen King Bower - eileen.kingbower@clydeco.us, Jennifer.Hansen@clydeco.us
- Stephen Boyd - sboyd@steveboyd.com
- Diane C. Bristow - dcb@nqgrg.com, taylor@nqgrg.com
- Timothy W. Burns - tburns@burnsbair.com, kdempski@burnsbair.com
- Edwin H Caldie - ed.caldie@stinson.com, jess.rehbein@stinson.com
- Jacob C Cohn - jcohn@plevinturner.com
- Elizabeth Connell - elizabeth@connellcounsel.com
- Richard L. Costella - rcostella@tydings.com, myoung@tydings.com; pcoolbaugh@tydings.com
- Nicholas A. Dellefave - nicholas.dellefave@hklaw.com
- Jillian Dennehy - jillian.dennehy@kennedyslaw.com
- Adam Ross Durst - adurst@goldbergsegalla.com, kallen@goldbergsegalla.com
- Philip Tucker Evans - philip.evans@hklaw.com, kimi.odonnell@hklaw.com; hapi@hklaw.com
- Michael G. Farag - mfarag@gibsondunn.com
- Justin Philip Fasano - jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; tmackey@mhlawyers.com; mevans@mhlawyers.com; cmartin@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com
- Nathaniel Foote - nate@vca.law
- Kevin Foreman - kforeman@carltonfields.com
- Andrew Freeman - adf@browngold.com, khill@browngold.com; ldyson@browngold.com
- Richard A Galbo - rgalbo@goldbergsegalla.com
- Andrew Glasnovich - drew.glasnovich@stinson.com
- Gary R. Greenblatt - Grg@cooncolelaw.com, cmh@cooncolelaw.com; mes@cooncolelaw.com
- Geoffrey Grivner - geoffrey.grivner@bipc.com, donna.curcio@bipc.com
- Alan M. Grochal - agrochal@tydingslaw.com, pcoolbaugh@tydings.com
- Adam P. Haberkorn - ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com
- Samantha Hanson-Lenn - samantha.hansonlenn@stinson.com, mpl.lssteam5@stinson.com
- Ezhan Syed Hasan - ahasan@wiley.law
- Mark E. Herman - markherman@wgk-law.com
- Matthew Allan Hoffman - mhoffman@gibsondunn.com, matthew-a-hoffman-3853@ecf.pacerpro.com
- Catherine Keller Hopkin - chopkin@yvslaw.com, pgomez@yvslaw.com; kreese@yvslaw.com; vmichaelides@yvslaw.com; yvslawcmecf@gmail.com; hopkincr39990@notify.bestcase.com
- Sheldon N Jacobs - sheldon@sheldonjacobslaw.com
- Todd C. Jacobs - tjacobs@phrd.com
- Andrew Janet - asjanet@jjsjustice.com
- Robert Keith Jenner - rjenner@jennerlawfirm.com
- Joshua Kahn - jkahn@sfspa.com
- Edward J Kelley - ed@constantllp.com
- Steven J Kelly - skelly@gelaw.com, vbeal@gelaw.com, gnovod@gelaw.com, 4523903420@filings.docketbird.com
- Nicole Khalouian - nicole.khalouian@stinson.com
- Anthony Kikendall - kikendalla@whiteandwilliams.com
- Donna M.B. King - dking@dking-law.com
- Robert H. Kline - kliner@whiteandwilliams.com
- Eric George Korphage - korphagee@whiteandwilliams.com
- Shelby Kostolni - shelby.kostolni@stinson.com
- Robert T Kugler - robert.kugler@stinson.com
- Christopher Scott Kunde - scott.kunde@hklaw.com
- Jennifer S. Lubinski - jlubinski@heymanfirm.com, jslubinski@gmail.com
- Emily C Malarkey - malarkey@malperl.com
- Stephen A. Markey - steve@markeyorsilaw.com, amy@markeylawfirm.com
