Entered: August 21st, 2026
Signed: August 21st, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| | * | Chapter 11 |
| Debtor. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

**ORDER CONTINUING SCHEDULED HEARING SINE DIE**

On July 23, 2026, the Court entered an order continuing scheduled hearings *sine die* (the "Order Continuing"). ECF 2766. The Court neglected to include the hearing set on the Debtor's Motion for Order Authorizing Debtor to Record Prepetition Executed Fee Simple Deed and to Transfer Any Interest Therein under 11 U.S.C. §363(b)(1) (St. Rose Parish: 3803 4th Street, Baltimore, MD 21225) (the "Motion"). ECF 2714. The Official Committee of Unsecured Creditors (the "Committee") filed a limited objection to the Motion, and the Court set the matters for hearing on August 20, 2026. ECF 2819.

For the reasons set forth in the Order Continuing, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the hearing on the Motion and Committee's Limited Objection are continued *sine die* pending further order of the Court.

cc: All counsel
All parties

**END OF ORDER**