Entered: August 28th, 2026
Signed: August 28th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

**<u>ORDER SETTING STATUS HEARING</u>**

Upon a review of the docket in this case, the Court finds good cause to set a status hearing to request an update from the Debtor and the Official Committee of Unsecured Creditors concerning, among other things, the mediation processes in this case and their efforts to move this case towards a confirmable chapter 11 plan.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a status hearing on **<u>September 8, 2026, at 3:00 p.m., ET, by videoconference</u>**; and it is further

**ORDERED,** that the Court will by separate entry issue protocols to govern the status hearing.

**END OF ORDER**