**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

**NOTICE OF DIAL IN INFORMATION FOR SEPEMBER 8, 2026, STATUS HEARING**

**PLEASE TAKE NOTICE** that the information below is for the following hearing date:

September 8, 2026, at 3:00 p.m., ET

Dial-in information is provided below for the audio listen-only line for all other participants.*

**Telephone connection dial**: 646-828-7666
**Meeting ID:** 161 489 2191

*Pursuant to Local Bankruptcy Rule 5070-1(a), ***no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner***. The Court will create an official recording of the Hearing.

cc: All parties