Entered: September 9th, 2026
Signed: September 9th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | Chapter 11 |
| Debtor. | * | |

* * * * * * * * * * * * *

**ORDER SETTING HEARING ON DISCLOSURE STATEMENT, SOLICITATON PROCEDURES MOTION, AND OBJECTIONS TO CLAIM(S)**

The Debtor has filed a Fourth Amended Chapter 11 Plan [ECF 2869] (the "Proposed Plan") and an Amended Disclosure Statement [ECF 2870] (the "Disclosure Statement"). In addition, the Debtor filed a Motion for Entry of Orders: (I) Approving Disclosure Statement and the Form and Manner of Notice; (II) Approving Plan Solicitation and Voting Procedures; (III) Approving Ballot Forms; (IV) Approving Form, Manner, and Scope of Confirmation Notices; (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan; (VI) Approving Procedures for Vote Tabulation; and (VII) Granting Related Relief (the "Solicitation Procedures Motion"). ECF 2871. The Court held a status hearing on September 8, 2026 (the "Status Hearing"). At the Status Hearing, the parties discussed, among other things, the foregoing filings. Several of the parties also indicated that certain pending objections to proofs of

claim (collectively the "Pending Claims Objections")[1] should be resolved before solicitation of the Disclosure Statement and Proposed Plan.

Accordingly, based on the docket in this case, the duration of the case, and the record of the Status Hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that any objections to the Disclosure Statement[2] or the Solicitation Procedures Motion, as well as any further responses to the Pending Claims Objections, must be filed with the Court **on or before September 28, 2026**; and it is further

**ORDERED**, that the Court will hold an in-person evidentiary hearing on the Disclosure Statement, the Solicitation Procedures Motion, and the Pending Claims Objections **on October 5 and 6, 2026, beginning at 9:00 a.m., ET each day, in Courtroom 9-C in Baltimore**; and it is further

**ORDERED**, that any witness and exhibit lists for the hearing on the Disclosure Statement, the Solicitation Procedures Motion, and the Pending Claims Objections must be filed with the Court **on or before September 28, 2026, with any objections thereto filed before October 2, 2026**; and it is further

**ORDERED**, that the Court will issue protocols to govern the October 5 and 6, 2026, hearing by separate entry on the docket; and it is further

**ORDERED**, that the Court will only modify or extend the deadlines and hearing dates set forth herein with the consent of all parties currently subject to the Court's Mediation Order

[1] The objections to claim(s) currently pending appear on the docket at ECF 1493–1527, 1541–1583, 1587–1591, 1593-1611, 1613–1675, 1677–1686, 1690–1701, 1704–1715. All papers relating to these documents currently on file or filed in accordance with this Order will be considered at the hearing.

[2] This deadline was set upon the filing of the Disclosure Statement by Fed. R. Bankr. P. 2002.

[ECF 705] in this case, or compelling circumstances and good cause established through an evidentiary hearing on the same.

cc: Debtor
Debtor's Counsel
Committee's Counsel
All Creditors and Interested Parties
U.S. Trustee

**END OF ORDER**