Entered: September 15th, 2026
Signed: September 15th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | Chapter 11 |
| Debtor. | * | |

* * * * * * * * * * * * *

**ORDER DENYING MOTION TO SHORTEN TIME AND ADDRESSING SCHEDULING OF CERTAIN FILED PAPERS**

The Court has before it several papers filed by Century Indemnity Company, as a successor to CCI Insurance Company, which is a successor to Insurance Company of North America, and Indemnity Insurance Company of North America ("Century"). These papers include the Motion to Shorten Time to Respond to Century's Objection to Proofs of Claim Nos. 70050 and 10199 (the "Motion"). ECF 2894. By the Motion, Century requests that the Court shorten the deadline to respond to its Objection to Claim Nos. 70050 and 10199 and Motion for Disallowance of Claim (the "Objection"). ECF 2889. Century appears to assert that the Objection should be heard with the other Pending Claim Objections (as defined by ECF 2879) on October 5, 2026. Century also filed a Motion to Bar the Creditors' Committee from Participating in the Claim Objection Process (the "Motion to Bar"). ECF 2893.

The Court appreciates Century's desire to resolve pending disputes in this case, but the Court cannot agree with the proposed timeline. The Court does not find any urgency to the matters

raised by Century; indeed, the Court can address each in due course without negatively affecting the parties' respective rights and remedies. The Court also finds it in the best interests of this chapter 11 estate and all creditors to schedule matters in a methodical and manageable way. To that end, the parties should focus on the ongoing mediations and the matters currently scheduled for hearing on September 30, 2026, and October 5, 2026.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is denied; and it is further

**ORDERED**, that in the ordinary course, the Court will set a hearing on the Objection and the Motion to Bar and will set a response deadline no later than 7 days prior to the scheduled hearing.

**END OF ORDER**