**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **IN RE:** | * | |
| **ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,** | * | **Case No.: 23-16969-MMH (Chapter 11)** |
| | * | |
| **Debtor.** | * | |

* * * * * * * * * * * * *

**MONTHLY FEE STATEMENT OF TYDINGS & ROSENBERG LLP, AS LOCAL COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

Name of Applicant: **Tydings & Rosenberg LLP**

Authorized to Provide Professional Services to: **Official Committee of Unsecured Creditors**

Date of Retention: **October 27, 2023 pursuant to an Order entered on November 29, 2023 (dkt. 220)**

Period for Which Compensation and Reimbursement is sought: **August 1, 2026 through August 31, 2026**

Amount of Compensation Sought as Actual, Reasonable and Necessary: **$15,180.00**
Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: **$510.00**

This is a: **monthly fee statement**

Dated: September 21, 2026

/s/ Alan M. Grochal
Alan M. Grochal, Bar No. 01447
Richard L. Costella, Bar No. 14095
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone (410) 752-9715
Email: agrochal@tydingslaw.com
rcostella@tydings.com

*Local Counsel for the Creditors Committee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **IN RE:** | * | |
| **ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,** | * | **Case No.: 23-16969-MMH (Chapter 11)** |
| | * | |
| **Debtor.** | * | |

* * * * * * * * * * * * *

**MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY TYDINGS & ROSENBERG LLP, AS LOCAL COUNSEL FOR THE CREDITORS COMMITTEE, FOR THE PERIOD BETWEEN AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

In accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a), 328 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals (the "Administrative Order")(dkt. 176) entered by the Court on November 6, 2023, Tydings & Rosenberg LLP (the "Firm"), as local counsel to the Official Committee of Unsecured Creditors of the Debtors (the "Committee"), submits this Monthly Statement of Services Rendered and August 31, 2026 (the "Statement Period").

## I. The Itemization of Services Rendered by the Firm

1. The hours spent in this case during the Statement Period for which the Firm seeks compensation, the hourly rate for each attorney and legal assistant and the resulting fees are as follows:

| Name | Position | Hours | Hourly Rate | Fees Earned |
|---|---|---|---|---|
| Alan M. Grochal | Counsel | 23.4 | $575 | $13,455.00 |
| Richard L. Costella | Partner | 3.0 | $575 | $1,7225.00 |
| **TOTAL** | | **26.4** | | **$15,180.00** |

2. The time records of the Firm submitted herewith, and incorporated herein as **Exhibits A through C**, consist of a daily breakdown of the time spent by each person on each day and of the disbursements during the Statement Period.

3. The blended hourly rate for all services during this period is $575 per hour.[1]

## II. The Itemization of Services Rendered and Disbursements Made by Category

4. The following itemization breaks down the services rendered by the Firm by the service categories indicated and provides an aggregation of disbursements by form of disbursement.

### A. <u>Services Rendered.</u>

5. The following services were rendered in the following service categories:

| | **Service Category** | **Hours** | **Fees** |
|---|---|---|---|
| 1. | General Case Administration | 14.8 | $8,510.00 |
| 2. | General Litigation | 3.9 | $2,242.50 |
| 3. | Plan and Disclosure Statement | 7.7 | $4,427.50 |
| | **TOTAL** | **26.4** | **$15,180.00** |

A detailed itemization of the services rendered in the above Service Categories is set forth in **Exhibits A through C.**

### B. <u>Disbursements Made.</u>

6. The Disbursements during the Statement Period were as follows:

a. Photo Copies-- $510.00

Total: **$510.00**

### C. <u>Total Services Rendered and Disbursements.</u>

7. The total services rendered and disbursements made, after adjusting for write offs, are as follows:

---

[1] The blended hourly billing rate of $573.14 per hour is derived by dividing the total fees of $15,180 by the total hours of 26.4.

| | |
|---|---|
| Total Services | $15,180.00 |
| Total Disbursements | $510.00 |
| **TOTAL** | **$15,690.00** |

**D. Billing Judgment Adjustments.**

8. During the Statement Period, the Firm has internally written off **$345** of recorded time in the exercise of its billing discretion. Additionally, the Firm has discounted its standard hourly rates for this engagement. During the statement period, the firm has charged **$3000** less than if it had charged its standard hourly rates.

**E. Amount Payable After Holdback.**

9. The amount payable for this Statement Period, after adjusting for the twenty percent (20%) holdback, is **$12,654.00.**

10. The Firm respectfully requests that said amount be paid pursuant to the Court's Administrative Order.

September 21, 2026.

