**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br>Roman Catholic Archbishop of Baltimore,<br>Debtor. | Case No. 23-16969-MMH<br>(Chapter 11) |

**JOINT STIPULATION BY THE DEBTOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CONTINUE HEARINGS**

The Roman Catholic Archbishop of Baltimore (the "Debtor")[1] and the Official Committee of Unsecured Creditors (the "Creditors' Committee") (together, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

## BACKGROUND

1. The Debtor filed a petition for relief under chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code") on September 29, 2023 (the "Petition Date"). [Dkt. No. 1] (the "Bankruptcy Case").

2. The Creditors' Committee was appointed on October 11, 2023 [Dkt. No. 81], and is comprised of seven Survivors of child sexual abuse by priests, teachers, and/or other employees of the Debtor.

3. The Parties have been engaged in ongoing mediation efforts toward a global resolution of the Bankruptcy Case. The Parties believe that additional time will facilitate the conclusion of productive, good-faith negotiations toward a consensual resolution.

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

4. The continuance is in the best interests of the Debtor's estate and all parties in interest because it will allow the Parties to continue working toward a consensual resolution that would maximize value for the estate and its creditors.

5. The Court has two hearings currently scheduled for September 30, 2026 and October 5, 2026, regarding a number of matters in this Bankruptcy Case, including any matters related to the Debtor's plan and disclosure statement, pending claim objections, and motions for various forms of stay relief (collectively, the "Scheduled Matters")[2], including without limitation the following:

(a) **Order Setting Deadlines and Hearing**: Dkt. No. 2879.

(b) **Plan and Disclosure Statement Matters**: Dkt. No. 2869 (Fourth Amended Plan); Dkt. No. 2870 (Amended Disclosure Statement); and Dkt. No. 2871 (Motion for Approval of Disclosure Statement).

(c) **Claim Objections**: Dkt. Nos. 1493–1527, 1541–83, 1587–91, 1593–1611, 1613–75, 1677–86, 1690–1701, 1704–15 (Pending Claim Objections as listed in Dkt. No. 2879).

(d) **Stay Relief Matters**: Dkt. No. 2559 (Order on Stay Relief); Dkt. Nos. 12, 2097, 2253, 2257, 2269, 2270, 2271, 2402, 2408, 2409, 2410, 2411, 2458, 2461, 2466, 2470, 2472, 2475, 2514, and including Pending Matters listed in Dkt. No. 2559 ; and Dkt. Nos. 2129, 2133, 2151, 2154, 2155, 2157, 2420, 2475, and including the Stay Relief Motions as listed in Dkt. No. 2559.

[2] Dkt. Nos. 12, 1493–1527, 1541–83, 1587–91, 1593–1611, 1613–75, 1677–86, 1690–1701, 1704–15, 2097, 2129, 2133, 2151, 2154–55, 2253, 2257, 2269, 2270, 2271, 2402, 2408, 2409, 2410, 2411, 2420, 2458, 2461, 2466, 2470, 2472, 2475, 2514, 2559, 2869–71, 2879.

6. The Parties jointly request that the hearing on the Scheduled Matters be continued for a period of forty-five (45) days from the currently scheduled hearing date to allow the Parties to continue their good-faith negotiations toward a consensual resolution of the Bankruptcy Case.

7. The Parties further request that all matters that the Court has previously continued sine die remain off calendar.

**WHEREFORE**, the Debtor and the Creditors' Committee respectfully request that this Court enter an order continuing the hearing on the Scheduled Matters for a period of forty-five (45) days from the currently scheduled hearing date, and grant such other and further relief that the Court deems just and proper.

* * *

Date: September 21, 2026.

