Entered: September 22nd, 2026

Signed: September 22nd, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

**SUPPLEMENTAL ORDER ADDRESSING**
**JOINT MOTION TO SEAL AND OBJECTION**

On September 22, 2026, the Court entered an Order authorizing the above-captioned debtor and debtor-in-possession (the "Debtor") and the Official Committee of Unsecured Creditors (the "UCC") to file a Joint Status Report (the "Status Report") under seal for a period of 45 days. ECF 2919. The Court acknowledges the Objection to the Motion to Seal filed by Century Indemnity Company, as a successor to CCI Insurance Company, which is a successor to Insurance Company of North America, and Indemnity Insurance Company of North America (the "Objection"). ECF 2918. The Court nevertheless finds the unique circumstances of this case extraordinary and warranting the relief requested by the Motion to Seal [ECF 2915] for the brief period of time requested.[1]

[1] Although the Court provided that the Hearings would only be continued with the consent of all Mediation Parties, as defined by the Agreed Order Directing Mediation, Appointing Mediators, and Ordering Mediation Discovery, those Mediation Parties are not directly involved with the mediation at issue here. ECF 705. On June 15, 2026, the Court entered an Order Assigning Certain Issues to Bankruptcy Dispute Resolution Program and Appointing Mediator (the "Mediation Order"). ECF 2600. The Mediation Order specifically states that "the Honorable Thomas J. Catliota shall serve as the judicial mediator between the Debtor and the Committee regarding the Mediation Issues[.]" *Id*. The Joint Status Report relates to this mediation – specifically that between only the Debtor and the UCC.

To ensure that appropriate disclosures continue in this case, the Court will set a hearing on the Motion to Seal and the Objection within 30 days of this Order. That will provide the parties time to have meaningful and methodical conversations about the issues, including those raised by the Motion to Seal and the Objection. Indeed, the important and sensitive issues at stake in this case warrant that kind of protection and consideration.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a hearing on the Motion to Seal and the Objection on **October 23, 2026, at 10:00 a.m., ET**, by videoconference; and it is further

**ORDERED**, that the Court's Order at ECF 2919 remains in full force and effect until its expiration or further Order of the Court.

**END OF ORDER**