**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF BALTIMORE,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-16969-MMH |

**THE AD HOC COMMITTEE OF PARISHES, SCHOOLS, AND AFFILIATES' CONSENT TO JOINT STIPULATION BY THE DEBTOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CONTINUE HEARINGS**

The Ad Hoc Committee of Parishes, Schools and Affiliates (the "**Ad Hoc Committee**"), by its undersigned counsel, hereby consents to the continuance of the hearings scheduled for September 30, 2026 and October 5, 2026, as requested in the Joint Stipulation by the Debtor and Official Committee of Unsecured Creditors to Continue Hearings [Docket No. 2914] (the "**Stipulation**").

As stated in the Stipulation, the Creditors' Committee and the Debtor have been engaged in ongoing mediation efforts toward a global resolution of this Chapter 11 case, and representatives of the Ad Hoc Committee have participated in these mediation meetings and efforts. The requested continuance of the scheduled hearings will enable the Ad Hoc Committee, as well as the Creditors' Committee and the Debtor, to devote their time and resources to the mediation efforts, without having their time and attention diverted to litigation.[1] The requested continuance of the pending hearings therefore will serve the best interest of all parties in interest.

[1] The Ad Hoc Committee will be joining the Creditors' Committee and Debtor in filing a motion to expand the scope of the Order Assigning Certain Issues to Bankruptcy Dispute Resolution Program and Appointing Mediator [Docket No. 2600] to include the Ad Hoc Committee as one of the parties to participate in the Court ordered mediation.

Dated: September 24, 2026

**COLE SCHOTZ P.C.**

*/s/ Irving E. Walker*
Irving E. Walker (Bar No. 00179)
1201 Wills Street, Suite 320
Baltimore, MD 21231
(410) 230-0660
(410) 230-0667 (fax)
iwalker@coleschotz.com

and

Ford Elsaesser (admitted *pro hac vice*)
**ELSAESSER ANDERSON, CHTD.**
519 High Street
P.O. Box 369
Priest River, ID 83856
(208) 448-2990
felsaesser@eaidaho.com

*Attorneys for the Ad Hoc Committee of Parishes, Schools, and Affiliates*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2026, I caused a true and correct copy of *The Ad Hoc Committee of Parishes, Schools, and Affiliates' Consent to Joint Stipulation by the Debtor and Official Committee of Unsecured Creditors to Continue Hearings* to be served upon all parties registered to receive electronic service through the Court's CM/ECF notice system in the above case.

*/s/ Irving E. Walker*
Irving E. Walker