Entered: September 25th, 2026

Signed: September 25th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(<u>Baltimore Division</u>)**

---

In re:

Roman Catholic Archbishop of Baltimore,

Debtor.

Case No. 23-16969-MMH
(Chapter 11)

---

**ORDER GRANTING THE JOINT MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION FURTHER TOLLING THE 11 U.S.C. § 546(a) DEADLINE**

---

Upon consideration of the Joint Motion for Entry of an Order Approving Stipulation Further Tolling the 11 U.S.C. § 546(a) Deadline (the "Motion") and the Stipulation by and Among the Debtor, Ad Hoc Committee of Parishes, Schools, and Affiliates, and the Official Committee of Unsecured Creditors and the Debtor (the "Stipulation"), attached hereto as **Exhibit 1**; and the Court having found that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order 2012-05* from the U.S. District Court for the District of Maryland, (ii) venue is proper under 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. 157(b); it appearing that adequate notice of the Motion has been given; the Court having reviewed the Stipulation and any opposition or objection, and having considered the statements of counsel with respect to the Stipulation at the hearing, if any; and the Court having

found sufficient cause for granting the Motion and that the Stipulation is in the best interests of the Debtor, its estate, the Official Committee of Unsecured Creditors, the Ad Hoc Committee and all parties in interest,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Stipulation is **APPROVED** in its entirety and is incorporated as if set forth fully in this Order.

3. The deadline established under 11 U.S.C. § 546(a) for the Debtor, Committee, or any of their successors in interest to pursue causes of against any of the Tolling Parties listed in the Stipulation, is extended through and including January 15, 2027.

4. This Court shall retain jurisdiction with regard to all matters arising from or related to the implementation or interpretation of this order.

CC:

Catherine Keller Hopkin, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Email: chopkin@yvslaw.com

Blake Daniel Roth, Esquire
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Email: blake.roth@hklaw.com

Philip T. Evans, Esquire
Holland & Knight LLP
800 17th Street NW, Suite 1100
Washington DC 20006
Email: Philip.evans@hklaw.com

Alan M. Grochal, Esquire
Tydings and Rosenberg
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Email: Agrochal@tydings.com

Edwin H. Caldie, Esquire
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Hugh Bernstein, Esquire
Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, MD 21201
Email: hugh.m.bernstein@usdoj.gov

****END OF ORDER****

**EXHIBIT 1 TO ORDER APPROVING JOINT MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION FURTHER TOLLING THE 11 U.S.C. § 546(A) DEADLINE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Roman Catholic Archbishop of Baltimore,<br><br>Debtor. | Case No. 23-16969-MMH<br>(Chapter 11) |

**STIPULATION BY AND BETWEEN THE DEBTOR, THE AD HOC COMMITTEE OF PARISHES, SCHOOLS, AND AFFILIATES, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Roman Catholic Archbishop of Baltimore (the "Debtor"),[1] the Ad Hoc Committee of Parishes and Schools (the "Parish Committee") and the Official Committee of Unsecured Creditors (the "Creditors' Committee"), stipulate and agree as follows:

**WHEREAS**, the Roman Catholic Archbishop of Baltimore (the "Debtor") filed a petition for relief under chapter 11 of title 11 of the U.S. Code (the "Bankruptcy Code") on September 29, 2023 (the "Petition Date").

**WHEREAS**, seventy-nine (79) entities (the "Tolling Parties")[2] have executed agreements to toll (the "Tolling Agreements") the deadline to file actions under 11 U.S.C. § 546(a) through and including September 29, 2026.

[1] The last four digits of the Debtor's federal tax identification number are 1535. The Debtor's principal place of business is located at 320 Cathedral Street, Baltimore, Maryland 21201.

