Entered: September 25th, 2026

Signed: September 25th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

**ORDER CONTINUING MATTERS CURRENTLY SCHEDULED FOR SEPTEMBER 30, 2026, AND OCTOBER 5 AND 6, 2026, AND SETTING NEW HEARING DATES**

The matter before the Court arises from the Joint Stipulation by the Debtor and Official Committee of Unsecured Creditors to Continue Hearings (the "Stipulation"). ECF 2914. By the Stipulation, the above-captioned debtor and debtor-in-possession (the "Debtor") and the Official Committee of Unsecured Creditors (the "UCC") request that pursuant to the Court's Order Setting Deadlines and Hearing (the "Scheduling Order") [ECF 2879],[1] the Court continue the "Scheduled Matters" for a period of 45 days to permit the parties to continue their negotiations toward a consensual resolution. ECF 2914.

The Scheduling Order provides, in relevant part, that "the Court will only modify or extend the deadlines and hearing dates set forth herein with the consent of all parties currently subject to the Court's Mediation Order [ECF 705] in this case, or compelling circumstances and good cause

[1] *See also* ECF 2559, which also addresses matters included in the Scheduled Matters. Capitalized terms used but not otherwise defined herein have the meanings given to them in the Stipulation. The Claim Objections (as defined therein) are subject to a separate order of the Court entered simultaneously herewith.

established through an evidentiary hearing on the same." ECF 2879. The Court requested additional filings from the parties to determine whether adequate grounds exist for the requested extension of time. *See* ECF 2921. The parties have now filed those papers. *See, e.g.,* ECF 2926, 2928, 2929, 2930, 2932.[2]

The Court has reviewed the papers and again closely studied the docket in, and history of, this case. As the Court has previously stated, the Court finds it imperative that this case move swiftly towards a resolution—whatever that resolution may be. All parties affected by this case need an ability to move forward.

That said, the Court finds adequate justification and good cause to continue certain matters in this case to a date certain, approximately 45 days from the date of this Order. Among other things, the Court determines that the additional time will allow the parties to determine whether a consensual resolution is possible in this case or if an alternative path is needed. Regardless of which path results, having clarity around those issues will allow the Court to move forward expeditiously, saving time, money, and effort for all involved. This approach is, in this Court's estimation based on the facts it knows, in the best interests of the creditors, the bankruptcy estate, and the debtor.

In granting this continuance, the Court encourages the Debtor and the UCC to engage with all affected parties in interest in earnest. All parties need to be engaged and talking. The Court and all parties need clarity at the hearing set by this Order.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

---

[2] The latter of these papers is a limited objection, which the Court addresses by separate Order.

**ORDERED**, that the hearings currently scheduled on September 30, 2026, and October 5 and 6, 2026, on the Scheduled Matters have been removed from the Court's docket and are hereby continued as set forth herein; and it is further

**ORDERED**, that any party in interest may file a status report on any of the Scheduled Matters **on or before November 13, 2026**; and it is further

**ORDERED**, that a hearing on the Scheduled Matters and all related papers either already filed or timely filed in accordance with this Order will be held on **November 19, and 20, 2026 at 9:00 a.m., ET in-person in Courtroom 9-C in Baltimore**; and it is further

**ORDERED**, that for compelling circumstances and good cause shown, the Court may alter the deadlines and hearing dates set forth herein at its discretion.

**END OF ORDER**