Entered: September 28th, 2026
Signed: September 28th, 2026

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

**NOTICE THAT THE HEARINGS SCHEDULED FOR SEPTEMBER 30, 2026, AND OCTOBER 5 AND 6, 2026, HAVE BEEN REMOVED FROM THE COURT'S CALENDAR**

**PLEASE TAKE NOTICE** that the hearings scheduled for September 30, 2026, and October 5 and 6, 2026, have been removed from the Court's calendar pursuant to the Order entered on September 25, 2026, at ECF 2937.

Accordingly, the September 30, 2026, and October 5 and 6, 2026, hearings in this case are CANCELLED.

cc: All counsel and parties
U.S. Trustee

**END OF NOTICE**