Entered: October 29th, 2026
Signed: October 29th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | Chapter 11 |
| Debtor. | * | |

* * * * * * * * * * * * *

**ORDER SETTING PROCEDURES FOR OFFERING AND, IF ADMITTED, USING REDACTED EVIDENCE AT EVIDENTIARY HEARINGS AND FILING MOTIONS IN LIMINE**

A party in interest in this case filed a Line requesting authorization to use portions of redacted documents filed on the docket in connection with the prosecution of certain pending matters. ECF 3050. The issues raised by the Line apply more generally to several pending matters in this case, which may require evidentiary hearings. The Court thus enters this procedures Order to assist parties in preparing for any upcoming evidentiary hearings.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that to the extent a party in interest intends to offer into evidence and, if admitted, use unredacted portions of documents that have been redacted or filed under seal on the docket in this case, that party shall file a motion requesting appropriate relief **at least five days before the subject hearing** (a "Pre-Hearing Motion"); and it is further

**ORDERED**, that any oppositions to a Pre-Hearing Motion shall be filed **at least two days before the subject hearing**; and it is further

**ORDERED**, that the Court will address any timely filed Pre-Hearing Motion on the papers or, if needed, at the start of the subject hearing; and it is further

**ORDERED**, that the foregoing procedures and deadlines shall also apply to any motion in limine deemed necessary by a party in interest with respect to discovery or other evidentiary matters.

cc: Debtor
Debtor's Counsel
Committee's Counsel
All Creditors and Interested Parties
U.S. Trustee

**END OF ORDER**