**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| *In re*:<br><br>Roman Catholic Archbishop of Baltimore,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-16969-MMH<br><br>**SUPPLEMENTAL DECLARATION OF REDWAN SALEH IN FURTHER SUPPORT OF CLAIM OBJECTIONS AND MOTIONS FOR DISALLOWANCE OF CLAIMS** |

I, Redwan Saleh, Esq., hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am an attorney with the law firm O'Melveny & Myers LLP, and counsel for Century Indemnity Company, as a successor to CCI Insurance Company, which is a successor to Insurance Company of North America, and Indemnity Insurance Company of North America (together "Century"), in the above-referenced matter. I submit this supplemental declaration in further support of Century's claim objections (collectively, the "Objections"). I have personal knowledge of the facts stated therein, and if called as a witness, I would competently testify thereto.

2. Attached as **Exhibit 55** is a true and correct copy of the complaint filed on May 16, 2025, in the Circuit Court for Baltimore City, Maryland, Case No. C-24-CV-25-003801. Personal identification information of the plaintiff has been redacted.

3. Attached as **Exhibit 56** is a true and correct copy of the *Anglican Watch* article titled "Spotlight on Abuse: Episcopal Priest Christopher Mann," available at https://www.anglicanwatch.com/spotlight-on-abuse-episcopal-priest-christopher-mann/ (last accessed Nov. 9, 2026).

4. Attached as **Exhibit 57** is a true and correct copy of *The Baltimore Sun* article published by Roger Twigg, titled "Priest Pleads Guilty in Sex Case," dated September 21, 1983.

5. Attached as **Exhibit 58** is a true and correct copy of the St. Mary's Seminary & University webpage titled "The Ecumenical Institute," available at https://stmarys.edu/ecumenical-institute/ (last accessed Nov. 9, 2026).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of November, 2026 in New York, NY.

*/s/ Redwan Saleh*
Redwan Saleh, Esq.