Entered: November 13th, 2026

Signed: November 13th, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

**NOTICE OF *PRELIMINARY* AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 19 AND 20, 2026**[1]

**MATTERS BEING HEARD:**

1. The Stay Matters will be heard as previously scheduled:

    a. The "Stay Matters" include, but are not limited to: Motion to Extend Automatic Stay [ECF 12]; Committee of Unsecured Creditors Opposition to Motion to Extend Stay [ECF 2097]; Motions for Relief From or to Modify the Automatic Stay [ECF 2129, 2133, 2151, 2154, 2155]; all papers filed either in support of, or opposition to, the relief requested by the above-referenced papers [ECF 2157, 2253, 2257, 2269, 2270, 2271, 2402, 2408, 2409, 2410, 2411, 2458, 2461, 2466, 2470, 2472, 2475, 2514].

2. The Disclosure Statement Matters will be heard as previously scheduled:

    a. The "Disclosure Statement Matters" include, but are not limited to: Amended Disclosure Statement [ECF 2870]; Motion for Entry of Orders: (I) Approving Disclosure Statement and the Form and Manner of Notice; (II) Approving Plan Solicitation and Voting Procedures; (III) Approving Ballot Forms; (IV) Approving Form, Manner, and Scope of Confirmation Notices; (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and

[1] The Court may amend or supplement this agenda at any time before the start of the November 19, 2026, hearing.

Confirmation Of The Plan; (VI) Approving Procedures for Vote Tabulation; and (VII) Granting Related Relief [ECF 2871]; all papers filed either in support of, or opposition to, the Disclosure Statement [ECF 2925, 2942, 3097].

3. The Court will hear oral argument on the Court's jurisdiction to resolve the Claim Objection Matters:

   a. The "Claim Objection Matters" include, but are not limited to ECF 1493–1499, 1500–1524, 1526–1527, 1541–1584, 1587–1591, 1593–1611, 1613–1675, 1677–1686, 1690–1701, 1704–1715, 2969, 2973, 2976, 2979, 2980–2998, 3003, 3038, as well as all responsive papers.

4. The Court will hear the Motion to Establish Procedures for Objections to Proofs of Claim and Responses Thereto [ECF 2021], and from any other party on matters that include, but are not limited to, any additional procedures or deadlines relating to the resolution of the Claim Objection Matters.

**STATUS HEARING MATTERS:**

1. The Court requests a general status update from the Debtor.

2. The Court requests a full status update on the Claim Objection Matters.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**