**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

**<u>NOTICE OF DIAL IN INFORMATION FOR NOVEMBER 19 AND 20, 2026, HEARINGS</u>**

**PLEASE TAKE NOTICE** that the information below is for the following hearing dates:

November 19 and 20, 2026, at 9:00 a.m., ET

Dial-in information is provided below for the audio listen-only line for all other participants.*

**Telephone connection dial**: 646-828-7666
**Meeting ID:** 160 986 9508

*Pursuant to Local Bankruptcy Rule 5070-1(a), ***no party (other than the Court) may record or otherwise capture the audio or video of the Hearing in any manner***. The Court will create an official recording of the Hearing.

cc: All parties