USBC-MD B FILED MAIL
16 NOV '26 PM3:14

October 2026

To: The Honorable Michelle Harner
101 W Lombard St
Suite 8530
Baltimore, Maryland 21201

From: A victim of the Baltimore Archdiocese

Honorable Michelle Harner,

**A Call for a Swift Global Resolution in the Archdiocese of Baltimore Bankruptcy Proceedings**

We are now more than three years into this legal process. Burdened by motion after motion, the pursuit of justice for those abused under the authority of the Archdiocese of Baltimore continues.

Recent information has led those involved to believe that the Archdiocese of Baltimore and the Committee, along with their respective legal counsel, may be closing in on a settlement offer. This is encouraging news and offers victims of abuse some hope that closure may finally be within reach.

Unfortunately, for victims like myself, the progress being made between the debtor and the Committee is overshadowed by the actions of those representing insurance carriers and the Ad Hoc Committee. From the perspective of many victims, the continued disputes and legal maneuvering by these parties threaten to obstruct or delay the justice that survivors have waited years to receive.

During the October 23 hearing, we heard from numerous individuals representing a wide range of interests. Some offered encouraging indications that the process may be moving toward a global resolution. Others, however, expressed concerns about not being included in the closed-door discussions surrounding those efforts.

At least two attorneys, one representing an insurance carrier and another representing the Ad Hoc Committee, continue to stand as significant obstacles to the progress victims desperately need. Rather than appearing to work toward common ground and a resolution that would bring this process closer to its intended conclusion, their continued positions and legal tactics raise serious concerns about whether all parties are genuinely working toward a global resolution.

As of the end of August, the group working under seal toward a global resolution had reportedly accumulated $22,700,035, with those funds reportedly being paid by the Archdiocese of Baltimore. This raises an important question: How does an Archdiocese that has reportedly represented itself as having limited financial resources continue to fund these efforts at such a substantial level? Victims deserve transparency and a clear understanding of the financial realities affecting the resolution of their claims.

Meanwhile, the victims of abuse at the hands of the Archdiocese of Baltimore grow older with each passing day. Some have tragically passed away without ever having the opportunity to witness the justice they have spent years seeking. For these survivors and their families, every additional delay represents another lost opportunity for accountability, recognition, and closure.

I respectfully ask this Court to continue pressing this process forward with urgency and to encourage all parties to work toward a timely global resolution. The survivors have waited long enough. They should not have to endure endless legal disputes while the opportunity for meaningful justice slips further away.

The goal should be clear: a fair and equitable resolution that recognizes the harm suffered by survivors and allows them to move forward with dignity.

The victims deserve justice. They deserve accountability. And after more than three years, they deserve to see this process reach its conclusion.

Regards

A Victim