**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re:<br><br>Roman Catholic Archbishop of Baltimore,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-16969-MMH |

**CENTURY'S EXHIBIT LIST FOR**
**NOVEMBER 19-20, 2026 CONTESTED HEARING**

Century files this exhibit list in connection with the contested hearing scheduled on November 19-20, 2026. All of the exhibits were attached to the Declarations of Redwan Saleh [ECF 2889-1, ECF 3001, ECF 3038-1, ECF 3066, ECF 3080].

**EXHIBIT LIST**

| Exhibit No. | Description | ECF No. | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | Alison Knezevich, "Baltimore archdiocese pay settlements to a dozen people alleging abuse by late priest", The Baltimore Sun, Nov. 15, 2016 | 3001-1 | | | |
| 2 | Clarisse Loughrey, "The Keepers exclusive trailer: Netflix revisits a nun's unsolved murder five decades down the line", The Independent, April 19, 2017 | 3001-2 | | | |
| 3 | Anita Busch, "The Keepers: Netflix Drops Powerful Trailer for Series About Murder of Baltimore Nun", Deadline, April 19, 2017 | 3001-3 | | | |
| 4 | Daniel D'Addario, "The Keepers Avoids True Crime's Ghastliest Pitfalls", Time, May 25, 2017 | 3001-4 | | | |
| 5 | Pilot Virtuet, "Netflix's Latest True Crime Docuseries Will Haunt You Forever," Vice, May 25, 2017 | 3001-5 | | | |

| Exhibit No. | Description | ECF No. | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 6 | Stephanie Merry, "The Keepers Is True Crime with a Fresh Perspective: The Victim's", The Washington Post, May 20, 2017 | 3001-6 | | | |
| 7 | Jack Seale, "Who Murdered Sister Cathy? Netfilx Takes True Crime to the Next Level", The Guardian, May 18, 2017 | 3001-7 | | | |
| 8 | "Victims of Hampden Catholic school teacher seek accountability: 'A breach of trust'", The Baltimore Sun, May 31, 2024 | 3001-8 | | | |
| 9 | "Priest Pleads Guilty to Abuse; Ex-Calvert Hall Chaplain Faces up to 15 Years in Jail", The Baltimore Sun, November 9, 2005 | 3001-9 | | | |
| 10 | Settlement agreement relating to POC 70069 | 3001-10 | | | |
| 11 | Settlement agreement relating to POC 70366 | 3001-11 | | | |
| 12 | Settlement agreement relating to POC 61 | 3001-12 | | | |
| 13 | Settlement agreement relating to POC 70488 | 3001-13 | | | |
| 14 | Settlement agreement relating to POC 70516 | 3001-14 | | | |
| 15 | Settlement agreement relating to POC 70073 | 3001-15 | | | |
| 16 | Settlement agreement relating to POC 10574 and 10637 | 3001-16 | | | |
| 17 | Settlement agreement relating to POC 70003 | 3001-17 | | | |
| 18 | Settlement agreement relating to POC 70451 | 3001-18 | | | |
| 19 | Settlement agreement relating to POC 70712 and 70470 | 3001-19 | | | |
| 20 | Settlement agreement relating to POC 70449 | 3001-20 | | | |
| 21 | Settlement agreement relating to POC 70050 and 10199 | 2889-2 | | | |

