**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Roman Catholic Archbishop of Baltimore,<br><br>Debtor. | Case No. 23-16969-MMH<br>(Chapter 11) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTIONS TO EXHIBIT AND WITNESS LISTS FOR NOVEMBER 19-20, 2026 HEARINGS**

The Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Archbishop of Baltimore (the "Debtor") respectfully submits this objection (the "Objection") to the admissibility of the each of the exhibits and witnesses offered by the respective party listed below for purposes of the November 19 and 20, 2026 Hearing, on the following grounds:

## WITNESS OBJECTIONS

The Committee objects to the testimony of Frank Natale to the extent it calls for testimony about Committee meetings or discussions with Committee counsel on the basis of attorney-client, work product, and/or common interest privilege. Further, the testimony of counsel is not relevant to the proceeding under Rule 401. Any marginal relevance is outweighed by confusing the issues, undue delay, and waste of time, and should be excluded under Rule 403.

## EXHIBIT OBJECTIONS

| Exhibit No. | Description | Fed. R. Evid. | Objection |
|---|---|---|---|
| CNA M01—M03 | Redacted Proofs of Claim | 403 | All proof of claim forms are subject to heightened confidentiality pursuant to the *Order (I) Establishing Deadlines for Filing Proofs of Claim; (II) Approving Sexual Abuse Claims Supplement; (III) Approving Form and Manner of Notice; and (IV) Approving Confidentiality Procedures* [Dkt. No. 316]. |
| CNA M04 | Redacted Settlement Agreement | 801, 802, 805, 901 | To the extent the contents of these documents are offered by CNA for their truth, they are out of court statements and are thus inadmissible hearsay.<br><br>To the extent CNA does not have all necessary witnesses to testify about the contents based on personal knowledge and/or to authentic the document and the signatures on the document, this document is inadmissible. |
| CNA M05 | Declaration of Bishop Parker | 801, 802, 805 | To the extent the contents of these documents are offered by CNA for their truth, they are out of court statements and are thus inadmissible hearsay. The Committee has also not seen this declaration (dated 11/16/26) and its use would be unfair surprise. |
| Century Exhibits 1-9, 41-51, 54, 57, 60-62 | Various News Articles and Webpages | 401, 403 801, 802, 805, 901 | To the extent the contents of these documents are offered by the Century for their truth, they are out of court statements and are thus inadmissible hearsay.<br><br>To the extent Century does not have all necessary witnesses to testify about the contents based on personal knowledge and/or to authentic the document and the signatures on the document, this document is inadmissible. |

| **Exhibit No.** | **Description** | **Fed. R. Evid.** | **Objection** |
|---|---|---|---|
| Century Exhibits 10-21 | Various Settlement Agreements | 801, 802, 805, 901 | To the extent the contents of these documents are offered by the Century for their truth, they are out of court statements and are thus inadmissible hearsay.<br><br>To the extent Century does not have all necessary witnesses to testify about the contents based on personal knowledge and/or to authentic the document and the signatures on the document, this document is inadmissible. |
| Century Exhibits 25-28 | Other Court Orders | 801, 802, 805 | To the extent the contents of these documents are offered by the Century for their truth, they are out of court statements and are thus inadmissible hearsay. |
| Century Exhibits 63-94 | Proofs of Claim | 403 | All proof of claim forms are subject to heightened confidentiality pursuant to the *Order (I) Establishing Deadlines for Filing Proofs of Claim; (II) Approving Sexual Abuse Claims Supplement; (III) Approving Form and Manner of Notice; and (IV) Approving Confidentiality Procedures* [Dkt. No. 316]. |
| Century Exhibit 24 | June 2, 2026 Hearing Transcript | 801, 802, 805 | To the extent the contents of these documents are offered by the Century for their truth, they are out of court statements and are thus inadmissible hearsay. |

Date: November 17, 2026

Respectfully submitted,

/s/ Richard L. Costella
Alan M. Grochal, Fed. Bar No.: 01447
Richard L. Costella, Fed. Bar No. 14095
**Tydings & Rosenberg LLP**
1 East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel: (410) 752-9772
Fax: (410) 727-5460
Email: rcostella@tydings.com
agrochal@tydings.com

