Entered: November 18th, 2026
Signed: November 18th, 2026

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

**<u>NOTICE ADDRESSING MATTERS SET FOR HEARING ON NOVEMBER 19 AND 20, 2026</u>**

On November 13, 2026, the Court entered a Notice of Preliminary Agenda (the "Agenda") for matters to be heard on November 19 and 20, 2026 (the "Hearing"). ECF 3104. The Court enters this further Notice to assist the parties in preparation for the Hearing and to facilitate a fair and efficient process throughout the Hearing. To that end, the Court will conduct the Hearing as follows:

- The Court will hear only those matters, and only to the extent indicated, on the Hearing Agenda.
- The Court will begin the Hearing with a general status report from the Debtor, as well as any needed proceedings on the Debtor's Amended Disclosure Statement [ECF 2870]. Any proceedings on the Disclosure Statement will be evidentiary in nature.
- The Court will next hear oral legal argument on the Court's jurisdiction and authority to resolve the Claims Objections. The Court will *not* consider evidence on this matter.
- The Court will next hear oral legal argument on the Debtor's Motion to Establish Procedures for Objections to Proofs of Claim and Responses Thereto [ECF 2021]. The Court will *not* consider evidence on this matter. The parties may also provide a general status report on claims related matters.

- The Court will then hear the Stay Matters. The Court will incorporate into the record of the Hearing all prior hearings on the Stay Matters, including the hearings held on October 3, 2023, November 6, 2023, April 20, 2026, and June 1 and 2, 2026. The parties thus should not repeat or duplicate evidence and should streamline their legal arguments accordingly.
- The Court will close the Hearing by asking the Debtor and the Committee to identify any matters filed on the docket that, from their respective perspectives, need a hearing or resolution on the papers in the near term.[1]

cc: Debtor's Counsel
Committee's Counsel
Ad Hoc Committee's Counsel
Insurers' Counsel
All Creditors and Interested Parties
U.S. Trustee

**END OF NOTICE**

[1] The Court is aware of the time-sensitive nature of the resolution of the Motion to Deem Late Claim to be Timely Filed [ECF 1840] and will specially set that motion and the related papers for evidentiary hearing as soon as reasonably practicable. *See* ECF 2590, 2684, 3111.