Entered: November 23rd, 2026
Signed: November 23rd, 2026

**SO ORDERED**

MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Roman Catholic Archbishop of Baltimore, | * | Case No. 23-16969-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

**ORDER SETTING HEARING ON CERTAIN CLAIM OBJECTIONS**

On November 19 and 20, 2026, the Court held a hearing (the "Hearing") in this chapter 11 case to address, among other matters, the Motion to Establish Procedures for Objections to Proofs of Claim and Responses Thereto [ECF 2021] (the "Procedures Motion"), filed by the above-captioned debtor and debtor in possession (the "Debtor"), and various Claims Objections.[1] In connection with those matters, the Court asked the parties to discuss an issue previously raised by the Official Committee of Unsecured Creditors concerning the Court's jurisdiction and Constitutional power to resolve the Claims Objections. The Court addressed, on a preliminary

[1] The "Claim Objection Matters" include, but are not limited to ECF 1493–1499, 1500–1524, 1526–1527, 1541–1584, 1587–1591, 1593–1611, 1613–1675, 1677–1686, 1690–1701, 1704–1715, 2969, 2973, 2976, 2979, 2980–2998, 3003, 3038, as well as all responsive papers.

basis, the Court's jurisdiction and Constitutional power by an Order entered on November 23, 2026 (the "Preliminary Order"). ECF 3178.

For the reasons set forth on the record at the Hearing, in the Court's Preliminary Order, and in the Court's Order *Conditionally* Modifying the Automatic Stay for Certain Movants and Certain Actions [ECF 3177], the Court will set a hearing on certain of the Claims Objections, as set forth herein. The Court will address the Debtor's Procedures Motion by separate Order.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a hybrid hearing on the Claims Objections listed below on **February 3, 2027, at 9:00 a.m., ET, by videoconference and in person in Courtroom 9-C in Baltimore**:

- ECF 1526, 1527, 1541–1550
- ECF 2973
- ECF 2990–2995
- ECF 2998
- All papers filed in support of, or opposition to, the papers listed directly above;

and it is further

**ORDERED**, that the Court will hold a hybrid hearing on the Motions addressing claims filed after the claims filing bar date listed below on **February 3, 2027, at 1:00 p.m., ET, by videoconference and in person in Courtroom 9-C in Baltimore**:

- ECF 1815–1820, 1822–1831, 1843, 2431, 2772, 2774–2776, 3094, 3133
- All papers filed in support of, or opposition to, the papers listed directly above;

and it is further

**ORDERED**, that the matters set for hearing by this Order constitute contested matters under Federal Rule of Bankruptcy Procedure 9014, and the Court hereby directs that Federal Rules of Bankruptcy Procedure 7008, 7012, and 7056 shall apply to those contested matters; the Court may direct the application of other Part VII Bankruptcy Rules as necessary or beneficial to such contested matters upon appropriate notice to the parties; and it is further

**ORDERED**, that each hearing set by this Order shall be focused on oral legal argument; to the extent a party in interest to a matter set for hearing asserts that evidence beyond the papers is needed for the Court to resolve the matter under the applicable law and rules, or that the papers fail to suffice as the operative pleadings under the rules, such party may raise that issue during oral argument, and the Court will consider the same in its ruling on the matter.

**END OF ORDER**