- Wray Charles Meltmar - cmeltmar@cochranfirm.com
- Siobhain Patricia Minarovich - minarovichs@whiteandwilliams.com
- James R Murray - Jim.Murray@blankrome.com
- Michael Raymond Naccarato - mrnaccarato@gw-law.com
- Frank Natale - fnatale@sssfirm.com
- Matthew Nelson - matthew.nelson@kennedyslaw.com, linda.conigliero@kennedyslaw.com
- Janet M. Nesse - jnesse@mhlawyers.com, jfasano@mhlawyers.com; cpalik@mhlawyers.com; jnesse@ecf.inforuptcy.com; tmackey@mhlawyers.com;cmartin@mhlawyers.com; kfeig@mhlawyers.com; BKrell@mhlawyers.com
- Timothy P. Palmer - timothy.palmer@bipc.com
- Kathleen Aine Parnow - katie.parnow@stinson.com
- Ryan S. Perlin - perlin@malperl.com
- Mark D. Plevin - mplevin@plevinturner.com
- Mark David Plevin - mplevin@crowell.com

- Marie Ysabelle Hope Gatmaitan Reyes - yreyes@wiley.law
- David Kendall Roberts - droberts2@omm.com, dave-roberts-9007@ecf.pacerpro.com
- Matthew Roberts - mroberts@phrd.com
- Annette Rolain - arolain@ruggerilaw.com, bkfilings@ruggerilaw.com
- Michael Rosenthal - mrosenthal@gibsondunn.com, michael--rosenthal-4826@ecf.pacerpro.com
- Blake Daniel Roth - blake.roth@hklaw.com, brooke.freeman@hklaw.com; cathy.young@hklaw.com
- James Pio Ruggeri - jruggeri@ruggerilaw.com
- Megan Sanderson - megan.sanderson@bge.com
- Isabella Sayyah - isayyah@gibsondunn.com, isabella-sayyah-5306@ecf.pacerpro.com; pacer-ca@gibsondunn.com
- Jonathan Schapp - jschapp@goldbergsegalla.com, bfaulkner@goldbergsegalla.com; kallen@goldbergsegalla.com
- Tancred Schiavoni - tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
- Jeffrey R. Scholnick - jscholnick@scholnicklaw.com, ccasado@scholnicklaw.com; scholnick.jeffreyb107952@notify.bestcase.com
- Gary Paul Seligman - gseligman@wiley.law
- Christopher Sevedge - christopher.sevedge@stinson.com
- Marc E. Shach - mes@cooncolelaw.com, mes@cooncolelaw.com; ccc@cooncolelaw.com; dhc@cooncolelaw.com;zjac@cooncolelaw.com; cmh@cooncolelaw.com; grg@cooncolelaw.com; abh@cooncolelaw.com
- David J. Shuster - dshuster@kg-law.com, ssohn@kg-law.com
- Natalie L. Soloperto - NSoloperto@gibsondunn.com
- Morgan Kathleen Stippel - mstippel@burnsbair.com, kdempski@burnsbair.com
- Kevin Patrick Sullivan - kps@kpsullivanlaw.com, tlb@kpsullivanlaw.com
- Miranda Turner - mturner@plevinturner.com, miranda-turner-7827@ecf.pacerpro.com
- US Trustee - Baltimore - USTPRegion04.BA.ECF@USDOJ.GOV
- Nora Anne Valenza-Frost - nvalenza-frost@carltonfields.com
- John P Van Beek - jvanbeek@goldmanvanbeek.com, gvbparalegal@goldmanvanbeek.com; hcurrier@goldmanvanbeek.com
- Irving Edward Walker - iwalker@coleschotz.com, pratkowiak@coleschotz.com; bankruptcy@coleschotz.com
- Joshua D Weinberg - jweinberg@ruggerilaw.com
- Matthew Michael Weiss - mweiss@phrd.com
- Robert Matthew Westra - rwestra@ppsrlaw.com, westrarr66199@notify.bestcase.com
- Harris B. Winsberg - hwinsberg@phrd.com
- Thomas Yost - staceyhare@yostlaw.com