Respectfully Submitted,

/s/ Alan M. Grochal
Alan M. Grochal, Bar No. 01447
Richard L. Costella, Bar No. 14095
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone (410) 752-9715
agrochal@tydingslaw.com
rcostella@tydingslaw.com

*Local Counsel for the Creditors Committee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of September 2026, a copy of the foregoing Statement of Services Rendered and Expenses Incurred by Tydings & Rosenberg LLP, as Local Counsel for the Creditors Committee, was served on Blake D. Roth, Esquire, Holland & Knight LLP, 511 Union Street, Suite 2700, Nashville, TN 37219, blake.roth@hklaw.com; Catherine K. Hopkin, Esquire, YVS Law LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, Maryland 21401, chopkin@yvslaw.com; Hugh Bernstein, Esquire, Office of the United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, Maryland 21201, hugh.m.bernstein@usdoj.gov; Mr. John Matera, Roman Catholic Archbishop of Baltimore, 320 Cathedral Street, Baltimore, Maryland 21201, jmatera@archbalt.org; and to all parties that are registered to receive electronic filing through the CM/ECF system.

/s/Alan M. Grochal
Alan M. Grochal

**The following parties received CM/ECF notice of the filing:**

Nathan D. Adler, Esquire: nda@nqgrg.com
Philip D. Anker, Esquire: philip.anker@wilmerhale.com
Sam Alberts, Esquire: sam.alberts@dentons.com
G. Calvin Awkward, III, Esquire: cawkward@goldbergsegalla.com
Gary Bahena, Esquire: garybahena@bahenalaw.com
Hugh M. Bernstein, Esquire: hugh.m.bernstein@usdoj.gov
Diane C. Bristow, Esquire: dcb@nqgrg.com
PhilipTucker Evans, Esquire: philip.evans@hklaw.com
Andrew Freeman, Esquire: adf@browngold.com
Andrew Glasnovich, Esquire: drew.glasnovich@stinson.com
Gary R. Greenblatt, Esquire: grg@cooncolelaw.com
Geoffrey Grivner, Esquire: geoffrey.grivner@bipc.com
Megan Harmon, Esquire: megan.harmon@bge.com
Catherine Keller Hopkin, Esquire: chopkin@yvslaw.com
Robert Keith Jenner: rjenner@jennerlawfirm.com
Steven J. Kelly, Esquire: skelly@gelaw.com
Nicole Khalouian, Esquire: nicole.khalouian@stinson.com
C. Scott Kunde, Jr., Esquire: scott.kunde@hklaw.com
Anthony May, Esquire: amay@browngold.com
Timothy P. Palmer, Esquire: timothy.palmer@bipc.com
Mark David Plevin, Esquire: mplevin@crowell.com
David Kendall Roberts, Esquire: droberts2@omm.com
Annette Rolain, Esquire: arolain@ruggerilaw.com
Blake D. Roth, Esquire: blake.roth@hklaw.com
James P. Ruggeri, Esquire: jruggeri@ruggerilaw.com
Jonathan Schapp, Esquire: jschapp@goldbergsegalla.com
U.S. Trustee – Baltimore: ustpregion04.ba.ecf@usdoj.gov
Irving Edward Walker, Esquire: iwalker@coleschotz.com
Jonathan Schochor, Esquire; jschochor@sfspa.com
Kerry Staton, Esquire; kstaton@sfspa.com
Joshua F. Kahn, Esquire; jkahn@sfspa.com
Thomas F. Yost, Esquire; tyost@yostlaw.com
Andrew Janet, Esquire; asjanet@jjsjustice.com
Donna M. Berdych, Esquire; donna@berdychlaw.com
Philip S. Georges, Esquire; phil@wolfofjustice.com
Samantha Ruben, Esquire; Samantha.ruben@dentons.com
Maigreade B. Burrus, Esquire; Maggie.burrus@stinson.com
Michael G. Farag, Esquire; mfarag@gibsondunn.com
Marc E. Shach, Esquire; mes@cooncolelaw.com
Samantha M. Indelicato, Esquire; sindelicato@omm.com
Brian J. Perkins, Esquire; bperkins@peifferwolf.com