Respectfully submitted,

*/s/ Catherine Keller Hopkin*
Catherine Keller Hopkin, Esquire
**YVS Law, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Email: chopkin@yvslaw.com

Blake Daniel Roth, Esquire
**Holland & Knight LLP**
Symphony Place
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Email: blake.roth@hklaw.com

*Counsel to Roman Catholic Archbishop of Baltimore*

And

*/s/ Alan M. Grochal*
Alan M. Grochal, Fed. Bar No.: 01447
Richard L. Costella, Fed. Bar No.: 14095
**Tydings & Rosenberg LLP**
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9772
Fax: (410) 727-5460
Email: rcostella@tydings.com
agrochal@tydings.com

-and-

Edwin H. Caldie (MN # 388930)
Andrew Glasnovich (MN # 0398366)
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email: ed.caldie@stinson.com
drew.glasnovich@stinson.com

*Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of September, 2026, a copy of the foregoing was served via the Court's CM/ECF system on all parties registered to receive electronic filing through the CM/ECF system on the attached list.

/s/ Alan M. Grochal
Alan M. Grochal

**The following parties received CM/ECF notice of the filing:**

Nathan D. Adler, Esquire: nda@nqgrg.com
Philip D. Anker, Esquire: philip.anker@wilmerhale.com
Sam Alberts, Esquire: sam.alberts@dentons.com
G. Calvin Awkward, III, Esquire: cawkward@goldbergsegalla.com
Gary Bahena, Esquire: garybahena@bahenalaw.com
Hugh M. Bernstein, Esquire: hugh.m.bernstein@usdoj.gov
Diane C. Bristow, Esquire: dcb@nqgrg.com
PhilipTucker Evans, Esquire: philip.evans@hklaw.com
Andrew Freeman, Esquire: adf@browngold.com
Andrew Glasnovich, Esquire: drew.glasnovich@stinson.com
Gary R. Greenblatt, Esquire: grg@cooncolelaw.com
Geoffrey Grivner, Esquire: geoffrey.grivner@bipc.com
Megan Harmon, Esquire: megan.harmon@bge.com
Catherine Keller Hopkin, Esquire: chopkin@yvslaw.com
Robert Keith Jenner: rjenner@jennerlawfirm.com
Steven J. Kelly, Esquire: skelly@gelaw.com
Nicole Khalouian, Esquire: nicole.khalouian@stinson.com
C. Scott Kunde, Jr., Esquire: scott.kunde@hklaw.com
Anthony May, Esquire: amay@browngold.com
Timothy P. Palmer, Esquire: timothy.palmer@bipc.com
Mark David Plevin, Esquire: mplevin@crowell.com
David Kendall Roberts, Esquire: droberts2@omm.com
Annette Rolain, Esquire: arolain@ruggerilaw.com
Blake D. Roth, Esquire: blake.roth@hklaw.com
James P. Ruggeri, Esquire: jruggeri@ruggerilaw.com
Jonathan Schapp, Esquire: jschapp@goldbergsegalla.com
U.S. Trustee – Baltimore: ustpregion04.ba.ecf@usdoj.gov
Irving Edward Walker, Esquire: iwalker@coleschotz.com
Jonathan Schochor, Esquire; jschochor@sfspa.com
Kerry Staton, Esquire; kstaton@sfspa.com
Joshua F. Kahn, Esquire; jkahn@sfspa.com
Thomas F. Yost, Esquire; tyost@yostlaw.com
Andrew Janet, Esquire; asjanet@jjsjustice.com
Donna M. Berdych, Esquire; donna@berdychlaw.com
Philip S. Georges, Esquire; phil@wolfofjustice.com
Samantha Ruben, Esquire; Samantha.ruben@dentons.com
Maigreade B. Burrus, Esquire; Maggie.burrus@stinson.com
Michael G. Farag, Esquire; mfarag@gibsondunn.com
Marc E. Shach, Esquire; mes@cooncolelaw.com
Samantha M. Indelicato, Esquire; sindelicato@omm.com
Brian J. Perkins, Esquire; bperkins@peifferwolf.com