[2] The Tolling Parties are: Archbishop Borders School; Archbishop Curley High; Archbishop Spalding High; Associated Catholic Charities; Associated Catholic Charities, Inc.; Basilica of the Assumption; Bishop Walsh High School; Cardinal Shehan School; Cath Comm of Ascension/St. Augustine; Cathedral of Mary Our Queen; Catholic Charities; Catholic Community Foundation; Corpus Christi; Divine Mercy Parish; General Insurance PCS 2020-01; Holy Spirit (Joppa); Immaculate Conception (Towson); Immaculate Conception School; Immaculate Heart of Mary; Inter Parish Loan Fund, Inc.; Monsignor Slade Catholic School; Mother Mary Lange Catholic School; Msgr. O'Dwyer Retreat House; New All Saints; Our Lady of Hope/St. Luke School; Our Lady of Mt Carmel Elementary; Our Lady of Perpetual Help; Our Lady of Victory; Resurrection/St. Paul School; Sacred Heart (Glyndon); School of the Cathedral of Mary Our

**WHEREAS**, the parties continue to mediate their disputes and desire to continue focusing on a global resolution.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for the Debtor, counsel for the Parish Committee, and counsel for the Creditors' Committee as follows:

1. The Debtor, Parish Committee, the Creditors' Committee, and all the Tolling Parties have received notice of the terms of this Stipulation and have consented to be bound by the terms of the Stipulation and the Court's order approving the Stipulation.

2. The deadline to file actions under 11 U.S.C. § 546(a) against the Tolling Parties should be extended through and including January 15, 2027, but all other terms of the Tolling Agreements should remain unaltered and in full force and effect.

3. Except as expressly provided above, nothing in this Stipulation shall affect, waive, prejudice, or otherwise alter any defense or argument any party may have regarding derivative standing.

4. Unless expressly provided above, nothing in this Stipulation is an admission by any party with regard to any action under Bankruptcy Code chapter 5.

---

Queen; School of the Incarnation; St Alphonsus Rodriguez; St Ambrose; St Ann (Hagerstown); St Bernadette (Severn); St Edward; St Francis de Sales (Abingdon); St John Long Green Valley; St John Regional (Frederick); St John the Evangelist (Frederick); St John the Evangelist (Severna Park); St Joseph Parish (Cockeysville); St Joseph School (Fullerton); St Leo; St Louis School; St Margaret (Bel Air); St Mark Parish (Fallston); St Mary (Hagerstown); St Michael-St. Clement; St Patrick (Havre de Grace); St Peter the Apostle (Oakland); St Stephen (Bradshaw); St Stephen (Bradshaw); St Ursula School; St. Agnes School; St. Augustine Catholic School; St. Gabriel (Woodlawn); St. Ignatius (Hickory); St. Jane Frances School; St. Joan of Arc School; St. John Parish (Westminster); St. John School (Westminster); St. John the Evangelist Sch(Severna); St. John the Evangelist School (hydes); St. Joseph (Fullerton); St. Joseph School; St. Joseph School (Fullerton); St. Louis Church; St. Margaret School (Bel Air); St. Mark School (Catonsville); St. Philip Neri School Linthicum Heights).

Date: September 14, 2026.

Respectfully submitted,

/s/ *Catherine Keller Hopkin*
Catherine Keller Hopkin, Esquire
**YVS Law, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Email: chopkin@yvslaw.com

Blake Daniel Roth, Esquire
**Holland & Knight LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Email: blake.roth@hklaw.com

*Counsel to Roman Catholic Archbishop of Baltimore*

**COLE SCHOTZ P.C.**

/s/ *Irving E. Walker*
Irving E. Walker (Bar No. 00179)
1201 Wills Street, Suite 320
Baltimore, MD 21231
(410) 230-0660
(410) 230-0667 (fax)
iwalker@coleschotz.com

Benjamin M. Fischer (admitted pro hac vice)
25 Main Street
Hackensack, NJ 07601
(201) 561-7034
bfischer@coleschotz.com

**ELSAESSER ANDERSON, CHTD.**
Ford Elsaesser (admitted pro hac vice)
519 High Street
P.O. Box 369
Priest River, ID 83856
(208) 448-2990
felsaesser@eaidaho.com

*Attorneys for the Ad Hoc Committee of Parishes, Schools, and Affiliates*

AND

/s/ Richard L. Costella
Alan M. Grochal, Fed. Bar No.: 01447
Richard L. Costella, Fed. Bar No. 14095
**Tydings & Rosenberg LLP**
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9772
Fax: (410) 727-5460
Email: rcostella@tydings.com
agrochal@tydings.com

-and-

Edwin H. Caldie (MN # 388930)
Andrew Glasnovich (MN # 0398366)
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email: ed.caldie@stinson.com
drew.glasnovich@stinson.com
*Counsel to the Official Committee of Unsecured Creditors*