| Exhibit No. | Description | ECF No. | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 22 | Complaint, Case No. C-24-CV-25-003894, Circuit Court for Baltimore City, Maryland, | 2889-3 | | | |
| 23 | Complaint, Case No. Case No. C-24-CV-25-004541 | 2889-4 | | | |
| 24 | Transcript, June 2, 2026 hearing | 2889-5 | | | |
| 25 | Memorandum-Decision and Order entered on September 29, 2016 in *In re Roman Catholic Diocese of Albany, New York*, Dkt. 2810 | 3001-21 | | | |
| 26 | Order Disallowing and Expunging Certain Sexual Abuse Claims Released, Channeled and Enjoined Pursuant to the Chapter 11 Plan of the Boy Scouts of America, entered February 18, 2025 in *In re The Diocese of Buffalo, N.Y.*, Dkt. 3637. | 3001-22 | | | |
| 27 | Order disallowing claims entered July 2, 2026 in *In re Roman Catholic Bishop of San Diego*, Dkt. 1888 | 3001-23 | | | |
| 28 | Order dismissing the Boy Scouts of America as a defendant in *T.J. v. Boy Scouts of America*, No. C-24-CV-25-005102 in the Circuit Court for Baltimore City | 3001-24 | | | |
| 29 | Letter from Thomas Yost dated October 16, 2026 | 3001-25 | | | |
| 30 | 1949 Md. Laws ch. 692 (S.B. 450) | 3001-26 | | | |
| 31 | 1992 Md. Laws ch. 8 (S.B. 106) | 3001-27 | | | |
| 32 | Article 83C – Juvenile Services § 2-117 | 3001-28 | | | |
| 33 | Excerpts from the Maryland Department of Juvenile Services, Data Resource Guide FY2019 | 3001-29 | | | |
| 34 | Maryland State Archives, Maryland Manual, Department of Juvenile Services history page | 3001-30 | | | |
| 35 | Complaint, Case No. C-24-CV-25-003913, Circuit Court of Baltimore City, Maryland | 3001-31 | | | |
| 36 | SDAT business entity record for Maryvale Preparatory School | 3001-32 | | | |

| Exhibit No. | Description | ECF No. | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 37 | SDAT filing index listing Articles of Incorporation filed on July 16, 1945 | 3001-33 | | | |
| 38 | Maryvale Preparatory School, Incorporated, Second Articles of Amendment and Restatement filed on February 24, 2006 | 3001-34 | | | |
| 39 | SDAT Business Entity record, The Baltimore Province of the Sisters of Notre Dame de Namur, Inc., Dept. ID D00053652 | 3001-35 | | | |
| 40 | Articles of Amendment, filed on October 1, 2010 | 3001-36 | | | |
| 41 | Webpage, "Step into Our History, Sisters of Notre Dame de Namur" | 3001-37 | | | |
| 42 | Webpage, "History and Heritage, Maryvale Preparatory School," | 3001-38 | | | |
| 43 | Webpage, "Officense Virtual Office in Baltimore MD" | 3001-39 | | | |
| 44 | "Historic Moments", The Roman Catholic Archdiocese of Washington | 3001-40 | | | |
| 45 | Saint Joseph (Largo) Parish Directory, Archdiocese of Washington | 3001-41 | | | |
| 46 | Webpage, "Office of Deaf and Disabilities Ministry Directory, Archdiocese of Washington" | 3038-2 | | | |
| 47 | "8 New Priests and 15 Curates Are Assigned", Times Herald, June 20, 1952 | 3066-1 | | | |
| 48 | "They'll Be Ordained Tomorrow", Times Herald, June 6, 1952 | 3066-2 | | | |
| 49 | Obituary of Rev. R. Frederick Bloom, Frederick News-Post | 3066-3 | | | |
| 50 | Webpage, "About Us: History of St. Elizabeth Church" | 3066-4 | | | |
| 51 | Webpage, "Saint Elizabeth" (Archdiocese of Washington) | 3066-5 | | | |
| 52 | Excerpts from the Attorney General's Report on Child Sexual Abuse in the Archdiocese of Baltimore: Revised Interim Public Release (2023) | 3066-6 | | | |