*Local Counsel to the Official Committee of Unsecured Creditors*

-and-

Edwin H. Caldie (MN # 388930)
Andrew Glasnovich (MN # 0398366)
Christopher Sevedge (MO # 68383)
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email: ed.caldie@stinson.com
drew.glasnovich@stinson.com
chris.sevedge@stinson.com

*Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of November, 2026, a copy of the foregoing ***OBJECTION*** was served via the Court's ECF e-filing system on: Blake D. Roth, Esquire, blake.roth@hklaw.com; Catherine K. Hopkin, Esquire, chopkin@yvslaw.com; Hugh Bernstein, Esquire, hugh.m.bernstein@usdoj.gov.

/s/ Richard L. Costella
Richard L. Costella

**And served on all parties on the attached service list:**

Nathan D. Adler, Esquire: nda@nqgrg.com
Philip D. Anker, Esquire: philip.anker@wilmerhale.com
Sam Alberts, Esquire: sam.alberts@dentons.com
G. Calvin Awkward, III, Esquire: cawkward@goldbergsegalla.com
Gary Bahena, Esquire: garybahena@bahenalaw.com
Diane C. Bristow, Esquire: dcb@nqgrg.com
Philip Tucker Evans, Esquire: philip.evans@hklaw.com
Andrew Freeman, Esquire: adf@browngold.com
Andrew Glasnovich, Esquire: drew.glasnovich@stinson.com
Gary R. Greenblatt, Esquire: grg@cooncolelaw.com
Geoffrey Grivner, Esquire: geoffrey.grivner@bipc.com
Megan Harmon, Esquire: megan.harmon@bge.com
Robert Keith Jenner: rjenner@jennerlawfirm.com
Steven J. Kelly, Esquire: skelly@gelaw.com
Nicole Khalouian, Esquire: nicole.khalouian@stinson.com
C. Scott Kunde, Jr., Esquire: scott.kunde@hklaw.com
Anthony May, Esquire: amay@browngold.com
Timothy P. Palmer, Esquire: timothy.palmer@bipc.com
Mark David Plevin, Esquire: mplevin@crowell.com
David Kendall Roberts, Esquire: droberts2@omm.com
Annette Rolain, Esquire: arolain@ruggerilaw.com
James P. Ruggeri, Esquire: jruggeri@ruggerilaw.com
Jonathan Schapp, Esquire: jschapp@goldbergsegalla.com
Irving Edward Walker, Esquire: iwalker@coleschotz.com
Jonathan Schochor, Esquire; jschochor@sfspa.com
Kerry Staton, Esquire; kstaton@sfspa.com
Joshua F. Kahn, Esquire; jkahn@sfspa.com
Thomas F. Yost, Esquire; tyost@yostlaw.com
Andrew Janet, Esquire; asjanet@jjsjustice.com
Donna M. Berdych, Esquire; donna@berdychlaw.com
Philip S. Georges, Esquire; phil@wolfofjustice.com
Samantha Ruben, Esquire; Samantha.ruben@dentons.com