Joshua D. Weinberg, Esquire: jweinberg@ruggerilaw.com
Adam R. Dunst, Esquire, adunst@goldbergsegalla.com
Samantha J. Hanson-Lenn, Esquire, Samantha.hansonlenn@stinson.com
Eric G. Korphage, Esquire, korphagee@whiteandwilliams.com
Robert H. Kline, Esquire, kliner@whiteandwilliams.com
Matthew M. Weiss, Esquire, mweiss@phrd.com
John E. Bucheit, Esquire, jbucheit@phrd.com
Matthew G. Roberts, Esquire, mroberts@phrd.com
John Grossbart, Esquire, john.grossbart@dentons.com
Siobhain P. Minarovich, Esquire, manarovics@whiteandwilliams.com
Justin P. Fasano, Esquire, jfasano@mhlawyers,com
Matthew C. Nelson, Esquire, matthew.nelson@kennedyslaw.com
Jillian G. Dennehy, Esquire, jillian.dennehy@kenedyslaw.com
James R. Murray, Esquire, jim.murray@blankrome.com
James D. Carter, Esquire, james.carter@blankrome.com
Robyn L. Michaelson, Esquire, robyn.michaelson@blankrome.com
Sara G. Klein, Esquire, sklein@manlystewart.com
Gary P. Seligman, Esquire, gseligman@wiley.law
Ezhan S. Hasan, Esquire, ahasan@wiley.com
Michael J. Belsky, Esquire, mbelsky@sbwdlaw.com
Catherine A. Dickinson, Esquire, cdickinson@sbwdlaw.com
Isabella R. Sayyah, Esquire, isayyah@gibsondunn.com
Matthew A. Hoffman, Esquire, mhoffman@gibsondunn.com
Ryan S. Appleby, Esquire, rappleby@gibsondunn.com
Michael A. Rosenthal, Esquire, mrosenthal@gibsondunn.com
Todd C. Jacobs, Esquire, tjacobs@phrd.com
Jesse J. Bair, Esquire, jbair@burnsbair.com
Timothy W. Burns, Esquire, tburns@burnsbair.com
Jared Zola, Esquire, jared.zola@blankrome.com
Anthony J.M. Kikendall, Esquire, kikendalla@whiteandWilliams.com
Eileen King Bower, Esquire, Eileen.kingbower@clydeco.us
Robert M. Westra, Esquire, rwestra@ppsrlaw.com
Kevin A. Clasing, Esquire, kclasing@ppsrlaw.com
Morgan K. Stippel, Esquire, mstippel@burnsbair.com
Justine M. Daniels, Esquire, jdaniels@omm.com
Ryan S, Perlin, Esquire, perlin@mdtrialfirm.com
Emily C. Malarkey, Esquire, malarkey@mdtrialfirm.com
Jodie E. Bekman, Esquire, jbekman@gfrlaw.com
Timothy Karcher, Esquire, timothy.karcher@bakermckenzie.com
Paul Possinger, Esquire, ppossinger@proskauer.com
Clinton Cameron, Esquire, Clinton.cameron@clydeco.us
Bret Kabacinski, Esquire, bret.kabacinski@clydeco.us
Douglas McGill, Esquire, dmcgill@webbermcgill.com
Christopher Sevedge, Esquire, Christopher.sevedge@stinson.com
Ysabelle G. Reyes, Esquire, yreyes@wiley.law
Jon P. Newton, Esquire, jnewton@reidand riege.com

Benjamin M. Fischer, Esquire, bfischer@coleschotz.com
Richard A. Galbo, Esquire, rgalbo@goldberg segalla.com
Sheldon N. Jacobs, Esquire, sjacobs@snjlaw.com
Nicholas A. Dellefave, Esquire, Nicholas.dellefave@hklaw,com
Elizabeth Connell, Esquire, elizabeth@connellcounsel.com
Jacob C. Cohn, Esquire, jcohn@plevinturner.com
E. Christopher Amos, Esquire, eChrisamos@gmail.com
Edward J. Kelley, Esquire, ed@constantllp.com
W. Charles Meltmar, Esquire, cmeltmar@cochranfirmdc.com
Nathaniel L. Foote, Esquire, nate@vca.law
Michael J. Belsky, Esquire, mbelsky@sbwdlaw.com
Catherine A. Dickinson, Esquire, cdickinson@sbwdlaw.com
Kathleen A. Parnow, Esquire, katie.parnow@stinson.com
Redwan Saleh, Esquire, rsaleh@omm.com
Ryan C. Evans, Esquire, revans@plevinturner.com
Alexander Toth Boudreau, Esquire; aboudreau@gibsondunn.com
Andrea L. Stein, Esquire, andrea.stein@hklaw.com