Joshua D. Weinberg, Esquire: jweinberg@ruggerilaw.com
Adam R. Dunst, Esquire, adunst@goldbergsegalla.com
Samantha J. Hanson-Lenn, Esquire, Samantha.hansonlenn@stinson.com
Eric G. Korphage, Esquire, korphagee@whiteandwilliams.com
Robert H. Kline, Esquire, kliner@whiteandwilliams.com
Matthew M. Weiss, Esquire, mweiss@phrd.com
John E. Bucheit, Esquire, jbucheit@phrd.com
Matthew G. Roberts, Esquire, mroberts@phrd.com
John Grossbart, Esquire, john.grossbart@dentons.com
Siobhain P. Minarovich, Esquire, manarovics@whiteandwilliams.com
Justin P. Fasano, Esquire, jfasano@mhlawyers,com
Matthew C. Nelson, Esquire, matthew.nelson@kennedyslaw.com
Jillian G. Dennehy, Esquire, jillian.dennehy@kenedyslaw.com
James R. Murray, Esquire, jim.murray@blankrome.com
James D. Carter, Esquire, james.carter@blankrome.com
Robyn L. Michaelson, Esquire, robyn.michaelson@blankrome.com
Sara G. Klein, Esquire, sklein@manlystewart.com
Gary P. Seligman, Esquire, gseligman@wiley.law
Ezhan S. Hasan, Esquire, ahasan@wiley.com
Michael J. Belsky, Esquire, mbelsky@sbwdlaw.com
Catherine A. Dickinson, Esquire, cdickinson@sbwdlaw.com
Isabella R. Sayyah, Esquire, isayyah@gibsondunn.com
Matthew A. Hoffman, Esquire, mhoffman@gibsondunn.com
Ryan S. Appleby, Esquire, rappleby@gibsondunn.com
Michael A. Rosenthal, Esquire, mrosenthal@gibsondunn.com
Todd C. Jacobs, Esquire, tjacobs@phrd.com
Jesse J. Bair, Esquire, jbair@burnsbair.com
Timothy W. Burns, Esquire, tburns@burnsbair.com
Jared Zola, Esquire, jared.zola@blankrome.com
Anthony J.M. Kikendall, Esquire, kikendalla@whiteandWilliams.com
Eileen King Bower, Esquire, Eileen.kingbower@clydeco.us
Robert M. Westra, Esquire, rwestra@ppsrlaw.com
Kevin A. Clasing, Esquire, kclasing@ppsrlaw.com
Morgan K. Stippel, Esquire, mstippel@burnsbair.com
Justine M. Daniels, Esquire, jdaniels@omm.com
Ryan S, Perlin, Esquire, perlin@mdtrialfirm.com
Emily C. Malarkey, Esquire, malarkey@mdtrialfirm.com
Jodie E. Bekman, Esquire, jbekman@gfrlaw.com
Timothy Karcher, Esquire, timothy.karcher@bakermckenzie.com
Paul Possinger, Esquire, ppossinger@proskauer.com
Clinton Cameron, Esquire, Clinton.cameron@clydeco.us
Bret Kabacinski, Esquire, bret.kabacinski@clydeco.us
Douglas McGill, Esquire, dmcgill@webbermcgill.com
Christopher Sevedge, Esquire, Christopher.sevedge@stinson.com
Ysabelle G. Reyes, Esquire, yreyes@wiley.law
Jon P. Newton, Esquire, jnewton@reidand riege.com

Benjamin M. Fischer, Esquire, bfischer@coleschotz.com
Richard A. Galbo, Esquire, rgalbo@goldberg segalla.com
Sheldon N. Jacobs, Esquire, sjacobs@snjlaw.com
Nicholas A. Dellefave, Esquire, Nicholas.dellefave@hklaw,com
Elizabeth Connell, Esquire, elizabeth@connellcounsel.com
Jacob C. Cohn, Esquire, jcohn@plevinturner.com
E. Christopher Amos, Esquire, eChrisamos@gmail.com
Edward J. Kelley, Esquire, ed@constantllp.com
W. Charles Meltmar, Esquire, cmeltmar@cochranfirmdc.com
Nathaniel L. Foote, Esquire, nate@vca.law
Michael J. Belsky, Esquire, mbelsky@sbwdlaw.com
Catherine A. Dickinson, Esquire, cdickinson@sbwdlaw.com
Kathleen A. Parnow, Esquire, katie.parnow@stinson.com
Redwan Saleh, Esquire, rsaleh@omm.com
Ryan C. Evans, Esquire, revans@plevinturner.com
Alexander Toth Boudreau, Esquire; aboudreau@gibsondunn.com
Andrea L. Stein, Esquire, andrea.stein@hklaw.com