| Exhibit No. | Description | ECF No. | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 53 | Order entered November 8, 2022 in *In re Roman Catholic Church of the Archdiocese of Santa Fe*, Dkt. 1161 | 3066-7 | | | |
| 54 | “Priests and Deacons 39 (2022)”, Archdiocese of Washington | 3066-8 | | | |
| 55 | Complaint, Case No. C-24-CV-25-004702, Circuit Court of Baltimore City, Maryland | 3066-9 | | | |
| 56 | Excerpts from the Maryland Manual 1959-1960 | 3066-10 | | | |
| 57 | Webpage, “In Memoriam: Pray for the Deceased Clergy of the Archdiocese of Baltimore, Archdiocese of Baltimore” | 3066-11 | | | |
| 58 | Excerpts from The Official Catholic Directory 1969, pages 882-89 | 3066-12 | | | |
| 59 | Complaint, Case No. C-24-CV-25-003801, Circuit Court of Baltimore City, Maryland | 3080-1 | | | |
| 60 | “Spotlight on Abuse: Episcopal Priest Christopher Mann”, Anglican Watch | 3080-2 | | | |
| 61 | Roger Twigg, “Priest Pleads Guilty in Sex Case”, The Baltimore Sun, September 21, 1983 | 3080-3 | | | |
| 62 | Website, “The Ecumenical Institute”, St. Mary’s Seminary and University | 3080-4 | | | |
| 63 | Proof of Claim Nos. 70050 and 10199 | | | | |
| 64 | Proof of Claim No. 70449 | | | | |
| 65 | Proof of Claim No. 70488 | | | | |
| 66 | Proof of Claim No. 70516 | | | | |
| 67 | Proof of Claim No. 70451 | | | | |
| 68 | Proof of Claim Nos. 10574 and 10637 | | | | |
| 69 | Proof of Claim No. 70073 | | | | |
| 70 | Proof of Claim No. 61 | | | | |
| 71 | Proof of Claim No. 70003 | | | | |
| 72 | Proof of Claim No. 70366 | | | | |
| 73 | Proof of Claim No. 70069 | | | | |
| 74 | Proof of Claim Nos. 70712 and 70470 | | | | |
| 75 | Proof of Claim No. 10162 | | | | |
| 76 | Proof of Claim No. 10581 | | | | |

| Exhibit No. | Description | ECF No. | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 77 | Proof of Claim No. 10152 | | | | |
| 78 | Proof of Claim No. 10266 | | | | |
| 79 | Proof of Claim No. 10557 | | | | |
| 80 | Proof of Claim No. 70422 | | | | |
| 81 | Proof of Claim No. 60033 | | | | |
| 82 | Proof of Claim No. 70295 | | | | |
| 83 | Proof of Claim No. 70687 | | | | |
| 84 | Proof of Claim No. 70547 | | | | |
| 85 | Proof of Claim No. 068 | | | | |
| 86 | Proof of Claim No. 60051 | | | | |
| 87 | Proof of Claim No. 70032 | | | | |
| 88 | Proof of Claim No. 70800 | | | | |
| 89 | Proof of Claim No. 70780 | | | | |
| 90 | Proof of Claim No. 069 | | | | |
| 91 | Proof of Claim No. 70445 | | | | |
| 92 | Proof of Claim Nos. 10571 and 10129 | | | | |
| 93 | Proof of Claim No. 70000 | | | | |
| 94 | Proof of Claim Nos. 70714 and 70702 | | | | |

Dated: November 16, 2026

**O'MELVENY & MYERS LLP**


*/s/ David K. Roberts*
David K. Roberts (D. Md. Bar No. 18776)
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20006
droberts2@omm.com

Tancred Schiavoni, Esq. (admitted *pro hac vice*)
Samantha Indelicato (admitted *pro hac vice*)
Redwan Saleh, Esq. (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, 17th Floor
New York, NY 10019
Telephone: 212-326-2000
tschiavoni@omm.com
sindelicato@omm.com
rsaleh@omm.com

Eileen Bower, Esq. (admitted *pro hac vice*)
Bret Kabacinski, Esq. (admitted *pro hac vice*)
**CLYDE & CO LLP**
30 S Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: 312-635-6937
eileen.bower@clydeco.us
bret.kabacinski@clydeco.us


*Counsel to Century Indemnity Company, as a successor to CCI Insurance Company, which is a successor to Insurance Company of North America, and Indemnity Insurance Company of North America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November, 2026, a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF e-filing system on all parties of record.

*/s/ David K. Roberts*
David K. Roberts