Maigreade B. Burrus, Esquire; Maggie.burrus@stinson.com
Michael G. Farag, Esquire; mfarag@gibsondunn.com
Marc E. Shach, Esquire; mes@cooncolelaw.com
Samantha M. Indelicato, Esquire; sindelicato@omm.com
Brian J. Perkins, Esquire; bperkins@peifferwolf.com
Joshua D. Weinberg, Esquire: jweinberg@ruggerilaw.com
Adam R. Dunst, Esquire, adunst@goldbergsegalla.com
Samantha J. Hanson-Lenn, Esquire, Samantha.hansonlenn@stinson.com
Eric G. Korphage, Esquire, korphagee@whiteandwilliams.com
Robert H. Kline, Esquire, kliner@whiteandwilliams.com
Matthew M. Weiss, Esquire, mweiss@phrd.com
John E. Bucheit, Esquire, jbucheit@phrd.com
Matthew G. Roberts, Esquire, mroberts@phrd.com
John Grossbart, Esquire, john.grossbart@dentons.com
Siobhain P. Minarovich, Esquire, manarovics@whiteandwilliams.com
Justin P. Fasano, Esquire, jfasano@mhlawyers,com
Matthew C. Nelson, Esquire, matthew.nelson@kennedyslaw.com
Jillian G. Dennehy, Esquire, jillian.dennehy@kenedyslaw.com
James R. Murray, Esquire, jim.murray@blankrome.com
James D. Carter, Esquire, james.carter@blankrome.com
Robyn L. Michaelson, Esquire, robyn.michaelson@blankrome.com
Sara G. Klein, Esquire, sklein@manlystewart.com
Gary P. Seligman, Esquire, gseligman@tykalaw.com
Ezhan S. Hasan, Esquire, ahasan@wiley.com
Michael J. Belsky, Esquire, mbelsky@sbwdlaw.com
Catherine A. Dickinson, Esquire, cdickinson@sbwdlaw.com
Isabella R. Sayyah, Esquire, isayyah@gibsondunn.com
Matthew A. Hoffman, Esquire, mhoffman@gibsondunn.com
Ryan S. Appleby, Esquire, rappleby@gibsondunn.com
Michael A. Rosenthal, Esquire, mrosenthal@gibsondunn.com
Todd C. Jacobs, Esquire, tjacobs@phrd.com
Jesse J. Bair, Esquire, jbair@burnsbair.com
Timothy W. Burns, Esquire, tburns@burnsbair.com
Jared Zola, Esquire, jared.zola@blankrome.com
Anthony J.M. Kikendall, Esquire, kikendalla@whiteandWilliams.com
Eileen King Bower, Esquire, Eileen.kingbower@clydeco.us
Robert M. Westra, Esquire, rwestra@ppsrlaw.com
Kevin A. Clasing, Esquire, kclasing@ppsrlaw.com
Morgan K. Stippel, Esquire, mstippel@burnsbair.com
Justine M. Daniels, Esquire, jdaniels@omm.com
Ryan S, Perlin, Esquire, perlin@mdtrialfirm.com
Emily C. Malarkey, Esquire, malarkey@mdtrialfirm.com
Jodie E. Bekman, Esquire, jbekman@gfrlaw.com
Timothy Karcher, Esquire, timothy.karcher@bakermckenzie.com
Paul Possinger, Esquire, ppossinger@proskauer.com
Clinton Cameron, Esquire, Clinton.cameron@clydeco.us

Bret Kabacinski, Esquire, bret.kabacinski@clydeco.us
Douglas McGill, Esquire, dmcgill@webbermcgill.com
Christopher Sevedge, Esquire, Christopher.sevedge@stinson.com
Ysabelle G. Reyes, Esquire, yreyes@tykalaw.com
Jon P. Newton, Esquire, jnewton@reidand riege.com
Benjamin M. Fischer, Esquire, bfischer@coleschotz.com
Richard A. Galbo, Esquire, rgalbo@goldberg segalla.com
Sheldon N. Jacobs, Esquire, sjacobs@snjlaw.com
Nicholas A. Dellefave, Esquire, Nicholas.dellefave@hklaw,com
Elizabeth Connell, Esquire, elizabeth@connellcounsel.com
Jacob C. Cohn, Esquire, jcohn@plevinturner.com
E. Christopher Amos, Esquire, eChrisamos@gmail.com
Edward J. Kelley, Esquire, ed@constantllp.com
W. Charles Meltmar, Esquire, cmeltmar@cochranfirmdc.com
Nathaniel L. Foote, Esquire, nate@vca.law
Michael J. Belsky, Esquire, mbelsky@sbwdlaw.com
Catherine A. Dickinson, Esquire, cdickinson@sbwdlaw.com
Kathleen A. Parnow, Esquire, katie.parnow@stinson.com
Redwan Saleh, Esquire, rsaleh@omm.com
Ryan C. Evans, Esquire, revans@plevinturner.com
Alexander Toth Boudreau, Esquire; aboudreau@gibsondunn.com
Andrea L. Stein, Esquire, andrea.stein@hklaw.com